# EXHIBIT 2

Ex. 2

# Contact

**GEDENLINES**
GENEL DENIZCILIK NAKLIYATI A.S. Büyükdere Cad. Yapı Kredi Plaza
A Blok K:12 34330 Levent - Istanbul - Turkey

**Phone:** + 90 (212) 319 51 00
**Fax** : + 90 (212) 283 16 04-05

gedenlines@gedenlines.com

Yapı Kredi Plaza Levent Mh. Comert Sk. (A-Blok, No:1A) K 12 34330 Levent - Istanbul - Turkey
Phone: + 90 (212) 319 51 00 Fax:+ 90 (212) 283 16 04-05
gedenlines@gedenlines.com

GEDEN FLEET

TANKERS

M/T Profit
M/T Blue
M/T Pink
M/T Reef
M/T Royal
M/T Stark
M/T Hero
M/T Center
M/T Aqua
M/T Action
M/T Bravo
M/T Power
M/T Value
M/T Target
M/T True
M/T Spike
M/T Avor
M/T Enjoy
M/T Marka
M/T Citron
M/T Citrus
M/T Acer
M/T Carry
M/T Nova
M/T Cotton
M/T Cargo
M/T Rock
M/T Rocket

BULK CARRIERS

M/V Proud
M/V Flash
M/V Pretty
M/V Angel
M/V Scope
M/V Cash
M/V Fantastik
M/V Asia
M/V Amazing
M/V World
M/V South
M/V Capital
M/V Metropol
M/V Secret
M/V Sharp
M/V West
M/V East
M/V Nanyun
M/V Tarsus
M/V Spot
M/V Clear

FLEET UNDER MANAGEMENT

CV Stealth
CS Stealth
M/T Bull
M/T Buddy




6/24/13 .:Geden Lines:.

www.gedenlines.com/en/contact/contact.asp 2/2



GEDEN LINES

# Geden Lines

In the words of Mr. Tugrul Tokgoz, the company's CEO: **"The company is a shipping company who is not only having a modern fleet, but also a well managed fleet that is respected by charterers, insurers, owners of cargo, port authorities and everyone involved in the maritime industry."**

Geden has developed over the many years of its operations, an excellent track record, reputation and image both within the local as well as the international shipping community. This is mainly due to the company has been committed in the shipping industry since **1975**; the management is skilled with many years of experience and has established long lasting contacts with a number of international first class charterers.

Geden operates a fleet of **49** vessels which includes 8 Suezmax Crude Oil Tankers, 9 Aframax Crude Oil Tankers, 2 LR1 Crude/Product Tankers, 7 37K DWT Ice Class 1A Chemical Product Tankers, 2 47K DWT Chemical Product Tankers, 5 Capesize Bulk Carriers, 15 Supramax Bulk Carriers and 1 Kansarmax Bulk Carrier; totalling to **4,534,862** DWT with an average age profile of **2.26** years.

Yapi Kredi Plaza Levent Mh. Comert Sk. (A-Blok, No:1A) K:12 34330 Levent - Istanbul - Turkey
Phone: + 90 (212) 319 51 00 Fax: + 90 (212) 283 16 04-05
gedenlines@gedenlines.com

**GEDEN FLEET**

TANKERS

- M/T Profit
- M/T Blue
- M/T Pink
- M/T Reef
- M/T Royal
- M/T Blank
- M/T Hero
- M/T Center
- M/T Aqua
- M/T Action
- M/T Bravo
- M/T Power
- M/T Value
- M/T Target
- M/T True
- M/T Spike
- M/T Avor
- M/T Enjoy
- M/T Marka
- M/T Citron
- M/T Citrus
- M/T Acer
- M/T Carry
- M/T Fove
- M/T Cotton
- M/T Cargo
- M/T Rock
- M/T Rocket

BULK CARRIERS

- M/V Proud
- M/V Flash
- M/V Pretty
- M/V Angel
- M/V Scope
- M/V Cash
- M/V Fantastic
- M/V Asia
- M/V Amazing
- M/V World
- M/V South
- M/V Capital
- M/V Metropol
- M/V Secret
- M/V Sharp
- M/V West
- M/V East
- M/V Namrun
- M/V Tarsus
- M/V Spot
- M/V Clear

FLEET UNDER MANAGEMENT

- CV Stealth
- CS Stealth
- M/T Bull
- M/T Buddy

 

GEDEN LINES

# Fleet Under Management

**FLEET UNDER MANAGEMENT**

| Name | Build | DWT | NRT | Capacity |
|---|---|---|---|---|
| **CV Stealth** | 2005 | 104,499 | 31,117 | 120,488.4 |
| **CS Stealth** | 2006 | 104,591 | 30,901 | 120,488.4 |
| **M/T Bull** | 2009 | 50,542 | 13,322 | 54,642 |
| **M/T Buddy** | 2009 | 50,542 | 13,322 | 54,642 |

Yapi Kredi Plaza Levent Mh. Comert Sk. (A-Blok, No:1A) K:12 34330 Levent - Istanbul - Turkey
Phone: + 90 (212) 319 51 00 Fax: + 90 (212) 283 16 04-05
gedenlines@gedenlines.com

GEDEN FLEET

TANKERS

M/T Profit
M/T Blue
M/T Pink
M/T Reef
M/T Royal
M/T [illegible]
M/T Hero
M/T [illegible]
M/T Aqua
M/T Action
M/T Bravo
M/T Power
M/T Value
M/T Target
M/T True
M/T Spike
M/T [illegible]
M/T Enjoy
M/T [illegible]
M/T Citron
M/T Citrus
M/T [illegible]
M/T Carry
M/T [illegible]
M/T Cotton
M/T Cargo
M/T Rock
M/T Rocket

BULK CARRIERS

M/V Proud
M/V Flash
M/V Pretty
M/V Angel
M/V Scope
M/V Cash
M/V Fantastic
M/V Asia
M/V Amazing
M/V World
M/V South
M/V Capital
M/V Metropol
M/V Secret
M/V Sharp
M/V West
M/V East
M/V Namrun
M/V Tarsus
M/V Spot
M/V Clear

FLEET UNDER MANAGEMENT

CV Stealth
CS Stealth
M/T Bull
M/T Buddy

 



GEDEN LINES

# Geden Fleet

**TANKERS**

| Name | Build | DWT | NRT | Capacity |
|---|---|---|---|---|
| **M/T Profit** | 2009 | 156,643 | 49,031 | 171,260 |
| **M/T Blue** | 2010 | 156,643 | 49,031 | 171,260 |
| **M/T Pink** | 2010 | 156,643 | 49,031 | 171,260 |
| **M/T Reef** | 2010 | 156,597 | 49,031 | 171,260 |
| **M/T Royal** | 2012 | 156,516 | 49,031 | 171,259.8 |
| **M/T Blank** | 2011 | 156,597 | 49,031 | 171,260 |
| **M/T Hero** | 2011 | 156,532 | 49,031 | 171,260 |
| **M/T Center** | 2011 | 156,516 | 49,031 | 171,259.8 |
| **M/T Aqua** | 2007 | 115,000 | 35,396 | 127,728 |
| **M/T Action** | 2007 | 115,000 | 35,396 | 127,200 |
| **M/T Bravo** | 2011 | 116,014 | 35,873 | 127,511 |
| **M/T Power** | 2011 | 116,087 | 35,873 | 127,511 |
| **M/T Value** | 2011 | 115,984 | 35,873 | 127,511 |
| **M/T Target** | 2009 | 115,748 | 35,396 | 127,542 |
| **M/T True** | 2010 | 115,785 | 35,396 | 127,542 |
| **M/T Spike** | 2010 | 115,897 | 35,396 | 127,542 |
| **M/T Avor** | 2010 | 115,867 | 35,396 | 127,542 |
| **M/T Enjoy** | 2011 | 74,150 | 21,800 | 80,650 |
| **M/T Marka** | 2012 | 74,127 | 21,800 | 80,650 |
| **M/T Citron** | 2007 | 47,000 | 12,000 | 52,005 |
| **M/T Citrus** | 2008 | 47,000 | 12,000 | 52,005 |
| **M/T Acor** | 2007 | 37,900 | 9,915 | 40,801 |
| **M/T Carry** | 2007 | 37,900 | 9,915 | 40,801 |
| **M/T Rova** | 2007 | 37,900 | 9,915 | 40,801 |
| **M/T Cotton** | 2007 | 37,900 | 9,915 | 40,801 |
| **M/T Cargo** | 2008 | 37,900 | 9,915 | 40,801 |
| **M/T Rock** | 2008 | 37,900 | 9,915 | 40,801 |
| **M/T Rocket** | 2008 | 37,900 | 9,915 | 40,801 |

**BULK CARRIERS**

| Name | Build | DWT | NRT | Capacity |
|---|---|---|---|---|
| **M/V Proud** | 2009 | 178,000 | 58,745 | 193,247 |
| **M/V Flash** | 2009 | 177,800 | 58,745 | 193,247 |
| **M/V Pretty** | 2011 | 175,974.8 | 59,546 | 198,252 |
| **M/V Angel** | 2011 | 175,934 | 59,546 | 198,252 |
| **M/V Scope** | 2006 | 175,000 | 58,000 | 193,247 |
| **M/V Cash** | 2013 | 81,435 | 27,171 | 97,090 |
| **M/V Fantastic** | 2010 | 56,940 | 19,231 | 67,681 |

GEDEN FLEET

TANKERS

M/T Profit
M/T Blue
M/T Pink
M/T Reef
M/T Royal
M/T Blank
M/T Hero
M/T Center
M/T Aqua
M/T Action
M/T Bravo
M/T Power
M/T Value
M/T Target
M/T True
M/T Spike
M/T Avor
M/T Enjoy
M/T Marka
M/T Citron
M/T Citrus
M/T Acor
M/T Carry
M/T Rova
M/T Cotton
M/T Cargo
M/T Rock
M/T Rocket

BULK CARRIERS

M/V Proud
M/V Flash
M/V Pretty
M/V Angel
M/V Scope
M/V Cash
M/V Fantastic
M/V Asia
M/V Amazing
M/V World
M/V South
M/V Capital
M/V Metropol
M/V Secret
M/V Sharp
M/V West
M/V East
M/V Namrun
M/V Tarsus
M/V Spot
M/V Clear

FLEET UNDER MANAGEMENT

Cv Stealth
CS Stealth
M/T Bull
M/T Buddy




| | | | | |
|---|---|---|---|---|
| **M/V Asia** | 2010 | 56,940 | 19,231 | 67,681 |
| **M/V Amazing** | 2010 | 56,940 | 19,231 | 67,681 |
| **M/V World** | 2013 | 55,430 | 18,550 | 67,681 |
| **M/V South** | 2012 | 55,443 | 18,550 | 70,773 |
| **M/V Capital** | 2013 | 55,442 | 18,550 | 67,681 |
| **M/V Metropol** | 2012 | 55,415 | 18,550 | 67,681 |
| **M/V Secret** | 2013 | 55,415 | 18,550 | 67,681 |
| **M/V Sharp** | 2013 | 55,415 | 18,550 | 67,681 |
| **M/V West** | 2012 | 55,415 | 18,550 | 67,681 |
| **M/V East** | 2012 | 55,398 | 18,550 | 70,773 |
| **M/V Namrun** | 2007 | 55,000 | 18,150 | 69,452 |
| **M/V Tarsus** | 2008 | 53,100 | 18,159 | 65,049 |
| **M/V Spot** | 2008 | 53,100 | 18,159 | 65,049 |
| **M/V Clear** | 2009 | 53,100 | 18,159 | 65,049 |

Yapı Kredi Plaza Levent Mh. Cömert Sk. (A-Blok, No:1A) K:12 34330 Levent - Istanbul - Turkey
Phone: + 90 (212) 319 51 00 Fax:+ 90 (212) 283 16 04-05
gedenlines@gedenlines.com



GEDEN LINES

# Geden Operations Ltd.

Geden Operations Ltd(GOL) was formed in September 2005 as a wholly owned subsidiary of Geden Lines domiciled in Malta to concentrate on developing an operating presence in the handymax market.

Yapı Kredi Plaza Levent Mh. Cömert Sk. (A-Blok, No.1A) K:12 34330 Levent - Istanbul - Turkey
Phone: + 90 (212) 319 51 00 Fax:+ 90 (212) 283 16 04-05
gedenlines@gedenlines.com

GEDEN FLEET

TANKERS

M/T Profit
M/T Blue
M/T Pink
M/T Reef
M/T Royal
M/T Stark
M/T Hero
M/T Center
M/T Aqua
M/T Action
M/T Bravo
M/T Power
M/T Value
M/T Target
M/T True
M/T Spike
M/T Amor
M/T Enjoy
M/T Horse
M/T Citron
M/T Citrus
M/T Ace
M/T Carry
M/T Flora
M/T Cotton
M/T Cargo
M/T Frok
M/T Rocket

BULK CARRIERS

M/V Proud
M/V Flash
M/V Pretty
M/V Angel
M/V Scope
M/V Cash
M/V Fantastic
M/V Asia
M/V Amazing
M/V World
M/V South
M/V Capital
M/V Metropol
M/V Secret
M/V Sharp
M/V West
M/V East
M/V Namrun
M/V Tarsus
M/V Spot
M/V Clear

FLEET UNDER MANAGEMENT

CV Stealth
CS Stealth
M/T Bull
M/T Buddy

 

6/24/13 .:Geden Lines:.

www.gedenlines.com/en/fleet/gol.asp 2/2



GEDEN LINES

GEDEN FLEET

TANKERS

- M/T Profit
- M/T Blue
- M/T [illegible]
- M/T Reef
- M/T Royal
- M/T Blank
- M/T Hero
- M/T Center
- M/T Aqua
- M/T Action
- M/T Bravo
- M/T Power
- M/T Value
- M/T Target
- M/T True
- M/T Stake
- M/T [illegible]
- M/T Enjoy
- M/T Marka
- M/T Citron
- M/T Citrus
- M/T [illegible]
- M/T Carry
- M/T Pave
- M/T Cotton
- M/T Cargo
- M/T Park
- M/T Rocket

BULK CARRIERS

- M/V Proud
- M/V Flash
- M/V Pretty
- M/V Angel
- M/V Scope
- M/V Cash
- M/V Fantastic
- M/V Asia
- M/V Amazing
- M/V World
- M/V South
- M/V Capital
- M/V Metropol
- M/V Secret
- M/V Sharp
- M/V West
- M/V East
- M/V Namrun
- M/V Tarsus
- M/V Spot
- M/V Clear

FLEET UNDER MANAGEMENT

- CV Stealth
- CS Stealth
- M/T Bull
- M/T Buddy

# Policy

Gedenline's policy is to provide healthy and safe working conditions to ensure prevention of human injury or loss of life and damage to environment, ship and property, to maintain a safe and pollution-free operating practice that complies with national and international regulations and relevant standards and guidelines and to ensure Quality of the operations that each part or function meets the clients requirements leading to sustained customer satisfaction.

Geden's policies fully complied with the requirements of IMO Resolution A741/18- The International Safety, ISO 9001:2000 and ISO 14001:2004 standards.

Yapi Kredi Plaza Levent Mh. Comert Sk. (A-Blok, No:1A) K:12 34330 Levent - Istanbul - Turkey
Phone: + 90 (212) 319 51 00 Fax:+ 90 (212) 283 16 04-05
gedenlines@gedenlines.com




# EXHIBIT 3

Ex. 3

**STEALTH MARITIME CORPORATION S.A**
331, KIFISIAS AVE., 14561 KIFISIA
P.O. Box 52939,14610
GREECE

M/S: AVOR NAVIGATION LTD
198 Old Bakery Street
Valletta,Malta

**DEBIT NOTE**
Date: 12-May-15
Currency: USD
No: T0110/DN/64

**M/T AVOR / T 0110 / GEDEN (AVOR) / CP Date: 27-May-10**

| Description | Debit | Credit |
|---|---|---|
| **Bare Boat Charter Hire Calculation** | | |
| Billing Period: 59 | | |
| From 01-Jun-15 00:00 to 30-Jun-15 24:00<br>Hire Rate: 15,160.00 USD/per Day<br>Total Days: 30.00000 | | |
| **Bare boat hire daily** (01-Jun-15 00:00-30-Jun-15 24:00) | $454,800.00 | |
| Total amount USD | $454,800.00 | $0.00 |
| Balance Due | | $454,800.00 |

Hire is payable as per charter party to:

The Bank of New York
Address: 1290 Avenue of Americas Floor 5, New York, NY10104
BIC :IRVTUS3N
ABA :021000018
Account number :89006471400227
Account name :NIBC Bank N.V., All Branches
ECLIPSE LIQUIDITY INC.-AVOR

Nikos Markomichelakis
Operations Manager

Perpinias Kyriakos
Freight Collection Dpt