# Financial Analysis

Summary of Terms: Newco Alpha

| NewCoAlpha #4 | Terms |
|---|---|
| Senior Facilities | - Credit Europe 1st and 2nd Lien on Royal, Namrun, Scope |
| Amount | - $53.6m ($37.5m 1st plus $16.1m 2nd) |
| Interest | - Base Rate: n/a<br>- Interest Royal 1st Lien : 800bps<br>- Interest 2nd Lien: 1,000bps |
| Amortization | - Current profile |
| Covenants | - 2 year grace and 5 year profile |
| Security | - Share pledges, mortgages, earnings |
| Other | - n/a |

| NewCoAlpha #6 | Terms |
|---|---|
| Senior Facilities | - NSF 2nd Lien (behind Unicredit) |
| Amount | - $25.5m (no change) |
| Interest | - Base Rate: n/a<br>- Fixed Margin:1,150bps |
| Amortization | - Current profile |
| Covenants | - No change |
| Security | - 2nd Mortgages with possibility of additional 2nd priority mortgages on entire facilities |
| Other | - n/a |

| NewCoAlpha #5 | Terms |
|---|---|
| Senior Facilities | - Dekabank |
| Amount | - $74.0 (no change) |
| Interest | - Base Rate: LIBOR<br>- Margin Tarsus: 245bps<br>- Margin Spot: 185bps<br>- Margin Clear: 245bps |
| Amortization | - Amortisation on a cash/pay-as-you-can basis from vessel earnings |
| Covenants | - Suspended |
| Security | - Share pledges, mortgages, earnings |
| Other | - Removal of all deposit accounts<br>- Coordination agreement prohibiting recourse to the remainder of the group |

AlixPartners

# Financial Analysis

Summary of Terms: Newco Alpha

▸ The below tables summarises the features of debt on Newco Alpha



**Debt Structure ($m)**

❻ $25.0 NSF Mezz

NSF currently behind Unicredit but could improve position by extending 2nd Lien under total facility

❶ $485.5 "Jumbo"

❷ $104.1 Lloyds

$37.5 and $16.1 Credit Europe, Royal and Mezz

❸ ❹ $37.4 Natixis

❺ $74.0 Dekabank

■ 1st Lien   ■ 2nd Lien

Note: surface area represents percentage share of total facility

34

AlixPartners

# Financial Analysis
## Newco Alpha Quarterly Cashflow

| | Q2-13 | Q3-13 | Q4-13 | Q1-14 | Q2-14 | Q3-14 | Q4-14 | Q1-15 | Q2-15 | Q3-15 | Q4-15 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **OPERATING ACTIVITIES** | | | | | | | | | | | |
| Income | - | 36.0 | 35.5 | 36.2 | 37.2 | 37.9 | 37.5 | 44.7 | 44.8 | 42.9 | 42.7 |
| OPEX | - | (16.9) | (16.7) | (16.6) | (16.9) | (16.9) | (16.7) | (16.6) | (16.9) | (16.9) | (16.7) |
| Drydock | - | (0.4) | (1.0) | (0.5) | - | (0.9) | (0.8) | (0.9) | (1.8) | (0.9) | - |
| EBITDA | - | 18.7 | 17.8 | 19.1 | 20.3 | 20.0 | 19.9 | 27.2 | 26.1 | 25.1 | 26.0 |
| | | | | | | | | | | | |
| Working capital changes | - | - | - | - | - | - | - | - | - | - | - |
| Net operational cashflow | - | 18.7 | 17.8 | 19.1 | 20.3 | 20.0 | 19.9 | 27.2 | 26.1 | 25.1 | 26.0 |
| | | | | | | | | | | | |
| **FINANCING ACTIVITIES** | | | | | | | | | | | |
| Equity injections | - | 74.4 | - | - | - | - | - | - | - | - | - |
| Bank Interest (Senior) | - | (6.9) | (6.9) | (6.8) | (6.8) | (6.6) | (6.4) | (6.2) | (6.0) | (5.9) | (5.7) |
| Bank Principal Repayments | - | - | (4.5) | (4.5) | (15.5) | (18.3) | (18.3) | (19.0) | (19.3) | (19.4) | (19.4) |
| NSF Interest (2nd lien) [3] | - | (0.7) | (0.7) | (0.7) | (0.7) | (0.7) | (0.7) | (0.7) | (0.7) | (0.7) | (0.7) |
| Pre-Del Drawdown | | | | | | | | | | | |
| Bareboat Drawdowns | | | | | | | | | | | |
| Pre-Del Repayments | | | | | | | | | | | |
| Net Financing Cashflow | - | 66.7 | (12.2) | (12.1) | (23.0) | (25.6) | (25.4) | (26.0) | (26.1) | (26.0) | (25.9) |
| | | | | | | | | | | | |
| **INVESTMENT ACTIVITIES** | | | | | | | | | | | |
| Capex | - | (64.4) | - | - | - | - | - | - | - | - | - |
| Asset Purchases [2] | - | - | - | - | - | - | - | - | - | - | - |
| Net investment | - | (64.4) | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | |
| Net cashflow for period | - | 21.0 | 5.6 | 7.1 | (2.7) | (5.6) | (5.5) | 1.2 | 0.0 | (1.0) | 0.1 |
| | | | | | | | | | | | |
| Cumulative net cash balance | - | 20.8 | 26.4 | 33.5 | 30.7 | 25.1 | 19.6 | 20.8 | 20.8 | 19.9 | 20.0 |
| | | | | | | | | | | | |
| **RATIOS (Beginning of Period)** | | | | | | | | | | | |
| Senior Debt Balance | - | (754.5) | (754.5) | (750.0) | (745.5) | (730.0) | (711.7) | (693.4) | (674.4) | (655.1) | (635.6) |
| NSF 2nd lien Balance | - | (25.5) | (25.5) | (25.5) | (25.5) | (25.5) | (25.5) | (25.5) | (25.5) | (25.5) | (25.5) |
| Leverage (Debt/EBITDA) | 0.00x | 10.44x | 10.96x | 10.13x | 9.49x | 9.44x | 9.26x | 6.60x | 6.70x | 6.79x | 6.36x |
| Hamburg Jumbo Facility LTV | - | 95% | 96% | 97% | 98% | 97% | 95% | 95% | 94% | 93% | 92% |
| Hamburg Jumbo Value (depreciated) | - | 511.0 | 504.7 | 498.5 | 492.2 | 485.9 | 479.6 | 473.4 | 467.1 | 460.8 | 454.5 |
| Vessels | 29 | 29 | 29 | 29 | 29 | 29 | 29 | 29 | 29 | 29 | 29 |

[1] 9 months principal deferral on the Jumbo facility would be necessary to establish minimum liquidity requirements. Shortfall in absence of this shown above.
[2] Asset purchase net of new financing.
[3] Equity cure for 65% covenant in Q4 14 and 80% for Q4 16
[4] Value based on depreciation of current market value, depreciation based on remaining life and scrap value (DWT/25*$400)

DEMO COPY N-G-8 2015

AlixPartners

# Financial Analysis

Summary of Terms: Newco Beta

▶ The below tables summarises the features of debt on Newco Beta

| Newco Beta: | Terms |
|---|---|
| Senior Facilities | - CCB, CDB |
| Amount | - $154.3m (no change) |
| Interest | - No change to existing agreements |
| Amortization | - No change to existing agreements |
| Covenants | - No change to existing agreements |
| Security | - No change to existing agreements |
| Other | - n/a |

# Financial Analysis

## Newco Beta Quarterly Cashflow

| | Q2-13 | Q3-13 | Q4-13 | Q1-14 | Q2-14 | Q3-14 | Q4-14 | Q1-15 | Q2-15 | Q3-15 | Q4-15 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **OPERATING ACTIVITIES** | | | | | | | | | | | |
| Income | | 9.3 | 9.2 | 9.4 | 8.8 | 6.4 | 6.4 | 7.2 | 7.4 | 7.4 | 7.3 |
| OPEX | | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) |
| Drydock | | | | (0.9) | (0.9) | | | | | | |
| **EBITDA** | | **7.1** | **7.0** | **6.4** | **5.8** | **4.2** | **4.2** | **5.0** | **5.2** | **5.2** | **5.1** |
| Working capital changes | | - | - | - | - | - | - | - | - | - | - |
| **Net operational cashflow** | - | **7.1** | **7.0** | **6.4** | **5.8** | **4.2** | **4.2** | **5.0** | **5.2** | **5.2** | **5.1** |
| **FINANCING ACTIVITIES** | | | | | | | | | | | |
| Equity Injections | | - | - | - | - | - | - | - | - | - | - |
| Bank Interest | | (1.3) | (1.3) | (1.2) | (1.2) | (1.1) | (1.1) | (1.0) | (1.0) | (1.0) | (0.9) |
| Bank Principal Repayments | | (6.1) | (6.1) | (6.1) | (6.4) | (6.4) | (6.4) | (6.4) | (6.4) | (3.4) | (3.4) |
| Bareboat Payments | | - | - | - | - | - | - | - | - | - | - |
| Pre-Del Drawdown | | - | - | - | - | - | - | - | - | - | - |
| Bareboat Drawdowns | | - | - | - | - | - | - | - | - | - | - |
| Pre-Del Repayments | | - | - | - | - | - | - | - | - | - | - |
| **Net Financing Cashflow** | - | **(7.4)** | **(7.4)** | **(7.3)** | **(7.6)** | **(7.6)** | **(7.5)** | **(7.4)** | **(7.4)** | **(4.4)** | **(4.4)** |
| **INVESTMENT ACTIVITIES** | | | | | | | | | | | |
| Capex | | - | - | - | - | - | - | - | - | - | - |
| Asset Purchases | | - | - | - | - | - | - | - | - | - | - |
| Net Investment | - | - | - | - | - | - | - | - | - | - | - |
| **Net cashflow for period** | - | **(0.4)** | **(0.4)** | **(0.9)** | **(1.8)** | **(3.3)** | **(3.3)** | **(2.4)** | **(2.3)** | **0.8** | **0.7** |
| **Cumulative net cash balance** | - | **(0.4)** | **(0.8)** | **(1.7)** | **(3.5)** | **(6.8)** | **(10.2)** | **(12.6)** | **(14.8)** | **(14.1)** | **(13.3)** |
| **RATIOS (Beginning of Period)** | | | | | | | | | | | |
| Debt Balance | | (161.3) | (155.2) | (149.0) | (142.9) | (136.5) | (130.0) | (123.6) | (117.2) | (110.8) | (107.3) |
| Bareboat balance | | - | - | - | - | - | - | - | - | - | - |
| Leverage: (Debt/EBITDA) | 0.00x | 5.69x | 5.54x | 5.82x | 6.20x | 8.06x | 7.77x | 6.13x | 5.69x | 5.37x | 5.27x |
| Loan to value | 0% | 119% | 115% | 113% | 108% | 104% | 100% | 96% | 92% | 88% | 86% |
| Value (depreciated) | 138.0 | 136.7 | 135.4 | 134.1 | 132.8 | 131.4 | 130.1 | 128.8 | 127.5 | 126.2 | 124.9 |
| Vessels | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |

[1] Value based on depreciation of current market value; depreciation based on remaining life and scrap value (DWT/C*5400)

DEKAP NIK COPY FORM 6 2003    37

AlixPartners

# Financial Analysis
## Geden Oldco Quarterly Cashflow

| | Q1-13 | Q2-13 | Q3-13 | Q4-13 | Q1-14 | Q2-14 | Q3-14 | Q4-14 | Q1-15 | Q2-15 | Q3-15 | Q4-15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OPERATING ACTIVITIES** | | | | | | | | | | | | |
| Income | 64.9 | 59.0 | 24.3 | 24.3 | 25.5 | 26.3 | 25.9 | 25.6 | 31.6 | 37.3 | 29.0 | 28.8 |
| OPEX | (25.8) | (28.9) | (12.5) | (12.4) | (12.3) | (12.5) | (12.5) | (12.4) | (12.3) | (12.5) | (11.4) | (11.0) |
| Drydock | (0.4) | (0.8) | | | (0.5) | | | | | (0.7) | (1.3) | |
| **EBITDA** | **34.7** | **29.3** | **11.8** | **11.9** | **12.7** | **13.7** | **13.3** | **13.2** | **19.3** | **19.1** | **16.3** | **17.7** |
| Working capital changes [1] | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net operational cashflow** | **34.7** | **29.3** | **11.8** | **11.9** | **12.7** | **13.7** | **13.3** | **13.2** | **19.3** | **19.1** | **16.3** | **17.7** |
| **FINANCING ACTIVITIES** | | | | | | | | | | | | |
| Equity Injections | (10.6) | (9.8) | | | | | | | | | | |
| Bank Interest | (23.8) | (29.9) | (39.5) | | | | | | | | | |
| Bank Principal Repayments | (17.8) | (19.8) | (20.8) | (20.8) | (20.4) | (20.6) | (20.7) | (20.7) | (20.3) | (20.5) | (18.6) | (18.6) |
| Bareboat Payments | | | | | | | | | | | | |
| Pre-Del Drawdown | 45.0 | 8.5 | | | | | | | | | | |
| Bareboat Drawdowns | 119.3 | 25.3 | 25.3 | | | | | | | | | |
| Pre-Del Repayments | (57.9) | (12.2) | (13.2) | | | | | | | | | |
| **Net Financing Cashflow** | **54.0** | **(38.0)** | **(48.2)** | **(20.8)** | **(20.4)** | **(20.6)** | **(20.7)** | **(20.7)** | **(20.3)** | **(20.5)** | **(18.6)** | **(18.6)** |
| **INVESTMENT ACTIVITIES** | | | | | | | | | | | | |
| Capex | (82.7) | (42.3) | | | | | | | | | | |
| Asset Sale net proceeds | | 5.5 | 44.6 | | | | | | | | (23.9) | |
| **Net Investment** | **(82.7)** | **(36.8)** | **44.6** | | | | | | | | **(23.9)** | |
| **Net cashflow for period** | **6.0** | **(45.5)** | **8.2** | **(8.9)** | **(7.7)** | **(6.9)** | **(7.4)** | **(7.6)** | **(0.9)** | **(1.4)** | **(26.2)** | **(0.8)** |
| **Cumulative net cash balance** | **41.0** | **(4.5)** | **3.7** | **(5.3)** | **(12.9)** | **(19.8)** | **(27.2)** | **(34.8)** | **(35.7)** | **(37.1)** | **(63.4)** | **(64.2)** |
| **RATIOS (Beginning of Period)** | | | | | | | | | | | | |
| *Debt balance* | (1,109.5) | (1,064.2) | | | | | | | | | | |
| *Bareboat balance* | (471.3) | (453.4) | (433.7) | (412.8) | (392.0) | (371.7) | (351.1) | (330.3) | (309.6) | (289.3) | (268.8) | (250.3) |
| *Vessels* | 56 | 55 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 20 | 20 |

[1]  Working Capital change reflects repayment of corporate facility with cash from sale transaction. $10m outstanding to Songa/there is left unpaid
[2]  Purchase obligations on sale leaseback is assumed to generate cash loss equivalent to deficiency between current outstanding obligation and market value

AlixPartners



V. Conclusions



DEUTSCHE BANK COPY    March 6 2010

39

AlixPartners

# Current Proposal
## Strategy and Objectives

- The solution provides, directly or indirectly, for the primary objectives held by the different stakeholders.

| Objective | Comments |
|---|---|
| 1. Compensate stakeholders adequately for their risk-weighted capital exposure and concessions | • Assets with similar risk profile pooled together provides for better aligned incentives<br>• Lenders provided with adequate equity cushion, margins, and covenants<br>• Provides for recategorization of exposure from "Geden Holdings Ltd" to Newco where equity is "in-the-money" and shareholders are better incentivized to provide ongoing support |
| 2. Constrain formal or informal cross subsidization between stakeholders related to different underlying assets | • While it reduces the portfolio effect of a broader fleet, combining similar assets together limits risk of cross subsidies going from high to low collateral vessels<br>• Pooling through creation of unique syndicate facility would facilitate granting of a second priority mortgage through the fleet as well as increase liquidity of bank assets, enabling lenders to sell out of assets without disrupting operations |
| 3. Ring-fence potential sources of disruption, holdout, or nuisance (such as arrests or sister ship arrests) | • Common set of incentives and exposure to recovery protects lenders from disruptive behaviour onset by other stakeholders with a markedly different position<br>• Sister-ship arrest risk minimized given shareholding structure in Newco |
| 4. Maximize options for stakeholders and potential for self-selection | • Rebasing of assets can provide mechanism for transfer from one Newco profile to another (ie. Group C and D into A)<br>• Opting out of the scheme can be achieved via mutually agreed terms for redelivery of vessel to relevant lender |

AlixPartners

# Contents

A.  Facility Description

B.  Financials: Existing

C.  Market Overview

41

AlixPartners

# Appendix
Facility Description

| Facility | HSH1 | HSH2 | Natixis1 | Natixis2 | Icon1 | Icon2 | Octavian1 | Octavian2 |
|---|---|---|---|---|---|---|---|---|
| Debt / Bareboat | Debt | Debt | Debt | Debt | Bareboat | Bareboat | Bareboat | Bareboat |
| Vessels | Hero | Citron / Citrus | Scope | Namrun | Center | Fantastic / Amazing | Enjoy | Marka |
| Lender group | HSH | HSH | Natixis | Natixis | Icon [DVB] | Icon [DVB NLB] | Octavian [DVB] | Octavian [NLB] |

AlixPartners

## Appendix: Transaction Analysis
Newco Beta Sources and Uses

| Sources | | Uses | |
|---|---|---|---|
| Existing debt rollover | 154.3 | Purchase at outstanding debt level | 154.3 |
| Total Sources | $154.3 | Total Uses | $154.3 |

Additional liquidity to maintain operational cash balance not shown. Estimated at $20m and could be financed via equity of deferrals

43

AlixPartners

# Appendix: Transaction Analysis

Residual Oldco Sources and Uses

| Sources | | Uses | |
|---|---|---|---|
| Alpha Sale Receipts | 828.6 | Alpha Vessels Debt Repayment | 780.0 |
| Beta Sale Receipts | 154.3 | Beta Vessels Debt Repayment | 154.3 |
| Baytur Sale Receipts | 13.6 | Baytur Debt Repayment | 8.4 |
| Group C Sale Receipts | 258.8 | Group C Repayment | 258.8 |
| | | Change in Working Capital (Repayment of A/P) & corp. facility | 53.8 |
| **Total Sources** | **$1,255.3** | **Total Uses** | **$1,255.3** |

44

AlixPartners

Case 4:13-cv-01449    Document 33-6    Filed in TXSD on 06/07/13    Page 45 of 52

## Assumptions
Revenue



**Newco Alpha Revenue by quarter ($m)**

**Newco Beta Revenue by quarter ($m)**

AlixPartners

45

## Assumptions
Revenue



**Group C Revenue by quarter ($m)**

**Group D Revenue by quarter ($m)**

DEUTSCHE BANK

AlixPartners

# Appendix: Additional Financial Analysis

Newco Alpha Five Year Cashflow

| | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| **OPERATING ACTIVITIES** | | | | | |
| Income | 71.5 | 148.8 | 175.2 | 181.3 | 186.7 |
| OPEX | (33.7) | (67.2) | (67.2) | (67.3) | (67.2) |
| Drydock | (1.4) | (2.3) | (3.6) | (6.3) | (2.3) |
| **EBITDA** | **36.5** | **79.3** | **104.4** | **107.7** | **117.2** |
| | | | | | |
| Working capital changes | - | - | - | - | - |
| **Net operational cashflow** | **36.5** | **79.3** | **104.4** | **107.7** | **117.2** |
| | | | | | |
| **FINANCING ACTIVITIES** | | | | | |
| Equity injections | 74.4 | - | - | - | - |
| Bank Interest (Senior) | (13.8) | (26.7) | (23.8) | (20.8) | (17.6) |
| Bank Principal | | | | | |
| Repayments | (4.7) | (56.6) | (77.2) | (79.1) | (78.2) |
| NSF Interest (2nd lien) | (1.5) | (2.9) | (2.9) | (2.9) | (2.9) |
| Pre-Del Drawdown | - | - | - | - | - |
| Bareboat Drawdowns | - | - | - | - | - |
| Pre-Del Repayments | - | - | - | - | - |
| **Net Financing Cashflow** | **54.4** | **(86.2)** | **(104.0)** | **(102.7)** | **(98.8)** |
| | | | | | |
| **INVESTMENT ACTIVITIES** | | | | | |
| Capex | (64.4) | - | - | - | - |
| Asset Purchases | - | - | - | - | - |
| **Net Investment** | **(64.4)** | **-** | **-** | **-** | **-** |
| | | | | | |
| **Net cashflow for period** | **26.4** | **(6.8)** | **0.4** | **4.9** | **18.4** |
| | | | | | |
| **Cumulative net cash balance** | **26.4** | **19.6** | **20.0** | **24.9** | **43.3** |
| | | | | | |
| **RATIOS (Beg. of Period)** | | | | | |
| Senior Debt Balance | (754.5) | (749.8) | (693.2) | (616.0) | (536.9) |
| NSF 2nd lien Balance | (25.5) | (25.5) | (25.5) | (25.5) | (25.5) |
| Leverage: (Debt/EBITDA) | 21.40x | 9.77x | 6.84x | 5.96x | 4.80x |
| Hamburg Jumbo Facility LTV | 95% | 97% | 95% | 91% | 86% |
| Value (depreciated) | 511.0 | 498.5 | 473.4 | 448.3 | 423.2 |
| Vessels | 29 | 29 | 29 | 29 | 29 |

AlixPartners

# Appendix: Additional Financial Analysis
Newco Beta Five Year Cashflow

| | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| **OPERATING ACTIVITIES** | | | | | |
| Income | 18.5 | 31.0 | 29.2 | 31.3 | 32.1 |
| OPEX | (4.4) | (8.8) | (8.8) | (8.8) | (8.8) |
| Drydock | - | (1.7) | - | (1.3) | - |
| **EBITDA** | 14.1 | 20.6 | 20.4 | 21.3 | 23.4 |
| | | | | | |
| Working capital changes | - | - | - | - | - |
| **Net operational cashflow** | 14.1 | 20.6 | 20.4 | 21.3 | 23.4 |
| | | | | | |
| **FINANCING ACTIVITIES** | | | | | |
| Equity Injections | - | - | - | - | - |
| Bank Interest | (2.6) | (4.6) | (3.9) | (3.3) | (2.7) |
| Bank Principal | | | | | |
| Repayments | (12.3) | (25.4) | (19.7) | (20.2) | (20.2) |
| Bareboat Payments | - | - | - | - | - |
| Pre-Del Drawdown | - | - | - | - | - |
| Bareboat Drawdowns | - | - | - | - | - |
| Pre-Del Repayments | - | - | - | - | - |
| **Net Financing Cashflow** | (14.8) | (30.0) | (23.6) | (23.5) | (22.8) |
| | | | | | |
| **INVESTMENT ACTIVITIES** | | | | | |
| Capex | - | - | - | - | - |
| Asset Purchases | - | - | - | - | - |
| Net Investment | - | - | - | - | - |
| | | | | | |
| **Net cashflow for period** | (0.8) | (9.4) | (3.2) | (2.2) | 0.5 |
| | | | | | |
| **Cumulative net cash balance** | (0.8) | (10.2) | (13.3) | (15.6) | (15.0) |
| | | | | | |
| **RATIOS (Beg. of Period)** | | | | | |
| Debt Balance | (161.3) | (149.0) | (123.6) | (103.9) | (83.8) |
| Bareboat balance | - | - | - | - | - |
| Leverage: (Debt/EBITDA) | 11.45x | 7.24x | 6.05x | 4.89x | 3.59x |
| Loan to value | 117% | 112% | 97% | 85% | 72% |
| Value (depreciated) | 138.0 | 132.8 | 127.5 | 122.3 | 117.0 |
| Vessels | 4 | 4 | 4 | 4 | 4 |

AlixPartners

# Appendix: Additional Financial Analysis
Residual Oldco Five Year Cashflow

| | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| **OPERATING ACTIVITIES** | | | | | |
| Income | 172.5 | 103.2 | 121.6 | 121.3 | 105.5 |
| OPEX | (83.7) | (49.7) | (47.2) | (39.6) | (33.6) |
| Drydock | (1.2) | (0.5) | (2.0) | (1.9) | (2.3) |
| **EBITDA** | 87.7 | 52.9 | 72.4 | 79.7 | 69.6 |
| Working capital changes | - | - | - | - | - |
| **Net operational cashflow** | 87.7 | 52.9 | 72.4 | 79.7 | 69.6 |
| **FINANCING ACTIVITIES** | | | | | |
| Equity Injections | (20.5) | - | - | - | - |
| Bank Interest | (93.2) | (82.4) | (77.9) | (64.0) | (49.6) |
| Bank Principal Repayments | (79.2) | | | | |
| Bareboat Payments | 53.4 | | | | |
| Pre-Del Drawdown | 169.8 | | | | |
| Bareboat Drawdowns | | | | | |
| Pre-Del Repayments | (83.3) | | | | |
| **Net Financing Cashflow** | (53.0) | (82.4) | (77.9) | (64.0) | (49.6) |
| **INVESTMENT ACTIVITIES** | | | | | |
| Capex | (125.0) | - | (23.9) | (37.2) | (24.1) |
| Asset Sale net proceeds | 50.1 | - | - | - | - |
| **Net Investment** | (75.0) | - | (23.9) | (37.2) | (24.1) |
| **Net cashflow for period** | (40.3) | (29.5) | (29.4) | (21.5) | (4.2) |
| **Cumulative net cash balance** | (5.3) | (34.8) | (64.2) | (85.7) | (89.9) |
| **RATIOS (beg. of Period)** | | | | | |
| *Debt Balance* | (1,109.5) | (392.0) | (309.6) | (231.7) | (167.7) |
| *Bareboat balance* | (471.3) | | | | |
| *Vessels* | 56 | 22 | 20 | 17 | 14 |

AlixPartners

# Appendix

**Bank Exposure: Hamburg reduced to 90% LTV**

- Equity required if LTV improved to 90% is $90.0m ($25.6m more than at an LTV of 95%)

| | Estimated Value | Current debt | LTV Before | New Debt | LTV After | Change in debt | Change in LTV |
|---|---|---|---|---|---|---|---|
| Unicredit | 99.0 | 94.9 | 96% | 89.1 | 90% | (5.8) | -6% |
| NLB | 170.1 | 168.8 | 99% | 153.1 | 90% | (15.7) | -9% |
| DVB | 106.3 | 103.4 | 97% | 95.6 | 90% | (7.8) | -7% |
| Commerzbank | 14.8 | 14.6 | 99% | 13.3 | 90% | (1.3) | -9% |
| BrLB | 13.1 | 13.0 | 99% | 11.8 | 90% | (1.1) | -9% |
| Santander | 23.8 | 22.5 | 95% | 21.2 | 89% | (1.4) | -6% |
| HSH | 92.0 | 94.6 | 103% | 82.8 | 90% | (11.8) | -13% |
| GB Global | 219.0 | 220.3 | 101% | 220.3 | 101% | 0.0 | 0% |
| CDB | 72.0 | 88.1 | 122% | 88.1 | 122% | 0.0 | 0% |
| CCB | 66.0 | 66.2 | 100% | 66.2 | 100% | 0.0 | 0% |
| Credit Europe | 50.0 | 53.6 | 107% | 53.6 | 107% | 0.0 | 0% |
| Lloyds | 137.0 | 104.1 | 76% | 104.1 | 76% | 0.0 | 0% |
| NSF | 46.0 | 64.0 | 139% | 64.0 | 139% | 0.0 | 0% |
| Natixis | 35.0 | 30.4 | 87% | 30.4 | 87% | 0.0 | 0% |
| Octavian | 62.0 | 83.2 | 134% | 83.2 | 134% | 0.0 | 0% |
| Deka | 54.0 | 74.0 | 137% | 74.0 | 137% | 0.0 | 0% |
| Icon | 85.0 | 127.6 | 150% | 127.6 | 150% | 0.0 | 0% |
| Stealth | 62.0 | 109.5 | 177% | 109.5 | 177% | 0.0 | 0% |
| FSL | 52.0 | 121.6 | 234% | 121.6 | 234% | 0.0 | 0% |
| **TOTAL** | **1,459.0** | **1,654.3** | **113%** | **1,609.4** | **110%** | **(44.8)** | **-3%** |

DEUTSCHE BANK

AlixPartners

# Appendix

Potential loss on bareboat purchase obligations

▸ There exist a number of obligations to purchase at future dates under the following bareboat agreements. The cashflows reflect the following losses occurring via purchase and resale at the obligation date. It assumes no changes to market values but applies depreciation to current estimated values over the time until the purchase and resale date. If the vessels were retained rather than crystallize the loss, then there would be a greater cash outflow for refinancing plus further ongoing loss on vessels were these occur.

| | Purchase obligation ($m) | Estimated current book value ($m) | Loss on resale | Depreciated current book value ($m) | Loss on resale | Purchase date | Years | Monthly depreciation |
|---|---|---|---|---|---|---|---|---|
| Avor | 51.5 | 31 | -20.5 | 27.6 | -23.9 | Aug-15 | 2.6 | 0.11 |
| Enjoy | 38.5 | 30 | -8.5 | 25.5 | -13.0 | Apr-16 | 3.2 | 0.11 |
| Centre | 64.5 | 47 | -17.5 | 40.2 | -24.3 | Jun-16 | 3.4 | 0.17 |
| Marka | 37 | 32 | -5 | 26.0 | -11.0 | Apr-17 | 4.2 | 0.12 |
| Fantastic | 21.5 | 19 | -2.5 | 14.9 | -6.6 | Oct-17 | 4.8 | 0.07 |
| Amazing | 21.5 | 19 | -2.5 | 14.9 | -6.6 | Oct-17 | 4.8 | 0.07 |
| TOTAL | 234.5 | 178 | -56.5 | 149.2 | -85.3 | | | |

FREADABLE COPY March 6 2015

AlixPartners

# Global Locations

AlixPartners is ready to field a team of relevant experts whenever and wherever they are needed. Our professionals work from 15 global offices in more than a dozen different countries. They speak more than 50 languages, and have experience in every corner of the world. Call us, we'll be there when it really matters.

**Chicago**
300 N. LaSalle Street
Suite 1900
Chicago, IL 60654
312.346.2500

**Dallas**
2101 Cedar Springs Road
Suite 1100
Dallas, TX 75201
214.647.7500

**Detroit**
2000 Town Center
Suite 2400
Southfield, MI 48075
248.358.4420

**Dubai**
Gate Village 10, Level 03
P.O. Box 125115
Dubai Int'l Financial Centre
Dubai, United Arab Emirates
+971.4.401.9246

**Düsseldorf**
Königsallee 59 a
40215 Düsseldorf
Germany
+49.211.97.55.00.00

**London**
20 North Audley Street
London W1K 6WE
United Kingdom
+44.20.7098.7400

**Los Angeles**
515 S. Flower Street
Suite 3050
Los Angeles, CA 90071
213.437.7100

**Milan**
Corso Matteotti 9
20121 Milan
Italy
+39.02.360.12000

**Munich**
Maximilianstr. 2 a
83879 München
Germany
+49.89.20.30.40.00

**New York**
40 West 57th Street
New York, NY 10019
212.490.2500

**Paris**
49/51 Avenue George V
75008 Paris
France
+33.1.76.74.72.00

**San Francisco**
4 Embarcadero Center
31st Floor, Suite 3110
San Francisco, CA 94111
415.848.0283

**Shanghai**
Suite 6111
Plaza 66 Building I
1266 Nan Jing West Road
Shanghai, 200040 China
+8621.6171.7555

**Tokyo**
Marunouchi Building 33F
2-4-1 Marunouchi
Chiyoda-ku
Tokyo 100-6333 Japan
+81.3.5533.48XX

**Washington, DC**
16021 Street, NW
Suite 300
Washington, DC 20036
202.756.9000

© AlixPartners, LLP, 2010

AlixPartners