# EXHIBIT 6

EX. 6



# Equasis - Ship folder
# ADVANTAGE ARROW
*imo: 9419448*

## • Disclaimers

Neither Equasis nor its officers or employees shall be under any liability or responsibility whatsoever regarding the data displayed on this site, including hyperlinks or printing. Whist Equasis will make every effort to provide accurate information, it does not rule out the possibility of inadvertent omissions or inaccuracies.

Neither Equasis nor its officers or employees accept any responsibility and shall not be liable for any loss to any person caused by or arising from any information displayed on this site.

Only factual information is displayed in Equasis. Information does not undergo any changes by Equasis. Special attention has been paid to the accuracy of the data. Data is regularly updated in order to help ensure that information remains as reliable as possible. The frequency of updates varies from provider to provider.

No part of the information contained in or from the Equasis website may be stored in a retrieval system, or transmitted in any form, or by any means without prior permission in writing from Equasis.

The following actions are forbidden:
  • Bulk-downloading of data contained on the site ;
  • Use of downloaded data for financial gain ;
  • Use of a robot or similar remote device to download large batches of data.

The above list is not exhaustive, and it should be noted that Equasis continually monitors the activity on its website and if misuse is detected, then the user's account can be locked without prior notice.

## Ship informations

### • Ship particulars

| | Information | Since |
|---|---|---|
| IMO number : | 9419448 | |
| Name of ship : | ADVANTAGE ARROW | (since 01/04/2015) |
| Call sign : | V7KZ7 | |
| MMSI : | 538006202 | |
| Gross tonnage : | 61341 | (since 01/11/2009) |
| DWT : | 115804 | |
| Type of ship : | Crude Oil Tanker | (since 01/11/2009) |
| Year of build : | 2009 | |
| Flag : | Marshall Islands | (since 01/04/2015) |
| Status of ship : | In Service/Commission | (since 23/11/2009) |
| Last update : | 02/06/2015 | |

## • Management detail

| IMO | Role | Name of company | Address | Date of effect |
|---|---|---|---|---|
| 5852627 | Ship manager | SHELL WESTERN SUPPLY & TRADING | Wildey Business Center, Wildey, St Michael, Barbados. | since 03/04/2015 |
| 5845228 | Registered owner | ADVANTAGE ARROW SHIPPING LLC | Care of Shell Western Supply & Trading Ltd, Wildey Business Center, Wildey, St Michael, Barbados. | since 03/04/2015 |
| 0098122 | ISM Manager | GENEL DENIZCILIK NAKLIYATI AS | Kat 12, Blok A, Yapi Kredi Plaza, Buyukdere Caddesi 21, Levent Mah, Besiktas, 34330 Istanbul, Turkey. | since 22/04/2010 |

## • Classification status

| Classification society | Date change status | Status | Reason |
|---|---|---|---|
| Det Norske Veritas | since 23/11/2009 | Delivered | |

## • Classification surveys

| Classification society | Date survey | Date next survey |
|---|---|---|
| Det Norske Veritas | 12/11/2014 | 23/11/2019 |

## • Safety management certificate

| Classification society | Date survey | Date expiry | Date of status | Status | Reason | Type |
|---|---|---|---|---|---|---|
| Det Norske Veritas | 02/04/2015 | 22/04/2020 | | | | Convention |

## • P&I information

| Name of P&I insurer | Recorded on |
|---|---|
| The West of England Shipowners | 20/02/2015 |

## • Statement of condition assessment scheme

Does the vessel have a statement of compliance ?   Not applicable

## Ship inspections

### • List of port state control

| PSC organisation | Authority | Port of inspection | Date of report | Detention | Duration (days) | Number of deficiencies |
|---|---|---|---|---|---|---|
| US Coast Guard | United States of America | Port Arthur, Texas | 21/04/2015 | N | 0 | 1 |
| Mediterranean MoU | Algeria | Bejaia | 15/01/2015 | N | 0 | |
| Paris MoU | Poland | Nowy Port | 13/11/2014 | N | 0 | 1 |
| US Coast Guard | United States of America | Mobile, Alabama | 14/04/2014 | N | 0 | |
| Paris MoU | Canada | Saint John | 05/12/2013 | N | 0 | |
| US Coast Guard | United States of America | Port Arthur, Texas | 05/04/2013 | N | 0 | |
| Paris MoU | United Kingdom | Tranmere | 01/12/2012 | N | 0 | 3 |
| Paris MoU | Spain | Cartagena | 16/11/2012 | N | 0 | 6 |
| US Coast Guard | United States of America | Lake Charles, Louisiana | 08/04/2012 | N | 0 | |
| Vina Del Mar MoU | Chile | QUINTERO | 21/07/2011 | N | 0 | 3 |
| Vina Del Mar MoU | Chile | QUINTERO | 21/07/2011 | N | 0 | 2 |
| Tokyo MoU | | | 21/07/2011 | | | |
| US Coast Guard | United States of America | San Francisco, California | 31/03/2011 | N | 0 | |
| Tokyo MoU | | | 01/11/2010 | | | |
| Tokyo MoU | | | 10/08/2010 | | | |

### • Privates inspections

• Oil Companies International Marine Forum

## Ship history

• **Current and former name(s)**

| Name of ship | Date of effect | Source |
|---|---|---|
| ADVANTAGE ARROW | since 01/04/2015 | IHS Maritime |
| Target | since 01/11/2009 | IHS Maritime |

• **Current and former flag(s)**

| Flag | Date of effect | Source |
|---|---|---|
| Marshall Islands | since 01/04/2015 | IHS Maritime |
| Malta | since 01/11/2009 | IHS Maritime |

• **Current and former classification status**

| Classification society | Date of survey | Sources |
|---|---|---|
| Det Norske Veritas | 12/11/2014 | Det Norske Veritas |
| Det Norske Veritas | 23/11/2009 | Det Norske Veritas |

• **Company**

| Company | Role | Date of effect | Sources |
|---|---|---|---|
| SHELL WESTERN SUPPLY & TRADING | Ship manager | since 03/04/2015 | IHS Maritime |
| ADVANTAGE ARROW SHIPPING LLC | Registered owner | since 03/04/2015 | IHS Maritime |
| URSA SHIPPING LTD | Ship manager | before 02/2011 | IHS Maritime |
| GENEL DENIZCILIK NAKLIYATI AS | ISM Manager | since 22/04/2010 | IHS Maritime |
| UNKNOWN | ISM Manager | since 09/12/2009 | IHS Maritime |
| GENEL DENIZCILIK NAKLIYATI AS | Ship manager | since 23/11/2009 | IHS Maritime |

- **Company**

| Company | Role | Date of effect | Sources |
|---|---|---|---|
| TARGET SHIPPING LTD | Registered owner | since 23/11/2009 | IHS Maritime |

Case 4:15-cv-01645  Document 1-9  Filed on 06/10/15 in TXSD  Page 7 of 7