# EXHIBIT 7

Ex. 7




Log on

home > registry > advantage arrow

VESSEL
# ADVANTAGE ARROW

| | | | |
|---|---|---|---|
| DNV GL ID: | 28373 | IMO No: | 9419448 |
| **Operational Status:** | **In Operation** | Class Relation: | In DNV GL Class |

**Overview**    **Status**

Summary   Dimensions   Classification   Registry   Hull Summary   Machinery Summary   Yard   Owner

| | | | |
|---|---|---|---|
| Flag: | Marshall Islands | Signal Letters: | V7KZ7 |
| Port: | MAJURO | | |
| Owner: | Advantage Arrow Shipping LLC | GT (ITC 69): | 61,341 |
| | (10480854) | NT (ITC 69): | 35,396 |
| Manager: | Genel Denizcilik Nakliyati A.S. | DWT: | 115,804 |
| | (103575)  (LRF / Company identification no: 0098122) | | |
| DocHolder: | Genel Denizcilik Nakliyati A.S. | | |
| | (103575)  (LRF / Company identification no: 0098122) | | |
| Yard: | Samsung Heavy Industries Co. Ltd., Koje Shipyard (1739) | Year of Build: | 2009 |
| Type: | 101 - Tanker for Oil | | |
| Rule regime: | Ship | | |
| Vessel shape: | Monohull ship | | |
| Class Notation: | ✠ 1A1 Tanker for Oil ESP E0 VCS-2 BMON TMON NAUTICUS(Newbuilding) | | |
| Register Information: | ERS | | |
| Other DNV GL Services: | ERS | | |
| Dual Class: | | | |

| Vessel Name: | | DNV GL ID: | IMO No: | Go! |
|---|---|---|---|---|
| My Recent Vessels: | ADVANTAGE SOLAR | | | |

Copyright © 2015 DET NORSKE VERITAS    Liability    Contact Us

# EXHIBIT 8

EX. 8



Click on the Document Icon 🔍 to the left of a record to display a COFR Confirmation in html. You may print the COFR Confirmation by right clicking your mouse and selecting "print" from the list.

| VESSEL NAME | VESSEL TYPE | HULL TYPE | GROSS TONNAGE | COFR NUMBER | EFFECTIVE DATE | EXPIRATION DATE | COFR APPLICANT | VIN | INSURANCE CANCEL FLAG |
|---|---|---|---|---|---|---|---|---|---|
| ADVANTAGE ARROW | TANKER | | 61341 | 841057-16 | 4/17/2015 | 4/17/2018 | GENEL DENIZCILIK NAKLIYATI A S | L9419448 | |

< Prev Next >

*USCG Home • Privacy Policy • Customer Accessibility*
*Contact the Accessibility Coordinator for comments and inquiries about accessibility.*

*Version 3.6 -- This version is designed for Internet Explorer.*

# EXHIBIT 9

Ex. 9



# EXHIBIT 10

EX. 10