IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ECLIPSE LIQUIDITY, INC. § | | |
| Plaintiff, § | | |
| v. § | | C.A. NO. 4:15-CV-01645 |
| § | | |
| AVOR NAVIGATION LTD.; ADVANTAGE § | | |
| ARROW SHIPPING, LLC; GENEL § | | |
| DENIZCILIK NAKLIYATI A.S. A/K/A GEDEN § | | |
| LINES; ADVANTAGE TANKERS, LLC; § | | |
| ADVANTAGE HOLDINGS, LLC; and § | | |
| FORWARD HOLDINGS, LLC § | | |
| Defendants. § | | |
| | | |
| PSARA ENERGY, LTD., § | | |
| Plaintiff, § | | |
| v. § | | C.A. NO. 4:15-CV-01673 |
| § | | |
| SPACE SHIPPING, LTD.; ADVANTAGE § | | |
| ARROW SHIPPING, LLC; GENEL § | | |
| DENIZCILIK NAKLIYATI A.S. A/K/A GEDEN § | | |
| LINES; ADVANTAGE TANKERS, LLC; § | | |
| ADVANTAGE HOLDINGS, LLC; and § | | |
| FORWARD HOLDINGS, LLC § | | |
| Defendants. § | | |
| | | |
| PSARA ENERGY, LTD., § | | |
| Plaintiff, § | | |
| v. § | | C.A. NO. 4:15-CV-01673 |
| § | | |
| SPACE SHIPPING, LTD.; ADVANTAGE § | | |
| ARROW SHIPPING, LLC; GENEL § | | |
| DENIZCILIK NAKLIYATI A.S. A/K/A GEDEN § | | |
| LINES; ADVANTAGE TANKERS, LLC; § | | |
| ADVANTAGE HOLDINGS, LLC; and § | | |
| FORWARD HOLDINGS, LLC § | | |
| Defendants. § | | |

## DECLARATION OF MARC G. MATTHEWS

Pursuant to 28 U.S.C. § 1746, I, Marc G. Matthews, declare as follows:

1.  I am a partner with the law firm of Phelps Dunbar LLP, counsel to Defendants Advantage Arrow Shipping, LLC; Advantage Tankers, LLC; Advantage



EXHIBIT 1

Holdings, LLC; and Forward Holdings, LLC (collectively, the "Advantage Defendants") in the above-captioned action.

2. I make this statement on the basis of my personal knowledge and a review of documents and records maintained by my office in the regular course of its business and in further support of the Advantage Defendants' Motion to Dismiss.

3. Attached hereto as Exhibit A is a Certificate of Fact obtained from the official records of the Office of the Secretary of State of Texas attesting to the fact that Geden Holdings Ltd. has been registered to do business in Texas since July 15, 2013, and is currently an existing entity.

4. Attached hereto as Exhibit B is a printout from the website of the Texas Secretary of State showing that Geden Holdings Ltd. has designated CT Corporation System as its agent for service of process within Texas. This printout was obtained by visiting the Secretary of State's website on August 4, 2015.

5. Attached hereto as Exhibit C is a printout from the website WhitePages.com, showing that Geden Holdings Ltd. has a phone number and physical address in Houston, Texas. This printout was obtained by visiting the WhitePages.com website on August 4, 2015.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Marc G. Matthews

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Carlos H. Cascos
Secretary of State

## Office of the Secretary of State

### Certificate of Fact

The undersigned, as Secretary of State of Texas, does hereby certify that the document, Application for Registration for Geden Holdings Ltd. (file number 801817074), a Foreign For-Profit Corporation, was filed in this office on July 15, 2013.

It is further certified that the entity status in Texas is in existence.

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on August 03, 2015.



Carlos H. Cascos
Secretary of State

EXHIBIT
1-A

Phone: (512) 463-5555
Prepared by: SOS-WEB

*Come visit us on the internet at http://www.sos.state.tx.us/*
Fax: (512) 463-5709
TID: 10264

Dial: 7-1-1 for Relay Services
Document: 620433340005

# TEXAS SECRETARY of STATE
## CARLOS H. CASCOS

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 801817074 | **Entity Type:** | Foreign For-Profit Corporation |
| **Original Date of Filing:** | July 15, 2013 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32051482175 | **FEIN:** | |
| **Name:** | Geden Holdings Ltd. | | |
| **Address:** | Buyukdere Cad. Yapi, Kredi Plate A Blok K, Levent Istanbul, [STATE NOT PROVIDED] 34330 TUR | | |
| **Fictitious Name:** | N/A | | |
| **Jurisdiction:** | , MLT | | |
| **Foreign Formation Date:** | October 14, 2002 | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Name** | | **Address** | | **Inactive Date** | |
| C T Corporation System | | 1999 Bryan St., Ste. 900 Dallas, TX 75201-3136 USA | | | |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.


EXHIBIT 1-B

# Geden Holdings Limited

## Phone Number

713-960-6609

## Address

4265 San Felipe St Houston, TX 77027-2920



Neighborhood: Afton Oaks - River Oaks

© 2015 Whitepages Inc.



EXHIBIT 1-C