## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **ECLIPSE LIQUIDITY, INC.** | § § § | |
| V. | § § | CIVIL ACTION NO. 4:15-CV-1645 |
| **AVOR NAVIGATION LTD.; ADVANTAGE ARROW SHIPPING, LLC; GENEL DENIZCILIK NAKLITAYI A.S. A/K/A GEDEN LINES; ADVANTAGE TANKERS, LLC; ADVANTAGE HOLDINGS, LLC; and FORWARD HOLDINGS, LLC** | § § § § § § § § § | 4:15-CV-1673<br><br>4:15-CV-1675<br><br>ADMIRALTY |

### ORDER

ON THIS DAY the Court considered the Advantage Defendants' Motion to Vacate Attachments and Dismiss. Having considered the pleadings and arguments of counsel, if any, the Court finds that the Motion has merit and should be GRANTED. It is therefore

ORDERED that the Complaints of Eclipse Liquidity (C.A. No. 4:15-CV-01645), Psara Energy, Ltd. (C.A. No. 4:15-CV-01673) and Tank Punk, Inc. (C.A. No. 4:15-CV-01675) be dismissed with prejudice, that the attachments be vacated, and that the Advantage Defendants be awarded their attorneys' fees and costs.

Signed this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE