IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ECLIPSE LIQUIDITY, INC. | § | |
| Plaintiff, | § | |
| v. | § | C.A. NO. 4:15-CV-01645 |
| | § | |
| AVOR NAVIGATION LTD.; ADVANTAGE ARROW SHIPPING, LLC; GENEL DENIZCILIK NAKLIYATI A.S. A/K/A GEDEN LINES; ADVANTAGE TANKERS, LLC; ADVANTAGE HOLDINGS, LLC; and FORWARD HOLDINGS, LLC | § § § § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| PSARA ENERGY, LTD., | § | |
| Plaintiff, | § | |
| v. | § | C.A. NO. 4:15-CV-01673 |
| | § | |
| SPACE SHIPPING, LTD.; ADVANTAGE ARROW SHIPPING, LLC; GENEL DENIZCILIK NAKLIYATI A.S. A/K/A GEDEN LINES; ADVANTAGE TANKERS, LLC; ADVANTAGE HOLDINGS, LLC; and FORWARD HOLDINGS, LLC | § § § § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| TANK PUNK, INC. | § | |
| Plaintiff, | § | |
| v. | § | C.A. NO. 4:15-CV-01675 |
| | § | |
| SPIKE SHIPPING, LTD.; ADVANTAGE ARROW SHIPPING, LLC; GENEL DENIZCILIK NAKLIYATI A.S. A/K/A GEDEN LINES; ADVANTAGE TANKERS, LLC; ADVANTAGE HOLDINGS, LLC; and FORWARD HOLDINGS, LLC | § § § § § § | |
| Defendants. | § | |

## DECLARATION OF ROBERT BROOKS

I, **Robert Lynn Brooks II**, hereby declare as follows:

1. I am over the age of 18 years and not a party to this action. My business/residence address is: **8989 Westheimer #1B, Houston, TX 77063**

2. On **8-17-15** (Date) **2:00 PM** (Time), I arrived at 4265 San Felipe Street in Houston, Texas, 77027 to visit Geden Holdings Limited.

3. Geden Holdings Limited was not listed in the building directory of businesses at 4265 San Felipe Street.

4. I then visited Suite 1100 at 4265 San Felipe Street which is leased to Anchor Executive Center.

5. I inquired as to the nature of business of Anchor Executive Center and was told they offer virtual office services for businesses.

6. I inquired as to whether Geden Holdings Limited had a virtual office with them and was told they did.

_____
Robert Brooks

Subscribed and Sworn to before me on the **18**
of August, 2015, by the affiant,


_____
Notary Public

MANUEL GUEVARA
My Commission Expires
July 23, 2019