Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

John Steen
Secretary of State



# Office of the Secretary of State

### CERTIFICATE OF FILING
### OF

**Geden Holdings Ltd.**
File Number: 801817074

The undersigned, as Secretary of State of Texas, hereby certifies that an Application for Registration for the above named Foreign For-Profit Corporation to transact business in this State has been received in this office and has been found to conform to the applicable provisions of law.

ACCORDINGLY, the undersigned, as Secretary of State, and by virtue of the authority vested in the secretary by law, hereby issues this certificate evidencing the authority of the entity to transact business in this State from and after the effective date shown below for the purpose or purposes set forth in the application under the name of

Geden Holdings Ltd.

The issuance of this certificate does not authorize the use of a name in this state in violation of the rights of another under the federal Trademark Act of 1946, the Texas trademark law, the Assumed Business or Professional Name Act, or the common law.

Dated: 07/15/2013

Effective: 07/15/2013



John Steen
Secretary of State

*Come visit us on the internet at http://www.sos.state.tx.us/*

Phone: (512) 463-5555    Fax: (512) 463-5709    Dial: 7-1-1 for Relay Services
Prepared by: Lynda Boots    TID: 10308    Document: 489945910002