yp Browse ▾

What do you want to find? near New Orleans, LA 🔍

Sign In | Join

Home > Holding Companies near Houston, TX > Geden Holdings Limited

# Geden Holdings Limited




4265 San Felipe St, Houston, TX 77027

📞 (713) 960-6609

Add a Photo



Map & Directions ⏸

**Personalize this business!**
Add a personal note here, and keep this business handy in **mybook!**

mybook It

**BUSINESS DETAILS** | REVIEWS

| | |
|---|---|
| Hours: | Do you know the hours for this business? |
| Neighborhoods: | Great Uptown, Westside, Uptown-Galleria |
| AKA: | Golden Holdings LTD |
| Category: | Holding Companies |

✎ Improve Business Info » | ☑ Claim this Business »

## REVIEWS

 Write a review...  Click to rate

Sponsored Links


**Houston Flood Victim**
www.affordableremodelandflooring.com/
Remodeling Flooring Plumbing Roofing contractor free estimates


**Ballistic Systems**
ballisticclipboards.publishpath.com/
bulletproof enclosures Reasonable Prices. Call Now


**Best Houston Painter**
www.harrishousepainting.com/

### 📷 FEATURED COLLECTION

NEW!

**Spooky Sacramento**
5 businesses in this collection

View All Featured Collections »

**PEOPLE ALSO VIEWED**

**Live Oak Houston Holdings**
2126 Mid Ln, Houston, TX

**M 7 Aerospace**
510 Bering Dr, Houston, TX

**Superox Holdings**
4550 Post Oak Place Dr, Houston, TX

**Star Custom Modular Portable Displays & Cases**
3512 E T C Jester Blvd, Houston, TX

**Seismic Energy Products LP**
4605 Post Oak Place Dr Ste 202, Houston, TX