IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PSARA ENERGY, LTD., <br>       Plaintiff, <br> v. <br><br> SPACE SHIPPING, LTD.; ADVANTAGE ARROW SHIPPING, LLC; GENEL DENIZCILIK NAKLIYATI A.S. A/K/A GEDEN LINES; ADVANTAGE TANKERS, LLC; ADVANTAGE HOLDINGS, LLC; and FORWARD HOLDINGS, LLC <br><br>       Defendants. | C.A. NO. 4:15-CV-01673 |
| TANK PUNK, INC., <br>       Plaintiff, <br> v. <br><br> SPIKE SHIPPING, LTD.; ADVANTAGE ARROW SHIPPING, LLC; GENEL DENIZCILIK NAKLIYATI A.S. A/K/A GEDEN LINES; ADVANTAGE TANKERS, LLC; ADVANTAGE HOLDINGS, LLC; and FORWARD HOLDINGS, LLC <br><br>       Defendants. | C.A. NO. 4:15-CV-01675 |

## DECLARATION OF NEIL A. QUARTARO

Pursuant to 28 USC § 1746, I, Neil A. Quartaro, declares as follows:

1. I am counsel to the law firm Watson Farley and Williams, counsel to Defendants Advantage Arrow Shipping, LLC, Advantage Tankers, LLC, Advantage Holdings LLC, and Forward Holdings LLC (together, the "Advantage Defendants").

2. I make this statement based on my personal knowledge and a review of the documents and records produced in this matter.

3. Attached hereto as Exhibit 1 is a summary of the sale price and funds received by Geden for each Vessel, as defined in the Evidentiary Brief, and true and correct copies of the bills of sale for each, and copies of wire transfer records showing the payment of the purchase price of each Vessel and produced by the Advantage Defendants bearing various Bates numbers as indicated.

4. Attached hereto as Exhibit 2 is a true and correct copy of the cover page of the loan agreement between CIT Finance LLC as agent and certain of the Advantage Defendants, along with a schedule of lenders and produced by the Advantage Defendants bearing various Bates numbers as indicated. Additionally, included herein is a true and correct copy of the cover page of the loan agreement between DVB Bank as agent and certain of the Advantage Defendants, along with a schedule of lenders produced by Advantage Defendants bearing various Bates numbers as indicated. Additionally, included herein is a true and correct copy of

the cover page of the loan agreement between Hayfin Services LLP as agent and certain of the Advantage Defendants, along with a schedule of lenders produced by Advantage Defendants bearing various Bates numbers as indicated.  Additionally, included herein is a true and correct copy of the cover page of the loan agreement between Norddeutsche Landesbank Girozentrale as agent and certain of the Advantage Defendants, along with a schedule of lenders produced by Advantage Defendants bearing various Bates numbers as indicated.  Additionally, included herein is a true and correct copy of the cover page of the loan agreement between UniCredit Bank AG as agent and certain of the Advantage Defendants, along with a schedule of lenders produced by Advantage Defendants bearing various Bates numbers as indicated.

5. Attached hereto as Exhibit 3 are true and correct copies of the bank records showing the payment of Ms. Williams' equity injection into the Advantage Defendants and produced by the Advantage Defendants bearing Bates numbers bearing various Bates numbers as indicated.

6. Attached hereto as Exhibit 4 is a true and correct copy of the Texas Secretary of State record showing that Geden Holdings appointed a registered agent for the service of process on November 3, 2015.

7. Attached hereto as Exhibit 5 is a true and correct copy of the subpoena served on CIT Finance LLC by Plaintiffs and the responses thereto.

8. Attached hereto as Exhibit 6 is a true and correct copy of the subpoena served on Geden Holdings LLC by Plaintiffs and the responses thereto.

New York, New York

February 8, 2016

/s/ *Neil A. Quartaro*_____
Neil A. Quartaro