# EXHIBIT 1

| Vessel Name | Sale Price | Payment of Debt | Equity |
|---|---|---|---|
| Advantage Spring | $ 54,000,000.00 | $ 43,612,706.00 | $ 10,387,294.00 |
| Advantage Solar | $ 46,500,000.00 | $ 34,500,000.00 | $ 12,845,000.00 |
| Advatnage Start | $ 54,000,000.00 | $ 28,512,245.00 | $ 25,487,755.00 |
| Advantage Award | $ 48,500,000.00 | $ 28,150,000.00 | $ 20,350,000.00 |
| Advantage Avenue | $ 46,250,000.00 | $ 28,750,000.00 | $ 17,500,000.00 |
| Advantage Arrow | $ 44,000,000.00 | $ 23,515,000.00 | $ 20,485,000.00 |
| Advantage Summer | $ 54,000,000.00 | $ 43,702,119.00 | $ 10,297,881.00 |
| Advantage Sun | $ 57,750,000.00 | $ 42,997,750.00 | $ 14,752,250.00 |
| Advantage Atom | $ 48,500,000.00 | $ 20,350,000.00 | $ 28,150,000.00 |
| Advantage Anthem | $ 48,500,000.00 | $ 27,550,000.00 | $ 20,950,000.00 |
| Advantage Sky | $ 50,250,000.00 | $ 35,387,500.00 | $ 14,862,500.00 |

# BILL OF SALE (Body Corporate)

| Official number | Name of Ship | Year and part of registry | Description of Vessel | | | | Propulsion |
|---|---|---|---|---|---|---|---|
| | | | MOTOR | | | | 25023 BHP |
| | | | | Number of Tons | | | |
| | | | | *(Where dual tonnages are assigned the higher of these should be stated)* | | | |
| | | | Metres | Centi-Metres | | Gross | Register |
| 9465582 | REEF | 23 IN 2011 – VALLETTA | 266 | 07 | | 83605 | 49031 |
| | | | 48 | 00 | | | |
| | | | 25 | 70 | | | |

Length, Article 2(B) ......................................................

Moulded breadth, Reg 2(3) ...........................................

Moulded depth amidships to upper deck, Reg 2(3)..............

and as described in more detail in the Certificate of the Surveyor and the Register Book

We, (a) REEF SHIPPING LTD. hereinafter called "the Transferors") having our principal place of business at 196, OLD BAKERY STREET, VALLETTA, MALTA in consideration of the sum of Fifty Four Million United States Dollars (US$54,000,000) and other good and valuable consideration paid to us by (b) Advantage Spring Shipping LLC of Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, Marshall Islands MH96960 hereinafter called "the Transferee(s) the receipt whereof is hereby acknowledged, transfer _____ all the (100%) _____ shares in the Ship above particularly described, and in her boats and appurtenances, to the said Transferee(s).

Further, we, the said transferors for ourselves and our successors covenant with the said transferee(s) and (c) their assigns, that we have power to transfer in manner aforesaid the premises hereinbefore expressed to be transferred, and that the same are free from encumbrances (d) Mortgages, maritime liens, taxes, claims and any other debts whatsoever.

In witness whereof we have executed the Bill of Sale as a Deed on this 20th day of April 2015.

Signed as a Deed on behalf of the transferors
in the presence of (e) Notary Dr. Hugh Grima

I, Notary Dr. Hugh Grima hereby witness the true signature of Lara Saguna who has signed this Bill of Sale before me and I do hereby confirm that she has the capacity to execute the said Bill of Sale on behalf of Reef Shipping Ltd. by virtue of a Power of Attorney issued by Reef Shipping Ltd. on the 20th April 2015.

DR. HUGH GRIMA
NOTARY PUBLIC
AND COMMISSIONER FOR OATHS
196, OLD BAKERY STR.
VALLETTA VLT 1454
MALTA

Lara Saguna
For and on behalf of
Reef Shipping Ltd.

NOTE:—
(a) Name in full of Body corporate. (b) Full name(s) and address(es) of transferee(s) with their description in the case of individuals, and adding "as joint owner" where such is the case.
(c) "His", "their" or "its". (d) If any subsisting encumbrances add "save as appears by the registry of the said ship". (e) Signatures and description of witnesses, i.e. Director, Secretary, etc. (as the case may be).
A purchaser of a registered British Vessel does not obtain a complete title until the Bill of Sale has been recorded at the Port of Registry of the ship, and neglect of this precaution may entail serious consequences.
Registered Owners or Mortgagees are reminded of the importance of keeping the Registrar of British Ships informed of any change of residence on their part.

D05213



**✳ Garanti**   Dekont

T. GARANTİ BANKASI A.Ş.
Genel Müdürlük: Nispetiye Mah. Aytar Cad. No: 2, Beşiktaş, 34340, Levent, İstanbul
Büyük Mükellefler Vergi Dairesi Başkanlığı Vergi No: 079 001 7904
Mersis Numarası: 0879 0017 5658 0179
www.garanti.com.tr

HAVALE

| | |
|---|---|
| ŞUBE ADI : MECİDİYEKÖY TİCARİ | SAYIN |
| MÜŞTERİ NUMARASI : 80912175 | ADVANTAGE TANKERS LLC |
| HESAP NUMARASI : 119/9091529 | TRUST COMPANY COMPLEX AJELTEKE ROAD |
| İŞLEM TARİHİ : 30/04/2015 -DBHL/ 182 | |
| VERGİ DAİRESİ : MECİDİYEKÖY | MARSHALL ADALARI |
| VERGİ NO : 0080034634 | |
| İŞLEM YERİ : HESAP İŞLEMLERİ | |
| DÜZENLENME TARİHİ: 30.04.2015 | |
| IBAN: TR28 0006 2000 1190 0009 0915 29 | |

PARA TRANSFERİ HESAPTAN HESABA
ALACAKLI ŞUBE      : MECİDİYEKÖY TİCARİ
ALACAKLI HESAP     : 00119 / 9089497 REEF SHIPPING LTD
ALACAKLI IBAN      : TR87 0006 2000 1190 0009 0894 97
KOMİSYON TUTARI    : 10,50 USD

YALNIZ OnMilyonÜçYüzSeksonYediBinÜçYüzDörtUSD.%50

| | |
|---|---|
| SIRA NO : 2015-04-30-11.19.48.724079 | TUTAR : - 10.387.304,50 USD |

G0015

Garanti **Dekont**

T. GARANTİ BANKASI A.Ş.
Genel Müd.: Nispetiye Mah. Aytar Cad. No: 2, Beşiktaş, 34340, Levent, İstanbul
Büyükdere Vergi Dairesi Başkanlığı Vergi No: 8790017368
Ticaret Sicil Mumarası: 0670 0017 5560 0171
www.garanti.com.tr

HAVALE

| | |
|---|---|
| ŞUBE ADI          : MECİDİYEKÖY TİCARİ | SAYIN |
| MÜŞTERİ NUMARASI : 19856757 | REEF SHIPPING LTD. |
| HESAP NUMARASI   : 119/9009497 | BÜYÜKDERE CAD. YAPI KREDİ PLAZA |
| İŞLEM TARİHİ     : 30/04/2015 -DEHL/ 182 | A BLOK KAT:12 |
| VERGİ DAİRESİ    : ULAŞTIRMA | |
| VERGİ NO         : 7340639025 | 34330    BEŞİKTAŞ/İSTANBUL |
| İŞLEM YERİ       : HESAP İŞLEMLERİ | |
| DÜZENLENME TARİHİ : 30.04.2015 | |
| IBAN: TR87 0006 2000 1190 0009 0894 97 | |

PARA TRANSFERİ HESAPTAN HESABA
BORÇLU ŞUBE          : MECİDİYEKÖY TİCARİ
BORÇLU HESAP         : 00119 / 9091529 ADVANTAGE TANKERS LLC
BORÇLU IBAN          : TR28 0006 2000 1190 0009 0916 29

YALNIZ OnMilyonÜçYüzSeksenYediBinİkiYüzDoksanDörtUSD.%00

| | |
|---|---|
| SIRA NO : 2015-04-30-11.19.48.724079 | TUTAR :        + 10.387.294,00 USD |

G0016

Prescribed by the
Commissioners of
Customs & Excise
with the consent of
the Secretary of
State for Trade.

Form No. 16A
XS.794

# BILL OF SALE (Body Corporate)

| Official number | Name of Ship | Year and port of registry | Description of Vessel | | | Propulsion |
|---|---|---|---|---|---|---|
| | | | MOTOR | | | 25033 BHP |
| | | | *(Where dual tonnages are assigned the higher of these should be stated).* | | | |
| | | | | Number of Tons | | |
| | | | Metres | Centi-Metres | Gross | Register |
| 9409683 | PROFIT | 393 in 2009 - VALLETTA | | | 93350 | 49031 |

Length, Article 2(6) - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 266    07

Moulded breadth, Reg 2(3) - - - - - - - - - - - - - - - - - - - - - - - - - - - 48    00

Moulded depth amidships to upper deck, Reg 2(3) - - - - - - - - - - - 23    70

and as described in more detail in the Certificate of the Surveyor and the Register Book

We, (a) PROFIT SHIPPING LTD. hereinafter called "the Transferors") having our principal place of business at 198, OLD BAKERY STREET, VALLETTA, MALTA in consideration of the sum of Forty Six Million Five Hundred United States Dollars ($46,500,000) and other good and valuable consideration paid to us by (b) Advantage Solar Shipping LLC , of Trust Company Complex, Ajeltake Road, Ajeltake Islands, Majuro, Marshall Islands MH99960 hereinafter called "the Transferee(s)) the receipt whereof is hereby acknowledged, transfer _____ all the (100%) _____ shares in the Ship above particularly described, and in her boats and appurtenances, to the said Transferee(s).

Further, we, the said transferors for ourselves and our successors covenant with the said transferee(s) and (c) their assigns, that we have power to transfer in manner aforesaid the premises hereinbefore expressed to be transferred, and that the same are free from encumbrances (d) Mortgages, maritime liens, taxes, claims and any other debts whatsoever.

In witness whereof we have executed the Bill of Sale as a Deed on this 15th day of February, 2015

Signed as a Deed on behalf of the transferors
in the presence of (e) Notary Dr. Hugh Grima
i. Notary Hugh Grima hereby witness the true signature of Lara Saguna who has signed this Bill of Sale on
Sale, before me and I do hereby confirm that she has the capacity to execute the said Bill of Sale on
behalf of Profit Shipping Ltd. by virtue of a Power of Attorney issued by Profit Shipping Ltd on 12/02/2015

Dr. HUGH GRIMA
NOTARY PUBLIC
AND COMMISSIONER FOR OATHS
198, OLD BAKERY STR.
VALLETTA VLT 09 MALTA

Lara Saguna
For and on behalf of
Profit Shipping Ltd.

(a) Name in full of Body corporate. (b) Full name(s) and address(es) of transferee(s) with their description in the case of individuals, and adding "as joint owner" where such is the case. (c) "His", "their" or "its". (d) If any subsisting encumbrances add "save as appears by the registry of the said ship". (e) Signatures and description of witnesses, i.e. Director, Secretary, etc. (as the case may be).

NOTE.— A purchaser of a registered British Vessel does not obtain a complete title until the Bill of Sale has been received at the Port of Registry of the ship, and neglect of this precaution may entail serious consequences.

NOTE.— Registered Owners or Mortgagees are reminded of the importance of keeping the Registrar of British Ships informed of any change of residence on their part.

D05211



**※ Garanti** Dekont

T. GARANTİ BANKASI A.Ş.
Genel Müdürlük: Nispetiye Mah., Aytar Cad. No: 2, Beşiktaş, 34340, Levent / İstanbul
Büyük Mükellefler Vergi Dairesi Başkanlığı Vergi No: 3750011506
Mersis Numarası: 0879 0017 5660 0179
www.garanti.com.tr

HAVALE

| | | |
|---|---|---|
| ŞUBE ADI | : MECİDİYEKÖY TİCARİ | |
| MÜŞTERİ NUMARASI | : 80912175 | |
| HESAP NUMARASI | : 119/9091529 | |
| İŞLEM TARİHİ | : 18/02/2015 -MBPI/ 169 | |
| VERGİ DAİRESİ | : MECİDİYEKÖY | |
| VERGİ NO | : 0080834634 | |
| İŞLEM YERİ | : HESAP İŞLEMLERİ | |
| DÜZENLENME TARİHİ: 18.02.2015 | | |
| IBAN: TR28 0006 2000 1190 0009 0915 29 | | |

SAYIN
ADVANTAGE TANKERS LLC
TRUST COMPANY COMPLEX AJELTEKE ROAD

MARSHALL ADALARI

PARA TRANSFERİ HESAPTAN HESABA
ALACAKLI ŞUBE         : MECİDİYEKÖY TİCARİ
ALACAKLI HESAP        : 00119 / 9090157 PROFIT SHIPPING LTD
ALACAKLI IBAN         : TR18 0006 2000 1190 0009 0901 57
KOMİSYON TUTARI       : 13,00 USD

YALNIZ OnİkiMilyonSekizYüzKırkBeşBinOnÜçUSD.%00

SIRA NO : 2015-02-18-13.15.41.827221

TUTAR :          - 12.845.013,00 USD

G0007

✻ Garanti  Dekont

T. GARANTİ BANKASI A.Ş.
Gn. Md. Büyükdere, Nispetiye Mah. Aytar Cad. No: 2, Beşiktaş, 34340, Levent, İstanbul
Büyük Mükellefler Vergi Dairesi Başkanlığı Vergi No: 0790117056
Mersis Numarası: 0879 0017 5050 0174
www.garanti.com.tr

HAVALE

| | | |
|---|---|---|
| ŞUBE ADI | : MECİDİYEKÖY TİCARİ | |
| MÜŞTERİ NUMARASI | : 12784221 | |
| HESAP NUMARASI | : 119/9090157 | |
| İŞLEM TARİHİ | : 18/02/2015 -MBPI/ 169 | |
| VERGİ DAİRESİ | : ULAŞTIRMA | |
| VERGİ NO | : 7330343936 | |
| İŞLEM YERİ | : HESAP İŞLEMLERİ | |
| DÜZENLENME TARİHİ | : 18.02.2015 | |
| IBAN:TR18 0006 2000 1190 0009 0901 57 | | |

SAYIN
PROFIT SHIPPING LTD.
BÜYÜKDERE CAD.YAPI KREDİ PLAZA
A BLOK KAT:12

34330    BEŞİKTAŞ/İSTANBUL

PARA TRANSFERİ HESAPTAN HESABA
BORÇLU ŞUBE          : MECİDİYEKÖY TİCARİ
BORÇLU HESAP         : 00119 / 9091529 ADVANTAGE TANKERS LLC
BORÇLU IBAN          : TR28 0006 2000 1190 0009 0915 29

YALNIZ OnİkiMilyonSekizYüzKırkBeşBinUSD.%00

| | |
|---|---|
| SIRA NO : 2015-02-18-13.15.41.827221 | TUTAR :          + 12.845.000,00 USD |

G0008

**Zachary Farley**

| | |
|---|---|
| **From:** | van der Horst, Hans <Hans.vanderHorst@dvbbank.com> |
| **Sent:** | Tuesday, December 29, 2015 7:07 AM |
| **To:** | GEDEN - FINANCE |
| **Cc:** | Zyuber, Petro; TM Amsterdam-Hamburg |
| **Subject:** | RE: Profit closing |
| **Attachments:** | image001.jpg; Audit_2014.pdf; 20150218162408013.pdf |

Dear Murat,

As just discussed I enclose the audit statement sent out for December 2014.

We herewith confirm that the outstanding capital of USD 36,327,000,- was repaid with value date 18th February 2015 as well as the outstanding interest amount as per that date in accordance with the enclosed prepayment notice.

and in relation to the drawdown of the new loan on that date for Advantage Solar Shipping LLC of USD 34,500,000,-.

Trust this confirmation is sufficient.

With kind regards,

Hans

Hans van der Horst
Vice President
Transaction & Loan Services
DVB Bank SE | WTC Schiphol Tower F 6th Floor, Schiphol Boulevard 255 | Schiphol 1118 BH | The Netherlands | Tel +31 88 399 7902 | Mobile +31 6 51102232 | Fax +31 88 399 8102 | tm.amsterdam-hamburg@dvbbank.com<mailto:tm.amsterdam-hamburg@dvbbank.com> | www.dvbbank.com<http://www.dvbbank.com/>

DVB Bank SE<http://www.dvbbank.com/>

The leading specialist in international transport finance

1

G0052

Read our latest news<http://www.dvbbank.com/en/press/press_releases/index.html> or visit us on Twitter<https://twitter.com/dvbbankse>, YouTube<http://www.youtube.com/dvbbankse> and SlideShare<http://de.slideshare.net/dvbbankse>.

From: van der Horst, Hans On Behalf Of TM Amsterdam-Hamburg
Sent: dinsdag 29 december 2015 12:32
To: finance@gedenlines.com
Cc: Zyuber, Petro <Petro.Zyuber@dvbbank.com>; TM Amsterdam-Hamburg <TM.amsterdam-hamburg@dvbbank.com>; van der Horst, Hans <Hans.vanderHorst@dvbbank.com>
Subject: RE: Profit closing

Dear Murat,

As requested we herewith confirm full repayment of the Profit Loan (Geden) as per 18 February 2015 concerning outstanding capital and interest,

Please confirm by return in case you need more detailed information.

Please note as well that this is not an audit statement as for this to comply with we need a formal request from the auditor's themselves.

Best regards,

Hans

_____

Hans van der Horst
Vice President
Transaction & Loan Services
DVB Bank SE | WTC Schiphol Tower F 6th Floor, Schiphol Boulevard 255 | Schiphol 1118 BH | The Netherlands | Tel +31 88 399 7902 | Mobile +31 6 51102232 | Fax +31 88 399 8102 | tm.amsterdam-hamburg@dvbbank.com<mailto:tm.amsterdam-hamburg@dvbbank.com> | www.dvbbank.com<http://www.dvbbank.com/>

DVB Bank SE<http://www.dvbbank.com/>

G0053

The leading specialist in international transport finance

Read our latest news<http://www.dvbbank.com/en/press/press_releases/index.html> or visit us on Twitter<https://twitter.com/dvbbankse>, YouTube<http://www.youtube.com/dvbbankse> and SlideShare<http://de.slideshare.net/dvbbankse>.

From: GEDEN - FINANCE [mailto:finance@gedenlines.com]
Sent: dinsdag 29 december 2015 9:49
To: Zyuber, Petro <Petro.Zyuber@dvbbank.com<mailto:Petro.Zyuber@dvbbank.com>>; van der Horst, Hans <Hans.vanderHorst@dvbbank.com<mailto:Hans.vanderHorst@dvbbank.com>>
Cc: TM Amsterdam-Hamburg <TM.amsterdam-hamburg@dvbbank.com<mailto:TM.amsterdam-hamburg@dvbbank.com>>; TLS London <TLS.London@dvbbank.com<mailto:TLS.London@dvbbank.com>>
Subject: RE: Profit closing

Dear Petro and dear Hans ,

We would really appreciate if you can provide us with the subject statement's scanned copy via e-mail within today.

Kind regards,

Murat

From: Zyuber, Petro [mailto:Petro.Zyuber@dvbbank.com]
Sent: Monday, December 28, 2015 1:08 PM
To: van der Horst, Hans
Cc: GEDEN - FINANCE; TM Amsterdam-Hamburg; TLS London
Subject: RE: Profit closing

Dear Hans, Colleagues,

Could you please provide Murat (RIC)  Statement for Profit Shipping certifying that the old m/t Profit Loan (Geden) has been fully repaid on 18 Feb 2015?

Thank you,

G0054

Kind regards,

Petro

---

Petro Zyuber
Vice President
Strategic Management and Restructuring Team DVB Bank SE | WTC Schiphol Tower F 6th Floor, Schiphol Boulevard 255
| 1118 BH Schiphol | The Netherlands | Tel +31 88 399 7966 | Mobile +31 610 240 480 | Fax +31 88 399 8166 |
Petro.Zyuber@dvbbank.com<mailto:> | www.dvbbank.com<http://www.dvbbank.com/>

DVB Bank SE<http://www.dvbbank.com/>

The leading specialist in international transport finance

Read our latest news<http://www.dvbbank.com/en/press/press_releases/index.html> or visit us on
Twitter<https://twitter.com/dvbbankse>, YouTube<http://www.youtube.com/dvbbankse> and
SlideShare<http://de.slideshare.net/dvbbankse>.

From: GEDEN - FINANCE [mailto:finance@gedenlines.com]
Sent: Monday, December 28, 2015 9:41 AM
To: Zyuber, Petro <Petro.Zyuber@dvbbank.com<mailto:Petro.Zyuber@dvbbank.com>>
Subject: Profit closing

Dear Petro,

Good morning.

Please be advised that the closing statements/docs of the Profit loan facility are being required for the records of our
accounting dep't.

Could you please provide us with them shortly?

Would be also grateful if you can forward the scanned copies at first via e-mail.

Have a great week and kind regards,

Murat

G0055

------------------------------------------------------------------------------------
DVB Bank SE, Amsterdam Branch, Reg.-No. 2444 4765 DVB Bank SE is incorporated with limited liability in Germany
Registered Head Office: Frankfurt/Main, Germany; Local Court: Frankfurt/Main, Germany, Reg.-No. HRB 83980
SWIFT: DVKB DE FF, Bank Code: 501 103 00, VAT NL 8199.81.096.B01 Board of Managing Directors: Ralf Bedranowsky
(CEO and Chairman), Bertrand Grabowski, L.H. (Bart) Veldhuizen.
Chairman of the Supervisory Board: Frank Westhoff

This message and any attachments are confidential and may also contain privileged information. If you are not the
intended recipient of this e-mail or if you have received it in error, please notify us immediately by reply e-mail and then
delete this message completely from your system. Any unauthorized copying, disclosure or other use of the information
contained in this e-mail for any purposes is strictly forbidden. Please be aware that this e-mail or its attachments (if any)
may contain viruses or other harmful code which have not been detected by our anti-virus system.
====================================================================================

G0056

Form No. 10A
X.S.79A

*Prescribed by the Commissioners of Customs & Excise with the consent of the Secretary of State for Trade.*

# BILL OF SALE (Body Corporate)

| Official number | Name of Ship | Year and port of registry | Description of Vessel | | | | | Propulsion |
|---|---|---|---|---|---|---|---|---|
| | | | MOTOR | | | | | 25023 BHP |
| | | | | | Number of Tons | | | |
| | | | | | *(Where dual tonnages are assigned the higher of these should be stated)* | | | |
| 94585573 | BLANK | 193 IN 2011 – VALLETTA | Metres | Centi-Metres | | Gross | | Register |
| | | | | | | | | |
| Length, Article 2(6) ............................................. | | | 266 | 07 | | 83850 | | 49031 |
| Moulded breadth, Reg 2(3) .................................... | | | 48 | 00 | | | | |
| Moulded depth amidships to upper deck, Reg 2(2).... | | | 23 | 70 | | | | |

and as described in more detail in the Certificate of the Surveyor and the Register Book.

We, (a) BLANK SHIPPING LTD. hereinafter called "the Transferors") having our principal place of business at 198, OLD BAKERY STREET, VALLETTA, MALTA in consideration of the sum of Fifty Four Million United States Dollars (US$54,000,000) and other good and valuable consideration ___ paid to us by (b) Advantage Start Shipping LLC. of Trust Company Complex, Ajeltake Road, Ajeltake Islands, Majuro, Marshall Islands MH99960 hereinafter called "the Transferee(s)) the receipt whereof is hereby acknowledged, transfer ___ all the (100%) ___ shares in the Ship above particularly described, and in her boats and appurtenances, to the said Transferee(s).

Further, we, the said transferors for ourselves and our successors covenant with the said transferee(s) and (c) their assigns, that we have power to transfer in manner aforesaid the premises hereinbefore expressed to be transferred, and that the same are free from encumbrances (d) Mortgages, maritime liens, taxes, claims and any other debts whatsoever.

In witness whereof we have executed the Bill of Sale as a Deed on this 20th day of April, 2015.

Signed as a Deed on behalf of the transferors ___
in the presence of (e) Notary Dr. Hugh Grima

HUGH GRIMA
NOTARY PUBLIC
AND COMMISSIONER FOR OATHS
198, OLD BAKERY STREET
VALLETTA VLT 09, MALTA

I, Notary Dr. Hugh Grima hereby witness the true signature of Lara Saguna who has signed this Bill of Sale on behalf of Blank Shipping Ltd.

I, Notary Dr. Hugh Grima hereby witness the true signature of Lara Saguna who has the capacity to execute the said Bill of Sale before me and I do hereby confirm that she has the capacity to execute the said Bill of Sale on the 20th April 2015.

Lara Saguna
For and on behalf of
Blank Shipping Ltd.

(a) Name in full of Body corporate. (b) Full name(s) and address(es) of transferee(s) with their description (in the case of individuals, and adding "as joint owner" where such is the case.
(c) "his" or "its". (d) If any subsisting encumbrances add "save as appears by the registry of the said ship". (e) Signatures and description of witnesses, i.e. Director, Secretary, etc. (as the case may be).

NOTE:-
*A purchaser of a registered British Vessel does not obtain a complete title until the Bill of Sale has been recorded at the Port of Registry of the ship; and neglect of this precaution may entail serious consequences.*

NOTE:-
*Registered Owners or Mortgagees are reminded of the importance of keeping the Registrar of British Ships informed of any change of residence on their part.*

D05219



**✿ Garanti** | **Dekont**

T. GARANTI BANKASI A.Ş.
Genel Müdürlük Kuştepe Mah. Ayazağa Cad. No: 2 Beşiktaş, 34110, Levent İstanbul
Ticaret Sicil Sicil Nr.  Vergi Dairesi Başkanlığı Vergi No: 0790011516
Mersis Numarası : 0879 0117 5662 0375
www.garanti.com.tr

HAVALE

```
ŞUBE ADI          : MECİDİYEKÖY TİCARİ
MÜŞTERİ NUMARASI  : 80912175
HESAP NUMARASI    : 119/9091529
İŞLEM TARİHİ      : 30/04/2015 -OYIB/ 215
VERGİ DAİRESİ     : MECİDİYEKÖY
VERGİ NO          : 0080834634
İŞLEM YERİ        : HESAP İŞLEMLERİ
DÜZENLENME TARİHİ : 30.04.2015
IBAN: TR28 0006 2000 1190 0009 0915 29
```

```
SAYIN
ADVANTAGE TANKERS LLC
TRUST COMPANY COMPLEX AJELTEKE ROAD

MARSHALL ADALARI
```

```
PARA TRANSFERİ HESAPTAN HESABA
ALACAKLI ŞUBE     : MECİDİYEKÖY TİCARİ
ALACAKLI HESAP    : 00119 / 9089306 BLANK SHIPPING LTD.
ALACAKLI IBAN     : TR06 0006 2000 1190 0009 0893 06
KOMİSYON TUTARI   : 20,00 USD
```

YALNIZ YirmiBeşMilyonDörtYüzSeksenYediBinYediYüzYetmişBeşUSD,%00

```
SIRA NO : 2015-04-30-12.45.48.724040        TUTAR :        - 25.487.775,00 USD
```

G0013



**Garanti  Dekont**

**T. GARANTİ BANKASI A.Ş.**
Genel Müd.: Nispetiye Mah. Aytar Cad. No: 2, Beşiktaş, 34340, Levent, İstanbul
Büyükdere/Mecidiyeköy Vergi Dairesi Başkanlığı Vergi No: 3840017566
Ticaret Sicil Numarası: 0879 8017 9560 0470
www.garanti.com.tr

| | |
|---|---|
| ŞUBE ADI | : MECİDİYEKÖY TİCARİ |
| MÜŞTERİ NUMARASI | : 20733388 |
| HESAP NUMARASI | : 119/9089306 |
| İŞLEM TARİHİ | : 30/04/2015 -OYIB/ 215 |
| VERGİ DAİRESİ | : ULASTIRMA |
| VERGİ NO | : 1780714347 |
| İŞLEM YERİ | : HESAP İŞLEMLERİ |
| DÜZENLENME TARİHİ | : 30.04.2015 |
| IBAN: | TR06 0006 2000 1190 0009 0893 06 |

SAYIN
BLANK SHIPPING LTD.
BÜYÜKDERE CAD.YAPI KREDİ PLAZA
A BLOK KAT:12

34330    BEŞİKTAŞ/İSTANBUL

PARA TRANSFERİ HESAPTAN HESABA
BORÇLU ŞUBE        : MECİDİYEKÖY TİCARİ
BORÇLU HESAP       : 00119 / 9091529 ADVANTAGE TANKERS LLC
BORÇLU IBAN        : TR28 0006 2000 1190 0009 0915 29

YALNIZ YirmiBeşMilyonDörtYüzSeksenYediBinYediYüzElliBeşUSD.%00

| | |
|---|---|
| SIRA NO : 2015-04-30-12.45.48.724048 | TUTAR :          + 25.487.755,00 USD |

G0014

# BILL OF SALE (Body Corporate)

| Official number | Name of Ship | Year and port of registry | Description of Vessel | | Propulsion |
|---|---|---|---|---|---|
| | | | MOTOR | | 18420 Bhp |
| 9470131 | VALUE | 473 IN 2011 — VALLETTA | | | |

| | Metres | Centi-Metres | Number of Tons (Where dual tonnages are assigned the higher of these should be stated) | |
|---|---|---|---|---|
| | | | | Gross | Register |
| Length, Article 2(2)......................................... | 240 | 63 | | 51335 | 35873 |
| Moulded breadth, Reg 2(3)............................. | 43 | 80 | | | |
| Moulded depth amidships to upper deck, Reg 2(3)........ | 21 | 00 | | | |

and as described in more detail in the Certificate of the Surveyor and the Register Book

We, (a) VALUE SHIPPING LTD, hereinafter called "the Transferors") having our principal place of business at 198, OLD BAKERY STREET, VALLETTA, MALTA in consideration of the sum of Forty Eight Million Five Hundred Thousand United States Dollars (US$43,500,000) and other good and valuable consideration paid to us by (b) Advantage Award Shipping LLC, of Suite 2008, 2nd Floor, Centre of Commerce, One Bay Street, PO Box N-3944, Nassau, Bahamas, hereinafter called "the Transferee(s), the receipt whereof is hereby acknowledged, transfer all the (100%) _____ shares in the Ship above particularly described, and in her boats and appurtenances, to the said Transferee(s).

Further, we, the said transferors for ourselves and our successors covenant with the said transferee(s) and (c) their assigns, that we have power to transfer in manner aforesaid the premises hereinbefore expressed to be transferred, and that the same are free from encumbrances (d) Mortgages, maritime liens, taxes, claims and any other debts whatsoever.

In witness whereof we have executed the Bill of Sale as a Deed on this 5th day of May, 2015

Signed as a Deed on behalf of the transferors
In the presence of (a) Notary Dr. Hugh Grima

I, Notary Dr. Hugh Grima hereby witness the true signature of Lara Saguna who has signed this Bill of Sale before me and I do hereby confirm that she has the capacity to execute the said Bill of Sale on behalf of Value Shipping Ltd. by virtue of a Power of Attorney issued by Value Shipping Ltd. on the 4th May 2015.

For and on behalf of
Value Shipping Ltd.

Dr. HUGH GRIMA
NOTARY PUBLIC
AND COMMISSIONER FOR OATHS
198, OLD BAKERY STR.
VALLETTA VLT 16 MALTA

NOTE:—
(a) Name in full of Body corporate. (b) Full name(s) and address(es) of transferee(s) with their description in the case of individuals, and adding his joint owner" where such is the case.
(c) "his", "their" or "its". (d) If any subsisting encumbrances add 'save as appears by the registry of the said ship'. (e) Signatures and description of witnesses, i.e. Director, Secretary, etc. (as the case may be).

A purchaser of a registered British Vessel does not obtain a complete title until the Bill of Sale has been recorded at the Port of Registry of the ship; total neglect of this precaution may entail serious consequences.

Registered Owners or Mortgagees are reminded of the importance of keeping the Register of British Ships informed of any change of residence as their part.

D05207

**HypoVereinsbank**  Member of **UniCredit**

**C U S T O M E R   I N F O R M A T I O N**

| Account No. | Bank code | Date |
|---|---|---|
| 16248130 | 200 300 00 | 22.05.2015 |

| IBAN | BIC |
|---|---|
| DE58 20030000 0016248130 | HYVEDEMM300 |

| Account holder |
|---|
| Advantage Award Ship |

| Branch |
|---|
| Filiale Hamburg Altenwallbrücke |

| Person to contact | Telephone |
|---|---|
| Herr Wunner Peter-Alexand | +49 4036924370 |

| Remarks |
|---|
| Earnings Account |

Debit advice

Your foreign payment order was executed
as account to account payment

Instructed currency/Amount/Credit value
USD        20.350.000,00 21.05.2015

Statement

Amount          USD              20.350.000,00

Our reference  : AZMKM21051564684
Your reference :

Ordering customer:
Advantage Award Shipping LLC c/o
Trident Corporate Serv.Ltd
One Bay Street, P.O.Box N-3944
Nassau

Beneficiary:
15042895
Value Shipping Ltd.

190 Old Bakery Street
Valletta

Amount posted  USD              20.350.000,00

Value date     21.05.2015

Notes for the ordering customer:

Purpose of remittance:
purchase price of Advantage Award
(ex Value)

Please observe your liabilities concerning the German foreign trade regulations
This advice bears no signature

# Telefax    ⊛ HypoVereinsbank   Member of ⊛ UniCredit

Datum / Date: 22/05/2015

Seitenanzahl insgesamt: 1
Total Number of Pages:

Absender / From : UniCredit Bank Aktiengesellschaft

To : Value Shipping Ltd.

---

Avisierung eines Zahlungseingangs aus dem Ausland fuer
Value Shipping Ltd.
80311 Muenchen, 22.05.2015
Unsere Referenznummer / our reference number (20)
AZHKN21051564694
Zahlungsavis an
00902123255814
Value Shipping Ltd.
Wir haben verguetet / we have paid
+------------------------------------+
Betrag / amount + USD          20.350.000,00 +
+------------------------------------+
in Worten / in words **USD***TWO*ZERO*THREE*FIVE*ZERO*ZERO*ZERO*****
*ZERO*************************************************************
Ohne Preise fuer den Beguenstigten / without charges to beneficiary
Valuta / value 21.05.2015
Ausfuehrungsdatum / day of execution 22.05.2015
Beguenstigter / beneficiary (59)
Value Shipping Ltd.

198 Old Bakery Street
Valletta
Kontonummer / account number
15042895
Auftraggeber / by order of (50)
Advantage Award Shipping LLC c/o
Trident Corporate Serv.Ltd
One Bay Street, P.O.Box N-3944
Nassau
Zahlungsgrund / remittance information (70)
purchase price of Advantage Award
(ex Value)

Mit freundlichen Gruessen / best regards
UniCredit BankAktiengesellschaft
80311 Muenchen

Dieser Beleg traegt keine Unterschrift

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Form No. 10A
A.S.79A.

Prescribed by the
Commissioners of
Customs & Excise
who be permitted
in the Secretary of
State for Trade

# BILL OF SALE (Body Corporate)

| Official number | Name of Ship | Year and port of registry | Description of Vessel | | | | Propulsion |
|---|---|---|---|---|---|---|---|
| | | | MOTOR | | | | 18442 BHP |
| | | | Number of Tons | | | | |
| | | | (Where dual tonnages are assigned the higher of these should be stated) | | | | |
| | | | | Metres | Centi-Metres | Gross | Register |
| 9445450 | TRUE | 345 IN 2010 – VALLETTA | | | | 61341 | 35396 |

Length, Article 2(B) ........................................ 240 63
Moulded breadth, Reg 2(3) ........................ 43 80
Moulded depth amidships to upper deck, Reg 2(2) .... 21 00

and as described in more detail in the Certificate of the Surveyor and the Register Book

We, (a) TRUE SHIPPING LTD. hereinafter called "the Transferors") having our principal place of business at 198, OLD BAKERY STREET, VALLETTA, MALTA in consideration of the sum of Forty Six Million Two Hundred and Fifty Thousand (United States Dollars (US$46,250,000) paid to us by (b) Advantage Avenue Shipping LLC., of Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, Marshall Islands MH96960 hereinafter called "the Transferee(s), the receipt whereof is hereby acknowledged, transfer _____ all the (100%) _____ shares in the Ship above particularly described, and in her boats and appurtenances, to the said Transferee(s).

Further, we, the said transferors for ourselves and our successors covenant with the said transferee(s) and (c) their assigns, that we have power to transfer in manner aforesaid the premises herein before expressed to be transferred, and that the same are free from encumbrances (d) mortgages, maritime liens, taxes, claims and any other debts whatsoever.

In witness whereof we have executed the Bill of Sale as a Deed on this 1st day of April, 2015

Signed as a Deed on behalf of the transferors
in the presence of (e) Notary Dr. Hugh Grima

I, Notary Dr. Hugh Grima hereby witness the true signature of Lara Saguna who has signed this Bill of Sale on behalf of True Shipping Ltd. on the 18th March 2015.

I, Notary Dr. Hugh Grima hereby witness the true signature of Lara Saguna who has signed this Bill of Sale on behalf of True Shipping Ltd. on the 18th March 2015. I do hereby confirm that she has the capacity to execute the said Bill of Sale on behalf of before me and I do hereby confirm that she has the capacity to execute the said Bill of Sale on behalf of True Shipping Ltd. by virtue of a Power of Attorney issued by True Shipping Ltd. on the 18th March 2015.

Dr. HUGH GRIMA
NOTARY PUBLIC
AND COMMISSIONER FOR OATHS
198, OLD BAKERY STR.
VALLETTA VLT 09 MALTA

Lara Saguna
For and on behalf of
True Shipping Ltd.

NOTE—
(a) Name in full of Body corporate. (b) Full name(s) and address(es) of transferee(s) with their description in the cases of individuals, and adding "as joint owner" where such is the case.
(c) "His", "their" or "its". (d) If any subsisting encumbrances add "save as appears by the registry of the said ship". (e) Signatures and description of witnesses, i.e. Director, Secretary, etc. (as the case may be).
NOTE—   A purchaser of a registered British Vessel does not obtain a complete title until the Bill of Sale has been recorded at the Port of Registry of the ship; and neglect of this precaution may entail serious consequences.
Registered Owners or Mortgagees are reminded of the importance of keeping the Registrar of British Ships informed of any change of residence on their part.

D05204

**✿Garanti** Dekont

T. GARANTİ BANKASI A.Ş.
Genel Müdürlük: Nispetiye Mah. Aytar Cad. No: 2, Beşiktaş, 34340, Levent, İstanbul
Büyük Mükellefler Vergi Dairesi Başkanlığı Vergi No: 3290019566
Mersis Numarası 0879 0017 9000 0578
www.garanti.com.tr

```
ŞUBE ADI          : MECİDİYEKÖY TİCARİ
MÜŞTERİ NUMARASI  : 80912175
HESAP NUMARASI    : 119/9091529
İŞLEM TARİHİ      : 03/04/2015  -KPYT/ 203
VERGİ DAİRESİ     : MECİDİYEKÖY
VERGİ NO          : 0000834634
İŞLEM YERİ        : HESAP İŞLEMLERİ
DÜZENLENME TARİHİ: 03.04.2015
IBAN: TR28 0006 2000 1190 0009 0915 29
```

```
SAYIN
ADVANTAGE TANKERS LLC
TRUST COMPANY COMPLEX AJELTEKE ROAD

MARSHALL ADALARI
```

```
PARA TRANSFERİ HESAPTAN HESABA
ALACAKLI ŞUBE      : MECİDİYEKÖY TİCARİ
ALACAKLI HESAP     : 00119 / 9089277 TRUE SHIPPING LTD
ALACAKLI IBAN      : TR13 0006 2000 1190 0009 0892 77
KOMİSYON TUTARI    : 17,50 USD
```

```
YALNIZ OnYediMilyonBeşYüzBinOnYediUSD.%50
```

```
SIRA NO : 2015-04-03-10.48.47.720375
```

```
TUTAR :          - 17.500.017,50 USD
```

G0011


**❀ Garanti**  **Dekont**

T. GARANTI BANKASI A.Ş.
Mah.[...]Bük[...]apetya Mah. Aysel Cad. No: 2, Beşiktaş, 31340, Levent, Ümraniye
[...]Büyük Mükellefler Vergi Dairesi Başkanlığı Vergi No: 8790017948
Mersis Numarası: 0879 0217 3640 0279
www.garanti.com.tr

HAVALE

| | |
|---|---|
| ŞUBE ADI : MECİDİYEKÖY TİCARİ | SAYIN |
| MÜŞTERİ NUMARASI : 20840869 | TRUE SHIPPING LTD. |
| HESAP NUMARASI : 119/9089277 | BÜYÜKDERE CAD. YAPI KREDİ PLAZA |
| İŞLEM TARİHİ : 03/04/2015 --KPYT/ 203 | A BLOK KAT:12 |
| VERGİ DAİRESİ : ULASTIRMA | |
| VERGİ NO : 8590544826 | 34330   BEŞİKTAŞ/İSTANBUL |
| İŞLEM YERİ : HESAP İŞLEMLERİ | |
| DÜZENLENME TARİHİ: 03.04.2015 | |
| IBAN:TR13 0006 2000 1190 0009 0892 77 | |

PARA TRANSFERİ HESAPTAN HESABA
BORÇLU ŞUBE        : MECİDİYEKÖY TİCARİ
BORÇLU HESAP       : 00119 / 9091529 ADVANTAGE TANKERS LLC
BORÇLU IBAN        : TR28 0006 2000 1190 0009 0915 29

YALNIZ OnYediMilyonBeşYüzBinUSD.%00

| SIRA NO : 2015-04-03-10.48.47.720375 | TUTAR :        + 17.500.000,00 USD |
|---|---|

G0012

Prescribed by the Commissioners of Customs & Excise with the consent of the Secretary of State for Trade

# BILL OF SALE (Body Corporate)

| Official number | Name of Ship | Year and port of registry | Description of Vessel | | Propulsion |
|---|---|---|---|---|---|
| | | | MOTOR | | 13560 KW |
| | | | | Number of Tons | |
| | | | | *(Where dual tonnages are assigned the higher of these should be stated)* | |
| 9419443 | TARGET | 7 IN 2010—VALLETTA | | Gross | Register |
| | | | | 51341 | 35936 |

|  | Metres | Centi-Metres |
|---|---|---|
| Length, Article 2(3) .................. | 240 | 53 |
| Moulded breadth, Reg 2(3) .................. | 42 | 80 |
| Moulded depth amidships to upper deck, Reg 2(3) .................. | 21 | 00 |

and as described in more detail in the Certificate of the Surveyor and the Register Book

We, (a) TARGET SHIPPING LTD. hereinafter called the 'Transferors') having our principal place of business at 198, OLD BAKERY STREET, VALLETTA, MALTA in consideration of the sum of Forty Four Million United States Dollars ($44,000,000) and other good and valuable consideration paid to us by (b) Trust Company Complex, Ajeltake Road, Ajeltake Islands, Majuro, Marshall Islands MH96960 hereinafter called Advantage Arrow Shipping LLC, of _____ shares in the Ship above particularly described, and in "the Transferee(s) the receipt whereof is hereby acknowledged, transfer _____ all the (100%) _____ to the said Transferee(s).

Further, we, the said transferors for ourselves and our successes covenant with the said transferee(s) and (c) their assigns, that we have power to transfer in manner aforesaid the premises hereinbefore expressed to be transferred, and that the same are free from encumbrances (d) Mortgages, maritime liens, taxes, claims and any other debts whatsoever.

In witness whereof we have executed the Bill of Sale as a Deed on this 24th day of March, 2015

Signed as a Deed on behalf of the transferors
In the presence of (e) Notary Dr. Hugh Grima

Dr. HUGH GRIMA
NOTARY PUBLIC
AND COMMISSIONER FOR OATHS
198, OLD BAKERY STR.
VALLETTA VLT 09 MALTA

I, Notary Dr. Hugh Grima hereby witness the true signature of Lara Saguna who has signed this Bill of Sale on behalf of Target Shipping Ltd. For and on behalf of Lara Saguna who has the capacity to execute the said Bill of Sale on behalf of Target Shipping Ltd. by virtue of a Power of Attorney issued by Target Shipping Ltd. on the 18th March 2015.

Dr. HUGH GRIMA
NOTARY PUBLIC
AND COMMISSIONER FOR OATHS
198, OLD BAKERY STR.
VALLETTA VLT 09 MALTA

NOTE—
(a) Name in full of Body corporate. (b) Full name(s) and address(es) of transferee(s) with their description in the case of individuals, and adding 'as joint owner' where such is the case.
(c) "his," "their" or "its" (d) If any subsisting encumbrances add "save as appears by the registry of the said ship". (e) Signatures and description of witnesses, i.e. Director, Secretary, etc., (as the case may be).
A purchaser of a registered British Vessel does not obtain a complete title until the Bill of Sale has been recorded at the Port of Registry of the ship; and neglect of this precaution may entail serious consequences.
Registered Owners or Mortgagees are reminded of the importance of keeping the Registrar of British Ships informed of any change of residence on their part.

D05197



**Garanti** **Dekont**

**T. GARANTİ BANKASI A.Ş.**
Gisini Mahmut Dikmeliye Mah. Aytar Cad. No: 2, Beşiktaş, 34340, Levent, İstanbul
Büyük Mükellefler Vergi Dairesi Başkanlığı Vergi No: 6790017506
Müşis Numara: 0470 0817 5608 0773
www.garanti.com.tr

```
ŞUBE ADI            : MECİDİYEKÖY TİCARİ
MÜŞTERİ NUMARASI    : 80912175
HESAP NUMARASI      : 119/9091529
İŞLEM TARİHİ        : 02/04/2015 -IBRA/ 145
VERGİ DAİRESİ       : MECİDİYEKÖY
VERGİ NO            : 0080834634
İŞLEM YERİ          : HESAP İŞLEMLERİ
DÜZENLENME TARİHİ: 02.04.2015
IBAN: TR28 0006 2000 1190 0009 0915 29
```

```
SAYIN
ADVANTAGE TANKERS LLC
TRUST COMPANY COMPLEX AJELTEKE ROAD

MARSHALL ADALARI
```

```
PARA TRANSFERİ HESAPTAN HESABA
ALACAKLI ŞUBE       : MECİDİYEKÖY TİCARİ
ALACAKLI HESAP      : 00119 / 9090023 TARGET SHIPPING LTD
ALACAKLI IBAN       : TR47 0006 2000 1190 0009 0900 23
KOMİSYON TUTARI     : 20,00 USD




YALNIZ YirmiMilyonDörtYüzSeksenBeşBinYirmiUSD.%00
```

```
SIRA NO : 2015-04-02-13.48.47.720114        TUTAR :        - 20,485,020,00 USD
```

G0009



**%Garanti** Dekont

T. GARANTİ BANKASI A.Ş.

| | |
|---|---|
| ŞUBE ADI | : MECİDİYEKÖY TİCARİ |
| MÜŞTERİ NUMARASI | : 18343210 |
| HESAP NUMARASI | : 119/9090023 |
| İŞLEM TARİHİ | : 02/04/2015 -IBRA/ 145 |
| VERGİ DAİRESİ | : ULASTIRMA |
| VERGİ NO | : 8230325620 |
| İŞLEM YERİ | : HESAP İŞLEMLERİ |
| DÜZENLENME TARİHİ: 02.04.2015 |
| IBAN:TR47 0006 2000 1190 0009 0900 23 |

SAYIN
TARGET SHIPPING LTD.
BÜYÜKDERE CAD.YAPI KREDİ PLAZA
A BLOK KAT:12

34330    BEŞİKTAŞ/İSTANBUL

PARA TRANSFERİ HESAPTAN HESABA
BORÇLU ŞUBE        : MECİDİYEKÖY TİCARİ
BORÇLU HESAP       : 00119 / 9091529 ADVANTAGE TANKERS LLC
BORÇLU IBAN        : TR28 0006 2000 1190 0009 0915 29

YALNIZ YirmiMilyonDörtYüzSeksenBeşBinUSD.%00

SIRA NO : 2015-04-02-13.48.47.720114

TUTAR :          + 20.485.000,00 USD

G0010

Prescribed by the
Commissioners of
Customs & Excise
with the consent of
the Secretary of
State for Trade

Form No. 10A
X3.784

# BILL OF SALE (Body Corporate)

| Official number | Name of Ship | Year and port of registry | Description of Vessel | | | | | Propulsion |
|---|---|---|---|---|---|---|---|---|
| | | | MOTOR | | | | | 25023 BHP |
| | | | | | | Number of Tons | | |
| | | | | | | *(Where dual tonnages are assigned the higher of these should be stated)* | | |
| | | | Metres | Centi-Metres | | Gross | | Register |
| 9418890 | PINK | 348  IN 2010 –VALLETTA | | | | | | |
| | | | 265 | 07 | | | | 49031 |
| | | | 48 | 00 | | 83805 | | |
| | | | 23 | 70 | | | | |

Length, Article 2(B) ..................................................................

Moulded breadth, Reg 2(2) ..................................................................

Moulded depth amidships to upper deck, Reg 2(2).. ..................................................................

and as described in more detail in the Certificate of the Surveyor and the Register Book

We, (a) PINK SHIPPING LTD, hereinafter called "the Transferors") having our principal place of business at 198, OLD BAKERY STREET, VALLETTA, MALTA in consideration of the sum of Fifty Four Million United States Dollars (US$54,000,000) and other good and valuable consideration    paid to us by (a) Advantage Summer Shipping LLC , of Trust Company Complex, Ajeltake Road, Ajeltake Islands, Majuro, Marshall Islands MH96960 hereinafter called the Transferee(s) the receipt whereof is hereby acknowledged, transfer      all the (100%)               shares in the Ship above particularly described, and in their boats and appurtenances, to the said Transferee(s).

Further, we, the said transferors for ourselves and our successors covenant with the said transferee(s) and (c) their assigns, that we have power to transfer in manner aforesaid the premises hereinbefore expressed to be transferred, and that the same are free from encumbrances (d) Mortgages, maritime liens, taxes, claims and any other debts whatsoever.

In witness whereof we have executed the Bill of Sale as a Deed on this  5ᵗʰ day of May, 2015.

Signed as a Deed on behalf of the transferors

in the presence of (e) Notary Dr. Hugh Grima

Dr. HUGH GRIMA
NOTARY PUBLIC
AND COMMISSIONER FOR OATH
198, OLD BAKERY STR
VALLETTA  VLT 09 MALTA

For and on behalf of
Pink Shipping (Maritime) Ltd.

I, Notary Dr. Hugh Grima hereby witness the true signature of Lara Saguna who has signed this Bill of Sale before me and I do hereby confirm that she has the capacity to execute the said Bill of Sale on behalf of Pink Shipping Ltd. by virtue of a Power of Attorney issued by Pink Shipping Ltd. on the 4ᵗʰ May 2015.

(a) Name in full of Body corporate. (b) Full name(s) and address(es) of transferee(s) with their description in the case of individuals, and adding "as joint owner" where such is the case.
(c) "his", "their" or "its". (d) If any subsisting encumbrances add "save as appears by the registry of the said ship". (e) Signatures and description of witnesses, i.e. Director, Secretary, etc. (as the case may be).
NOTE:-       A purchaser of a registered British Vessel does not obtain a complete title until the BII  of Sale has been recorded at the Port of Registry of the ship; and neglect of this precaution may entail serious consequences.
Registered Owners or Mortgagees are reminded of the importance of keeping the Registrar of British Ships informed of any change of residence on their part.

D05225



**❀ Garanti** **Dekont**

```
ŞUBE ADI          : MECİDİYEKÖY TİCARİ
MÜŞTERİ NUMARASI  : 80912175
HESAP NUMARASI    : 119/9091529
İŞLEM TARİHİ      : 08/05/2015 -HTKN/ 291
VERGİ DAİRESİ     : MECİDİYEKÖY
VERGİ NO          : 0080834634
İŞLEM YERİ        : HESAP İŞLEMLERİ
DÜZENLENME TARİHİ : 08.05.2015
IBAN: TR28 0006 2000 1190 0009 0915 29
```

```
SAYIN
ADVANTAGE TANKERS LLC
TRUST COMPANY COMPLEX AJELTEKE ROAD

MARSHALL ADALARI
```

```
PARA TRANSFERİ HESAPTAN HESABA
ALACAKLI ŞUBE     : MECİDİYEKÖY TİCARİ
ALACAKLI HESAP    : 00119 / 9089281 PINK SHIPPING LTD
ALACAKLI IBAN     : TR02 0006 2000 1190 0009 0892 81
KOMİSYON TUTARI   : 10,50 USD
```

YALNIZ OnMilyonİkiYüzDoksanYediBinSekizYüzDoksanBirUSD.%50

```
SIRA NO : 2015-05-08-13.47.48.012527
```

```
TUTAR :        - 10.297.891,50 USD
```

G0019

## Garantı Dekont

T. GARANTİ BANKASI A.Ş.

HAVALE

```
ŞUBE ADI         : MECİDİYEKÖY TİCARİ
MÜŞTERİ NUMARASI : 20636008
HESAP NUMARASI   : 119/ 9089281
İŞLEM TARİHİ     : 08/05/2015 -HTKN/ 291
VERGİ DAİRESİ    : ULAŞTIRMA
VERGİ NO         : 7300356523
İŞLEM YERİ       : HESAP İŞLEMLERİ
DÜZENLENME TARİHİ: 08.05.2015
IBAN: TR02 0006 2000 1190 0009 0892 81
```

```
SAYIN
PINK SHIPPING LTD.
BÜYÜKDERE CAD.YAPI KREDİ PLAZA
A BLOK KAT:12

34330   BEŞİKTAŞ/İSTANBUL
```

```
PARA TRANSFERİ HESAPTAN HESABA
BORÇLU ŞUBE       : MECİDİYEKÖY TİCARİ
BORÇLU HESAP      : 00119 / 9091529 ADVANTAGE TANKERS LLC
BORÇLU IBAN       : TR28 0006 2000 1190 0009 0915 29
```

YALNIZ OnMilyonİkiYüzDoksanYediBinSekizYüzSeksenBirUSD.%00

```
SIRA NO : 2015-05-08-13.47.48.812527
```

```
TUTAR :        + 10.297.881,00 USD
```

G0020

Prescribed by the
Commissioners of
Customs & Excise
with the consent of
the Secretary of
State for Trade

# BILL OF SALE (Body Corporate)

| Official number | Name of Ship | Year and port of registry | | Description of Vessel | | Propulsion |
|---|---|---|---|---|---|---|
| | | | | MOTOR | | 18660 KW |
| | | | | Number of Tons | | |
| | | | | *(Where dual tonnages are assigned the higher of these should be stated)* | | |
| | | | | | Gross | Register |
| 9543141 | ROYAL | 540 IN 2012 — VALLETTA | | | 83850 | 43931 |

| | Metres | Centi-Metres |
|---|---|---|
| Length, Article 2(8) .................................... | 266 | 07 |
| Moulded breadth, Reg 2(9) .......................... | 48 | 00 |
| Moulded depth amidships to upper deck, Reg 2(7)...... | 23 | 70 |

and as described in more detail in the Certificate of the Surveyor and the Register Book

We, (a) PRIMA SHIPPING LTD. hereinafter called "the Transferors") having our principal place of business at 198, OLD BAKERY STREET, VALLETTA, MALTA in consideration of the sum of Fifty Seven Million Seven Hundred and Fifty Thousand United States Dollars (US$57,750,000) and other good and valuable consideration paid to us by (b) Advantage Sun Shipping LLC. of Trust Company Complex, Ajeltake Road, Ajeltake Islands, Majuro, Marshall Islands MH96960 hereinafter called "the Transferee(s)) the receipt whereof is hereby acknowledged, transfer _____ all the (100%) _____ shares in the Ship above particularly described, and in her boats and appurtenances, to the said Transferee(s).

Further, we, the said transferors for ourselves and our successors covenant with the said transferee(s) and (c) their assigns, that we have power to transfer in manner aforesaid the premises hereinbefore expressed to be transferred, and that the same are free from encumbrances (d) Mortgages, maritime liens, taxes, claims and any other debts whatsoever.

In witness whereof we have executed the Bill of Sale as a Deed on this 27th day of May, 2015.

Signed as a Deed on behalf of the transferors
in the presence of (e) Notary Dr. Hugh Grima

Dr. HUGH GRIMA
NOTARY PUBLIC
AND COMMISSIONER FOR OATH
198, OLD BAKERY STR.

I, Notary Dr. Hugh Grima hereby witness the true signature of Lara Saguna who has signed this Bill of Sale before me and I do hereby confirm that she has the capacity to execute the said Bill of Sale on behalf of Prima Shipping Ltd. by virtue of a Power of Attorney issued by Prima Shipping Ltd. on the 26th May 2015.

Lara Saguna
For and on-behalf of
Prima Shipping Ltd.

NOTE—
(a) Name in full of Body corporate. (b) Full name(s) and address(es) of transferee(s) with their description in the case of individuals, and adding "as joint owner" where such is the case.
(c) "his", "their" or "its". (d) If any subsisting encumbrances add "save as appears by the registry of the said ship". (e) Signatures and description of witnesses, i.e. Director, Secretary, etc. (as the case may be).

NOTE— A purchaser of a registered British Vessel does not obtain a complete title until the Bill of Sale has been recorded at the Port of Registry of the ship; and neglect of this precaution may entail serious consequences.

Registered Owners or Mortgagees are reminded of the importance of keeping the Registrar of British Ships informed of any change of residence on their part.

D05228



**Garanti** | **Dekont**

T. GARANTI BANKASI A.Ş.
Şehit Mehmet Nişancı Mah., Aytekin Cad. No:2, Beşiktaş, 34340, Levent, İstanbul
Yük. Müşteriler Vergi Dairesi Başkanlığı Vergi No:3730010860
Mersis Numarası:0979 0017 5560 0379
www.garanti.com.tr

HAVALE

| | |
|---|---|
| ŞUBE ADI : MECİDİYEKÖY TİCARİ | SAYIN |
| MÜŞTERİ NUMARASI : 00912175 | ADVANTAGE TANKERS LLC |
| HESAP NUMARASI : 119/9091529 | TRUST COMPANY COMPLEX AJELTEKE ROAD |
| İŞLEM TARİHİ : 08/06/2015 -MTDV/ 327 | |
| VERGİ DAİRESİ : MECİDİYEKÖY | MARSHALL ADALARI |
| VERGİ NO : 0080034634 | |
| İŞLEM YERİ : HESAP İŞLEMLERİ | |
| DÜZENLENME TARİHİ : 08.06.2015 | |
| IBAN: TR28 0006 2000 1190 0009 0915 29 | |

PARA TRANSFERİ HESAPTAN HESABA
ALACAKLI ŞUBE        : MECİDİYEKÖY TİCARİ
ALACAKLI HESAP       : 00119 / 9089304 PRIMA SHIPPING LTD
ALACAKLI IBAN        : TR60 0006 2000 1190 0009 0893 04
KOMİSYON TUTARI      : 15,00 USD

YALNIZ OnDörtMilyonYediYüzElliİkiBinİkiYüzAltmışBeşUSD.t00

| | |
|---|---|
| SIRA NO : 2015-06-08-13.50.48.914254 | TUTAR : - 14.752.265,00 USD |

G0021



**💲Garanti** Dekont

T. GARANTİ BANKASI A.Ş.

| | |
|---|---|
| ŞUBE ADI : MECİDİYEKÖY TİCARİ | SAYIN |
| MÜŞTERİ NUMARASI : 20733852 | PRIMA SHIPPING LTD. |
| HESAP NUMARASI : 119/ 9089304 | BÜYÜKDERE CAD.YAPI KREDİ PLAZA |
| İŞLEM TARİHİ : 08/06/2015 -MTDV/ 327 | A BLOK KAT:12 |
| VERGİ DAİRESİ : ULASTIRMA | |
| VERGİ NO : 73303767706 | 34330    BEŞİKTAŞ/İSTANBUL |
| İŞLEM YERİ : HESAP İŞLEMLERİ | |
| DÜZENLENME TARİHİ: 08.06.2015 | |
| IBAN: TR60 0006 2000 1190 0009 0893 04 | |

PARA TRANSFERİ HESAPTAN HESABA
BORÇLU ŞUBE        : MECİDİYEKÖY TİCARİ
BORÇLU HESAP       : 00119 / 9091529 ADVANTAGE TANKERS LLC
BORÇLU IBAN        : TR28 0006 2000 1190 0009 0915 29

YALNIZ OnDörtMilyonYediYüzElliİkiBinİkiYüzElliUSD,%00

SIRA NO : 2015-06-08-13.50.48.914254

TUTAR :          + 14.752.250,00 USD

Form No. 16A
K.5799.

# BILL OF SALE (Body Corporate)

| Official number | Name of Ship | Year and port of registry | Description of Vessel | | | Propulsion |
|---|---|---|---|---|---|---|
| | | | MOTOR | | | 13550 KW |
| | | | | Number of Tons | | |
| | | | | *[Where dual tonnages are assigned the higher of these should be stated]* | | |
| | | | Metres | Centi-Metres | Gross | Register |
| 9472622 | BRAVO | 544 IN 2011 — VALLETTA | 240 | 63 | 61336 | 35873 |

Length, Article 2(B) ......................................................... 43  80
Moulded breadth, Reg 2(3) ............................................... 21  00
Moulded depth amidships to upper deck, Reg 2(3) ..............

and as described in more detail in the Certificate of the Surveyor and the Register Book

We, (a) BRAVO SHIPPING LTD, hereinafter called "the Transferors") having our principal place of business at 198, OLD BAKERY STREET, VALLETTA, MALTA in consideration of the sum of Forty Eight Million Five Hundred Thousand United States Dollars (US$48,500,000) and other good and valuable consideration  paid to us by (b) Advantage Atom Shipping LLC , of Suite 200B, 2nd Floor, Centre of Commerce, One Bay Street,  PO Box N-3944, Nassau, Bahamas   hereinafter called "the Transferee(s)), the receipt whereof is hereby acknowledged, transfer      all the (100%)        shares in the Ship above particularly described, and in her boats and appurtenances,  to the said Transferee(s).

Further, we, the said transferors for ourselves and our successors covenant with the said transferee(s) and (c) their assigns, that we have power to transfer in manner aforesaid the premises hereinbefore expressed to be transferred, and that the same are free from encumbrances (d) Mortgages, maritime liens, taxes, claims and any other debts whatsoever.

In witness whereof we have executed the Bill of Sale as a Deed on this 21ˢᵗ day of May, 2015

Signed as a Deed on behalf of the transferors
In the presence of (e) Notary Dr. Hugh Grima

I, Notary Dr. Hugh Grima hereby witness the true signature of Lara Saguna who has signed this Bill of Sale before me and I do hereby confirm that she has the capacity to execute the said Bill of Sale on behalf of Bravo Shipping Ltd. by virtue of a Power of Attorney issued by Bravo Shipping Ltd. on the 20ᵗʰ May 2015.

DR. HUGH GRIMA
NOTARY PUBLIC
.... COMMISSIONER FOR OATHS
198, OLD BAKERY STR.
VALLETTA  VLT 1455  MALTA

Lara Saguna
For and on behalf of
Bravo Shipping Ltd.

(a) Name in full of Body corporate. (b) Full name(s) and address(es) of transferee(s) with their description in the case of individuals; and adding "as joint owner" where such is the case.
(c) "his", "their" or "its". (d) If any subsisting encumbrances add "save as appear by the registry of the said ship". (e) Signatures and description of witnesses, i.e. Director, Secretary, etc. (as the case may be).
NOTE:- ¹ A purchaser of a registered British Vessel does not obtain a complete title until the Bill of Sale has been recorded at the Port of Registry of the ship;  and neglect of this precaution may entail serious consequences.
Registered Owners or Mortgagees are reminded of the importance of keeping the Registrar of British Ships informed of any change of residence on their part.
NOTE:-

D05200

# CUSTOMER INFORMATION

| Account No. | Bank code | Date | Branch |
|---|---|---|---|
| 16248049 | 200 300 00 | 27.05.2015 | Filiale Hamburg Altenwallbrücke |

| IBAN | BIC | Person to contact | Telephone |
|---|---|---|---|
| DE14 20030000 0016248049 | HYVEDEMM300 | Herr Wunner Peter-Alexand | +49 4036924370 |

| Account holder | Remarks |
|---|---|
| Advantage Atom Shipp | Earnings Account |

---

**Debit advice**

Your foreign payment order was executed
as account to account payment

Instructed currency/Amount/Credit value
USD        20.350.000,00 27.05.2015

Statement

| Amount | USD | 20.350.000,00 |
|---|---|---|

Our reference : AZMKM27051565454
Your reference :

Ordering customer:
Advantage Atom Shipping LLC c/o
Trident Corporate Services
One Bay Street, P.O.Box N-3944
Nassau

Beneficiary:
15042374
Bravo Shipping Ltd.

198 Old Bakery Street
Valetta

Amount posted  USD        20.350.000,00

Value date     27.05.2015

Notes for the ordering customer:

Purpose of remittance:
purchase price of Advantage Atom (e
x Bravo)

Please observe your liabilities concerning the German foreign trade regulations
This advice bears no signature

G0003

# Telefax    ⚫HypoVereinsbank  Member of ⚫UniCredit

Datum / Date: 27/05/2015

Seitenanzahl insgesamt: 1
Total Number of Pages:

Absender / From : UniCredit Bank Aktiengesellschaft
To : Bravo Shipping Ltd.

-----------------------------------------------------------------------

Avisierung eines Zahlungseingangs aus dem Ausland fuer
Bravo Shipping Ltd.
80311 Muenchen, 27.05.2015
Unsere Referenznummer / our reference number (20)
AZHKNZ7051565454
Zahlungsavis an
03902129255814
Bravo Shipping Ltd.
Wir haben verguetet / we have paid
+----------------------------------------+
Betrag / amount + USD        20.350.000,00 +
+----------------------------------------+
in Worten / in words **USD***TWO*ZERO*THREE*FIVE*ZERO*ZERO*ZERO*****.
*ZERO*******************************************************
Ohne Preise fuer den Beguenstigten / without charges to beneficiary
Valuta / value 27.05.2015
Ausfuehrungsdatum / day of execution 27.05.2015
Beguenstigter / beneficiary (59)
Bravo Shipping Ltd.

198 Old Bakery Street
Valetta
Kontonummer / account number
15042974
Auftraggeber / by order of (50)
Advantage Aton Shipping LLC c/o
Trident Corporate Services
One Bay Street, P.O.Box N-3944
Nassau
Zahlungsgrund / remittance information (70)...................................
purchase price of Advantage Aton (e
x Bravo)

Mit Freundlichen Gruessen / best regards
UniCredit BankAktiengesellschaft
80311 Muenchen

Dieser Beleg traegt keine Unterschrift

G0004

Form No. 12A
X.S.79A
Prescribed by the
Commissioners of
Customs & Excise
with the consent of
the Secretary of
State for Trade

# BILL OF SALE (Body Corporate)

| Official number | Name of Ship | Year and port of registry | Description of Vessel | | | | Propulsion |
|---|---|---|---|---|---|---|---|
| | | | MOTOR | | | | 13560 KW |
| | | | | | Number of Tons | | |
| | | | | | *(Where dual tonnages are assigned the higher of these should be stated)* | | |
| 9472634 | POWER | 77 IN 2012 — VALLETTA | | | | Gross | Register |
| | | | Metres | Centi-Metres | | 51235 | 35973 |

Length, Article 2(8) ................................................ 240 | 63
Moulded breadth, Reg 2(5) ....................................... 43 | 80
Moulded depth amidships to upper deck, Reg 2(2) ....... 21 | 00

and as described in more detail in the Certificate of the Surveyor and the Register Book

We, (a) BARBAROS MARITIME LTD, hereinafter called "the Transferors") having our principal place of business at 198, OLD BAKERY STREET, VALLETTA MALTA in consideration of the sum of Forty Eight Million Five Hundred Thousand United States Dollars ($48,500,000) and other good and valuable consideration paid to us by (b) Advantage Anthem Shipping LLC , of Suite 200B, 2nd Floor, Centre of Commerce, One Bay Street, PO Box N-3944, Nassau, Bahamas hereinafter called "the Transferee(s)) the receipt whereof is hereby acknowledged, transfer _____ all the (100%) _____ shares in the Ship above particularly described, and in her boats and appurtenances, to the said Transferee(s).

Further, we, the said transferors for ourselves and our successors covenant with the said transferee(s) and (c) their assigns, that we have power to transfer in manner aforesaid the premises hereinbefore expressed to be transferred, and that the same are free from encumbrances (d) Mortgages, maritime liens, taxes, claims and any other debts whatsoever.

In witness whereof we have executed the Bill of Sale as a Deed on this 5th day of May, 2015

Signed as a Deed on behalf of the transferors
in the presence of (e) Notary Dr. Hugh Grima

DR. HUGH GRIMA
NOTARY PUBLIC
AND COMMISSIONER FOR O...
198, OLD BAKERY ST-
VALLETTA, VLT 09 MAL...

For and on behalf of
Barbaros Maritime Ltd.

I, Notary Dr. Hugh Grima hereby witness the true signature of Lara Saguna who has signed this Bill of Sale
before me and I do hereby confirm that she has the capacity to execute the said Bill of Sale on behalf of
Barbaros Maritime Ltd. by virtue of a Power of Attorney issued by Barbaros Maritime Ltd. on the 4th May 2015.

(a) Name in full of Body corporate. (b) Full name(s) and address(es) of transferee(s) with their description in the case of individuals, and adding "as joint owner" where such is the case.
(c) This", "their" or "its". (d) If any subsisting encumbrances add "save as appears by the registry of the said ship". (e) Signatures and description of witnesses, i.e. Director, Secretary, etc. (as the case may be).
NOTE:— A purchaser of a registered British Vessel does not obtain a complete title until the Bill of Sale has been recorded at the Port of Registry of the ship; and neglect of this precaution may entail serious consequences.
Registered Owners or Mortgagees are reminded of the importance of keeping the Registrar of British Ships informed of any change of residence on their part.

D05193

# HypoVereinsbank  Member of ⊘ UniCredit

## CUSTOMER INFORMATION

| Account No. | Bank code | Date |
|---|---|---|
| 16248021 | 200 300 00 | 15.05.2015 |

| IBAN | BIC |
|---|---|
| DE91 20030000 0016248021 | HYVEDEMM300 |

| Account holder |
|---|
| Advantage Anthem Shi |

| Branch |
|---|
| Filiale Hamburg Altenwallbrücke |

| Person to contact | Telephone |
|---|---|
| Herr Wunner Peter-Alexand | +49 4036924370 |

| Remarks |
|---|
| Earnings Account |

---

Debit advice

Your foreign payment order was executed
as account to account payment

Instructed currency/Amount/Credit value
USD        20.950.000,00 13.05.2015

Statement

| Amount | USD | 20.950.000,00 |
|---|---|---|

Our reference  : AZMKM13051562979
Your reference :

Ordering customer:
Advantage Anthem Shipping LLC c/o
Trident Corporate Serv.Ltd
One Bay Street, P.O.Box N-3944
Nassau

Beneficiary:
15042879
Barbaros Maritime Ltd.

198 Old Bakery Street
Valetta

| Amount posted | USD | 20.950.000,00 |
|---|---|---|

Value date      13.05.2015

Notes for the ordering customer:

Purpose of remittance:
transfer of payment as per Drawdown
request dd. 07.05.2015

Please observe your liabilities concerning the German foreign trade regulations
This advice bears no signature

# Telefax  ⊛HypoVereinsbank  Member of ⊛UniCredit

Datum / Date:15/05/2015

Seitenanzahl insgesamt:1
Total Number of Pages:

Absender / From :UniCredit Bank Aktiengesellschaft
To :Barbaros Maritime Ltd.

-------------------------------------------------------------------------

Avisierung eines Zahlungseingangs aus dem Ausland fuer
Barbaros Maritime Ltd.
80311 Muenchen, 15.05.2015
Unsere Referenznummer / our reference number (20)
AZWKM18051562979
Zahlungsavis an
80902128255814
Barbaros Maritime Ltd.
Wir haben verguetet / We have paid
          +------------------------------------+
Betrag / amount + USD          20,950,000,00 +
          +------------------------------------+
in Worten / in words **USD***TWO*ZERO*NINE*FIVE*ZERO*ZERO*ZERO*ZERO*
**********************************************************************
Ohne Preise fuer den Beguenstigten / without charges to beneficiary
Valuta / value 18.05.2015
Ausfuehrungsdatum / day of execution 15.05.2015
Beguenstigter / beneficiary (59)
Barbaros Maritime Ltd.

190 Old Bakery Street
Valetta
Kontonummer / account number
15042079
Auftraggeber / by order of (50)
Advantage Anthem Shipping LLC c/o
Trident Corporate Serv.Ltd
One Bay Street, P.O.Box N-8944
Nassau
Zahlungsgrund / remittance information (70)
transfer of payment as per Drawdown
request dd. 07.05.2015

Mit freundlichen Gruessen / best regards
UniCredit BankAktiengesellschaft
80311 Muenchen

Dieser Beleg traegt keine Unterschrift

# BILL OF SALE (Body Corporate)

| Official number | Name of Ship | Year and port of registry | Description of Vessel | | | Propulsion |
|---|---|---|---|---|---|---|
| | | | MOTOR | | | 13860 KW |
| | | | | Number of Tons *(Where dual tonnages are assigned the higher of these should be stated)* | | |
| | | | Metres | Centi-Metres | | |
| 9413838 | BLUE | 72 IN 2010 – VALLETTA | | | | |
| | | | | | Gross | Register |
| ...ngth, Article 2(B) ............................................. | | | 266 | 07 | | |
| ...uided breadth, Reg 2(3) ..................................... | | | 43 | 00 | | |
| ...ulded depth amidships to upper deck, Reg 2(2) ..... | | | 23 | 70 | 83805 | 49031 |

...d as described in more detail in the Certificate of the Surveyor and the Register Book

e, (a) BLUE SHIPPING LTD. hereinafter called "the Transferors") having our principal place of business at 198, OLD BAKERY STREET, VALLETTA, MALTA consideration of the sum of Fifty Million Two Hundred and Fifty Thousand United States Dollars (US$50,250,000) and other good and valuable ...195960 hereinafter called "the Transferee(s)) the receipt whereof is hereby acknowledged, transfer _____ at the (100%) _____ shares in the Ship above ...fic/uary described, and in her boats and appurtenances, to the said Transferee(s). of Trust Company Complex, Ajeltake Road, Ajeltake Islands, Majuro, Marshall Islands

Further, we, the said transferors for ourselves and our successors covenant with the said transferee(s) and (c) their assigns, that we have power to transfer in ...annex/aforesaid the premises hereinbefore expressed to be transferred, and that the same are free from encumbrances (d) Mortgages, maritime liens, taxes, ...ims and any other debts whatsoever.

...witness whereof we have executed the Bill of Sale as a Deed on this 29th day of April, 2015

...gned as a Deed on behalf of the transferors
...the presence of (e) Notary Dr. Hugh Grima

...Lara Saguna
For and on behalf of
Blue Shipping Ltd.

Notary Dr. Hugh Grima hereby witness the true signature of Lara Saguna who has signed this Bill of Sale ...fore me and I do hereby confirm that she has the capacity to execute the said Bill of Sale on behalf of ...e Shipping Ltd. by virtue of a Power of Attorney issued by Blue Shipping Ltd. on the 29th April 2015.

DR. HUGH GRIMA
NOTARY PUBLIC
...COMMISSIONER FOR OATHS
198, OLD BAKERY STR.,
...ETTA VLT 16 MALTA

(a) Name in full of Body corporate. (b) Full name(s) and address(es) of transferee(s) with their description in the case of individuals, and adding "as joint owner" where such is the case.
(c) "his", "their" or "its". (d) If any subsisting encumbrances add "save as appears by the registry of the said ship". (e) Signatures and description of witnesses, i.e. Director, Secretary, etc. (as the case ...may entail without consequences.
NOTE:-

*A purchaser of a registered British Vessel does not obtain a complete title until the Bill of Sale has been recorded at the Port of Registry of the ship; and neglect of this precaution may entail serious consequences.*
*Registered Owners or Mortgagees are reminded of the importance of keeping the Register of British Ships informed of any change of residence on their part.*



HAVALE

❀ Garanti  Dekont

```
ŞUBE ADI           : MECİDİYEKÖY TİCARİ
MÜSTERİ NUMARASI   : 80912175
HESAP NUMARASI     : 119/9091529
İŞLEM TARİHİ       : 07/05/2015 ~FSBA/ 263
VERGİ DAİRESİ      : MECİDİYEKÖY
VERGİ NO           : 0080834634
İŞLEM YERİ         : HESAP İŞLEMLERİ
DÜZENLENME TARİHİ  : 07.05.2015
IBAN: TR28 0006 2000 1190 0009 0915 29
```

```
SAYIN
ADVANTAGE TANKERS LLC
TRUST COMPANY COMPLEX AJELTEKE ROAD

MARSHALL ADALARI
```

```
PARA TRANSFERİ HESAPTAN HESABA
ALACAKLI ŞUBE      : MECİDİYEKÖY TİCARİ
ALACAKLI HESAP     : 00119 / 9089862 BLUE SHIPPING LTD
ALACAKLI IBAN      : TR29 0006 2000 1190 0009 0898 62
KOMİSYON TUTARI    : 15,00 USD
```

YALNIZ OnDörtMilyonSekizYüzAltmışİkiBinBeşYüzOnBeşUSD,%00

```
SIRA NO : 2015-05-07-13,22,48,012417        TUTAR :        - 14.862.515,00 USD
```

G0017



**Garanti** Dekont

ŞUBE ADI       : MECİDİYEKÖY TİCARİ
MÜŞTERİ NUMARASI : 16843940
HESAP NUMARASI  : 119/9089862
İŞLEM TARİHİ    : 07/05/2015 -FSBA/ 263
VERGİ DAİRESİ   : ULAŞTIRMA
VERGİ NO       : 1780705178
İŞLEM YERİ     : HESAP İŞLEMLERİ
DÜZENLENME TARİHİ: 07.05.2015
IBAN: TR29 0006 2000 1190 0009 0898 62

SAYIN
BLUE SHIPPING LTD.
BÜYÜKDERE CAD.YAPI KREDİ PLAZA
A BLOK KAT:12

34330   BEŞİKTAŞ/İSTANBUL

PARA TRANSFERİ HESAPTAN HESABA
BORÇLU ŞUBE      : MECİDİYEKÖY TİCARİ
BORÇLU HESAP     : 00119 / 9091529 ADVANTAGE TANKERS LLC
BORÇLU IBAN      : TR28 0006 2000 1190 0009 0915 29

YALNIZ OnDörtMilyonSekizYüzAltmışİkiBinBeşYüzUSD,%00

SIRA NO : 2015-05-07-13.22.46.812417

TUTAR :       + 14.862.500,00 USD

**Mehmet MAT**

From:      Stephen Majeski <smajeski@breakwatercapital.co.uk>
Sent:      Çarşamba 06 Mayıs 2015 21:21
To:      MEHMET MAT
Subject:      Fwd: Geden mt "BLUE" - MT199 [SH-WS.FID3099306]

Mehmet

See below.

Stephen

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: Bethany Walker
Date:05/06/2015 6:06 PM (GMT+00:00)
To: Mark Russell , Andreas Povlsen , Stephen Majeski
Cc: Edward Rhind
Subject: RE: Geden mt "BLUE" - MT199 [SH-WS.FID3099306]

Mark / Edward -- SWIFT and MT199 confirmation below. Please pass to your colleague and ask them to confirm once funds are received.

Many thanks

Beth

MT199

N 83
{1:F01DEUTGB2LAXXX0506180656}      Pymt. Id: SW199 LDN    27961
{2:I199COBADEFFXXXXN}
{4:             APC: FIN   MF/ST Seq Nbr:
:20:CTA0605N83          Session #: 0506 ISN/OSN: 180656
:21:CTA0605N83
:79:QUOTE: TO:       From: DEUTGB2LAXXX To: COBADEFFXXX
BENEFICIARY/ ACCOUNT NAME: COMMERZBANK AG   MIR:
150506DEUTGB2LAXXX0506180656
DEUTSCHE
SCHIFFSBANK SWIFT: COBADEFFXXX      Senders Ref: CTA0605N83
A/C NO. 940 328 801        Pos Dup:
IBAN: DE98 5004 0000 0940 3288 01 REF: MT   Message Type: 199 Pri:
BLUE            Amt:           0

WE HEREBY INFORM YOU THAT IN RELATION TO T Undelivered:   Delv. Time: 17 : 57
HE MEMOR            Overdue Code:
ANDUM OF AGREEMENT DATED 18 DECEMBER 2014   Receivers MOR:
(AS AMEN

1

DED AND/OR SUPPLEMENTED FROM TIME TO TIME, More Data Y Print

THE AG — Pymt. Id: SW199 LDN 27961

REEMENT ) AND ENTERED INTO BETWEEN BLUE SH

IPPING L — APC: FIN MF/ST Seq Nbr:

TD OF MALTA (THE SELLER ) AND ADVANTAGE SK Session #: 0506 ISN/OSN: 180656

Y SHIPP

ING LLC OF THE MARSHALL ISLANDS (THE BUYER From: DEUTGB2LAXXX To:

COBADEFFXXX

) REGA — MIR: 150506DEUTGB2LAXXX0506180656

RDING THE SALE OF THE M.V. BLUE (THE VESSE

L ), — Senders Ref: CTA0605N83

WHICH IS CURRENTLY SCHEDULED TO TAKE PLACE Pos Dup:

ON OR A — Message Type: 199 Pri:

ROUND 07 MAY 2015 (THE DELIVERY DATE ), WE Amt: 0

HAVE T

ODAY TRANSFERRED TO YOU THE AMOUNT OF USD Undelivered: Delv. Time: 17 : 57

35,387,5 — Overdue Code:

00 (UNITED STATES DOLLARS THIRTY FIVE MILL Receivers MOR:

ION THRE

E HUNDRED EIGHTY SEVEN THOUSAND FIVE HUNDR More Data Y Print

ED) AS P — Pymt. Id: SW199 LDN 27961

ARTIAL PAYMENT OF THE PURCHASE

PRICE (THE FUNDS ). — APC: FIN MF/ST Seq Nbr:

IN CONNECTION WITH THE FUNDS AND IN ACCORD Session #: 0506 ISN/OSN: 180656

ANCE WIT

H THE IRREVOCABLE INSTRUCTIONS OF THE REMI From: DEUTGB2LAXXX To:

COBADEFFXXX

TTER, YO — MIR: 150506DEUTGB2LAXXX0506180656

U ARE HEREBY INFORMED AND IRREVOCABLY INST

RUCTED A — Senders Ref: CTA0605N83

S FOLLOWS: — Pos Dup:

KINDLY HOLD THE FUNDS WITHOUT ALLOCATION, Message Type: 199 Pri:

TO OUR O — Amt: 0

RDER SUBJECT AS HEREINAFTER PROVIDED. THE

FUNDS MA — Undelivered: Delv. Time: 17 : 57

Y BE IRREVOCABLY RELEASED TO THE SELLER'S Overdue Code:

ACCOUNT — Receivers MOR:

WITH YOU UPON PRESENTATION TO YOU OF A COP

Y OF THE

PROTOCOL OF DELIVERY AND ACCEPTANCE FOR TH Pymt. Id: SW199 LDN 27961

E VESSEL

, EXECUTED ON BEHALF OF THE SELLER AND THE APC: FIN MF/ST Seq Nbr:

BUYER A — Session #: 0506 ISN/OSN: 180656

ND COUNTER SIGNED BY ANY OF SARAH YEOWART

(PASSPOR — From: DEUTGB2LAXXX To: COBADEFFXXX

T NO :800552771), MARK RUSSELL (PASSPORT N MIR: 150506DEUTGB2LAXXX0506180656

O: 09928

3924) OR EDWARD RHIND (PASSPORT NO: D86109 Senders Ref: CTA0605N83

8) OF ST — Pos Dup:

EPHENSON HARWOOD — Message Type: 199 Pri:

-}

N 84

{1:F01DEUTGB2LAXXX0506180664} — Pymt. Id: SW199 LDN 27970

{2:I199COBADEFFXXXXN}

{4: — APC: FIN MF/ST Seq Nbr:

G0047

:20:CTA0605N84

:21:CTA0605N84

:79:EACH OF THE FOLLOWING PERSONS ARE AUTH From: DEUTGB2LAXXX To: COBADEFFXXX

ORIZED TO SI          MIR: 150506DEUTGB2LAXXX0506180664

GN ON BEHALF OF THE BUYERS ACTING SINGLY.

1. ALI TUGRUL TOKGOZ ( PASSPORT NO : U 030 Senders Ref: CTA0605N84

09973)                      Pos Dup:

2. JONATHAN MARK UTTLEY ( PASSPORT NO : 80 Message Type: 199 Pri:

0812903)            Amt:              0


EACH OF THE FOLLOWING PERSONS ARE AUTHORIZ Undelivered:  Delv. Time: 17 : 58

ED TO SI          Overdue Code:

GN ON BEHALF OF THE SELLERS ACTING SINGLY  Receivers MOR:

1.MEHMET MAT (PASSPORT NO : U01987120)

2 KIVANC KANAN (PASSPORT NO : 506972386)   More Data Y Print

              Pymt. Id: SW199 LDN   27970

IN CASE THE FUNDS ARE NOT RELEASED IN ACCO

RDANCE W          APC: FIN  MF/ST Seq Nbr:

ITH THE FOREGOING INSTRUCTIONS BY 2PM, LON Session #: 0506 ISN/OSN: 180664

DON TIME

ON 08 MAY 2015 YOU ARE HEREBY INSTRUCTED T From: DEUTGB2LAXXX To: COBADEFFXXX

O I          MIR: 150506DEUTGB2LAXXX0506180664

MMEDIATELY REMIT THE FUNDS PLUS ANY INTERE

ST ACCRU          Senders Ref: CTA0605N84

ED THEREON TO:          Pos Dup:

NAME OF BANK: HSBC ACCOUNT NAME: HAYFIN SE Message Type: 199 Pri:

RVICES L          Amt:              0

LP SORT CODE: 40-05-15 ACCOUNT NUMBER: 713

62281          Undelivered:  Delv. Time: 17 : 58

SWIFT CODE: MIDLGB22          Overdue Code:

IBAN: GB28MIDL40051571362281          Receivers MOR:

REFERENCE: ADVANTAGE SKY SHIPPING LLC

THIS MT199 AND ANY NON-CONTRACTUAL OBLIGAT More Data Y Print

IONS CON          Pymt. Id: SW199 LDN   27970

NECTED WITH IT SHALL BE GOVERNED BY ENGLIS

H LAW. T          APC: FIN  MF/ST Seq Nbr:

HE ENGLISH COURTS HAVE EXCLUSIVE JURISDICT Session #: 0506 ISN/OSN: 180664

ION TO S

ETTLE ANY DISPUTE ARISING OUT OF, OR IN CO From: DEUTGB2LAXXX To: COBADEFFXXX

NNECTION          MIR: 150506DEUTGB2LAXXX0506180664

WITH, THIS MT199.

UNQUOTE          Senders Ref: CTA0605N84

              Pos Dup:

KIND REGARDS          Message Type: 199 Pri:

BRONWYN MARTIN          Amt:              0

DEUTSCHE BANK AG LONDON

TEL. +44 20 754-58643          Undelivered:  Delv. Time: 17 : 58

EMAIL BRONWYN MARTIN DB COM          Overdue Code:

-}          Receivers MOR:


Payment Swift

{1:F01BKTRUS33XXXX4337556640}

 {2:O2021605150506DEUTGB2LQXXX433755664015050061605U}

 {4:

20  Trn Ref #  PA81505069-14298

G0048

21  Rel Ref  PA81505069-14298
32A Amount  150506USD35387500,00
52A Order. Inst.  DEUTGB22CTA
57A Acct @ Inst.  COBAUS3XXXX
58A Bene. Inst.  /DE98500400000940328801
  COBADEFFXXX
  -}
  {5:{MAC:00000000}
  {CHK:000000000000}}


Bethany Walker



**Hayfin Capital Management LLP**
One Eagle Place, London, SW1Y 6AF, United Kingdom
Tel +44 (0)20 7074 2931 Mob +44 (0)7590 976912 www.hayfin.com

Authorised and Regulated by the Financial Conduct Authority © Hayfin Capital Management LLP

---

**From:** Bethany Walker
**Sent:** 06 May 2015 17:24
**To:** 'Mark Russell'; Andreas Povlsen; Stephen Majeski
**Cc:** Edward Rhind
**Subject:** RE: Geden mt "BLUE" - MT199 [SH-WS.FID3099306]

Mark

The funds have been sent to Commerzbank. We are waiting on the Swift and will provide once available.

Thanks

Beth

Bethany Walker



**Hayfin Capital Management LLP**
One Eagle Place, London, SW1Y 6AF, United Kingdom
Tel +44 (0)20 7074 2931 Mob +44 (0)7590 976912 www.hayfin.com

Authorised and Regulated by the Financial Conduct Authority © Hayfin Capital Management LLP

---

**From:** Mark Russell [mailto:Mark.Russell@shlegal.com]
**Sent:** 06 May 2015 10:35
**To:** Bethany Walker; Andreas Povlsen; Stephen Majeski
**Cc:** Edward Rhind
**Subject:** FW: Geden mt "BLUE" - MT199 [SH-WS.FID3099306]

4

# EXHIBIT 2

$61,000,000 Secured Loan Agreement

Dated   16   March 2015

(1)   Advantage Sun Shipping LLC and Advantage Start Shipping LLC
(as Borrowers)

(2)   The Financial Institutions
listed in Schedule 1
(as Original Lenders)

(3)   CIT Finance LLC
(as Agent)

(4)   CIT Finance LLC
(as Security Agent)



Stephenson Harwood LLP
1 Finsbury Circus
London EC2M 7SH
Tel +44 20 7329 4422
Fax +44 20 7329 7100
DX No. 64 Chancery Lane
www.shlegal.com

STEPHENSON HARWOOD

LONLIVE\19173862.15

D00100

(c)    similar principles, rights and defences under the laws of any Relevant Jurisdiction; and

any other matters which are set out as qualifications or reservations as to matters of law of general application in the Legal Opinions.

**"Lender"** means:

(a)    any Original Lender; and

(b)    any bank, financial institution, trust, fund or other entity which has become a Party as a Lender in accordance with Clause 23 (*Changes to the Lenders*),

which in each case has not ceased to be a Lender in accordance with the terms of this Agreement.

**"LIBOR"** means:

(a)    the applicable Screen Rate; or

(b)    (if (i) no Screen Rate is available for the currency of the Loan or (ii) no Screen Rate is available for the relevant Interest Period) the Reference Bank Rate,

as of 11.00 a.m. on the Quotation Day for dollars and for a period equal in length to the relevant Interest Period and, if that rate is less than zero, LIBOR shall be deemed to be zero.

**"Loan"** means the aggregate amount advanced or to be advanced by the Lenders to the Borrowers under Clause 2 (*The Loan*) or, where the context permits, the principal amount advanced and for the time being outstanding.

**"Majority Lenders"** means a Lender or Lenders whose Commitments aggregate more than $66^2/_3$% of the Total Commitments (or, if the Total Commitments have been reduced to zero, aggregated more than $66^2/_3$% of the Total Commitments immediately prior to the reduction).

**"Management Agreement"** means, for each Vessel, the agreement for the commercial and technical management of that Vessel entered into or to be entered into between the Borrower owning the Vessel and the Manager upon the terms acceptable to the Agent.

**"Manager"** means Genel Denizcilik Nakliyati A.S. in its capacity as both the commercial and technical manager of each Vessel under a Management Agreement and as corporate administrator of each Borrower and the Guarantor under an Administration Agreement or such other commercial and/or technical manager of each Vessel or corporate administrator of each Borrower and the Guarantor nominated by the relevant Borrower as the Agent may approve.

**"Manager's Undertakings"** means the written undertakings of the Manager whereby, throughout the Facility Period unless otherwise agreed by the Agent:

LONLIVE\19173967.15

(a)    it will remain the commercial and technical managers of the Vessels and the corporate administrator of the Borrowers and the Guarantor;

(b)    it will not, without the prior written consent of the Agent, subcontract or delegate the commercial or technical management of the Vessels (as the case may be) or the corporate administration of the Borrowers and the Guarantor to any third party;

(c)    the interests of the Manager in the Insurances will be assigned to the Security Agent with first priority; and

(d)    all claims of the Manager against the Borrowers shall be subordinated to the claims of the Finance Parties under the Finance Documents.

"**Margin**" means, in respect of each Tranche                    (     %) per cent per annum.

"**Material Adverse Effect**" means in the reasonable opinion of the Majority Lenders a material adverse effect on:

(a)    the business, operations, property, condition (financial or otherwise) or prospects of any Security Party; or

(b)    the ability of any Security Party to perform its obligations under any Finance Document; or

(c)    the validity or enforceability of, or the effectiveness or ranking of any Encumbrance granted or purporting to be granted pursuant to any of, the Finance Documents or the rights or remedies of any Finance Party under any of the Finance Documents.

"**Maximum Loan Amount**" means $61,000,000.

"**Maximum Tranche Amount**" means the lesser of (a) $30,500,000 and (b) 60.00% of the Fair Market Value of the relevant Vessel in respect of each Tranche (evidenced by the valuations received by the Agent under Clause 4.1 (*Initial conditions precedent*)).

"**MoA**" means in relation to each Borrower, a memorandum of agreement entered into between it and the relevant Seller on the terms and conditions of which the relevant Vessel is transferred into the ownership of that Borrower.

"**Mortgages**" means the first preferred mortgages referred to in Clause 17.1.1 (*Security Documents*) and "**Mortgage**" means any one of them.

"**New Lender**" has the meaning given to that term in Clause 23.1 (*Assignments and transfers by the Lenders*).

"**Non-Consenting Lender**" has the meaning given to that term in Clause 34.4.4 (*Replacement of Lender*).

"**OFAC**" means the Office of Foreign Assets Control of the United States Department of Treasury.

D00118

Schedule 1

The Original Lenders

| Name of Original Lender | Commitment |
| --- | --- |
| CIT Bank<br>Address:<br>11 West 42nd Street<br>New York<br>New York 10036<br>USA<br>Fax no.: +1 212 771 1095<br>maritime_compliance@cit.com<br>Department/Officer: Credit Officer,<br>Maritime | $61,000,000 |

LONLIVE\19173857.15

D00215

USD34,500,000

TERM LOAN FACILITY

Dated 30th December 2014

(1) Advantage Solar Shipping LLC
as Borrower

guaranteed by

(2) Advantage Tankers LLC
as Guarantor

arranged by

(3) DVB Bank SE, Amsterdam Branch
as Arranger

with

(4) The financial institutions listed in Schedule 1
as Lenders

(5) DVB Bank SE, Amsterdam Branch
as Agent

(6) DVB Bank SE, Amsterdam Branch
as Security Trustee

---

FACILITY AGREEMENT

relating to the financing of

MV "PROFIT" (tbr "ADVANTAGE SOLAR")

---

Ince & Co LLP
International House
1 St Katharine's Way
London, E1W 1AY
Tel: +44 20 7481 0010
Fax: +44 20 7481 4968

1.14.6178.09 21041007 v9

charter income received by the Charterer over and above the Floor Rate as part of the profit share mechanism agreed by the Borrower and the Charterer under the Charter.

**"Advance"** means each borrowing of a proportion of the Total Commitments by the Borrower or (as the context may require) the outstanding principal amount of such borrowing.

**"Affiliate"** means, in relation to any person, a Subsidiary of that person or a Holding Company of that person or any other Subsidiary of that Holding Company.

**"Agent"** includes any person who may be appointed as agent under this Agreement.

**"Annex VI"** means Annex VI (Regulations for the Preventions of Air Pollution from Ships) to the International Convention for the Prevention of Pollution from Ships 1973 (as modified in 1978 and 1997).

**"Approved Manager"** means Genel Denizcilik of Turkey as technical manager and as commercial manager or any other person approved in accordance with Clause 22.3 (*Manager*).

**"Approved Valuer"** means any of the ship brokers included in the list set out in Schedule 9 or such other independent reputable ship broker in respect of the crude tanker market approved by the Lenders from time to time.

**"Assignment Agreement"** means an agreement substantially in the form set out in Schedule 7 (*Form of Assignment Agreement*) or any other form agreed between the relevant assignor and assignee.

**"Authorisation"** means an authorisation, consent, approval, resolution, licence, exemption, filing, notarisation or registration.

**"Availability Period"** means the period from and including the date of this Agreement to and including the earlier of:

(a)     15 February 2015 or such later date as the Agent, acting with the authorisation of the Lenders, may agree;

(b)     the Delivery Date; and

(c)     the date on which the Available Commitments are fully borrowed, cancelled or terminated.

**"Available Commitment"** means a Lender's Commitment less (a) the amount of its participation in any outstanding Advance and (b) in relation to any proposed Utilisation, the amount of the participation in any Advance due to be made on or before the proposed Utilisation Date.

**"Available Facility"** means, at any relevant time, such part of the Total Commitments which is available for borrowing under this Agreement at such time in accordance with Clause 4 (*Conditions of Utilisation*).

**"Basel III"** means:

(a)     the agreements on capital requirements, a leverage ratio and liquidity standards contained in "Basel III: A global regulatory framework for more resilient banks and

(b)    The Vessel shall be registered in its name with the relevant Registry under the laws of its Flag State;

(c)    Except with approval, the Vessel shall not be registered under any other flag or at any other port or fly any other flag (other than that of its Flag State); and

(d)    Nothing will be done and no action will be omitted if that might result in such registration being forfeited or imperilled or the Vessel being required to be registered under the laws of another state or registry.

22.2    **Sale or other disposal of Vessel**

The Borrower will not, and will not agree to, sell, transfer, abandon or otherwise dispose of the Vessel or any share or interest in it save for a sale to a buyer who is not an Affiliate of the Borrower for a cash price payable on completion of the sale which is no less than the amount to be prepaid under Clause 7.4 (*Sale or Total Loss*) on completion of the sale.

22.3    **Manager/Management Agreement**

The Approved Manager shall not be replaced by another manager, whether technical or commercial, unless that manager and the terms of its appointment are approved in writing by the Agent acting with the authorisation of the Lenders (such consent not to be unreasonably withheld) and unless the Borrower has delivered a duly executed Manager's Undertaking to the Security Trustee. Except with the consent of the Agent, the Borrower will not make or approve any substantive changes to the Management Agreement.

22.4    **Copy of Mortgage on board**

A properly certified copy of the Mortgage shall be kept on board the Vessel with its papers and shown to anyone having business with the Vessel which might create or imply any commitment or Security Interest over or in respect of the Vessel (other than a lien for crew's wages and salvage) and to any representative of the Security Trustee.

22.5    **Notice of Mortgage**

A framed printed dated notice of the Vessel's Mortgage shall be prominently displayed in the navigation room and in the Master's cabin of the Vessel. The notice must be in plain type and read as follows:

"NOTICE OF MORTGAGE

This Vessel is subject to a first mortgage in favour of DVB Bank SE, Amsterdam Branch of WTC Schiphol, Tower F, 6th floor, Schiphol Boulevard 255 1118 BH Schiphol, The Netherlands dated [●]. Under the said mortgage and related documents, neither the Borrower nor any charterer nor the Master of this Vessel has any right, power or authority to create, incur or permit to be imposed upon this Vessel any commitments or encumbrances whatsoever, other than for crew's wages and salvage."

No-one will have any right, power or authority to create, incur or permit to be imposed upon the Vessel any lien whatsoever, other than for crew's wages and salvage."

D00298

The Original Lenders

| DVB Bank SE | Norddeutsche Landesbank Girozentrale |
|---|---|
| WTC Schiphol Tower F, 6th Floor, Schiphol Boulevard 255, 1118 BH Schiphol, The Netherlands<br><br>Fax: +31 88 399 8128<br><br>Attn: Doina van Tooren/ Petro Zyuber<br><br>Email: Doina.Rotari@dvbbank.com/Petro.Zyuber@dvbbank.com | Friedrichswall 10<br>30159 Hanover<br>Germany<br><br>Fax: +49 511 361 - 4785<br><br>Attn: Sebastian Schubert/ Christina Winkler<br><br>Email: sebastian.schubert@nordlb.de/christina.winkler@nordlb.de |
| USD17,250,000 | USD17,250,000 |
| USD17,250,000 | USD17,250,000 |

D00362

$125,621,426 Secured Loan Agreement

Dated 30 April 2015

(1) Advantage Sky Shipping LLC
    Advantage Summer Shipping LLC
    Advantage Spring Shipping LLC
    (as Borrowers)

(2) The Financial Institutions
    listed in Schedule 1
    (as Original Lenders)

(3) Hayfin Services LLP
    (as Agent)

(4) Hayfin Services LLP
    (as Security Agent)

Stephenson Harwood LLP
1 Finsbury Circus
London EC2M 7SH
Tel: +44 20 7329 4422
Fax: +44 20 7329 7100
DX No: 64 Chancery Lane
www.shlegal.com



STEPHENSON HARWOOD

(b)    the excess of:

(i)    the present value on the date of prepayment of the aggregate of: (x) 101.25 per cent. of the principal amount to be prepaid as if that amount would otherwise be prepaid on the date which is immediately after the date which is 12 months following the Drawdown Date; and (y) the amount equal to the amount of all interest which would otherwise have accrued for the period from the date of such prepayment (assuming for these purposes that LIBOR is the LIBOR rate for a period of six months on the date which is 2 Business Days prior to the date of prepayment) to immediately after the date which is 12 months following the Drawdown Date, computed using a discount rate equal to the US Treasury Rate plus 50 basis points; over

(ii)    the principal amount to be prepaid.

"**Management Agreements**" means, for each Vessel, the agreement for the commercial and technical management of the Vessel entered into or to be entered into between the relevant Borrower and the Manager upon the terms acceptable to the Agent.

"**Manager**" means Genel Denizcilik Nakliyati A.S. in its capacity as both the commercial and technical manager of the Vessels and the corporate administrator of the Borrowers and the Guarantor or such other commercial and/or technical manager of the Vessels or corporate administrator of the Borrowers and the Guarantor nominated by the Borrowers as the Agent may approve.

"**Manager's Undertaking**" means the written undertaking of the Manager whereby, throughout the Facility Period unless otherwise agreed by the Agent:

(a)    it will remain the commercial and technical managers of the Vessels and the corporate administrator of the Borrowers and the Guarantor;

(b)    it will not, without the prior written consent of the Agent, subcontract or delegate the commercial or technical management of the Vessels (as the case may be) or the corporate administration of the Borrowers and the Guarantor to any third party;

(c)    the interests of the Manager in the Insurances will be assigned to the Security Agent with first priority;

(d)    all claims of the Manager against the Borrowers shall be subordinated to the claims of the Finance Parties under the Finance Documents and may be released and/or assigned (to a nominee of the Agent) by the Agent following any acceleration and enforcement under or in respect of any Finance Documents; and

(e)    the Agent (acting in its sole discretion on behalf of the Majority Lenders) shall have the unilateral right to terminate one or more Management Agreements on behalf of a Borrower or Borrowers following any Event of Default which is continuing.

LDNLIVE\20526505.13

D00419

Schedule 1

The Original Lenders

**Tranche A, to be drawn by Borrower A**

| Name of Original Lender | Commitment (USD) |
|---|---|
| Hayfin DLF LuxCo 3 Sarl | 24,983,738.26 |
| Hayfin DLF (Europe) LuxCo 3 Sarl | 564,567.68 |
| Hayfin Capital LuxCo 3 Sarl | 3,136,487.12 |
| Hayfin Onyx LuxCo 3 SCA | 1,756,432.79 |
| Hayfin Topaz LuxCo 3 SCA | 752,756.91 |
| Hayfin Pearl LuxCo 3 Sarl | 1,919,530.12 |
| Hayfin Opal LuxCo 3 Sarl | 3,136,487.12 |
| **Total** | **36,250,000** |

**Tranche B, to be drawn by Borrower B**

| Name of Original Lender | Commitment (USD) |
|---|---|
| Hayfin DLF LuxCo 3 Sarl | 30,797,687.09 |
| Hayfin DLF (Europe) LuxCo 3 Sarl | 695,947.85 |
| Hayfin Capital LuxCo 3 Sarl | 3,866,376.92 |
| Hayfin Onyx LuxCo 3 SCA | 2,165,171.08 |
| Hayfin Topaz LuxCo 3 SCA | 927,930.46 |
| Hayfin Pearl LuxCo 3 Sarl | 2,366,222.68 |
| Hayfin Opal LuxCo 3 Sarl | 3,866,376.92 |
| **Total** | **44,685,713** |

**Tranche C, to be drawn by Borrower C**

| Name of Original Lender | Commitment (USD) |
|---|---|
| Hayfin DLF LuxCo 3 Sarl | 30,797,687.09 |
| Hayfin DLF (Europe) LuxCo 3 Sarl | 695,947.85 |
| Hayfin Capital LuxCo 3 Sarl | 3,886,376.92 |

D05237

| | |
|---|---|
| Hayfin Onyx LuxCo 3 SCA | 2,165,171.08 |
| Hayfin Topaz LuxCo 3 SCA | 927,930.46 |
| Hayfin Pearl LuxCo 3 Sarl | 2,366,222.68 |
| Hayfin Opal LuxCo 3 Sarl | 3,866,376.92 |
| **Total** | **44,685,713** |

LONLIVE\20526505.13

D05238

USD64,000,000

TERM LOAN FACILITY

Dated  *4th February*  2015

(1)  The Companies listed in Schedule 1
as Borrowers

(2)  Advantage Tankers LLC
as Guarantor

arranged by

(3)  Norddeutsche Landesbank Girozentrale
as Arranger

with

(4)  The financial institutions listed in Schedule 1
as Lenders

(5)  Norddeutsche Landesbank Girozentrale
as Agent

(6)  Norddeutsche Landesbank Girozentrale
as Security Trustee

(7)  Norddeutsche Landesbank Girozentrale
as Swap Bank

---

## FACILITY AGREEMENT

relating to the financing of

MV "TRUE" (tbr "ADVANTAGE AVENUE") and MV "TARGET" (tbr "ADVANTAGE ARROW")

---

Ince & Co LLP
International House
1 St Katharine's Way
London, E1W 1AY
Tel: +44 20 7481 0010
Fax: +44 20 7481 4968

"**Advance**" means each of the TRUE Advance A, the TRUE Advance B, the TARGET Advance A and the TARGET Advance B being each borrowing (maximum of four (4)) of a proportion of the Total Commitments by the Borrowers or (as the context may require) the outstanding principal amount of such borrowing.

"**Affiliate**" means, in relation to any person, a Subsidiary of that person or a Holding Company of that person or any other Subsidiary of that Holding Company.

"**Agent**" includes any person who may be appointed as agent under this Agreement.

"**Annex VI**" means Annex VI (Regulations for the Preventions of Air Pollution from Ships) to the International Convention for the Prevention of Pollution from Ships 1973 (as modified in 1978 and 1997).

"**Approved Manager**" means Genel Denizcilik of Turkey as technical manager and as commercial manager or any other person approved in accordance with Clause 22.3 (*Manager*).

"**Approved Valuer**" means any of the ship brokers included in the list set out in Schedule 9 or such other independent reputable ship broker in respect of the crude tanker market approved by the Lenders from time to time.

"**Assignment Agreement**" means an agreement substantially in the form set out in Schedule 7 (*Form of Assignment Agreement*) or any other form agreed between the relevant assignor and assignee.

"**Auditors**" means any firm approved in advance by the Lenders (such approval not to be unreasonably withheld or delayed).

"**Authorisation**" means an authorisation, consent, approval, resolution, licence, exemption, filing, notarisation or registration.

"**Availability Period**" means the period from and including the date of this Agreement to and including

(i) in respect of Loan A the earlier of:

(a)     31 March 2015 or such other date as the Agent, acting with the authorisation of the Lenders, may agree;

(b)     the Delivery Date of the second Vessel to be delivered; and

(c)     the date on which the Available Commitments are fully borrowed, cancelled or terminated

and (ii) in respect of Loan B the earlier of:

(a)     31 March 2015 or such other date as the Agent, acting with the authorisation of the Lenders, may agree; and

(b)     the date on which the Available Commitments are cancelled or terminated.

"**Available Commitment**" means a Lender's Commitment less (a) the amount of its participation in any outstanding Advance and (b) in relation to any proposed Utilisation, the

1.16.6480.00.215377258 v4

D00552

## SCHEDULE 1 - The original parties

### The Original Obligors

#### Borrowers

| Name: | Advantage Avenue Shipping LC |
|---|---|
| Jurisdiction of incorporation: | Republic of the Marshall Island |
| English process agent (if not incorporated in England): | Geden Operations Ltd., 77 Gracechurch Street, London EC3V 0DL |
| Registered office: | Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, Marshall Islands, MH96960 |
| Address for service of notices: | Buyukdere Cad. Yapi Kredi Plaza A Blok K. 12 34330 Levent Istanbul Turkey<br><br>Fax: +90 212 325 58 14<br><br>Attn: Mehmet MAT<br><br>Email: finance@advantagetankers.com |

| Name: | Advantage Arrow Shipping LLC |
|---|---|
| Jurisdiction of incorporation: | Republic of the Marshall Islands |
| English process agent (if not incorporated in England): | Geden Operations Ltd., 77 Gracechurch Street, London EC3V 0DL |
| Registered office: | Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, Marshall Islands, MH96960 |
| Address for service of notices: | Buyukdere Cad. Yapi Kredi Plaza A Blok K. 12 34330 Levent Istanbul Turkey<br><br>Fax: +90 212 325 58 14<br><br>Attn: Mehmet MAT<br><br>Email: finance@advantagetankers.com |

#### Guarantor

| Name of Guarantor: | Advantage Tankers LLC |
|---|---|

D00666

# The Original Lenders

| Name: | Norddeutsche Landesbank Girozentrale |
|---|---|
| Facility Office, address, fax number and attention details for notices and account details for payments | Friedrichswall 10<br>30159 Hanover<br>Germany<br><br>Fax: +49 511 361 - 4785<br><br>Attn: Sebastian Schubert/ Christina Winkler<br><br>Email:<br>sebastian.schubert@nordlb.de/christina.winkler@nordlb.de |
| Commitment in Dollars | USD64,000,000 |
| TOTAL | USD64,000,000 |

1.14.6180.00 21221756 v4

D00668

Execution copy

# $84,450,000 Secured Loan Agreement

Dated 1 APRIL 2015

(1)  Advantage Atom Shipping LLC, Advantage Anthem Shipping LLC and
     Advantage Award Shipping LLC
     (as Borrowers)

(2)  The Financial Institutions
     listed in Schedule 1
     (as Original Lenders)

(3)  UniCredit Bank AG
     (as Agent)

(4)  UniCredit Bank AG
     (as Security Agent)

(5)  UniCredit Bank AG
     (as Swap Provider)

Stephenson Harwood LLP
1 Finsbury Circus
London EC2M 7SH
Tel +44 20 7329 4422
Fax +44 20 7329 7100
DX 732 Ld Chancery Lane
www.shlegal.com

STEPHENSON HARWOOD D00689

(a) the agreements for the commercial management of the Vessels dated 10 February 2015 between the Borrowers respectively and the Commercial Manager; and

(b) the agreements for the technical management of the Vessels dated 10 February 2015 between the Borrowers respectively and the Technical Manager.

"Managers" means:

(a) in relation to the commercial management of the Vessels, the Commercial Manager; and

(b) in relation to the technical management of the Vessels, the Technical Manager,

or, in either case, such other commercial and/or technical managers of the Vessels nominated by the Borrowers as the Agent may approve.

"Managers' Undertakings" means the written undertakings of the Managers whereby, throughout the Facility Period unless otherwise agreed by the Agent:

(a) they will remain the commercial or technical managers of the Vessels (as the case may be); and

(b) they will not, without the prior written consent of the Agent, subcontract or delegate the commercial or technical management of the Vessels (as the case may be) to any third party; and

(c) the interests of the Managers in the Insurances will be assigned to the Security Agent with first priority; and

(d) all claims of the Managers against the Borrowers shall be subordinated to the claims of the Finance Parties under the Finance Documents.

"Margin" means:

(a) in respect of each Base Drawing, two point five per cent (2.5%) per annum; and

(b) in respect of each Top-Up Drawing, four point eight per cent (4.8%) per annum.

"Market Adjusted Net Worth" means Market Adjusted Total Assets less Market Adjusted Total Liabilities.

"Market Adjusted Total Assets" means, by reference to the Guarantor's latest audited annual or unaudited quarterly consolidated financial statements delivered to the Security Agent pursuant to Clause 6.5 of the Guarantee, the amount which is equal to the total assets of the Guarantor (as adjusted by replacing the book values of the vessels with the aggregate of the market value of the vessels set out in the list provided by the Guarantor pursuant to Clause 6.6..3(b) of the Guarantee less any goodwill of the Guarantor.

D00707

**"Subsidiary"** means a subsidiary within the meaning of section 1159 of the Companies Act 2006.

**"Tax"** means any tax, levy, impost, duty or other charge or withholding of a similar nature (including any penalty or interest payable in connection with any failure to pay or any delay in paying any of the same).

**"Technical Manager"** means Genel Denizcilik Nakliyati A.S., a company incorporated under the laws of Turkey with its registered office at Büyükdere Cad., Yapi Kredi Plaza A Blok Kat 12, 34330 Levent/Istanbul, Turkey.

**"Termination Date"** means, in respect of each Tranche, 30 December 2019.

**"Top-Up Drawing"** means an amount equal to:

(a)  the lower of (a) $3,208,108,03 and (b) five per cent of the Fair Market Value of Vessel A (evidenced by the valuations received by the Agent under Clause 4.1 (*Initial Conditions Precedent*));

(b)  the lower of (a) $3,656,597.01, and (b) five per cent of the Fair Market Value of Vessel B (evidenced by the valuations received by the Agent under Clause 4.1 (*Initial Conditions Precedent*)); and

(c)  the lower of (a) $3,221,799.47 and (b) five per cent of the Fair Market Value of Vessel C (evidenced by the valuations received by the Agent under Clause 4.1 (*Initial Conditions Precedent*)),

in each case advanced or to be advanced pursuant to a Drawdown Request and **"Top-Up Drawings"** means more than one of them.

**"Total Commitments"** means the aggregate of the Commitments.

**"Total Loss"** means:

(a)  an actual, constructive, arranged, agreed or compromised total loss of a Vessel; or

(b)  the requisition for title or compulsory acquisition of a Vessel by any government or other competent authority (other than by way of requisition for hire); or

(c)  the capture, seizure, arrest, detention, hijacking, theft, condemnation as prize, confiscation or forfeiture of a Vessel (not falling within (b)), unless that Vessel is released and returned to the possession of the relevant Borrower within 30 days after the capture, seizure, arrest, detention, hijacking, theft, condemnation as prize, confiscation or forfeiture in question.

**"Tranche"** means either Tranche 1, Tranche 2 or Tranche 3 and **"Tranches"** means all of them.

**"Tranche 1"** means, in respect of Vessel A:

(a)  the relevant Base Drawing; and

D00713

**Schedule 1**

**The Original Lenders**

| Name of Original Lender | Commitment |
|---|---|
| UniCredit Bank AG | $84,450,000 |

EXHIBIT 3

| Vessel Name | Sale Price | | Payment of Debt | | Equity |
|---|---|---|---|---|---|
| Advantage Spring | $ | 54,000,000.00 | $ | 43,612,706.00 | $ 10,387,294.00 |
| Advantage Solar | $ | 46,500,000.00 | $ | 34,500,000.00 | $ 12,845,000.00 |
| Advatnage Start | $ | 54,000,000.00 | $ | 28,512,245.00 | $ 25,487,755.00 |
| Advantage Award | $ | 48,500,000.00 | $ | 28,150,000.00 | $ 20,350,000.00 |
| Advantage Avenue | $ | 46,250,000.00 | $ | 28,750,000.00 | $ 17,500,000.00 |
| Advantage Arrow | $ | 44,000,000.00 | $ | 23,515,000.00 | $ 20,485,000.00 |
| Advantage Summer | $ | 54,000,000.00 | $ | 43,702,119.00 | $ 10,297,881.00 |
| Advantage Sun | $ | 57,750,000.00 | $ | 42,997,750.00 | $ 14,752,250.00 |
| Advantage Atom | $ | 48,500,000.00 | $ | 20,350,000.00 | $ 28,150,000.00 |
| Advantage Anthem | $ | 48,500,000.00 | $ | 27,550,000.00 | $ 20,950,000.00 |
| Advantage Sky | $ | 50,250,000.00 | $ | 35,387,500.00 | $ 14,862,500.00 |

Prescribed by the
Commissioners of
Customs & Excise
with the consent of
the Secretary of
State for Trade

Form No. 10A
X5.79A

# BILL OF SALE (Body Corporate)

| Official number | Name of Ship | Year and port of registry | Description of Vessel | | | Propulsion: |
|---|---|---|---|---|---|---|
| | | | MOTOR. | | | 25023 BHP |
| | | | Number of Tons | | | |
| | | | (Where dual tonnages are assigned the higher of these should be stated) | | | |
| 9466582 | REEF | 23 IN 2011 — VALLETTA | | Gross | Register | |
| | | | | 63805 | 49031 | |

| | Metres | Centi-Metres |
|---|---|---|
| Length, Article 2(2) ............................................ | 266 | 07 |
| Moulded breadth, Reg 2(3) ............................................ | 48 | 00 |
| Moulded depth amidships to upper deck, Reg 2(2) ............ | 23 | 70 |

and as described in more detail in the Certificate of the Surveyor and the Register Book

We, (a) REEF SHIPPING LTD, hereinafter called "the Transferors") having our principal place of business at 198, OLD BAKERY STREET, VALLETTA, MALTA in consideration of the sum of Fifty Four Million United States Dollars (US$54,000,000) and other good and valuable consideration paid to us by (b) Advantage Spring Shipping LLC , of Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, Marshall Islands MH96960 hereinafter called "the Transferee(s) the receipt whereof is hereby acknowledged, transfer _____ shares in the Ship above particularly described, and in her boats and appurtenances, to the said Transferee(s).

Further, we, the said transferors for ourselves and our successors covenant with the said transferee(s) and (c) their assigns, that we have power to transfer in manner aforesaid the premises hereinbefore expressed to be transferred, and that the same are free from encumbrances (d) Mortgages, maritime liens, taxes, claims and any other debts whatsoever.

In witness whereof we have executed the Bill of Sale as a Deed on this 20ᵗʰ day of April, 2015.

Signed as a Deed on behalf of the transferors
in the presence of (e) Notary Dr. Hugh Grima

DR. HUGH GRIMA
NOTARY PUBLIC
AND COMMISSIONER FOR OATHS
198, OLD BAKERY STR.
VALLETTA - MALTA

Lara Saguna ...........
For and on behalf of
Reef Shipping Ltd.

I, Notary Dr. Hugh Grima hereby witness the true signature of Lara Saguna who has signed this Bill of Sale before me and I do hereby confirm that she has the capacity to execute the said Bill of Sale on behalf of Reef Shipping Ltd. by virtue of a Power of Attorney issued by Reef Shipping Ltd. on the 20ᵗʰ April 2015.

(a) Name in full of Body corporate. (b) Full name(s) and address(es) of transferee(s) with their description in the case of individuals, and adding "as joint owner" where such is the case, (c) "his", "their" or "its". (d) If any subsisting encumbrances add "save as appears by the registry of the said ship". (e) Signatures and description of witnesses, i.e. Director, Secretary, etc. (as the case may be).

NOTE-    A purchaser of a registered British Vessel does not obtain a complete title until the Bill of Sale has been recorded at the Port of Registry of the ship; and neglect of this precaution may entail serious consequences.

Registered Owners or Mortgagees are reminded of the importance of keeping the Registrar of British Ships informed of any change of residence on their part.

D05213

# Mehmet MAT

Dear Mehmet,

Please see the below confirmation.

Stephen

---

**From:** Bethany Walker <bethany.walker@hayfin.com>
**Date:** Thursday, April 30, 2015 11:43 AM
**To:** Stephen Majeski <smajeski@breakwatercapital.co.uk>, Mark Russell <mark.russell@shlegal.com>, Sarah Yeowart <Sarah.Yeowart@shlegal.com>
**Cc:** Andreas Povlsen <apovlsen@breakwatercapital.co.uk>, Stephen Bourne <Stephen.Bourne@hayfin.com>
**Subject:** RE: Vessel Status

Payment message and MT199s attached below.

Payment Message:

```
{1:F01BKTRUS33XXXX4331525054}
 {2:O1031506150430DEUTGB2LQXXX43315250541504301506U}
 {3:{119:STP}}
 {4:
20  Trn Ref # PA91504309-09649
23B  Further ID  CRED
32A  Amount  150430USD43612706,00
33B  Amount  USD43612706,00
50K  Order. Cust.  /30709002
     DEUTSCHE BANK TRUST CO AMERICAS
     60 WALL STREET
     NEW YORK 10005
     UNITED STATES OF AMERICA
52A  Order. Inst.  DEUTGB22CTA
57A  Acct @ Inst.  //FW026009593
     BOFAUS3NXXX
59  Bene. Cust.  /6550960608
    LLOYDS TSB BANK PLC, WHOLESALE LOAN
    S OPERATIONS
70  Det. of Pymt.  REEF SHIPPING - DRAW DOWN REQUEST F
    OR THE ADVANTAGE TANKERS DEAL SETTL
```

D05214

ING 30.04.2015
71A  Det. of Chrg.  OUR
-}
{5:{MAC:00000000}
{CHK:000000000000}}

MT 199 Swifts:

Status: ACKD ACKD Error:   Line:      Msg. Key: SW150430O17184142000
{1:F01DEUTGB2LAXXX0430971861}              Pymt. Id: SW199 LDN   25141
{2:I199BOFAUS3NXXXXN}
{4:                      APC: FIN  MF/ST Seq Nbr:
:20:CTA3004N75              Session #: 0430 ISN/OSN: 971861
:21:CTA3004N75
:79:QUOTE:              From: DEUTGB2LAXXX To: BOFAUS3NXXX
TO:BANK:BANK OF AMERICA ADDRESS:NEW YORK  MIR: 150430DEUTGB2LAXXX0430971861
ACCOUNT NAME:LLOYDS TSB BANK PLC, WHOLESAL
E LOANS          Senders Ref: CTA3004N75
OPERATIONS ACCOUNT NUMBER:6550960608    Pos Dup:
SWIFT:BOFAUS3N ABA:026009593 CHIPS:959    Message Type: 199 Pri:
REFERENCE:REEF SHIPPING       Amt:            0
WE HEREBY INFORM YOU THAT IN RELATION TO T
HE MEMOR              Undelivered:  Delv. Time: 17 : 18
ANDUM OF AGREEMENT DATED 1 APRIL 2015 (AS  Overdue Code:
AMENDED              Receivers MOR:
AND/OR SUPPLEMENTED FROM TIME TO TIME THE
AGREEME              More Data Y Print

Status: ACKD ACKD Error:   Line:    Msg. Key: SW150430O17184142000
NT AND ENTERED INTO BETWEEN REEF SHIPPING  Pymt. Id: SW199 LDN   25141
LTD OF
MALTA THE SELLER AND ADVANTAGE SPRING SHIP APC: FIN  MF/ST Seq Nbr:
PING              Session #: 0430 ISN/OSN: 971861
LLC OF THE MARSHALL ISLANDS THE BUYER REGA
RDING              From: DEUTGB2LAXXX To: BOFAUS3NXXX
THE SALE OF THE M.V. REEF THE VESSEL WHICH MIR: 150430DEUTGB2LAXXX0430971861
IS
CURRENTLY SCHEDULED TO TAKE PLACE ON OR AR Senders Ref: CTA3004N75
OUND 30          Pos Dup:
APRIL 2015 THE DELIVERY DATE WE HAVE TODAY Message Type: 199 Pri:
TRA              Amt:           0
NSFERRED TO YOU THE AMOUNT OF UNITED STATE
S DOLLAR              Undelivered:  Delv. Time: 17 : 18
S FORTY THREE MILLION, SIX HUNDRED AND TWE Overdue Code:
LVE THOU              Receivers MOR:
SAND SEVEN HUNDRED AND SIX (USD 43,612,706
) AS PAR              More Data Y Print
SWMSGINQ XZQ      SWIFT II MESSAGE INQUIRY      30-APR-2015 17:36      D05215

Status: ACKD ACKD Error:   Line:     Msg. Key: SW150430O17184142000

TIAL PAYMENT OF THE PURCHASE PRICE (THE FU    Pymt. Id: SW199 LDN   25141
NDS )
.                  APC: FIN  MF/ST Seq Nbr:
IN CONNECTION WITH THE FUNDS AND IN ACCORD Session #: 0430 ISN/OSN: 971861
ANCE WIT
H THE IRREVOCABLE INSTRUCTIONS OF THE REMI From: DEUTGB2LAXXX To: BOFAUS3NXXX
TTER, YOU          MIR: 150430DEUTGB2LAXXX0430971861
ARE HEREBY INFORMED AND IRREVOCABLY INSTRU
CTED AS            Senders Ref: CTA3004N75
FOLLOWS:         Pos Dup:
.              Message Type: 199 Pri:
KINDLY HOLD THE FUNDS WITHOUT ALLOCATION,  Amt:           0
TO OUR O
RDER SUBJECT AS HEREINAFTER PROVIDED THE F Undelivered:  Delv. Time: 17 : 18
UNDS MA         Overdue Code:
Y BE IRREVOCABLY RELEASED TO THE SELLERS A Receivers MOR:
CCOUNT
WITH YOU UPON PRESENTATION TO YOU OF A COP More Data Y Print


Status: ACKD ACKD Error:   Line:   Msg. Key: SW150430O17184142000
Y OF THE            Pymt. Id: SW199 LDN   25141
PROTOCOL OF DELIVERY AND ACCEPTANCE FOR TH
E VESSEL          APC: FIN  MF/ST Seq Nbr:
EXECUTED ON BEHALF OF THE SELLER AND THE B Session #: 0430 ISN/OSN: 971861
UYER AND
COUNTER SIGNED BY ANY OF SARAH YEOWART (PA From: DEUTGB2LAXXX To: BOFAUS3NXXX
SSPORT N        MIR: 150430DEUTGB2LAXXX0430971861
O :800552771), MARK RUSSELL (PASSPORT NO:
09928392        Senders Ref: CTA3004N75
4) OR EDWARD RHIND (PASSPORT NO: D861098) Pos Dup:
OF STEPH       Message Type: 199 Pri:
ENSON HARWOOD       Amt:          0
-)
                 Undelivered:  Delv. Time: 17 : 18
                 Overdue Code:
                 Receivers MOR:

                 More Data N Print


Status: ACKD ACKD Error:    Line:    Msg. Key: SW150430O17220520000
{1:F01DEUTGB2LAXXX0430971889}       Pymt. Id: SW199 LDN   25150
{2:I199BOFAUS3NXXXXN}
{4:            APC: FIN  MF/ST Seq Nbr:
:20:CTA3004N76       Session #: 0430 ISN/OSN: 971889

D05216

:21:CTA3004N76
:79:IN CASE THE FUNDS ARE NOT RELEASED IN From: DEUTGB2LAXXX To: BOFAUS3NXXX
ACCORDANCE W                MIR: 150430DEUTGB2LAXXX0430971889
ITH THE FOREGOING INSTRUCTIONS BY 5PM LOND
ON TIME,                    Senders Ref: CTA3004N76
ON 1 MAY 2015,              Pos Dup:
YOU ARE HEREBY INSTRUCTED TO REMIT THE FUN Message Type: 199 Pri:
DS PLUS          Amt:              0
ANY INTEREST ACCRUED THEREON TO THE FOLLOW
ING ACCO          Undelivered: Delv. Time: 17 : 22
UNT: ACCOUNT NAME: HAYFIN SERVICES LLP SOR Overdue Code:
T CODE :          Receivers MOR:
40-05-15 ACCOUNT NUMBER: 71362281 SWIFT CO
DE: MID          More Data Y Print

Status: ACKD ACKD Error:   Line:   Msg. Key: SW150430017220520000
LGB22 IBAN: GB28MIDL40051571362281     Pymt. Id: SW199 LDN  25150

THIS MT199 AND ANY NON-CONTRACTUAL OBLIGAT APC: FIN  MF/ST Seq Nbr:
IONS CON          Session #: 0430 ISN/OSN: 971889
NECTED WITH IT SHALL BE GOVERNED BY ENGLIS
H LAW. T          From: DEUTGB2LAXXX To: BOFAUS3NXXX
HE ENGLISH COURTS HAVE EXCLUSIVE JURISDICT MIR: 150430DEUTGB2LAXXX0430971889
ION TO S
ETTLE ANY DISPUTE ARISING OUT OF, OR IN CO Senders Ref: CTA3004N76
NNECTION          Pos Dup:
WITH, THIS MT199          Message Type: 199 Pri:
UNQUOTE          Amt:              0

KIND REGARDS          Undelivered: Delv. Time: 17 : 22
BRONWYN MARTIN          Overdue Code:
DEUTSCHE BANK AG LONDON          Receivers MOR:
TEL +44 20 754-58643
-}          More Data N Print

Bethany Walker

# HAYFIN

**Hayfin Capital Management LLP**
One Eagle Place, London, SW1Y 6AF, United Kingdom
Tel +44 (0)20 7074 2931Mob+44 (0)7590 976912 www.hayfin.com

Authorised and Regulated by the Financial Conduct Authority. © Hayfin Capital Management LLP

D05217

**Hesap Hareketleri**

| | |
|---|---|
| IBAN: | TR28 0006 2000 1190 0008 0915 29 |
| Hesap Adı: | USD VADESİZ |
| Şube: | MECİDİYEKÖY TİCARİ |
| Tarih Aralığı: | 18/02/2015 - 08/06/2015 |
| Hareket Tipi: | Tümü |

| | |
|---|---|
| Unvan: | ADVANTAGE TANKERS LLC |
| VKN: | 80912175 |
| Adres: | TRUST COMPANY COMPLEX AJELTEKE ROAD  MARSHALL ADALARI 001 |
| Döküm: | |

| İŞLEM TARİHİ | VALÖR TARİHİ | KANAL | İŞLEM AÇIKLAMASI | TUTAR | BAKİYE | FİŞ NO |
|---|---|---|---|---|---|---|
| | | | DEVREDEN BAKİYE | | 1.014,27 | |
| 18/02/2015 | 18/02/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HR056634--Ref.li YP Havale | 13.000.000,00 | 13.001.014,27 | 201502039064102 |
| 18/02/2015 | 18/02/2015 | ŞB | Alıcı : PROFIT SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta -01024HS057432--Ref.li YP Havale | -12.845.000,00 | 156.014,27 | 201502041827221 |
| 18/02/2015 | 18/02/2015 | ŞB | 01024HS057432 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -13,00 | 156.001,27 | 201502046392822 |
| 02/04/2015 | 02/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--1024HR057852--Ref.li YP Havale | 20.500.000,00 | 20.656.001,27 | 201502047211245 |
| 02/04/2015 | 02/04/2015 | ŞB | Alıcı : TARGET SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta -01024HS057841--Ref.li YP Havale | -20.485.000,00 | 171.001,27 | 201502047720114 |
| 02/04/2015 | 02/04/2015 | ŞB | 01024HS057841 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -20,00 | 170.981,27 | 201502047720118 |
| 03/04/2015 | 03/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HR057853--Ref.li YP Havale | 17.500.000,00 | 17.670.981,27 | 201502047720293 |
| 03/04/2015 | 03/04/2015 | ŞB | Alıcı : TRUE SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta -01024HS057867--Ref.li YP Havale | -17.500.000,00 | 170.981,27 | 201502047720376 |
| 03/04/2015 | 03/04/2015 | ŞB | 01024HS057867 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -17,50 | 170.963,77 | 201502047720375 |
| 30/04/2015 | 30/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HR058742--Ref.li YP Havale | 50.650.000,00 | 50.820.963,77 | 201502048724043 |
| 30/04/2015 | 30/04/2015 | ŞB | Alıcı : BLANK SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta -01024HS058814--Ref.li YP Havale | -25.487.755,00 | 25.333.208,77 | 201502048724046 |
| 30/04/2015 | 30/04/2015 | ŞB | 01024HS058814 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -20,00 | 25.333.188,77 | 201502048724051 |
| 30/04/2015 | 30/04/2015 | ŞB | Alıcı : REEF SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta -01024HS059018--Ref.li YP Havale | -10.387.294,00 | 14.945.894,77 | 201502048724079 |
| 30/04/2015 | 30/04/2015 | ŞB | 01024HS059018 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -10,50 | 14.945.884,27 | 201502048812405 |
| 07/05/2015 | 07/05/2015 | ŞB | Alıcı : BLUE SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta -01024HS059436--Ref.li YP Havale | -14.862.500,00 | 83.384,27 | 201502048812417 |
| 07/05/2015 | 07/05/2015 | ŞB | 01024HS059436 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -15,00 | 83.369,27 | 201502048812419 |
| 08/05/2015 | 08/05/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HR059018--Ref.li YP Havale | 10.300.000,00 | 10.383.369,27 | 201502048812524 |
| 08/05/2015 | 08/05/2015 | ŞB | Alıcı : PINK SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta -01024HS059436--Ref.li YP Havale | -10.297.881,00 | 85.488,27 | 201502048812527 |
| 08/05/2015 | 08/05/2015 | ŞB | 01024HS059436 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -10,50 | 85.477,77 | 201502048812529 |
| 08/06/2015 | 08/06/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HR059047--Ref.li YP Havale | 14.750.000,00 | 14.835.477,77 | 201502048914251 |

Bu doküman bilgi amaçlı hazırlanmıştır.Doküman üzerinde herhangi bir değişiklik yapılması ve/veya doküman üzerindeki bilgiler ile banka kayıtlarının uyuşmaması halinde banka kayıtları esas alınacaktır.

*ŞB: Şube ÇM: Çağrı Merkezi İNT: İnternet Bankacılığı MB: Mobil Bankacılık

Şirket Unvanı : T.Garanti Bankası A.Ş. Ticaret Sicil No: 159422
Levent Nispetiye Mah. Aytar Cad. No:2 Beşiktaş 34340 İstanbul
Mersis No: 0879 0017 6660 0379
Web sitesi: www.garanti.com.tr

D05218

# BILL OF SALE (Body Corporate)

| Official number | Name of Ship | Year and port of registry | Description of Vessel | | | | | Propulsion |
|---|---|---|---|---|---|---|---|---|
| | | | MOTOR | | | | | 25023 BHP |
| | | | Number of Tons | | | | | |
| | | | *(Where dual tonnages are assigned the higher of these should be stated)* | | | | | |
| | | | Metres | | Centi-Metres | | Gross | Register |
| 9405683 | PROFIT | 395 IN 2009—VALLETTA | | | | | 83350 | 49031 |

Length, Article 2(8) ---------------------------- 256 Metres 07 Centi-Metres
Moulded breadth, Reg 2(3) ---------------------- 48 00
Moulded depth amidships to upper deck, Reg 2(3) --- 23 70

and as described in more detail in the Certificate of the Surveyor and the Register Book

We, (a) **PROFIT SHIPPING LTD,** hereinafter called "the Transferors") having our principal place of business at 198, OLD BAKERY STREET, VALLETTA, MALTA in consideration of the sum of Forty Six Million Five Hundred United States Dollars ($46,500,000) and other good and valuable consideration  paid to us by (b) Advantage Solar Shipping LLC,  of Trust Company Complex, Ajeltake Road, Ajeltake Islands, Majuro, Marshall Islands MH96960  (hereinafter called "the Transferee(s)) the receipt whereof is hereby acknowledged, transfer           all the (100%)              shares in the Ship above particularly described, and in her boats and appurtenances,  to the said Transferee(s).

Further, we, the said transferors for ourselves and our successors covenant with the said transferee(s) and (c) their assigns, that we have power to transfer in manner aforesaid the premises hereinbefore expressed to be transferred, and that the same are free from encumbrances (d) Mortgages, maritime liens, taxes, claims and any other debts whatsoever.

In witness whereof we have executed the Bill of Sale as a Deed on this 16ᵗʰ day of February, 2015

Signed as a Deed on behalf of the transferors
In the presence of (e), Notary Dr. Hugh Grima
in the presence of (e), Notary Dr. Hugh Grima hereby witness the true signature of Lara Seguna who has signed this Bill of Sale on
I, Notary Hugh Grima hereby confirm that she has the capacity to execute the said Bill of Sale on 12/02/2015
Sale before me and I do hereby confirm that by virtue of a Power of Attorney issued by Profit Shipping Ltd on 12/02/2015
behalf of Profit Shipping Ltd, by virtue of a Power of Attorney issued by Profit Shipping Ltd.

Dr. HUGH GRIMA
NOTARY PUBLIC
AND COMMISSIONER FOR OATHS
198, OLD BAKERY STR.
VALLETTA VLT 09 MALTA

Lara Seguna
For and on behalf of
Profit Shipping Ltd.

(a) Name in full of Body corporate. (b) Full name(s) and address(es) of transferee(s) with their description (in the case of individuals, and adding "as joint owner" where such is the case.
(c) "his", "their" or "its". (d) if any subsisting encumbrances add "save as appears by the registry of the said ship". (e) Signatures and description of witnesses, i.e. Director, Secretary, etc. (as the case may be).
NOTE—       A purchaser of a registered British Vessel does not obtain a complete title until the Bill of Sale has been recorded at the Port of Registry of the ship; and neglect of this precaution may entail serious consequences.
NOTE—       Registered Owners or Mortgagees are reminded of the importance of keeping the Registrar of British Ships informed of any change of residence on their part.

D05211

**Hesap Hareketleri**

IBAN: TR28 0006 2000 1190 0009 0915 29
Hesap Adı: USD VADESİZ
Şube: MECİDİYEKÖY TİCARİ
Tarih Aralığı: 18/02/2015 - 08/06/2015
Hareket Tipi: Tümü

Unvan: ADVANTAGE TANKERS LLC
VKN: 80912175
Adres: TRUST COMPANY COMPLEX AJELTEKE ROAD  MARSHALL ADALARI  001
Döküm:

| İŞLEM TARİHİ | VALÖR TARİHİ | KANAL | İŞLEM AÇIKLAMASI | TUTAR | BAKİYE | FİŞ NO |
|---|---|---|---|---|---|---|
| | | | DEVREDEN BAKİYE | | 1.014,27 | |
| 18/02/2015 | 18/02/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HR066634--Ref.li YP Havale | 13.000.000,00 | 13.001.014,27 | 201502039064102 |
| 18/02/2015 | 18/02/2015 | ŞB | Alıcı : PROFIT SHIPPING LTD, 198 Old Bakery Street, Valletta , Malta -01024HS057432--Ref.li YP Havale | -12.845.000,00 | 156.014,27 | 201502041827221 |
| 18/02/2015 | 18/02/2015 | ŞB | 01024HS057432 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -13,00 | 156.001,27 | 201502046382822 |
| 02/04/2015 | 02/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--1024HR057612--Ref.li YP Havale | 20.500.000,00 | 20.656.001,27 | 201502047211245 |
| 02/04/2015 | 02/04/2015 | ŞB | Alıcı : TARGET SHIPPING LTD, 198 Old Bakery Street, Valletta , Malta -01024HS057841--Ref.li YP Havale | -20.485.000,00 | 171.001,27 | 201502047720114 |
| 02/04/2015 | 02/04/2015 | ŞB | 01024HS057841 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -20,00 | 170.981,27 | 201502047720116 |
| 03/04/2015 | 03/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HR057853--Ref.li YP Havale | 17.500.000,00 | 17.670.981,27 | 201502047720293 |
| 03/04/2015 | 03/04/2015 | ŞB | Alıcı : TRUE SHIPPING LTD, 198 Old Bakery Street, Valletta , Malta -01024HS057867--Ref.li YP Havale | -17.500.000,00 | 170.981,27 | 201502047720375 |
| 03/04/2015 | 03/04/2015 | ŞB | 01024HS057867 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -17,50 | 170.963,77 | 201502047720378 |
| 30/04/2015 | 30/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HR058742--Ref.li YP Havale | 50.650.000,00 | 50.820.963,77 | 201502048724043 |
| 30/04/2015 | 30/04/2015 | ŞB | Alıcı : BLANK SHIPPING LTD, 198 Old Bakery Street, Valletta , Malta -01024HS058814--Ref.li YP Havale | -25.487.755,00 | 25.333.208,77 | 201502048724046 |
| 30/04/2015 | 30/04/2015 | ŞB | 01024HS058814 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -20,00 | 25.333.188,77 | 201502048724051 |
| 30/04/2015 | 30/04/2015 | ŞB | Alıcı : REEF SHIPPING LTD, 198 Old Bakery Street, Valletta , Malta 01024HS059018--Ref.li YP Havale | -10.387.294,00 | 14.945.894,77 | 201502048724079 |
| 30/04/2015 | 30/04/2015 | ŞB | 01024HS059018 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -10,50 | 14.945.884,77 | 201502048612405 |
| 07/05/2015 | 07/05/2015 | ŞB | Alıcı : BLUE SHIPPING LTD, 198 Old Bakery Street, Valletta , Malta -01024HS059436--Ref.li YP Havale | -14.862.500,00 | 83.384,27 | 201502048612417 |
| 07/05/2015 | 07/05/2015 | ŞB | 01024HS059436 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -15,00 | 83.369,27 | 201502048612419 |
| 08/05/2015 | 08/05/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HR059018--Ref.li YP Havale | 10.300.000,00 | 10.383.369,27 | 201502048612524 |
| 08/05/2015 | 08/05/2015 | ŞB | Alıcı : PINK SHIPPING LTD, 198 Old Bakery Street, Valletta , Malta -01024HS059436--Ref.li YP Havale | -10.297.881,00 | 85.488,27 | 201502048612527 |
| 08/05/2015 | 08/05/2015 | ŞB | 01024HS059436 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -10,50 | 85.477,77 | 201502048612529 |
| 08/06/2015 | 08/06/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HR059027--Ref.li YP Havale | 14.750.000,00 | 14.835.477,77 | 201502048914251 |

Bu doküman bilgi amaçlı hazırlanmıştır.Doküman üzerinde herhangi bir değişiklik yapılması ve/veya doküman üzerindeki bilgiler ile banka kayıtlarının uyuşmaması halinde banka kayıtları esas alınacaktır.
*ŞB: Şube ÇM: Çağrı Merkezi INT: İnternet Bankacılığı MB: Mobil Bankacılık
Şirket Unvanı: T. Garanti Bankası A.Ş. Ticaret Sicil No: 159422
Levent Nispetiye Mah. Aytar Cad. No:2 Beşiktaş 34340 İstanbul
Mersis No: 0879 0017 6660 0379
Web sitesi: www.garanti.com.tr



Prescribed by the
Commissioners of
Customs & Excise
with the consent of
the Secretary of
State for Trade

Form No. 10A
X.S.73A

# BILL OF SALE (Body Corporate)

| Official number | Name of Ship | Year and port of registry | Description of Vessel | | | Propulsion |
|---|---|---|---|---|---|---|
| | | | MOTOR | | | 25023 BHP |
| | | | Number of Tons | | | |
| | | | *(Where dual tonnages are assigned the higher of these should be stated)* | | | |
| 9455570 | BLANK | 193 IN 2011 – VALLETTA | | Gross | Register | |
| | | | | 33850 | 49031 | |

Length, Article 2(2) ..................................................

Moulded breadth, Reg 2(3) ..................................

Moulded depth amidships to upper deck, Reg 2(3) ...

| | Metres | Centi-Metres |
|---|---|---|
| | 266 | 07 |
| | 48 | 00 |
| | 23 | 70 |

and as described in more detail in the Certificate of the Surveyor and the Register Book

We, (a) BLANK SHIPPING LTD, hereinafter called "the Transferors") having our principal place of business at 198, OLD BAKERY STREET, VALLETTA, MALTA in consideration of the sum of Fifty Four Million United States Dollars (US$54,000,000) and other good and valuable consideration paid to us by (b) Advantage Start Shipping LLC of Trust Company Complex, Ajeltake Road, Ajeltake Islands, Majuro, Marshall Islands MH96960 hereinafter called "the Transferee(s)) the receipt whereof is hereby acknowledged, transfer all the (100%) shares in the Ship above particularly described, and in her boats and appurtenances, to the said Transferee(s).

Further, we, the said transferors for ourselves and our successors covenant with the said transferee(s) and (c) their assigns, that we have power to transfer in manner aforesaid the premises hereinbefore expressed to be transferred, and that the same are free from encumbrances (d) Mortgages, maritime liens, taxes, claims and any other debts whatsoever.

In witness whereof we have executed the Bill of Sale as a Deed on this 20th day of April, 2015.

Signed as a Deed on behalf of the transferors
in the presence of (e) Notary Dr. Hugh Grima

I, Notary Dr. Hugh Grima hereby witness the true signature of Lara Saguna who has signed this Bill of Sale before me and I do hereby confirm that she has the capacity to execute the said Bill of Sale on behalf of Blank Shipping Ltd. by virtue of a Power of Attorney issued by Blank Shipping Ltd. on the 20th April 2015.

NOTARY PUBLIC
DR. HUGH GRIMA
AND COMMISSIONER FOR OATHS
198, OLD BAKERY STREET,
VALLETTA, VLT 1455 - MALTA

Lara Saguna
For and on behalf For
Blank Shipping Ltd.

(a) Name in full of Body corporate. (b) Full name(s) and address(es) of transferee(s) with their description in the case of individuals, and adding 'as joint owner' where such is the case.
(c) "His", "their" or "its". (d) If any subsisting encumbrances add 'save as appears by the registry of the said ship'. (e) Signatures and description of witnesses, i.e. Director, Secretary, etc. (as the case may be).
NOTE— A purchaser of a registered British Vessel does not obtain a complete title until the Bill of Sale has been recorded at the Port of Registry of the ship and neglect of this precaution may entail serious consequences.
Registered Owners or Mortgagees are reminded of the importance of keeping the Register of British Ships informed of any change of residence on their part.

D05219

**Garanti**

**Hesap Hareketleri**

| | |
|---|---|
| IBAN: | TR28 0006 2000 1190 0009 0915 29 |
| Hesap Adı: | USD VADESİZ |
| Şube: | MECİDİYEKÖY TİCARİ |
| Tarih Aralığı: | 18/02/2015 - 08/06/2015 |
| Hareket Tipi: | Tümü |

| | |
|---|---|
| Unvan: | ADVANTAGE TANKERS LLC |
| VKN: | 80912175 |
| Adres: | TRUST COMPANY COMPLEX AJELTEKE ...: ROAD MARSHALL ADALARI 001 |
| Döküm: | |

| İŞLEM TARİHİ | VALOR TARİHİ | KANAL | İŞLEM AÇIKLAMASI | TUTAR | BAKİYE | FİŞ NO |
|---|---|---|---|---|---|---|
| | | | DEVREDEN BAKİYE | | 1.014,27 | |
| 18/02/2015 | 18/02/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO-- 01024HR058634--Ref.li YP Havale | 13.000.000,00 | 13.001.014,27 | 201502039064102 |
| 18/02/2015 | 18/02/2015 | ŞB | Alıcı : PROFIT SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS057432--Ref.li YP Havale | -12.845.000,00 | 156.014,27 | 201502041827221 |
| 18/02/2015 | 18/02/2015 | ŞB | 01024HS057432 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -13,00 | 156.001,27 | 201502046392822 |
| 02/04/2015 | 02/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO-- 1024HR057612--Ref.li YP Havale | 20.500.000,00 | 20.656.001,27 | 201502047211245 |
| 02/04/2015 | 02/04/2015 | ŞB | Alıcı : TARGET SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS057841--Ref.li YP Havale | -20.485.000,00 | 171.001,27 | 201502047720114 |
| 02/04/2015 | 02/04/2015 | ŞB | 01024HS057841 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -20,00 | 170.981,27 | 201502047720116 |
| 03/04/2015 | 03/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO-- 01024HR057853--Ref.li YP Havale | 17.500.000,00 | 17.670.981,27 | 201502047720293 |
| 03/04/2015 | 03/04/2015 | ŞB | Alıcı : TRUE SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS057857--Ref.li YP Havale | -17.500.000,00 | 170.981,27 | 201502047720375 |
| 03/04/2015 | 03/04/2015 | ŞB | 01024HS057867 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -17,50 | 170.963,77 | 201502047720378 |
| 30/04/2015 | 30/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO-- 01024HR058742--Ref.li YP Havale | 50.650.000,00 | 50.820.963,77 | 201502048724043 |
| 30/04/2015 | 30/04/2015 | ŞB | Alıcı : BLANK SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS058814--Ref.li YP Havale | -25.487.755,00 | 25.333.208,77 | 201502048724046 |
| 30/04/2015 | 30/04/2015 | ŞB | 01024HS058814 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -20,00 | 25.333.188,77 | 201502048724051 |
| 30/04/2015 | 30/04/2015 | ŞB | Alıcı : REEF SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS059018--Ref.li YP Havale | -10.387.294,00 | 14.945.894,77 | 201502048724079 |
| 30/04/2015 | 30/04/2015 | ŞB | 01024HS059018 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -10,50 | 14.945.884,27 | 201502048812405 |
| 07/05/2015 | 07/05/2015 | ŞB | Alıcı : BLUE SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS059436--Ref.li YP Havale | -14.862.500,00 | 83.384,27 | 201502048812417 |
| 07/05/2015 | 07/05/2015 | ŞB | 01024HS059436 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -15,00 | 83.369,27 | 201502048812419 |
| 08/05/2015 | 08/05/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO-- 01024HR059018--Ref.li YP Havale | 10.300.000,00 | 10.383.369,27 | 201502048812524 |
| 08/05/2015 | 08/05/2015 | ŞB | Alıcı : PINK SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta -01024HS059436--Ref.li YP Havale | -10.297.881,00 | 85.488,27 | 201502048812527 |
| 08/05/2015 | 08/05/2015 | ŞB | 01024HS059436 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -10,50 | 85.477,77 | 201502048812529 |
| 08/06/2015 | 08/06/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO-- 01024HR059847--Ref.li YP Havale | 14.750.000,00 | 14.835.477,77 | 201502048914251 |

Bu doküman bilgi amaçlı hazırlanmıştır.Doküman üzerinde herhangi bir değişiklik yapılması ve/veya doküman üzerindeki bilgiler ile banka kayıtlarının uyuşmaması halinde banka kayıtları esas alınacaktır.

*ŞB: Şube ÇM: Çağrı Merkezi INT: İnternet Bankacılığı MB: Mobil Bankacılık
Şirket Unvanı: T. Garanti Bankası A.Ş., Ticaret Sicil No: 159422
Levent Nispetiye Mah. Aytar Cad. No:2 Beşiktaş 34340 İstanbul
Mersis No: 0879 0017 6660 0379
Web sitesi: www.garanti.com.tr

D05224

**Garanti**

**Mehmet MAT**

**From:** Egemen.Duzgoren@cit.com
**Sent:** Perşembe 30 Nisan 2015 06:33
**To:** MEHMET MAT; Sarah.Yeowart@shlegal.com
**Cc:** Caridad.Schweizer@cit.com
**Subject:** Fw: Wire and MT199 confirmations - Advantage Start

Mehmet, Please see the confirmations below. Brgds, Egemen

⊠ Egemen Duzgoren | Vice President | Maritime Finance | +1 212 461 5682 (tel) |
Egemen.Duzgoren@cit.com

This email message and any accompanying materials may contain proprietary, privileged and confidential information of CIT Group Inc. or its subsidiaries or affiliates (collectively, "CIT"), and are intended solely for the recipient(s) named above. If you are not the intended recipient of this communication, any use, disclosure, printing, copying or distribution, or reliance on the contents, of this communication is strictly prohibited. CIT disclaims any liability for the review, retransmission, dissemination or other use of, or the taking of any action in reliance upon, this communication by persons other than the intended recipient(s). If you have received this communication in error, please reply to the sender advising of the error in transmission, and immediately delete and destroy the communication and any accompanying materials. To the extent permitted by applicable law, CIT and others may inspect, review, monitor, analyze, copy, record and retain any communications sent from or received at this email address.

**From:** Schweizer, Caridad
**Sent:** Wednesday, April 29, 2015 08:21 PM
**To:** Duzgoren, Egemen; Keefe, Thomas
**Cc:** Aponte, Sandra (Consultant)
**Subject:** Wire and MT199 confirmations - Advantage Start

|  |  |  |  |  |
|---|---|---|---|---|
| | | *CHIPS DEBIT* | *NONREF* | *6311700119/O* |
| 04/29/2015 | 04/29/2015 | | | |
| | | S/R : | STRAIGHT | |
| | | YOUR REF : | NONREF | |
| | | PAID TO : | BANK OF AMERICA, N.A. SUPE 222 BROADWAY NEW YORK NY 10001 | |
| | | ACCT PARTY : | /008650060508 LLOYDS TSB BANK PLC WHOLESALE LOAN OPERATIONS 26 GRESHAM S EC2V7HN | |
| | | REMARK : | ATTN: RACHEL BUCHAN-WHOLESALE LOANSRE: BLANK SHIPPING. SEE SWIFT MT199. ( | |
| | | REC GFP : | 04291930 | |
| | | CHIP SEQ : | 0070484 | |
| | | CHIP REF : | 435876**9 | |
| 04/28/2015 | 04/29/2015 | *BOOK TRANSFER DEBIT* | *NONREF* | *6311900119/O* |
| | | S/R : | STRAIGHT | |
| | | YOUR REF : | NONREF | |
| | | PAID TO : | 00000000011337288 NORDDEUTSCHE LANDESBANK GIROZENTRALE GEORGSPLATZ 11 30159 | |
| | | ACCT PARTY : | /DE65260500001800000944 ADVANTAGE TANKERS LLC DE | |
| | | REMARK : | CREDIT REF ATS OF 15/04/29 | |
| | | REC GFP : | 04291939 | |

1

:20:JPM150429-004108
:21:5311700119JO
:79:ATTENTION INVESTIGATIONS MSG 1 OF 5
REGARDING OUR CHIPS SSN 0435876 FOR
28,512,245.00/USD DATED 4/29/2015 OUR TRANSACTION
REFERENCE NUMBER 5311700119JO
PLEASE BE ADVISED OF THE FOLLOWING AMENDING
INSTRUCTIONS AS PROVIDED BY THE REMITTER QUOTE WE
HEREBY INFORM YOU THAT IN RELATION TO THE
MEMORANDUM OF AGREEMENT DATED 18 DECEMBER 2014 (AS
AMENDED AND/OR SUPPLEMENTED FROM TIME TO TIME, THE
AGREEMENT) AND ENTERED INTO BETWEEN BLANK SHIPPING
LTD OF MALTA (THE SELLER) AND ADVANTAGE START
SHIPPING LLC OF THE MARSHALL ISLANDS (THE BUYER)
REGARDING THE SALE OF THE M.V. BLANK (THE VESSEL),
WHICH IS CURRENTLY SCHEDULED TO TAKE PLACE ON OR
AROUND 30 APRIL 2015 (THE DELIVERY DATE), UNQUOTE.
REGARDS,
USD WIRE INVESTIGATIONS OUR REFERENCE
JPM150429-004108
JPMORGAN
GLOBAL SOLUTIONS CENTER (866) 223-0359

:20:JPM150429-004108
:21:5311700119JO
:79:ATTENTION INVESTIGATIONS MSG 2 OF 5
REGARDING OUR CHIPS SSN 0435876 FOR
28,512,245.00/USD DATED 4/29/2015 OUR TRANSACTION
REFERENCE NUMBER 5311700119JO
PLEASE BE ADVISED OF THE FOLLOWING AMENDING
INSTRUCTIONS AS PROVIDED BY THE REMITTER QUOTE WE
HAVE TODAY TRANSFERRED TO YOU THE AMOUNT OF USD
28,512,245 UNITED STATES DOLLARS TWENTY EIGHT
MILLION FIVE HUNDRED TWELVE THOUSAND TWO HUNDRED
FORTY FIVE AS PARTIAL PAYMENT OF THE PURCHASE
PRICE (THE FUNDS). IN CONNECTION WITH THE FUNDS
AND IN ACCORDANCE WITH THE IRREVOCABLE
INSTRUCTIONS OF THE REMITTER, YOU ARE HEREBY
INFORMED AND IRREVOCABLY INSTRUCTED AS FOLLOWS
KINDLY HOLD THE FUNDS WITHOUT ALLOCATION, TO OUR
ORDER SUBJECT AS HEREINAFTER PROVIDED. THE FUNDS
MAY BE IRREVOCABLY RELEASED TO THE SELLERS ACCOUNT
WITH YOU UPON PRESENTATION TO YOU OF A COPY OF THE
PROTOCOL OF DELIVERY AND ACCEPTANCE FOR THE
VESSEL,UNQUOTE. PLEASE TAKE CARE TO AVOID
DUPLICATION.
REGARDS,
USD WIRE INVESTIGATIONS OUR REFERENCE
JPM150429-004108

2

D05221

JPMORGAN
GLOBAL SOLUTIONS CENTER (866) 223-0359

:20:JPM150429-004108
:21:5311700119JO
:79:ATTENTION INVESTIGATIONS MSG 3 OF 5
REGARDING OUR CHIPS SSN 0435876 FOR
28,512,245.00/USD DATED 4/29/2015 OUR TRANSACTION
REFERENCE NUMBER 5311700119JO
PLEASE BE ADVISED OF THE FOLLOWING AMENDING
INSTRUCTIONS AS PROVIDED BY THE REMITTER QUOTE
EXECUTED ON BEHALF OF T HE SELLER AND THE BUYER
AND COUNTER SIGNED BY ANY OF SARAH YEOWART
(PASSPORT NO 800552771), MARK RUSSELL (PASSPORT NO
099283924) OR EDWARD RHIND (PASSPORT NO D861098)
OF STEPHENSON HARWOOD. IN CASE THE FUNDS ARE NOT
RELEASED IN ACCORDANCE WITH THE FOREGOING
INSTRUCTIONS BY 5PM, LONDON TIME, ON 04 MAY 2015,
YOU ARE HEREBY INSTRUCTED TO IMMEDIATELY REMIT THE
FUNDS PLUS ANY INTEREST ACCRUED THEREON TO CIT
BANK ( ACCOUNT NO. 469798347 AT JP MORGAN CHASE,
ABA 021000021 AND SWIFT CODE CHASUS33). UNQUOTE.
PLEASE TAKE CARE TO AVOID DUPLICATION.
REGARDS,
USD WIRE INVESTIGATIONS OUR REFERENCE
JPM150429-004108
JPMORGAN
GLOBAL SOLUTIONS CENTER (866) 223-0359

:20:JPM150429-004108
:21:5311700119JO
:79:ATTENTION INVESTIGATIONS MSG 4 OF 5
REGARDING OUR CHIPS SSN 0435876 FOR
28,512,245.00/USD DATED 4/29/2015 OUR TRANSACTION
REFERENCE NUMBER 5311700119JO
PLEASE BE ADVISED OF THE FOLLOWING AMENDING
INSTRUCTIONS AS PROVIDED BY THE REMITTER QUOTE
THIS MT199 AND ANY NON-
CONTRACTUAL OBLIGATIONS CONNECTED WITH IT SHALL BE
GOVERNED BY ENGLISH LAW.
UNQUOTE. PLEASE TAKE CARE TO AVOID DUPLICATION.
REGARDS,
USD WIRE INVESTIGATIONS OUR REFERENCE
JPM150429-004108
JPMORGAN
GLOBAL SOLUTIONS CENTER (866) 223-0359

:20:JPM150429-004108
:21:5311700119JO
:79:ATTENTION INVESTIGATIONS MSG 5 OF 5

3

D05222

REGARDING OUR CHIPS SSN 0435876 FOR
28,512,245.00/USD DATED 4/29/2015 OUR TRANSACTION
REFERENCE NUMBER 5311700119JO
PLEASE BE ADVISED OF THE FOLLOWING AMENDING
INSTRUCTIONS AS PROVIDED BY THE REMITTER QUOTE THE
ENGLISH COURTS HAVE EXCLUSIVE JURISDICTION TO
SETTLE ANY DISPUTE ARISING OUT OF, OR IN
CONNECTION WITH, THIS MT199.
UNQUOTE. PLEASE TAKE CARE TO AVOID DUPLICATION.
REGARDS,
USD WIRE INVESTIGATIONS OUR REFERENCE
JPM150429-004108
JPMORGAN
GLOBAL SOLUTIONS CENTER (866) 223-0359



**Caridad Schweizer**
Vice President
Maritime Finance

+1 212 461 7871 (tel)

Caridad.Schweizer@cit.com

11 West 42nd Street
New York, NY 10036
www.cit.com/maritime

4

D05223

# BILL OF SALE (Body Corporate)

| Official number | Name of Ship | Year and port of registry | Description of Vessel | | | | Propulsion |
|---|---|---|---|---|---|---|---|
| | | | MOTOR | | | | 18420 Bhp |
| | | | Metres | Centi-Metres | Number of Tons *(Where dual tonnages are assigned the higher of these should be stated)* | | |
| 9470131 | VALUE | 473 IN 2011 — VALLETTA | | | Gross | Register | |

Length, Article 2(8)............................................ 240 | 63 | 61335 | 35873

Moulded breadth, Reg 2(3)................................. 43 | 80

Moulded depth amidships to upper dock, Reg 2(3)..... 21 | 09

and as described in more detail in the Certificate of the Surveyor and the Register Book.

We, (a) VALUE SHIPPING LTD, hereinafter called "the Transferors") having our principal place of business at 198, OLD BAKERY STREET, VALLETTA, MALTA in consideration of the sum of Forty Eight Million Five Hundred Thousand United States Dollars (US$48,500,000) and other good and valuable consideration paid to us by (b) Advantage Award Shipping LLC, of Suite 2005, 2nd Floor, Centre of Commerce, One Bay Street, PO Box N-3944, Nassau, Bahamas hereinafter called "the Transferee(s)" the receipt whereof is hereby acknowledged, transfer _____ all the (100%) _____ shares in the Ship above particularly described, and in her boats and appurtenances, to the said Transferee(s).

Further, we, the said transferors, for ourselves and our successors covenant with the said transferee(s) and (c) their assigns, that we have power to transfer in manner aforesaid the premises hereinbefore expressed to be transferred, and that the same are free from encumbrances (d) Mortgages, maritime liens, taxes, claims and any other debts whatsoever.

In witness whereof we have executed the Bill of Sale as a Deed on this 5th day of May, 2015.

Signed as a Deed on behalf of the transferors
in the presence of (e) Notary Dr. Hugh Grima

For and on behalf of
Value Shipping Ltd.

Dr. HUGH GRIMA
NOTARY PUBLIC
FOR COMMISSIONER FOR OATHS
STR.
198, OLD BAKERY STR.
VALLETTA VLT 10 MALTA

I, Notary Dr. Hugh Grima hereby witness the true signature of Lara Saguna who has signed this Bill of Sale before me and I do hereby confirm that she has the capacity to execute the said Bill of Sale on behalf of Value Shipping Ltd, by virtue of a Power of Attorney issued by Value Shipping Ltd. on the 4th May, 2015.

(a) Name in full of Body corporate. (b) Full name(s) and address(es) of transferee(s) with their description in the case of individuals; and adding "as joint owner" where such is the case.
(c) "His," "their" or "its". (d) If any subsisting encumbrances add "save as appears by the registry of the said ship". (e) Signatures and description of witnesses, i.e. Director, Secretary, etc. (as the case may be).

NOTE:— A purchaser of a registered British Vessel does not obtain a complete title until the Bill of Sale has been recorded at the Port of Registry of the ship: and neglect of this precaution may entail serious consequences.

NOTE:— Registered Owners or Mortgagees are reminded of the importance of keeping the Register of British Ships informed of any change of residence on their part.

D05207

# Telefax

 **HypoVereinsbank** Member of **UniCredit**

Datum / Date:22/05/2015

Seitenanzahl insgesamt:1
Total Number of Pages:

Absender / From :UniCredit Bank Aktiengesellschaft
To :Value Shipping Ltd.

---

Avisierung eines Zahlungseingangs aus dem Ausland Fuer
Value Shipping Ltd.
80311 Muenchen, 22.05.2015
Unsere Referenznummer / our reference number (20)
AZNKN20051564417
Zahlungsavis an
8090212325814
Value Shipping Ltd.
Wir haben verguetet / we have paid
```
           +---------------------------------+
Betrag / amount + USD          24.928.200,53 +
           +---------------------------------+
```
in Worten / in words **USD***TWO*FOUR*NINE*TWO*EIGHT*TWO*ZERO*ZERO**
**********************************************************************
Ohne Preise Fuer den Beguenstigten / without charges to beneficiary
Valuta / value 21.05.2015
AusFuehrungsdatum / day of execution 22.05.2015
Beguenstigter / beneficiary (59)
Value Shipping Ltd.

198 Old Bakery Street
Valletta
Kontonummer / account number
15042895
Auftraggeber / by order of (50)
UniCredit Bank AG INTERN
Kundenkonten CFA4BS
Kardinal-Faulhaber-Str. 1
80333 Muenchen
Zahlungsgrund / remittance information (70)
transfer as per drawdown request dd
.18.05.2015

Mit Freundlichen Gruessen / best regards
UniCredit BanktAktiengesellschaft
80311 Muenchen

Dieser Beleg traegt keine Unterschrift

D05208

# Telefax



**HypoVereinsbank** Member of **UniCredit**

Absender / From :UniCredit Bank Aktiengesellschaft
To :Value Shipping Ltd.

---------------------------------------------------------------------

Avisierung eines Zahlungseingangs aus dem Ausland fuer
Value Shipping Ltd.
80311 Muenchen, 22.05.2015
Unsere Referenznummer / our reference number (20)
AZNKM20051564410
Zahlungsavis an
00902123255014
Value Shipping Ltd.
Wir haben verguetet / we have paid
```
             +---------------------------------------+
Betrag / amount + USD          3.221.799,47 +
             +---------------------------------------+
```
in Worten / in words **USD***THREE*TWO*TWO*ONE*SEVEN*NINE*NINE******
****************************************************************
Ohne Preise fuer den Beguenstigten / without charges to beneficiary
Valuta / value 21.05.2015
Ausfuehrungsdatum / day of execution 22.05.2015
Beguenstigter / beneficiary (59)
Value Shipping Ltd.

198 Old Bakery Street
Valletta
Kontonummer / account number  -  ....   ..     ---
15042895
Auftraggeber / by order of (50)
UniCredit Bank AG INTERN
Kundenkonten CFA4BS
Kardinal-Faulhaber-Str. 1
80333  Muenchen
Zahlungsgrund / remittance information (70)
transfer as per drawdown request dd
. 13.05.2015

Mit Freundlichen Gruessen / best regards
UniCredit BanktAktiengesellschaft
80311 Muenchen

Dieser Beleg traegt keine Unterschrift

# Telefax



Absender / From :UniCredit Bank Aktiengesellschaft
To :Value Shipping Ltd.

---------------------------------------------------------------------

Avisierung eines Zahlungseingangs aus dem Ausland fuer
Value Shipping Ltd.
80311 Muenchen, 22.05.2015
Unsere Referenznummer / our reference number (20)
AZMKN21051564684
Zahlungsavis an
0090212325581 4
Value Shipping Ltd.
Wir haben verguetet / we have paid
                    +----------------------------------------+
Betrag / amount + USD            20.350.000,00 +
                    +----------------------------------------+
in Worten / in words **USD***TWO*ZERO*THREE*FIVE*ZERO*ZERO*ZERO*****
*ZERO***********************************************************
Ohne Preise Fuer den Beguenstigten / without charges to beneficiary
Valuta / value 21.05.2015
Ausfuehrungsdatum / day of execution 22.05.2015
Beguenstigter / beneficiary (59)
Value Shipping Ltd.

198 Old Bakery Street
Valletta
Kontonummer / account number
15042895
Auftraggeber / by order of (50)
Advantage Award Shipping LLC c/o
Trident Corporate Serv.Ltd
One Bay Street, P.O.Box N-3944
Nassau
Zahlungsgrund / remittance information (70)
purchase price of Advantage Award
(ex Value)

Mit freundlichen Gruessen / best regards
UniCredit BanktAktiengesellschaft
80311 Muenchen

Dieser Beleg traegt keine Unterschrift

Prescribed by the Commissioners of Customs & Excise with the consent of the Secretary of State for Trade

Form No.10A
XS394

# BILL OF SALE (Body Corporate)

| Official number | Name of Ship | Year and port of registry | Description of Vessel | | | | | | Propulsion |
|---|---|---|---|---|---|---|---|---|---|
| | | | MOTOR | | | | | | 13442 BHP |
| | | | | | Number of Tons *(Where dual tonnages are assigned the higher of these should be stated)* | | | | |
| | | | Metres | Centi-Metres | | Gross | | Register | |
| 9419450 | TRUE | 345 IN 2010 — VALLETTA | 240 | 63 | | 61341 | | 35396 | |

Length, Article 2(B) ........................ 43  80

Moulded breadth, Reg 2(3) .................... 21  00

Moulded depth amidships to upper deck, Reg 2(2) ............

and as described in more detail in the Certificate of the Surveyor and the Register Book

We, (a) TRUE SHIPPING LTD, hereinafter called "the Transferors", having our principal place of business at 199, OLD BAKERY STREET, VALLETTA, MALTA in consideration of the sum of Forty Six Million Two Hundred and Fifty Thousand United States Dollars (US$46,250,000) and other good and valuable consideration  paid by us by (b) Advantage Avenue Shipping LLC , of Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, Marshall Islands MH96960  hereinafter called "the Transferee(s)", the receipt whereof is hereby acknowledged, transfer ................ shares in the Ship above particularly described, and in her boats and appurtenances, to the said Transferee(s).

Further, we, the said transferors for ourselves and our successors covenant with the said transferee(s) and (c) their assigns, that we have power to transfer in manner aforesaid the premises hereinbefore expressed to be transferred, and that the same are free from encumbrances (d) mortgages, maritime liens, taxes, claims and any other debts whatsoever.

In witness whereof we have executed the Bill of Sale as a Deed on this 1st day of April, 2015

Signed as a Deed on behalf of the transferors
in the presence of (e) Notary Dr. Hugh Grima

I, Notary Dr. Hugh Grima hereby witness the true signature of Lara Saguna who has signed this Bill of Sale on behalf of
before me and I do hereby confirm, that she has the capacity to execute the said Bill of Sale on behalf of
True Shipping Ltd. by virtue of a Power of Attorney issued by True Shipping Ltd. on the 18th March 2015.

Dr. HUGH GRIMA
NOTARY PUBLIC
AND COMMISSIONER FOR OATHS
199, OLD BAKERY STR.
VALLETTA, VLT 09 MALTA

Lara Saguna
For and on behalf of
True Shipping Ltd.

NOTE— (a) Name in full of Body corporate. (b) Full name(s) and address(es) of transferee(s) with best description in the case of individuals, and adding "as joint owner" where such is the case.
(c) "his", "their" or "its". (d) If any subsisting encumbrances add "save as appears by the registry of the said ship". (e) Signatures and description of witnesses, i.e. Director, Secretary, etc. (as the case may be).
NOTE— A purchaser of a Registered British Vessel does not obtain a complete title until the Bill of Sale has been recorded at the Port of Registry of the ship; and neglect of this precaution may entail serious consequences.
Registered Owners or Mortgagees are reminded of the importance of keeping the Registrar of British Ships informed of any change of residence on their part.

D05204

**Hesap Hareketleri**

| | |
|---|---|
| IBAN: | TR28 0006 2000 1190 0009 0915 29 |
| Hesap Adı: | USD VADESİZ |
| Şube: | MECİDİYEKÖY TİCARİ |
| Tarih Aralığı: | 18/02/2015 - 08/06/2015 |
| Hareket Tipi: | Tümü |

| | |
|---|---|
| Unvan: | ADVANTAGE TANKERS LLC |
| VKN: | 80912175 |
| Adres: | TRUST COMPANY COMPLEX AJELTEKE ROAD  MARSHALL ADALARI 001 |
| Döküm: | |

| İŞLEM TARİHİ | VALOR TARİHİ | KANAL | İŞLEM AÇIKLAMASI | TUTAR | BAKİYE | FİŞ NO |
|---|---|---|---|---|---|---|
| | | | DEVREDEN BAKİYE | | 1.014,27 | |
| 18/02/2015 | 18/02/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960  MAJURO-- 01024HR058634--Ref.li YP Havale | 13.000.000,00 | 13.001.014,27 | 201502039064102 |
| 18/02/2015 | 18/02/2015 | ŞB | Alıcı : PROFIT SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS057432--Ref.li YP Havale | -12.845.000,00 | 156.014,27 | 201502041827221 |
| 18/02/2015 | 18/02/2015 | ŞB | 01024HS057432 - KESİNTİ VE EKLERİ- Para Transferi Hesaptan Hesaba | -13,00 | 156.001,27 | 201502046392822 |
| 02/04/2015 | 02/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960  MAJURO-- 1024HR057512--Ref.li YP Havale | 20.500.000,00 | 20.656.001,27 | 201502047211245 |
| 02/04/2015 | 02/04/2015 | ŞB | Alıcı : TARGET SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS057641--Ref.li YP Havale | -20.485.000,00 | 171.001,27 | 201502047720114 |
| 02/04/2015 | 02/04/2015 | ŞB | 01024HS057641 - KESİNTİ VE EKLERİ- Para Transferi Hesaptan Hesaba | -20,00 | 170.981,27 | 201502047720116 |
| 03/04/2015 | 03/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960  MAJURO-- 01024HR057853--Ref.li YP Havale | 17.500.000,00 | 17.670.981,27 | 201502047720293 |
| 03/04/2015 | 03/04/2015 | ŞB | Alıcı : TRUE SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS057867--Ref.li YP Havale | -17.500.000,00 | 170.981,27 | 201502047720375 |
| 03/04/2015 | 03/04/2015 | ŞB | 01024HS057667 - KESİNTİ VE EKLERİ- Para Transferi Hesaptan Hesaba | -17,50 | 170.963,77 | 201502047720378 |
| 30/04/2015 | 30/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960  MAJURO-- 01024HR058744--Ref.li YP Havale | 50.650.000,00 | 50.820.963,77 | 201502048724043 |
| 30/04/2015 | 30/04/2015 | ŞB | Alıcı : BLANK SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS058814--Ref.li YP Havale | -25.487.755,00 | 25.333.208,77 | 201502048724049 |
| 30/04/2015 | 30/04/2015 | ŞB | 01024HS058814 - KESİNTİ VE EKLERİ- Para Transferi Hesaptan Hesaba | -20,00 | 25.333.188,77 | 201502048724051 |
| 30/04/2015 | 30/04/2015 | ŞB | Alıcı : REEF SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS059018--Ref.li YP Havale | -10.387.294,00 | 14.945.894,77 | 201502048724079 |
| 30/04/2015 | 30/04/2015 | ŞB | 01024HS059018 - KESİNTİ VE EKLERİ- Para Transferi Hesaptan Hesaba | -10,50 | 14.945.884,27 | 201502048812406 |
| 07/05/2015 | 07/05/2015 | ŞB | Alıcı : BLUE SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS059436--Ref.li YP Havale | -14.862.500,00 | 83.384,27 | 201502048812417 |
| 07/05/2015 | 07/05/2015 | ŞB | 01024HS059436 - KESİNTİ VE EKLERİ- Para Transferi Hesaptan Hesaba | -15,00 | 83.369,27 | 201502048812419 |
| 08/05/2015 | 08/05/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960  MAJURO-- 01024HR059018--Ref.li YP Havale | 10.300.000,00 | 10.383.369,27 | 201502048812524 |
| 08/05/2015 | 08/05/2015 | ŞB | Alıcı : PINK SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta -01024HS059436-- Ref.li YP Havale | -10.297.881,00 | 85.488,27 | 201502048812527 |
| 08/05/2015 | 08/05/2015 | ŞB | 01024HS059436 - KESİNTİ VE EKLERİ- Para Transferi Hesaptan Hesaba | -10,50 | 85.477,77 | 201502048812529 |
| 08/06/2015 | 08/06/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960  MAJURO-- 01024HS059867--Ref.li YP Havale | 14.750.000,00 | 14.835.477,77 | 201502048914251 |

Bu doküman bilgi amaçlı hazırlanmıştır.Doküman üzerinde herhangi bir değişiklik yapılması ve/veya doküman üzerindeki bilgiler ile banka kayıtlarının uyuşmaması halinde banka kayıtları esas alınacaktır.

*ŞB: Şube ÇM: Çağrı Merkezi İNT: İnternet Bankacılığı MB: Mobil Bankacılık

Şirket Unvanı : T. Garanti Bankası A.Ş.  Ticaret Sicil No: 159422
Levent Nispetiye Mah. Aytar Cad. No:2 Beşiktaş 34340 İstanbul
Mersis No: 0879 0017 6660 0379
Web sitesi: www.garanti.com.tr

D05206

# NORD/LB

NORDDEUTSCHE LANDESBANK GIROZENTRALE

Kontonummer 1800009430

Bankleitzahl 25050000

alter Kontostand / Währung 0,00+ USD

| Tag der Buchung | Tag der Wertstellung | Verwendungszweck / Buchungstext | |
|---|---|---|---|
| 0104 | 0104 | ABRECHNUNG 31.03.15 ANLAGE | |
| | | ABRECHNUNG 31.03.15 ANLAGE | |
| | | *** RECHNUNGSABSCHLUSS *** | |
| | | ABSCHLUSSALDO ********5,52S | |
| | | 2150920341291241 | |
| 0204 | 0204 | 2150920341291241 | |
| | | NORD/LB HANNOVER | |
| | | MT TRUE-PARTIAL PURCHASE PR | 28.750.000,00- |

5,52-

NORD/LB - Postservice, 30151 Hannover
DV 05 0,50 Deutsche Post
P.P./PRIORITY

ADVANTAGE AVENUE SHIPPING LLC
c/oGen.Denizcilik Nakliyati AS
Blok K.15
Yapi Kredi Plaza A
34330 LEVENT/ISTANBUL
TÜRKEI

Bitte beachten Sie die Hinweise auf der Rückseite.

Kontoinhaber

Verwendungszweck
LORO-KTO - LFD.RECHN.
USD EARNINGS ACC.

neuer Kontostand: s.letztes Blatt

| Kontoauszug vom | Auszug | Blatt | Währung |
|---|---|---|---|
| 30.04.2015 | 01 | 1 | USD |

D05205

Prescribed by the
Commissioners of
Customs & Excise
with the consent of
the Secretary of
State for Trade

Form No: 104.
XS 279A

# BILL OF SALE (Body Corporate)

| Official number | Name of Ship | Year and port of registry | Description of Vessel | | Propulsion |
|---|---|---|---|---|---|
| | | | MOTOR | | 13560 KW |
| 94419448 | TARGET | 7 IN 2010—VALLETTA | Number of Tons | | |
| | | | *(Where dual tonnages are assigned the higher of these should be stated)* | | |
| | | | Gross | Register | |
| | | | 61341 | 35396 | |

| | | Metres | Centi-Metres | | |
|---|---|---|---|---|---|
| Length, Article 2(8) | | 240 | 63 | | |
| Moulded breadth, Reg 2(3) | | 43 | 80 | | |
| Moulded depth amidships to upper deck, Reg 2(2) | | 21 | 00 | | |

and as described in more detail in the Certificate of the Surveyor and the Register Book

We, (a) TARGET SHIPPING LTD. hereinafter called "the Transferors" having our principal place of business at 198, OLD BAKERY STREET, VALLETTA, MALTA in consideration of the sum of Forty Four Million United States Dollars ($44,000,000) and other good and valuable consideration paid to us by (b) Advantage Arrow Shipping LLC , of Trust Company Complex, Ajeltake Road, Ajeltake Islands, Majuro, Marshall Islands MH96960 hereinafter called "the Transferee(s) the receipt whereof is hereby acknowledged, transfer _____ all the (100%) _____ shares in the Ship above particularly described, and in her boats and appurtenances, to the said Transferee(s).

Further, we, the said transferors for ourselves and our successors covenant with the said transferee(s) and (c) their assigns, that we have power to transfer in manner aforesaid the premises hereinbefore expressed to be transferred, and that the same are free from encumbrances (d) Mortgages, maritime liens, taxes, claims and any other debts whatsoever.

In witness whereof we have executed the Bill of Sale as a Deed on this 24th day of March, 2015

Signed as a Deed on behalf of the transferors
in the presence of (e) Notary Dr. Hugh Grima

Dr. HUGH GRIMA
NOTARY PUBLIC
AND COMMISSIONER FOR OATHS 198, OLD BAKERY STR.
VALLETTA  VLJ 09  MALTA

I, Notary Dr. Hugh Grima hereby witness the true signature of Lara Saguna who has signed this Bill of Sale on behalf of Target Shipping Ltd  I do hereby confirm that she has the capacity to execute the said Bill of Sale on behalf of Target Shipping Ltd.
before me and I do hereby confirm that she has the capacity to execute the said Bill of Sale on behalf of Target Shipping Ltd. on the 16th March 2015.
Target Shipping Ltd. by virtue of a Power of Attorney issued by Target Shipping Ltd. on the 16th March 2015.

Lara Saguna For and on behalf of
Target Shipping Ltd.

Dr. HUGH GRIMA
NOTARY PUBLIC
AND COMMISSIONER FOR OATHS Lara Saguna
198, OLD BAKERY STR.
VALLETTA  VLJ 09  MALTA

(a) Name in full of Body corporate. (b) Full name(s) and address(es) of transferee(s) with their description in the case of individuals, and adding "as joint owner" where such is the case
(c) "his", "their" or "its". (d) If any subsisting encumbrances add "save as appears by the registry of the said ship". (e) Signatures and description of witnesses, i.e. Director, Secretary, etc. (as the case
may be).
NOTE—

A purchaser of a registered British Vessel does not obtain a complete title until the Bill of Sale has been recorded at the Port of Registry of the ship; and neglect of this precaution may entail serious consequences.
Registered Owners or Mortgagees are reminded of the importance of keeping the Register of British Ships informed of any change of residence on their part.

D05197

**Garanti**

Hesap Hareketleri

| | | |
|---|---|---|
| IBAN: | TR28 0006 2000 1190 0009 0915 29 | |
| Hesap Adı: | USD VADESİZ | |
| Şube: | MECİDİYEKÖY TİCARİ | |
| Tarih Aralığı: | 18/02/2015 - 08/06/2015 | |
| Hareket Tipi: | Tümü | |

| | | |
|---|---|---|
| Unvan: | ADVANTAGE TANKERS LLC | |
| VKN: | 80912175 | |
| Adres: | TRUST COMPANY COMPLEX AJELTEKE ROAD  MARSHALL ADALARI  001 | |
| Döküm: | | |

| İŞLEM TARİHİ | VALÖR TARİHİ | KANAL | İŞLEM AÇIKLAMASI | TUTAR | BAKİYE | FİŞ NO |
|---|---|---|---|---|---|---|
| | | | DEVREDEN BAKİYE | | 1.014,27 | |
| 18/02/2015 | 18/02/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960  MAJURO--01024HR066634--Ref.li YP Havale | 13.000.000,00 | 13.001.014,27 | 201502039064102 |
| 18/02/2015 | 18/02/2015 | ŞB | Alıcı : PROFIT SHIPPING LTD. 198 Old Bakory Street, Valletta , Malta - 01024HS057432--Ref.il YP Havale | -12.845.000,00 | 156.014,27 | 201502041827221 |
| 18/02/2015 | 18/02/2015 | ŞB | 01024HS057432 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -13,00 | 156.001,27 | 201502046392822 |
| 02/04/2015 | 02/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960  MAJURO--1024HR057512--Ref.il YP Havale | 20.500.000,00 | 20.656.001,27 | 201502047211245 |
| 02/04/2015 | 02/04/2015 | ŞB | Alıcı : TARGET SHIPPING LTD. 198 Old Bakory Street, Valletta , Malta - 01024HS057841--Ref.il YP Havale | -20.485.000,00 | 171.001,27 | 201502047720114 |
| 02/04/2015 | 02/04/2015 | ŞB | 01024HS057841 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -20,00 | 170.981,27 | 201502047720116 |
| 03/04/2015 | 03/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960  MAJURO--01024HR057853--Ref.il YP Havale | 17.500.000,00 | 17.670.981,27 | 201502047720293 |
| 03/04/2015 | 03/04/2015 | ŞB | Alıcı : TRUE SHIPPING LTD. 198 Old Bakory Street, Valletta , Malta - 01024HS057867--Ref.il YP Havale | -17.500.000,00 | 170.981,27 | 201502047720375 |
| 03/04/2015 | 03/04/2015 | ŞB | 01024HS057867 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -17,50 | 170.963,77 | 201502047720376 |
| 30/04/2015 | 30/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960  MAJURO--01024HR058742--Ref.il YP Havale | 50.650.000,00 | 50.820.963,77 | 201502048724043 |
| 30/04/2015 | 30/04/2015 | ŞB | Alıcı : BLANK SHIPPING LTD. 198 Old Bakory Street, Valletta , Malta - 01024HS058814--Ref.il YP Havale | -25.487.755,00 | 25.333.208,77 | 201502048724048 |
| 30/04/2015 | 30/04/2015 | ŞB | 01024HS058814 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -20,00 | 25.333.188,77 | 201502048724051 |
| 30/04/2015 | 30/04/2015 | ŞB | Alıcı : REEF SHIPPING LTD. 198 Old Bakory Street, Valletta , Malta - 01024HS059018--Ref.il YP Havale | -10.387.294,00 | 14.945.894,77 | 201502048724079 |
| 30/04/2015 | 30/04/2015 | ŞB | 01024HS059018 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -10,50 | 14.945.884,27 | 201502048812405 |
| 07/05/2015 | 07/05/2015 | ŞB | Alıcı : BLUE SHIPPING LTD. 198 Old Bakory Street, Valletta , Malta - 01024HS059436--Ref.il YP Havale | -14.862.500,00 | 83.384,27 | 201502048812417 |
| 07/05/2015 | 07/05/2015 | ŞB | 01024HS059436 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -15,00 | 83.369,27 | 201502048812419 |
| 08/05/2015 | 08/05/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960  MAJURO--01024HR059016--Ref.il YP Havale | 10.300.000,00 | 10.383.369,27 | 201502048812524 |
| 08/05/2015 | 08/05/2015 | ŞB | Alıcı : PINK SHIPPING LTD. 198 Old Bakory Street, Valletta , Malta -01024HS059436--Ref.il YP Havale | -10.297.881,00 | 85.488,27 | 201502048812527 |
| 08/05/2015 | 08/05/2015 | ŞB | 01024HS059436 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -10,50 | 85.477,77 | 201502048812529 |
| 08/06/2015 | 08/06/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960  MAJURO--01024HR058647--Ref.il YP Havale | 14.750.000,00 | 14.835.477,77 | 201502048914251 |

Bu döküman bilgi amaçlı hazırlanmıştır.Döküman üzerinde herhangi bir değişiklik yapılması ve/veya döküman üzerindeki bilgiler ile banka kayıtlarının uyuşmaması halinde banka kayıtları esas alınacaktır.

*ŞB: Şube ÇM: Çağrı Merkezi İNT: İnternet Bankacılığı MB: Mobil Bankacılık

Şirket Unvanı : T. Garanti Bankası A.Ş.  Ticaret Sicil No: 159422
Levent Nispetiye Mah. Aytar Cad. No:2 Beşiktaş 34340 İstanbul
Mersis No: 0879 0017 6660 0379
Web sitesi: www.garanti.com.tr

D05199

**Garanti**

**NORD/LB**

NORDDEUTSCHE LANDESBANK GIROZENTRALE

Kontonummer 1800005554

Bankleitzahl 25050000

alte Kontoart/ Währung USD

s.erstes Blatt

| Tag der Wertstellung | Tag der Buchung | Verwendungszweck/ Buchungstext | | |
|---|---|---|---|---|
| | | 8703 | 640.000,00 | |
| | | USD | 0,00 | |
| 0204 | 0204 | GEB USD | | |
| | | 215092018287 9100 | | |
| | | 215092018287 9100 LTD. MAL | | 23.515.000,00- |
| | | TARGET SHIPPING DRAWDOWN | | |
| | | TRANSFER ACCRDING REPAYMENT | | |
| | | NOTICE CONCERNING | | |
| | | TARGET SHIPP. UZ.8703 | 23.515.000,00 | |
| | | USD | 0,00 | |
| 0204 | 0204 | GEB USD | | |
| | | 215092030575 9200 | | |
| | | 215092030575 9200 | | 27.700.000,00+ |
| | | ADVANTAGE AVENUE UND | | |
| | | VALUTIERUNG | | |
| | | USD 27.700.000,00 | | |

neuer Kontostand s.letztes Blatt

Währung USD

Kontoauszug vom 30.04.2015

Auszug 01

Blatt 2

D05198

Prescribed by the
Commissioners of
Customs & Excise
with the consent of
the Secretary of
State for Trade

Form No. 10A
X.S.75A

# BILL OF SALE (Body Corporate)

| Official number | Name of Ship | Year and port of registry | Description of Vessel | | Propulsion |
|---|---|---|---|---|---|
| | | | MOTOR | | 25023 BHP |
| 9419890 | PINK | 348  IN 2010 — VALLETTA | | Number of Tons | |
| | | | | *(Where dual tonnages are assigned the higher of these should be stated)* | |
| | | | | Gross | Register |
| | | | | 83605 | 49031 |

| | Metres | Centi-Metres |
|---|---|---|
| Length, Article 2(8) | 266 | 07 |
| Moulded breadth, Reg 2(5) | 43 | 00 |
| Moulded depth amidships to upper deck, Reg 2(2) | 23 | 73 |

and as described in more detail in the Certificate of the Surveyor and the Register Book

We, (a) **PINK SHIPPING LTD.** hereinafter called the Transferor(s) having our principal place of business at 198, OLD BAKERY STREET, VALLETTA, MALTA
in consideration of the sum of Fifty Four Million United States Dollars (US$54,000,000) and other good and valuable consideration paid to us by (b)
**Advantage Summer Shipping LLC.**, of Trust Company Complex, Ajeltake Road, Ajeltake Islands, Majuro, Marshall Islands MH96960 hereinafter called
"the Transferee(s) the receipt whereof is hereby acknowledged, transfer _____ all the (100%) _____ shares in the Ship above particularly described, and in
her boats and appurtenances, to the said Transferee(s).

Further, we, the said transferors, for ourselves and our successors covenant with the said transferee(s) and (c) their assigns, that we have power to transfer in
manner aforesaid the premises hereinbefore expressed to be transferred, and that the same are free from encumbrances (d) Mortgages, maritime liens, taxes,
claims and any other debts whatsoever.

In witness whereof we have executed the Bill of Sale as a Deed on this  5th  day of May, 2015.

Signed as a Deed on behalf of the transferors
in the presence of (e) Notary Dr. Hugh Grima

I, Notary Dr. Hugh Grima hereby witness the true signature of Lara Saguna who has signed this Bill of Sale
before me and I do hereby confirm that she has the capacity to execute the said Bill of Sale on behalf of
Pink Shipping Ltd. by virtue of a Power of Attorney issued by Pink Shipping Ltd. on the 4th May 2015.

Dr. HUGH GRIMA
NOTARY PUBLIC
AND COMMISSIONER FOR OATHS
198, OLD BAKERY STR
VALLETTA VLT 09 MALTA

Lara Saguna
For and on behalf of
Pink Shipping Maritime Ltd.

(a) Name in full of Body corporate. (b) Full name(s) and address(es) of transferee(s) with their description in the case of individuals, and adding "as joint owner" where such is the case.
(c) "his", "their" or "its". (d) if any subsisting encumbrances add "save as appears by the registry of the said ship". (e) Signatures and description of witnesses, i.e. Director, Secretary, etc. (as the case
may be).
NOTE—   *A purchaser of a registered British Vessel does not obtain a complete title until the Bill of Sale has been recorded at the Port of Registry of the ship; and register of this precaution
may entail serious consequences.*
NOTE—   *Registered Owners or Mortgagees are reminded of the importance of keeping the Registrar of British Ships informed of any change of residence on their part.*

D05225



ADVICE

| | | | |
|---|---|---|---|
| Client Name: | GEDEN HOLDINGS LTD -TR | Entry Date: | 05/11/2015 |
| Customer Number: | 8011063767 | Value Date: | 05/11/2015 |
| Account Name: | GEDEN HOLDINGS LTD | Statement Date: | 05/11/2015 |
| Account Number: | 11063767 | Currency: | USD |

We have credited your account.

| | |
|---|---|
| Transaction Description: | CHAPS PAYMENT RECD |
| Transaction Amount: | 43702119.00 |
| Related Reference : | C0051285445501 |
| Ordering Bank Name : | DEUTSCHE BANK TRUST CO AMERICAS |
| Ordering Party Bank Account : | 30709002 |
| Ordering Party Name/Address : | NEW YORK 10005 |
| Ordering Party Name/Address : | 60 WALL STREET |
| Ordering Party Name/Address : | UNITED STATES OF AMERICA |
| By Order Of : | DEUTSCHE BANK TRUST CO AMERICAS |
| Originating Bank Name/Address : | 60 WALL STREET |
| Ordering Bank Name/Address : | NEW YORK 10005 |
| Ordering Bank Name/Address : | ORDER BANK: DEUTGB22CTA |
| Creditor Name: | CITIBANK |
| Bank Reference Number: | 3521541230 |
| Customer Reference Number: | C0051285445501 |
| | O/O DEUTSCHE BANK TRUST CO AMERICASSALE OF MOTOR VESSEL |
| | PINK IMO- 9419890 FLAG- MALTA AS PER THE MOA DATED 1 APRIL 2015 |
| Payment Details: | MADE BETWEEN PINK SHNK SHIPPING LTD |

D05226

**Hesap Hareketleri**

| | |
|---|---|
| IBAN: | TR28 0006 2000 1190 0009 0915 29 |
| Hesap Adı: | USD VADESİZ |
| Şube: | MECİDİYEKÖY TİCARİ |
| Tarih Aralığı: | 18/02/2015 - 08/06/2015 |
| Hareket Tipi: | Tümü |

| | |
|---|---|
| Unvan: | ADVANTAGE TANKERS LLC |
| VKN: | 80912175 |
| Adres: | TRUST COMPANY COMPLEX AJELTEKE ROAD   MARSHALL ADALARI 001 |
| Döküm: | |

| İŞLEM TARİHİ | VALÖR TARİHİ | KANAL | İŞLEM AÇIKLAMASI | TUTAR | BAKİYE | FİŞ NO |
|---|---|---|---|---|---|---|
| | | | DEVREDEN BAKİYE | | 1.014,27 | |
| 18/02/2015 | 18/02/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO-- 01024HR066834--Ref.II YP Havale | 13.000.000,00 | 13.001.014,27 | 201502039064102 |
| 18/02/2015 | 18/02/2015 | ŞB | Alıcı : PROFIT SHIPPING LTD. 198 Old Bakery Street, Valletta . Malta - 01024HS057432--Ref.II YP Havale | -12.845.000,00 | 156.014,27 | 201502041827221 |
| 18/02/2015 | 18/02/2015 | ŞB | 01024HS057432 - KESİNTİ VE EKLERİ- Para Transferi Hesaptan Hesaba | -13,00 | 156.001,27 | 201502046392822 |
| 02/04/2015 | 02/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96980 MAJURO-- 1024HR057512--Ref.II YP Havale | 20.500.000,00 | 20.656.001,27 | 201502047211245 |
| 02/04/2015 | 02/04/2015 | ŞB | Alıcı : TARGET SHIPPING LTD. 198 Old Bakery Street, Valletta . - 01024HS057841--Ref.II YP Havale | -20.485.000,00 | 171.001,27 | 201502047720114 |
| 02/04/2015 | 02/04/2015 | ŞB | 01024HS057841 - KESİNTİ VE EKLERİ- Para Transferi Hesaptan Hesaba | -20,00 | 170.981,27 | 201502047720110 |
| 03/04/2015 | 03/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO-- 01024HR057853--Ref.II YP Havale | 17.500.000,00 | 17.670.981,27 | 201502047720293 |
| 03/04/2015 | 03/04/2015 | ŞB | Alıcı : TRUE SHIPPING LTD. 198 Old Bakery Street, Valletta . Malta - 01024HS057867--Ref.II YP Havale | -17.500.000,00 | 170.981,27 | 201502047720375 |
| 03/04/2015 | 03/04/2015 | ŞB | 01024HS057867 - KESİNTİ VE EKLERİ- Para Transferi Hesaptan Hesaba | -17,50 | 170.963,77 | 201502047720378 |
| 30/04/2015 | 30/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO-- 01024HR058742--Ref.II YP Havale | 50.650.000,00 | 50.820.963,77 | 201502048724043 |
| 30/04/2015 | 30/04/2015 | ŞB | Alıcı : BLANK SHIPPING LTD. 198 Old Bakery Street, Valletta . Malta - 01024HS058814--Ref.II YP Havale | -25.487.755,00 | 25.333.208,77 | 201502048724048 |
| 30/04/2015 | 30/04/2015 | ŞB | 01024HS058814 - KESİNTİ VE EKLERİ- Para Transferi Hesaptan Hesaba | -20,00 | 25.333.188,77 | 201502048724051 |
| 30/04/2015 | 30/04/2015 | ŞB | Alıcı : REEF SHIPPING LTD. 198 Old Bakery Street, Valletta . Malta - 01024HS059018--Ref.II YP Havale | -10.387.294,00 | 14.945.894,77 | 201502048724079 |
| 30/04/2015 | 30/04/2015 | ŞB | 01024HS059018 - KESİNTİ VE EKLERİ- Para Transferi Hesaptan Hesaba | -10,50 | 14.945.884,27 | 201502048812405 |
| 07/05/2015 | 07/05/2015 | ŞB | Alıcı : BLUE SHIPPING LTD. 198 Old Bakery Street, Valletta . Malta - 01024HS059436--Ref.II YP Havale | -14.862.500,00 | 83.384,27 | 201502048812417 |
| 07/05/2015 | 07/05/2015 | ŞB | 01024HS059436 - KESİNTİ VE EKLERİ- Para Transferi Hesaptan Hesaba | -15,00 | 83.369,27 | 201502048812419 |
| 08/05/2015 | 08/05/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO-- 01024HR059018--Ref.II YP Havale | 10.300.000,00 | 10.383.369,27 | 201502048812524 |
| 08/05/2015 | 08/05/2015 | ŞB | Alıcı : PINK SHIPPING LTD. 198 Old Bakery Street, Valletta . Malta -01024HS059436- Ref.II YP Havale | -10.297.881,00 | 85.488,27 | 201502048812527 |
| 08/05/2015 | 08/05/2015 | ŞB | 01024HS059436 - KESİNTİ VE EKLERİ- Para Transferi Hesaptan Hesaba | -10,50 | 85.477,77 | 201502048812529 |
| 08/06/2015 | 08/06/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO-- 01024HR058842--Ref.II YP Havale | 14.750.000,00 | 14.835.477,77 | 201502048914251 |

Bu doküman bilgi amaçlı hazırlanmıştır.Doküman üzerinde herhangi bir değişiklik yapılması ve/veya doküman üzerindeki bilgiler ile banka kayıtlarının uyuşmaması halinde banka kayıtları esas alınacaktır.

*ŞB: Şube ÇM: Çağrı Merkezi İNT: İnternet Bankacılığı MB: Mobil Bankacılık

Şirket Ünvanı: T. Garanti Bankası A.Ş.  Ticaret Sicil No: 159422
Levent Nispetiye Mah. Aytar Cad. No:2 Beşiktaş 34340 İstanbul
Mersis No: 0879 0017 5660 0379
Web sitesi: www.garanti.com.tr

D05227

Garanti

Prescribed by the
Commissioners of
Customs & Excise
with the consent of
the Secretary of
State for Trade

# BILL OF SALE (Body Corporate)

| Official number | Name of Ship | Year and port of registry | Description of Vessel | | | Propulsion |
|---|---|---|---|---|---|---|
| 9513141 | ROYAL | 540 IN 2012   — VALLETTA | MOTOR | | | 18650 KW |

|  | Metres | Centi-Metres | Number of Tons *(Where dual tonnages are assigned the higher of these should be stated)* | |
|---|---|---|---|---|
| Length, Article 2(B) | 266 | 07 | Gross | Register |
| Moulded breadth, Reg 2(3) | 48 | 00 | 83350 | 49031 |
| Moulded depth amidships to upper deck, Reg 2(2) | 23 | 70 | | |

and as described in more detail in the Certificate of the Surveyor and the Register Book

We, (a) PRIMA SHIPPING LTD, hereinafter called "the Transferors") having our principal place of business at 198, OLD BAKERY STREET, VALLETTA, MALTA in consideration of the sum of Fifty Seven Million Seven Hundred and Fifty Thousand United States Dollars (US$57,750,000) and other good and valuable consideration  paid to us by (b) Advantage Sun Shipping LLC , of Trust Company Complex, Ajeltake Road, Ajeltake Islands, Majuro, Marshall Islands MH96960  hereinafter called "the Transferee(s)) the receipt whereof is hereby acknowledged, transfer _____ all the (100%) _____ shares in the Ship above particularly described, and in her boats and eppurtenances, to the said Transferee(s).

Further, we, the said transferors for ourselves and our successors covenant with the said transferee(s) and (c) their assigns, that we have power to transfer in manner aforesaid the premises hereinbefore expressed to be transferred, and that the same are free from encumbrances (d) Mortgages, maritime liens, taxes, claims and any other debts whatsoever.

In witness whereof we have executed the Bill of Sale as a Deed on this 27th day of May, 2015

Signed as a Deed on behalf of the transferors
in the presence of (e) Notary Dr. Hugh Grima

I, Notary Dr. Hugh Grima hereby witness the true signature of Lara Saguna who has signed the Bill of Sale
before me and I do hereby confirm that she has the capacity to execute the said Bill of Sale on behalf of
Prima Shipping Ltd. by virtue of a Power of Attorney issued by Prima Shipping Ltd. on the 26th May 2015.

Dr. HUGH GRIMA
NOTARY PUBLIC
IN COMMISSIONER OF OATH
198, OLD BAKERY STR.
VALLETTA  - MALTA

Lara Saguna
For and on-behalf of
Prima Shipping Ltd.

NOTE—
(a) Name in full of Body corporate. (b) Full name(s) and address(es) of transferee(s) with their description in the case of individuals, and adding "as joint owner" where such is the case.
(c) "his", "their" or "its". (d) If any subsisting encumbrances add "save as appears by the registry of the said ship". (e) Signatures and description of witnesses, i.e. Director, Secretary, etc. (as the case may be).
NOTE—   A purchaser of a registered British Vessel does not obtain a complete title until the Bill of Sale has been recorded at the Port of Registry of the ship.  and neglect of this precaution may entail serious consequences.
NOTE—   Registered Owners or Mortgagees are reminded of the importance of keeping the Registrar of British Ships informed of any change of residence on their part.

D05228

Possible duplicate delivery
    Network         : APPLI
    Session Holder  : SliPrinterIn
    Session         : 7721
    Sequence        : 000001
    Delivery Status : Network Ack
    ------------------------ Instance Type and Transmission ---------------
Copy received from SWIFT
Priority          : Normal
Message Output Reference  : 1658 150605FBHLMTMTAXXX3195106943
Correspondent Input Reference   : 1658 150605SCBLUS33BXXX8986488629
    ------------------------- Message Header ----------------------------
Swift Output      : FIN 199 Free Format Message
Sender   : SCBLUS33XXX
           STANDARD CHARTERED BANK
           NEW YORK,NY US
Receiver : FBHLMTMTXXX
           CREDIT EUROPE BANK N.V. MALTA BRANCH
           SLIEMA MT
MUR : 1506050125099-01
    -------------------------- Message Text --------------------------
20: Transaction Reference Number
    USP150605-001404
21: Related Reference
    2015060400136825
79: Narrative
    WE REFER TO OUR CREDIT REF 2015060400136825 DD
    4-JUN-2015 USD42997750.
    PLS AMEND THE FOLLOWING DETAILS AS PER REMITTERS
    REQUEST
    QUOTE...
    PLEASE BE ADVISED OF THE FOLLOWING AMENDING
    INSTRUCTIONS AS PROVIDED BY THE REMITTER (PAGE 1
    OF 2) QUOTE TO BENEFICIARY PRIMA SHIPPING LTD.
    (THE BENEFICIARY) BANK CREDIT EUROPE BANK N.V.
    MALTA BRANCH SWIFT CODE FBHLMTMT ATTENTION MURAT
    URUER TEL EPHONE 356 22602 171 WE HEREBY INFORM YOU
    THAT WE HAVE TODAY TRANS FERRED TO YOU THE AMOUNT
    OF
    UNITED STATES DOLLARS (USD 42,997,750) (TH E
    FUNDS), IN CONNECTION WITH THE FUNDS AND IN
    ACCORDANCE TO THE IRR EVOCABLE INSTRUCTIONS OF THE
    REMITTER, YOU ARE HEREBY INFORMED AND IRR EVOCABLY
    INSTRUCTED AS FOLLOWS KINDLY HOLD THE FUNDS
    WITHOUT ALLOCATION, TO OUR ORDER SUBJECT AS
    HEREINAFTER PROVIDED; THE FUNDS MAY ONLY BE
    UNCONDITIONALLY AND IRREVOCABLY RELEASED TO THE
    BEN EFICIARYS ACCOUNT WITH YOURSELVES UPON WRITTEN
    INSTRUCTIONS EXECUTED B Y ANY OF SARAH YEOWART
    (PASSPORT NO 800552771), MARK RUSSELL (PASSPOR
    T NO 099283924) OR EDWARD RHIND (PASSPORT NO
    D861098) OF STEPHENSON HARWOOD,
    UNQUOTE...
    PAGE 1 OF 2..OUR MT199 FOLLOWS
    FOR ANY FUTURE CORRESPONDENCE RELATED TO THIS CASE
    PLEASE QUOTE OUR ENQUIRY REFERENCE
    USP150605-001404.
    REGARDS
    GLOBAL INVESTIGATIONS
    STANDARD CHARTERED BANK
    ------------------------- Message Trailer ----------------------------
{CHK:031215C32621}
PKI Signature: MAC-Equivalent

**Hesap Hareketleri**

| | |
|---|---|
| IBAN: | TR28 0006 2000 1190 0009 0915 29 |
| Hesap Adı: | USD VADESİZ |
| Şube: | MECİDİYEKÖY TİCARİ |
| Tarih Aralığı: | 18/02/2015 - 08/06/2015 |
| Hareket Tipi: | Tümü |

| | |
|---|---|
| Unvan: | ADVANTAGE TANKERS LLC |
| VKN: | 80912175 |
| Adres: | TRUST COMPANY COMPLEX AJELTEKE ROAD  MARSHALL ADALARI 001 |
| Döküm: | |

| İŞLEM TARİHİ | VALOR TARİHİ | KANAL | İŞLEM AÇIKLAMASI | TUTAR | BAKİYE | FİŞ NO |
|---|---|---|---|---|---|---|
| | | | DEVREDEN BAKİYE | | 1.014,27 | |
| 18/02/2015 | 18/02/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960  MAJURO-- 01024HR056934--Ref.li YP Havale | 13.000.000,00 | 13.001.014,27 | 201502039064102 |
| 18/02/2015 | 18/02/2015 | ŞB | Alıcı : PROFIT SHIPPING LTD. 198 Old Bakery Street, Valletta . Malta - 01024HS057432--Ref.li YP Havale | -12.845.000,00 | 156.014,27 | 201502041827221 |
| 18/02/2015 | 18/02/2015 | ŞB | 01024HS057432 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -13,00 | 156.001,27 | 201502046392822 |
| 02/04/2015 | 02/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960  MAJURO-- 1024HR057512--Ref.li YP Havale | 20.500.000,00 | 20.656.001,27 | 201502047211246 |
| 02/04/2015 | 02/04/2015 | ŞB | Alıcı : TARGET SHIPPING LTD. 198 Old Bakery Street, Valletta . Malta - 01024HS057841--Ref.li YP Havale | -20.485.000,00 | 171.001,27 | 201502047720114 |
| 02/04/2015 | 02/04/2015 | ŞB | 01024HS057841 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -20,00 | 170.981,27 | 201502047720116 |
| 03/04/2015 | 03/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960  MAJURO-- 01024HR057853--Ref.li YP Havale | 17.500.000,00 | 17.670.981,27 | 201502047720293 |
| 03/04/2015 | 03/04/2015 | ŞB | Alıcı : TRUE SHIPPING LTD. 198 Old Bakery Street, Valletta . Malta - 01024HS057867--Ref.li YP Havale | -17.500.000,00 | 170.981,27 | 201502047720375 |
| 03/04/2015 | 03/04/2015 | ŞB | 01024HS057867 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -17,50 | 170.963,77 | 201502047720378 |
| 30/04/2015 | 30/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960  MAJURO-- 01024HR058742--Ref.li YP Havale | 50.650.000,00 | 50.820.963,77 | 201502048724043 |
| 30/04/2015 | 30/04/2015 | ŞB | Alıcı : BLANK SHIPPING LTD. 198 Old Bakery Street, Valletta . Malta - 01024HS058814--Ref.li YP Havale | -25.487.755,00 | 25.333.208,77 | 201502048724046 |
| 30/04/2015 | 30/04/2015 | ŞB | 01024HS058814 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -20,00 | 25.333.188,77 | 201502048724061 |
| 30/04/2015 | 30/04/2015 | ŞB | Alıcı : REEF SHIPPING LTD. 198 Old Bakery Street, Valletta . Malta - 01024HS059018--Ref.li YP Havale | -10.387.294,00 | 14.945.894,77 | 201502048724079 |
| 30/04/2015 | 30/04/2015 | ŞB | 01024HS059018 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -10,50 | 14.945.884,27 | 201502048812405 |
| 07/05/2015 | 07/05/2015 | ŞB | Alıcı : BLUE SHIPPING LTD. 198 Old Bakery Street, Valletta . Malta - 01024HS059436--Ref.li YP Havale | -14.862.500,00 | 83.384,27 | 201502048812417 |
| 07/05/2015 | 07/05/2015 | ŞB | 01024HS059436 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -15,00 | 83.369,27 | 201502048812419 |
| 08/05/2015 | 08/05/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960  MAJURO-- 01024HR059016--Ref.li YP Havale | 10.300.000,00 | 10.383.369,27 | 201502048812524 |
| 08/05/2015 | 08/05/2015 | ŞB | Alıcı : PINK SHIPPING LTD. 198 Old Bakery Street, Valletta . Malta - 01024HS059436--Ref.li YP Havale | -10.297.881,00 | 85.488,27 | 201502048812527 |
| 08/05/2015 | 08/05/2015 | ŞB | 01024HS059436 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -10,50 | 85.477,77 | 201502048812529 |
| 08/06/2015 | 08/06/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960  MAJURO-- 01024HR059847--Ref.li YP Havale | 14.750.000,00 | 14.835.477,77 | 201502048914251 |

Bu döküman bilgi amaçlı hazırlanmıştır.Döküman üzerinde herhangi bir değişiklik yapılması ve/veya döküman üzerindeki bilgiler ile banka kayıtlarının uyuşmaması halinde banka kayıtları esas alınacaktır.
*ŞB: Şube ÇM: Çağrı Merkezi İNT: İnternet Bankacılığı MB: Mobil Bankacılık
Şirket Unvanı: T. Garanti Bankası A.Ş. Ticaret Sicil No: 159422
Levent Nispetiye Mah. Aytar Cad. No:2 Beşiktaş 34340 İstanbul
Mersis No: 0879 0017 6660 0379
Web sitesi: www.garanti.com.tr

D05230

## Hesap Hareketleri

| | |
|---|---|
| IBAN: | TR28 0006 2000 1190 0009 0915 29 |
| Hesap Adı: | USD VADESİZ |
| Şube: | MECİDİYEKÖY TİCARİ |
| Tarih Aralığı: | 18/02/2015 - 08/06/2015 |
| Hareket Tipi: | Tümü |

| | |
|---|---|
| Unvan: | ADVANTAGE TANKERS LLC |
| VKN: | 80912175 |
| Adres: | TRUST COMPANY COMPLEX AJELTEKE ROAD   MARSHALL ADALARI   002 |
| Döküm: | |

| İŞLEM TARİHİ | VALÖR TARİHİ | KANAL | İŞLEM AÇIKLAMASI | TUTAR | BAKİYE | FİŞ NO |
|---|---|---|---|---|---|---|
| | | | DEVREDEN BAKİYE | | 14.835.477,77 | |
| 08/06/2015 | 08/06/2015 | ŞB | Alıcı : PRIMA SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS059865--Ref.İl YP Havale | -14.752.250,00 | 83.227,77 | 201502048914254 |
| 08/06/2015 | 08/06/2015 | ŞB | 01024HS059865 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -15,00 | 83.212,77 | 201502048914258 |

Bu doküman bilgi amaçlı hazırlanmıştır.Doküman üzerinde herhangi bir değişiklik yapılması ve/veya doküman üzerindeki bilgiler ile banka kayıtlarının uyuşmaması halinde banka kayıtları esas alınacaktır.
*ŞB: Şube ÇM: Çağrı Merkezi İNT: İnternet Bankacılığı MB: Mobil Bankacılık
Şirket Unvanı: T. Garanti Bankası A.Ş.  Ticaret Sicil No: 159422
Levent Nispetiye Mah. Aytar Cad. No:2 Beşiktaş 34340 İstanbul
Mersis No: 0879 0017 6660 0379
Web sitesi: www.garanti.com.tr



D05231

Prescribed by the Commissioners of Customs & Excise with the consent of the Secretary of State for Trade

Form No. 10A
X.S.79A

# BILL OF SALE (Body Corporate)

| Official number | Name of Ship | Year and port of registry | Description of Vessel | | | | | Propulsion |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MOTOR | | 13580 KW |
| 9472652 | BRAVO | 544 IN 2011 — VALLETTA | | | | Number of Tons *(Where dual tonnages are assigned the higher of these should be stated)* | | |
| | | | | Metres | Centi-Metres | | Gross | Register |
| Length, Article 2(8) - - - - - - - - - - - - - - - - - - - | | | | 240 | 63 | | 61336 | 35873 |
| Moulded breadth, Reg 2(9) - - - - - - - - - - - - - - - | | | | 43 | 80 | | | |
| Moulded depth amidships to upper deck, Reg 2(2). - - | | | | 21 | 00 | | | |

and as described in more detail in the Certificate of the Surveyor and the Register Book

We, (a) BRAVO SHIPPING LTD, hereinafter called "the Transferors") having our principal place of business at 198, OLD BAKERY STREET, VALLETTA, MALTA in consideration of the sum of Forty Eight Million Five Hundred Thousand United States Dollars (US$48,500,000) and other good and valuable consideration paid to us by (b) Advantage Atom Shipping LLC , of Suite 200B, 2nd Floor, Centre of Commerce, One Bay Street, PO Box N-3944, Nassau, Bahamas hereinafter called "the Transferee(s) the receipt whereof is hereby acknowledged, transfer all the (100%) shares in the Ship above particularly described, and in her boats and appurtenances, to the said Transferee(s).

Further, we, the said transferors for ourselves and our successors covenant with the said transferee(s) and (c) their assigns, that we have power to transfer in manner aforesaid the premises hereinbefore expressed to be transferred, and that the same are free from encumbrances (d) Mortgages, maritime liens, taxes, claims and any other debts whatsoever.

In witness whereof we have executed the Bill of Sale as a Deed on this 21st day of May, 2015

Signed as a Deed on behalf of the transferors
In the presence of (e) Notary Dr. Hugh Grima

I, Notary Dr. Hugh Grima hereby witness the true signature of Lara Saguna who has signed this Bill of Sale before me and I do hereby confirm that she has the capacity to execute the said Bill of Sale on behalf of Bravo Shipping Ltd. by virtue of a Power of Attorney issued by Bravo Shipping Ltd. on the 20th May 2015.

Dr. HUGH GRIMA
NOTARY PUBLIC
COMMISSIONER FOR OATHS
198, OLD BAKERY STR.
VALLETTA - MALTA

Lara Saguna
For and on behalf of
Bravo Shipping Ltd.

NOTE-
(a) Name in full of Body corporate. (b) Full name(s) and address(es) of transferee(s) with their description in the case of individuals; and adding "as joint owner" where such is the case.
(c) "his", "their" or "its". (d) If any subsisting encumbrances add "save as appears by the registry of the said ship". (e) Signatures and description of witnesses, i.e. Director, Secretary, etc. (as the case may be).

A purchaser of a registered British Vessel does not obtain a complete title until the Bill of Sale has been recorded at the Port of Registry of the ship; and neglect of this precaution may entail serious consequences.

Registered Owners or Mortgagees are reminded of the importance of keeping the Registrar of British Ships informed of any change of residence on their part.

D05200

# Telefax  **HypoVereinsbank** Member of **UniCredit**

Datum / Date:27/05/2015

Seitenanzahl insgesamt:1
Total Number of Pages:

Absender / From :UniCredit Bank Aktiengesellschaft
To :Bravo Shipping Ltd.

---

Avisierung eines Zahlungseingangs aus dem Ausland fuer
Bravo Shipping Ltd.
80311 Muenchen, 27.05.2015
Unsere Referenznummer / our reference number (20)
AZWKM22051564844
Zahlungsavis an
00902123255814
Bravo Shipping Ltd.
Wir haben verguetet / we have paid

```
+---------------------------------+
Betrag / amount + USD        24.941.891,97 +
+---------------------------------+
```

in Worten / in words **USD**TWO*FOUR*NINE*FOUR*ONE*EIGHT*NINE*ONE**
*****************************************************************
Ohne Preise fuer den Beguenstigten / without charges to beneficiary
Valuta / value 27.05.2015
Ausfuehrungsdatum / day of execution 27.05.2015
Beguenstigter / beneficiary (59)
Bravo Shipping Ltd.

198 Old Bakery Street
Valetta
Kontonummer / account number
15042374
Auftraggeber / by order of (50)
Advantage Atom Shipping LLC,
Advantage Anthem Shipping LLC, Adva
One Bay Street, P.O.Box N-3944
Nassau
Zahlungsgrund / remittance information (70)
transfer as per drawdown request dd
. 21.05.2015

Mit Freundlichen Gruessen / best regards
Dieser Beleg traegt keine Unterschrift

D05201

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Telefax      **HypoVereinsbank**  Member of **UniCredit**

Datum / Date:27/05/2015

Seitenanzahl insgesamt:1
Total Number of Pages:

Absender / From :UniCredit Bank Aktiengesellschaft
To :Bravo Shipping Ltd.

-----------------------------------------------------------------------------------

Avisierung eines Zahlungseingangs aus dem Ausland fuer
Bravo Shipping Ltd.
80311 Muenchen, 27.05.2015
Unsere Referenznummer / our reference number (20)
AZMKM22051564845
Zahlungsavis an
00902123255814
Bravo Shipping Ltd.
Wir haben verguetet / we have paid
                    +---------------------------------+
Betrag / amount + USD            3.208.108,03 +
                    +---------------------------------+
in Worten / in words **USD***THREE*TWO*ZERO*EIGHT*ONE*ZERO*EIGHT***
*****************************************************************
Ohne Preise Fuer den Beguenstigten / without charges to beneficiary
Valuta / value 27.05.2015
AusFuehrungsdatum / day of execution 27.05.2015
Beguenstigter / beneficiary (59)
Bravo Shipping Ltd.

198 Old Bakery Street
Valetta
Kontonummer / account number
15042374
AuFtraggeber / by order of (50)
Advantage Atom Shipping LLC,
Advantage Anthem Shipping LLC, Adva
One Bay Street, P.O.Box N-3944
Nassau
Zahlungsgrund / remittance information (70)
transfer sa per drawdown request dd
.21.05.2015

Mit Freundlichen Gruessen / best regards
UniCredit BanktAktiengesellschaft
80311 Muenchen

Dieser Beleg traegt keine Unterschrift

# Telefax ✦HypoVereinsbank Member of ✦UniCredit

Datum / Date:27/05/2015

Seitenanzahl insgesamt:1
Total Number of Pages:

Absender / From :UniCredit Bank Aktiengesellschaft
To :Bravo Shipping Ltd.

-------------------------------------------------------------------

Avisierung eines Zahlungseingangs aus dem Ausland Fuer
Bravo Shipping Ltd.
80311 Muenchen, 27.05.2015
Unsere Referenznummer / our reference number (20)
AZNKM27051565454
Zahlungsavis an
00902123255814
Bravo Shipping Ltd.
Wir haben verguetet / we have paid
+--------------------------------------+
Betrag / amount + USD        20.350.000,00 +
+--------------------------------------+
in Worten / in words **USD***TWO*ZERO*THREE*FIVE*ZERO*ZERO*ZERO*****
*ZERO******************************************************
Ohne Preise Fuer den Beguenstigten / without charges to beneficiary
Valuta / value 27.05.2015
Ausfuehrungsdatum / day of execution 27.05.2015
Beguenstigter / beneficiary (59)
Bravo Shipping Ltd.

198 Old Bakery Street
Valetta
Kontonummer / account number
15042974
Auftraggeber / by order of (50)
Advantage Atom Shipping LLC c/o
Trident Corporate Services
One Bay Street, P.O.Box N-3944
Nassau
Zahlungsgrund / remittance information (70)
purchase price of Advantage Atom (e
x Bravo)

Mit Freundlichen Gruessen / best regards
UniCredit BanktAktiengesellschaft
80311 Muenchen

Dieser Beleg traegt keine Unterschrift

D05203

Prescribed by the Commissioners of Customs & Excise with the consent of the Secretary of State for Trade

Form No. 10A
X.S.7894

# BILL OF SALE (Body Corporate)

| Official number | Name of Ship | Year and port of registry | Description of Vessel | | Propulsion |
|---|---|---|---|---|---|
| | | | MOTOR | | 13550  KW |
| 947265A | POWER | 77  IN  2012    – VALLETTA | | *(Where dual tonnages are assigned the higher of these should be stated)* | |

| | Metres | Centi- Metres | | Number of Tons | |
|---|---|---|---|---|---|
| | | | | Gross | Register |
| Length, Article 2(6) .................................................. | 240 | 63 | | | |
| Moulded breadth, Reg 2(3) ......................................... | 43 | 80 | | Gross | 35373 |
| Moulded depth amidships to upper dock, Reg 2(2) ........ | 21 | 90 | | 61336 | |

and as described in more detail in the Certificate of the Surveyor and the Register Book

We, (a) BARBAROS MARITIME LTD, hereinafter called "the Transferors") having our principal place of business at 198, OLD BAKERY STREET, VALLETTA, MALTA in consideration of the sum of Forty Eight Million Five Hundred Thousand United States Dollars ($48,500,000) and other good and valuable consideration   paid to us by (b) Advantage Anthem Shipping LLC , of Suite 2005, 2nd Floor, Centre of Commerce, One Bay Street,  PO  Box  N-3944, Nassau, Bahamas  hereinafter called "the Transferee(s)) the receipt whereof is hereby acknowledged, transfer _____ all the (100%)) _____ shares in the Ship above particularly described, and in her boats and appurtenances, to the said Transferee(s).

Further, we, the said transferors for ourselves and our successors covenant with the said transferee(s) and (c) their assigns, that we have power to transfer in manner aforesaid the premises hereinbefore expressed to be transferred, and that the same are free from encumbrances (d) Mortgages, maritime liens, taxes, claims and any other debts whatsoever.

In witness whereof we have executed the Bill of Sale as a Deed on this 5th day of May, 2015

Signed as a Deed on behalf of the transferors
in the presence of (e) Notary Dr. Hugh Grima

Dr. HUGH GRIMA
NOTARY PUBLIC
AND COMMISSIONER FOR O...
198, OLD BAKERY ST...
VALLETTA, VLT 09 MAL?

Lara Saguna
For and on behalf of
Barbaros Maritime Ltd.

I, Notary Dr. Hugh Grima hereby witness the true signature of Lara Saguna who has signed this Bill of Sale before me and I do hereby confirm that she has the capacity to execute the said Bill of Sale on behalf of Barbaros Maritime Ltd. by virtue of a Power of Attorney issued by Barbaros Maritime Ltd. on the 4th May 2015.

(a) Name in full of Body corporate. (b) Full name(s) and address(es) of transferee(s) with their description in the case of individuals, and adding "as joint owner" where such is the case.
(c) "his", "their" or "its". (d) If any subsisting encumbrances add "save as appears by the registry of the said ship". (e) Signatures and description of witnesses, i.e. Director, Secretary, etc. (as the case may be).
NOTE—   A purchaser of a registered British Vessel does not obtain a complete title until the Bill of Sale has been recorded at the Port of Registry of the ship; and neglect of this precaution may entail serious consequences.
NOTE—   Registered Owners or Mortgagees are reminded of the importance of keeping the Registrar of British Ships informed of any change of residence on their part.

D05193

# Telefax

**HypoVereinsbank** Member of **UniCredit**

Datum / Date:15/05/2015

Seitenanzahl insgesamt:1
Total Number of Pages:

Absender / From :UniCredit Bank Aktiengesellschaft
To :Barbaros Maritime Ltd.

---

Avisierung eines Zahlungseingangs aus dem Ausland fuer
Barbaros Maritime Ltd.
80311 Muenchen, 15.05.2015
Unsere Referenznummer / our reference number (20)
AZWKM13051563252
Zahlungsavis an
00902123255814
Barbaros Maritime Ltd.
Wir haben verguetet / we have paid

```
        +----------------------------+
Betrag / amount + USD       3.056.597,01 +
        +----------------------------+
```

in Worten / in words **USD***THREE*ZERO*FIVE*SIX*FIVE*NINE*SEVEN***
******************************************************************
Ohne Preise fuer den Beguenstigten / without charges to beneficiary
Valuta / value 13.05.2015
Ausfuehrungsdatum / day of execution 15.05.2015
Beguenstigter / beneficiary (59)
Barbaros Maritime Ltd.

198 Old Bakery Street
Valetta
Kontonummer / account number
15042079
Auftraggeber / by order of (50)
UniCredit Bank AG INTERN
Kundenkonten CFA4BS
Kardinal-Faulhaber-Str. 1
80333 Muenchen
Zahlungsgrund / remittance information (70)
Transfer as per drawdown request dd
. 07.05.2015 less 600.000,00 arrang
ement fee

Mit freundlichen Gruessen / best regards
UniCredit BanktAktiengesellschaft
80311 Muenchen

Dieser Beleg traegt keine Unterschrift

D05194

# Telefax  **HypoVereinsbank** Member of **UniCredit**

Absender / From :UniCredit Bank Aktiengesellschaft
To :Barbaros Maritime Ltd.

---

Avisierung eines Zahlungseingangs aus dem Ausland fuer
Barbaros Maritime Ltd.
80311 Muenchen, 15.05.2015
Unsere Referenznummer / our reference number (20)
AZMKM13051563251
Zahlungsavis an
0090212255814
Barbaros Maritime Ltd.
Wir haben verguetet / we have paid

```
              +----------------------------------+
Betrag / amount + USD           24.493.402,99 +
              +----------------------------------+
```

in Worten / in words **USD***TWO*FOUR*FOUR*NINE*THREE*FOUR*ZERO*TWO*
***************************************************************
Ohne Preise fuer den Beguenstigten / without charges to beneficiary
Valuta / value 13.05.2015
Ausfuehrungsdatum / day of execution 15.05.2015
Beguenstigter / beneficiary (59)
Barbaros Maritime Ltd.

198 Old Bakery Street
Valetta
Kontonummer / account number
15042079
Auftraggeber / by order of (50)
UniCredit Bank AG INTERN
Kundenkonten CFA4BS
Kardinal-Faulhaber-Str. 1
80333  Muenchen
Zahlungsgrund / remittance information (70)
transfer as per drawdown request dd
. 07.05.2015

Mit freundlichen Gruessen / best regards
UniCredit BanktAktiengesellschaft
80311 Muenchen

Dieser Beleg traegt keine Unterschrift

# Telefax     ⌘ HypoVereinsbank   Member of ⌘UniCredit

Absender / From :UniCredit Bank Aktiengesellschaft
To :Barbaros Maritime Ltd.

---------------------------------------------------------------------

Avisierung eines Zahlungseingangs aus dem Ausland fuer
Barbaros Maritime Ltd.
80311 Muenchen, 15.05.2015
Unsere Referenznummer / our reference number (20)
AZWKM13051562979
Zahlungsavis an
00902123255814
Barbaros Maritime Ltd.
Wir haben verguetet / we have paid
                +--------------------------------+
Betrag / amount + USD        20.950.000,00 +
                +--------------------------------+
in Worten / in words **USD***TWO*ZERO*NINE*FIVE*ZERO*ZERO*ZERO*ZERO*
*************************************************************
Ohne Preise fuer den Beguenstigten / without charges to beneficiary
Valuta / value 18.05.2015
Ausfuehrungsdatum / day of execution 15.05.2015
Beguenstigter / beneficiary (59)
Barbaros Maritime Ltd.

198 Old Bakery Street
Valetta
Kontonummer / account number
15042879
Auftraggeber / by order of (50)
Advantage Anthem Shipping LLC c/o
Trident Corporate Serv.Ltd
One Bay Street, P.O.Box N-3944
Nassau
Zahlungsgrund / remittance information (70)
transfer of payment as per Drawdown
request dd. 07.05.2015

Mit Freundlichen Gruessen / best regards
UniCredit BanktAktiengesellschaft
80311 Muenchen

Dieser Beleg traegt keine Unterschrift

Form No. 10A
XB378A

Prescribed by the
Commissioners of
Customs & Excise
with the consent of
the Secretary of
State for Trade

# BILL OF SALE (Body Corporate)

| Official number | Name of Ship | Year and port of registry | Description of Vessel | | Propulsion |
|---|---|---|---|---|---|
| | | | MOTOR | | 12860 KW |
| | | | | Number of Tons | |
| | | | | *(Where dual tonnages are assigned the higher of these should be stated)* | |
| 941983B | BLUE | 72 IN 2010 – VALLETTA | | Gross | Register |
| | | | | 83805 | 45031 |

Length, Article 2(5) -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

Moulded breadth, Reg 2(2) -- -- -- -- -- -- -- -- -- -- -- -- -- --

Moulded depth amidships to upper deck, Reg 2(2) -- -- -- -- -- -- --

| | Metres | Centi-Metres |
|---|---|---|
| | 255 | 07 |
| | 45 | 00 |
| | 23 | 70 |

and as described in more detail in the Certificate of the Surveyor and the Register Book

We, (a) BLUE SHIPPING LTD, hereinafter called "the Transferors") having our principal place of business at 198, OLD BAKERY STREET, VALLETTA, MALTA in consideration of the sum of Fifty Million Two Hundred and Fifty Thousand United States Dollars (US$50,250,000) and other good and valuable consideration paid to us by (b) Advantage Sky Shipping LLC , of Trust Company Complex, Ajeltake Road, Ajeltake Islands, Majuro, Marshall Islands MH99960 hereinafter called "the Transferee(s) the receipt whereof is hereby acknowledged, transfer at the (100%) shares in the Ship above particularly described, and in her boats and appurtenances, to the said Transferee(s).

Further, we, the said transferors for ourselves and our successors covenant with the said transferee(s) and (c) their assigns, that we have power to transfer in manner aforesaid the premises hereinbefore expressed to be transferred, and that the same are free from encumbrances (d) Mortgages, maritime liens, taxes, claims and any other debts whatsoever.

In witness whereof we have executed the Bill of Sale as a Deed on this 29th day of April, 2015

Signed as a Deed on behalf of the transferors
in the presence of (e) Notary Dr. Hugh Grima

I, Notary Dr. Hugh Grima hereby witness the true signature of Lara Saguna who has signed this Bill of Sale before me and I do hereby confirm that she has the capacity to execute the said Bill of Sale on behalf of Blue Shipping Ltd. by virtue of a Power of Attorney issued by Blue Shipping Ltd. on the 29th April 2015.

Dr. HUGH GRIMA
NOTARY PUBLIC
COMMISSIONER FOR OATHS
198, OLD BAKERY STR.,
VLTTA. VLT 19 MALTA

Lara Saguna
For and on behalf of
Blue Shipping Ltd.

(a) Name in full of Body corporate. (b) Full name(s) and address(es) of transferee(s) with their description in the case of individuals, and adding "as joint owner" where such is the case. (c) "his", "their" or "its". (d) If any subsisting encumbrances add "save as appears by the registry of the said ship". (e) Signatures and description of witnesses, i.e. Director, Secretary, etc. (as the case may be).
NOTE.-     A purchaser of a registered British Vessel does not obtain a complete title until the Bill of Sale has been received at the Port of Registry of the ship  and neglect of this precaution may entail various consequences.
Registered Owners or Mortgagees are reminded of the importance of keeping the Registrar of British Ships informed of any change of residence on their part.

D05236

# Garanti

**Hesap Hareketleri**

| | | |
|---|---|---|
| IBAN: | TR28 0006 2000 1190 0009 0915 29 | |
| Hesap Adı: | USD VADESİZ | |
| Şube: | MECİDİYEKÖY TİCARİ | |
| Tarih Aralığı: | 18/02/2015 - 08/06/2015 | |
| Hareket Tipi: | Tümü | |

| | |
|---|---|
| Unvan: | ADVANTAGE TANKERS LLC |
| VKN: | 80912175 |
| Adres: | TRUST COMPANY COMPLEX AJELTEKE ROAD   MARSHALL ADALARI 001 |
| Döküm: | |

| İŞLEM TARİHİ | VALÖR TARİHİ | KANAL | İŞLEM AÇIKLAMASI | TUTAR | BAKİYE | FİŞ NO |
|---|---|---|---|---|---|---|
| | | | DEVREDEN BAKİYE | | 1.014,27 | |
| 18/02/2015 | 18/02/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HR056634--Ref.li YP Havale | 13.000.000,00 | 13.001.014,27 | 201502039064102 |
| 18/02/2015 | 18/02/2015 | ŞB | Alıcı : PROFIT SHIPPING LTD. 198 Old Bakery Street, Valletta . Malta - 01024HS057432--Ref.li YP Havale | -12.845.000,00 | 156.014,27 | 201502041827221 |
| 18/02/2015 | 18/02/2015 | ŞB | 01024HS057432 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -13,00 | 156.001,27 | 201502046392822 |
| 02/04/2015 | 02/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HR057512--Ref.li YP Havale | 20.500.000,00 | 20.656.001,27 | 201502047211245 |
| 02/04/2015 | 02/04/2015 | ŞB | Alıcı : TARGET SHIPPING LTD. 198 Old Bakery Street, Valletta . Malta - 01024HS057841--Ref.li YP Havale | -20.485.000,00 | 171.001,27 | 201502047720114 |
| 02/04/2015 | 02/04/2015 | ŞB | 01024HS057841 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -20,00 | 170.981,27 | 201502047720116 |
| 03/04/2015 | 03/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HR057863--Ref.li YP Havale | 17.500.000,00 | 17.670.981,27 | 201502047720293 |
| 03/04/2015 | 03/04/2015 | ŞB | Alıcı : TRUE SHIPPING LTD. 198 Old Bakery Street, Valletta . Malta - 01024HS057867--Ref.li YP Havale | -17.500.000,00 | 170.981,27 | 201502047720376 |
| 03/04/2015 | 03/04/2015 | ŞB | 01024HS057867 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -17,50 | 170.963,77 | 201502047720379 |
| 30/04/2015 | 30/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HR058742--Ref.li YP Havale | 50.650.000,00 | 50.820.963,77 | 201502048724043 |
| 30/04/2015 | 30/04/2015 | ŞB | Alıcı : BLANK SHIPPING LTD. 198 Old Bakery Street, Valletta . Malta - 01024HS058814--Ref.li YP Havale | -25.487.755,00 | 25.333.208,77 | 201502048724048 |
| 30/04/2015 | 30/04/2015 | ŞB | 01024HS058814 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -20,00 | 25.333.188,77 | 201502048724051 |
| 30/04/2015 | 30/04/2015 | ŞB | Alıcı : REEF SHIPPING LTD. 198 Old Bakery Street, Valletta . Malta - 01024HS059018--Ref.li YP Havale | -10.387.294,00 | 14.945.894,77 | 201502048724079 |
| 30/04/2015 | 30/04/2015 | ŞB | 01024HS059018 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -10,50 | 14.945.884,27 | 201502048812406 |
| 07/05/2015 | 07/05/2015 | ŞB | Alıcı : BLUE SHIPPING LTD. 198 Old Bakery Street, Valletta . Malta - 01024HS059436--Ref.li YP Havale | -14.862.500,00 | 83.384,27 | 201502048812417 |
| 07/05/2015 | 07/05/2015 | ŞB | 01024HS059436 - KESİNTİ VE EKLERİ-Para Transferi Hesaba | -15,00 | 83.369,27 | 201502048812419 |
| 08/05/2015 | 08/05/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HR059018--Ref.li YP Havale | 10.300.000,00 | 10.383.369,27 | 201502048812524 |
| 08/05/2015 | 08/05/2015 | ŞB | Alıcı : PINK SHIPPING LTD. 198 Old Bakery Street, Valletta . Malta -01024HS059436--Ref.li YP Havale | -10.297.881,00 | 85.488,27 | 201502048812627 |
| 08/05/2015 | 08/05/2015 | ŞB | 01024HS059436 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -10,50 | 85.477,77 | 201502048812629 |
| 08/06/2015 | 08/06/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HR059047--Ref.li YP Havale | 14.750.000,00 | 14.835.477,77 | 201502048914251 |

Bu doküman bilgi amaçlı hazırlanmıştır.Doküman üzerinde herhangi bir değişiklik yapılması ve/veya doküman üzerindeki bilgiler ile banka kayıtlarının uyuşmaması halinde banka kayıtları esas alınacaktır.

*ŞB: Şube ÇM: Çağrı Merkezi İNT: İnternet Bankacılığı MB: Mobil Bankacılık

Şirket Unvanı: T. Garanti Bankası A.Ş.   Ticaret Sicil No: 159422
Levent Nispetiye Mah. Aytar Cad. No:2 Beşiktaş 34340 İstanbul
Mersis No: 0879 0017 6600 0379
Web sitesi: www.garanti.com.tr

D05218

**Garanti**

EXHIBIT 4

**Form 401**

Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: See Instructions



## Statement of Change of Registered Office/Agent

Filed in the Office of the
Secretary of State of Texas
Filing #: 801817074 11/03/2015
Document #: 639061760002
Image Generated Electronically
for Web Filing

### Entity Information

The name of the entity is :

**Geden Holdings Ltd.**

The file number issued to the entity by the secretary of state is: **801817074**

The registered agent and registered office of the entity as currently shown on the records of the secretary of state are:

**C T Corporation System**

**1999 Bryan St., Ste. 900, Dallas, TX, USA 75201-3136**

### Change to Registered Agent/Registered Office

The following changes are made to the registered agent and/or office information of the named entity:

#### Registered Agent Change

☑A. The new registered agent is an organization by the name of:

**Incorporatemax Inc.**

OR

☐B. The new registered agent is an individual resident of the state whose name is:

#### Registered Office Change

☑C. The business address of the registered agent and the registered office address is changed to:

**719 Sawdust Rd. #204, The Woodlands, TX, USA 77380**

The street address of the registered office as stated in this instrument is the same as the registered agent's business address.

#### Consent of Registered Agent

☐A. A copy of the consent of registered agent is attached.
☑B. The consent of the registered agent is maintained by the entity.

### Statement of Approval

The change specified in this statement has been authorized by the entity in the manner required by the BOC or in the manner required by the law governing the filing entity, as applicable.

### Effectiveness of Filing

☐A. This document becomes effective when the document is filed by the secretary of state.
☑B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its filing by the secretary of state. The delayed effective date is: **November 4, 2015**

### Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: **November 3, 2015**                     *James Campbell*

# EXHIBIT 5

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

| | |
|---|---|
| TANK PUNK, INC. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   4:15-CV-01675 |
| SPIKE SHIPPING, LTD,ADVANTAGE ARROW | ) |
| SHIPPING,LLC;GENEL DENIZCILIK NAKLIYATI | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:        CIT Finance LLC, 11 West 42ⁿᵈ Street, New York, New York 10036

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: As per attached Schedule A

| Place: Chalos & Co, P.C. 55 Hamilton Avenue, Oyster Bay, New York 11771 (phone:1 516 714 4300) | Date and Time: 12/28/2015 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached -- Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    12/11/2015

| *CLERK OF COURT* | |
|---|---|
| _____ | OR   *George A. Gaitas* |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____

Tank Punk, Inc. _____, who issues or requests this subpoena, are:

George A. Gaitas, 7210 Tickner St., Houston, TX 77055, gaitas@chaloslaw.com; 713-936-2427

### Notice to the person who issues or requests this subpoena
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No.  **4:15-CV-01675**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*    **Spike Shipping, LTD, et al**

on *(date)*  **12/11/5**          .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____  on *(date)* _____  ; or

☑ I returned the subpoena unexecuted because:    **service must be made upon registered agent,**

**Documents not accepted at 11 West 42nd Street, New York, NY 10036**                .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00          .

I declare under penalty of perjury that this information is true.

Date:  **12/15/15**

_____
*Server's signature*

**Michael Gorman, Process server #1381333**
*Printed name and title*

**100 Fisher ave, 401, White Plains, NY 10602**
*Server's address*

Additional information regarding attempted service, etc.:

Civil Action No. 4:15-CV-01675

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*   **Spike Shipping, LTD, et al**

on *(date)*   **12/11/5**   .

☑ I served the subpoena by delivering a copy to the named person as follows:   **c/o CT Corporation, Nora Dindyal**

**111 Eighth Ave, 13th floor, New York, NY 10011**

on *(date)*   **12/11/15 at 3:43pm**   ; or

I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $   **0.00**   .

I declare under penalty of perjury that this information is true.

Date:   **12/15/15**

_____
*Server's signature*

**Michael Gorman, Process server #1381333**
*Printed name and title*

**100 Fisher ave, 401, White Plains, NY 10602**
*Server's address*

Additional information regarding attempted service, etc.:

# Affidavit of Service

Undisputed Legal Inc.
100 Fisher Ave., #401
White Plains, NY 10602

United States District Court  Southern District, Texas
Plaintiff / Petitioner: TANK PUNK, INC
vs.
Defendant / Respondent: SPIKE SHIPPING, LTD., et al
CASE NO.: **Civil action no. 4:15-CV-01675**

```
Network Provided
Time - 03:43 PM
Date - December 11, 2015
GPS
40.754719 -73.976082
```

I **MICHAEL GORMAN**  being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.
on **December 11, 2015 at 03:43 PM, I served Subpoena to produce documents information or objects or to permit inspection of premises in a civil action, Schedule A**
on **CIT Finance LLC c/o Ct Corporation**  by delivering the documents to **Nora Dindyal** who is the **Person that is authorized by appointment or law to receive document of process for the defendant at CT Corporation** located at **111 Eighth Avenue , 13th floor, New York, NY 10011** which is their usual place of business.

Said service was effected in the following manner:
**Corporation/Business Entity**

A domestic corporation, by delivering thereat a true copy of each to **CT Corporation** personally.  The deponent knew said **CT Corporation** so served to be the domestic corporation, described as **CT Corporation** and knew said individual to be the **Person that is authorized by appointment or law to receive document of process for the defendant** there of, authorized to accept service of process.

Deponent further states that deponent describes the person actually served **Nora Dindyal** as follows:
**Asian, Female, 5' 6", 120 - 130 lbs, Black hair, glasses, 50 - 55 years**
**Server Comments:**

_____
MICHAEL GORMAN                    #1381333

## Notary Section

Subscribed and affirmed, or sworn to before me this 15_____ day of ____December____, 20_15_.

Notary Public:_____
Commission Expires: July 26, 2017_____
Caroll Ramsey - Notary Public
State of New York
No. 01RA6028190
Qualified in Nassau County

EXHIBIT 6

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| Tank Punk, Inc. | ) | |
| _Plaintiff_ | ) | Civil Action No. 4:15-CV-01675 (Consolidated) |
| v. | ) | |
| Spike Shipping, Ltd., et al | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

Geden Holdings Limited

To: _____
_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: As per attached: Subpoena and Attached Schedule A and B

| Place: Chalos & Co, P.C., 7210 Tickner Street, Houston, Texas 77055 | Date and Time: 01/28/2016 10:00 am |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 01/13/2016

| CLERK OF COURT | OR | _[signature]_ |
|---|---|---|
| _Signature of Clerk or Deputy Clerk_ | | _Attorney's signature_ |

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ Tank Punk, Inc. _____, who issues or requests this subpoena, are:

Briton P. Sparkman, bsparkman@chaloslaw.com, 713-574-9582

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
        **(i)** is a party or a party's officer; or
        **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
        **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
        **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
        **(i)** fails to allow a reasonable time to comply;
        **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
        **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
        **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
        **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

        **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
        **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
        **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
        **(i)** expressly make the claim; and
        **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

## SUBPOENA SCHEDULE A

This is Schedule A to the subpoena which was served on you[1] with this Schedule attached. The form of the documents which you are required to produce include documents in any form in which you may maintain same, whether in paper form, electronic, or in any other form in which you store same.

"Correspondence" means and includes any communication sent or received in any form whatsoever whether in hard-copy paper or electronic form and includes letters, telexes, e-mails and attachments thereto. Electronically stored correspondence should be produced in its native electronic form in CD ROM form or in the form of a USB drive, or in printed out form

"Records" means and includes any note, memorandum, slip, or other document, whether in paper or electronic form. For your reference the documents production of which is required under subpoena relate to the receipt and disposal by you and / or by their owners – the respective Special Purpose Companies ("SPC's") which owned them - of the proceeds of the sale of the said vessels as follows:

| Vessel | Owner | Buyer |
|---|---|---|
| M/T PROFIT | Profit Shipping, Ltd. | Advantage Solar Shipping, LLC |
| M/T REEF | Reef Shipping, Ltd. | Advantage Spring Shipping, LLC |
| PINK | Pink Shipping,Ltd. | Advantage Summer Shipping,LLC |
| VALUE | Value Shipping,Ltd. | Advantage Award Shipping, LLC |
| BRAVO | Bravo Shipping, Ltd. | Advantage Atom Shipping, LLC |
| POWER | Barbaros Maritime,Ltd. | Advantage Anthem Shipping, LLC |
| BLANK | Blank Shipping, Ltd. | Advantage Start Shipping, LLC. |
| ROYAL | Prima Shipping, Ltd. | Advantage Sun Shipping, LLC. |
| TRUE | True Shipping, Ltd. | Advantage Avenue Shipping,LLC |
| TARGET | Target Shipping, Ltd. | Advantage Arrow Shipping, LLC |
| BLUE | Blue Shipping, Ltd. | Advantage Sky Shipping,  LLC |

And in particular copies of the following documents:

1.      For each respective sale, copy of  the SWIFT transfer document(s) evidencing the transfer of the sale amounts paid by Advantage Tankers LLC to each respective buyer, over and above any repayment of outstanding debt owed by the respective sellers to their financing banks, as represented in the attached copies of the bank account statements produced by Advantage Tankers LLC hereto attached as Subpoena SCHEDULE B  (Bates No's  D05199; DO5206; D05212; DO5218; D05224; D05230; D05231).

2.      For each of the respective amounts paid to the respective sellers as identified in the preceding request, evidence of any further transfers of the said amounts or any portions thereof by the said sellers and / or on their behalf to any other parties as reflected in banking records in

---

your possession or control evidencing such transfers including the relevant SWIFT transfer documents for the said transfers.

3.    Copies of the accounts Geden Holdings, Ltd. showing receipts and payments - out of proceeds identified in the preceding request No. 1 together with the supporting documents for the said accounts.

SUBPOENA SCHEDULE B

**Garanti**

**Hesap Hareketleri**

| | |
|---|---|
| IBAN: | TR28 0006 2000 1190 0009 0915 29 |
| Hesap Adı: | USD VADESİZ |
| Şube: | MECİDİYEKÖY TİCARİ |
| Tarih Aralığı: | 18/02/2015 - 08/06/2015 |
| Hareket Tipi: | Tümü |

| | |
|---|---|
| Ünvan: | ADVANTAGE TANKERS LLC |
| VKN: | 80912175 |
| Adres: | TRUST COMPANY COMPLEX AJELTEKE ROAD  MARSHALL ADALARI  001 |
| Döküm: | |

| İŞLEM TARİHİ | VALÖR TARİHİ | KANAL | İŞLEM AÇIKLAMASI | TUTAR | BAKİYE | FİŞ NO |
|---|---|---|---|---|---|---|
| | | | | | 1.014,27 | |
| | | | DEVREDEN BAKİYE | | | 20150203H064102 |
| 18/02/2015 | 18/02/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO-- 01024HR086634--Ref.II YP Havale | 13.000.000,00 | 13.001.014,27 | 20150204H827221 |
| 18/02/2015 | 18/02/2015 | ŞB | Alıcı : PROFIT SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS067432--Ref.II YP Havale | -12.845.000,00 | 156.014,27 | 20150204H392822 |
| 18/02/2015 | 18/02/2015 | ŞB | 01024HS057432 - KESİNTİ VE EKLERI- Para Transferi Hesaptan Hesaba | -13,00 | 156.001,27 | 20150204H711245 |
| 02/04/2015 | 02/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS AJELTAKE ROAD 96960 MAJURO-- 01024HR057912--Ref.II YP Havale | 20.500.000,00 | 20.656.001,27 | 20150204H711014 |
| 02/04/2015 | 02/04/2015 | ŞB | Alıcı : TARGET SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS057841--Ref.II YP Havale | -20.485.000,00 | 171.001,27 | 20150204H711016 |
| 02/04/2015 | 02/04/2015 | ŞB | 01024HS057841 - KESİNTİ VE EKLERI- Para Transferi Hesaptan Hesaba | -20,00 | 170.981,27 | 20150204H720293 |
| 03/04/2015 | 03/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO-- 01024HR057853--Ref.II YP Havale | 17.500.000,00 | 17.670.981,27 | 20150204H720325 |
| 03/04/2015 | 03/04/2015 | ŞB | Alıcı : TRUE SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS057867--Ref.II YP Havale | -17.500.000,00 | 170.981,27 | 20150204H720376 |
| 03/04/2015 | 03/04/2015 | ŞB | 01024HS057867 - KESİNTİ VE EKLERI- Para Transferi Hesaptan Hesaba | -17,50 | 170.963,77 | 20150204H724043 |
| 30/04/2015 | 30/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO-- 01024HR058742--Ref.II YP Havale | 50.650.000,00 | 50.820.963,77 | 20150204H724046 |
| 30/04/2015 | 30/04/2015 | ŞB | Alıcı : BLANK SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS058914--Ref.II YP Havale | -25.487.755,00 | 25.333.208,77 | 20150204H724061 |
| 30/04/2015 | 30/04/2015 | ŞB | 01024HS058914 - KESİNTİ VE EKLERI- Para Transferi Hesaptan Hesaba | -20,00 | 25.333.188,77 | 20150204H724078 |
| 30/04/2015 | 30/04/2015 | ŞB | Alıcı : REEF SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS059018--Ref.II YP Havale | -10.387.294,00 | 14.945.894,77 | 20150204812409 |
| 30/04/2015 | 30/04/2015 | ŞB | 01024HS059018 - KESİNTİ VE EKLERI- Para Transferi Hesaptan Hesaba | -10,50 | 14.945.884,27 | 20150204812417 |
| 30/04/2015 | 30/04/2015 | ŞB | Alıcı : BLUE SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS059436--Ref.II YP Havale | -14.862.500,00 | 83.384,27 | 20150204812419 |
| 07/05/2015 | 07/05/2015 | ŞB | 01024HS059435 - KESİNTİ VE EKLERI- Para Transferi Hesaptan Hesaba | -15,00 | 83.369,27 | 20150204812624 |
| 08/05/2015 | 07/05/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO-- 01024HR059018--Ref.II YP Havale | 10.300.000,00 | 10.383.369,27 | 20150204812627 |
| 08/05/2015 | 08/05/2015 | ŞB | Alıcı : PINK SHIPPING LTD. 198 Old Bakery Street, Valletta - 01024HS059436-- Ref.II YP Havale | -10.297.881,00 | 85.488,27 | 20150204812629 |
| 08/05/2015 | 08/05/2015 | ŞB | 01024HS059436 - KESİNTİ VE EKLERI- Para Transferi Hesaptan Hesaba | -10,50 | 85.477,77 | 20150204814251 |
| 08/05/2015 | 08/05/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO-- 01024HR059847--Ref.II YP Havale | 14.750.000,00 | 14.835.477,77 | |

Bu doküman bilgi amaçlı hazırlanmıştır.Doküman üzerinde herhangi bir değişiklik yapılması ve/veya doküman üzerindeki bilgiler ile banka kayıtlarının uyuşmaması halinde banka kayıtları esas alınacaktır.
*ŞB: Şube CM: Çağrı Merkezi INT: İnternet Bankacılığı MB: Mobil Bankacılık

**Garanti**

**Garanti**

**Hesap Hareketleri**

| | |
|---|---|
| IBAN: | TR28 0006 2000 1190 0006 0916 28 |
| Hesap Adı: | USD VADESİZ |
| Şube: | MECİDİYEKÖY TİCARİ |
| Tarih Aralığı: | 18/02/2015 - 08/05/2015 |
| Hareket Tipi: | Tümü |

| | |
|---|---|
| Unvan: | ADVANTAGE TANKERS LLC |
| VKN: | 60912176 |
| Adres: | TRUST COMPANY COMPLEX AJELTEKE ROAD MARSHALL ADALARI 001 |
| Döküm: | |

| İŞLEM TARİHİ | VALOR TARİHİ | KANAL | İŞLEM AÇIKLAMASI | TUTAR | BAKİYE | FİŞ NO |
|---|---|---|---|---|---|---|
| | | | DEVREDEN BAKİYE | | 1.014,27 | |
| 18/02/2015 | 18/02/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HR056934--Ref.li YP Havale | 13.000.000,00 | 13.001.014,27 | 201502039054102 |
| 18/02/2015 | 18/02/2015 | ŞB | Alıcı : PROFIT SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta -01024HS057432--Ref.li YP Havale | -12.835.000,00 | 166.014,27 | 201502046392822 |
| 18/02/2015 | 18/02/2015 | ŞB | 01024HS057432 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -13,00 | 166.001,27 | 201502047211245 |
| 02/04/2015 | 02/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--1024HR057812--Ref.li YP Havale | 20.500.000,00 | 20.666.001,27 | 201502047720114 |
| 02/04/2015 | 02/04/2015 | ŞB | Alıcı : TARGET SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta -01024HS057841--Ref.li YP Havale | -20.495.000,00 | 171.001,27 | 201502047720116 |
| 02/04/2015 | 02/04/2015 | ŞB | 01024HS057841 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -20,00 | 170.981,27 | 201502047720293 |
| 03/04/2015 | 03/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HR057852--Ref.li YP Havale | 17.500.000,00 | 17.670.981,27 | 201502047720375 |
| 03/04/2015 | 03/04/2015 | ŞB | Alıcı : TRUE SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta -01024HS057867--Ref.li YP Havale | -17.500.000,00 | 170.981,27 | 201502047720378 |
| 03/04/2015 | 03/04/2015 | ŞB | 01024HS057867 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -17,50 | 170.963,77 | 201502048724043 |
| 30/04/2015 | 30/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HR058742--Ref.li YP Havale | 50.650.000,00 | 50.820.963,77 | 201502048724058 |
| 30/04/2015 | 30/04/2015 | ŞB | Alıcı : BLANK SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta -01024HS058814--Ref.li YP Havale | -25.487.755,00 | 25.333.208,77 | 201502048724051 |
| 30/04/2015 | 30/04/2015 | ŞB | 01024HS058814 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -20,00 | 25.333.188,77 | 201502048724079 |
| 30/04/2015 | 30/04/2015 | ŞB | Alıcı : REEF SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta -01024HS059018--Ref.li YP Havale | -10.387.294,00 | 14.945.894,77 | 201502048612405 |
| 30/04/2015 | 30/04/2015 | ŞB | 01024HS059018 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -10,50 | 14.945.884,27 | 201502048612417 |
| 07/05/2015 | 07/05/2015 | ŞB | Alıcı : BLUE SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta -01024HS059436--Ref.li YP Havale | -14.862.500,00 | 83.384,27 | 201502048612419 |
| 07/05/2015 | 07/05/2015 | ŞB | 01024HS059436 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -15,00 | 83.369,27 | 201502048812624 |
| 08/05/2015 | 08/05/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HR059018--Ref.li YP Havale | 10.300.000,00 | 10.383.369,27 | 201502048812627 |
| 08/05/2015 | 08/05/2015 | ŞB | Alıcı : PINK SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta -01024HS059438--Ref.li YP Havale | -10.297.881,00 | 85.488,27 | 201502048612629 |
| 08/05/2015 | 08/05/2015 | ŞB | 01024HS059438 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -10,50 | 85.477,77 | 201502048914251 |
| 08/05/2015 | 08/05/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HR059847--Ref.li YP Havale | 14.750.000,00 | 14.835.477,77 | |

Bu doküman bilgi amaçlı hazırlanmıştır.Doküman üzerinde herhangi bir değişiklik yapılması ve/veya doküman üzerindeki bilgiler ile banka kayıtlarının uyuşmaması halinde banka kayıtları esas alınacaktır.
*ŞB: Şube CM: Çağrı Merkezi İnT: İnternet Bankacılığı MB: Mobil Bankacılık

D05206

**Garanti**

**Hesap Hareketleri**

| | |
|---|---|
| IBAN: | TR28 0006 2000 1190 0009 0916 29 |
| Hesap Adı: | USD VADESİZ |
| Şube: | MECİDİYEKÖY TİCARİ |
| Tarih Aralığı: | 18/02/2015 - 08/06/2015 |
| Hareket Tipi: | Tümü |

| | |
|---|---|
| Unvan: | ADVANTAGE TANKERS LLC |
| VKN: | 809012175 |
| Adres: | TRUST COMPANY COMPLEX AJELTEKE .. ROAD  MARSHALL ADALARI |
| Döküm: | 001 |

| İŞLEM TARİHİ | VALÖR TARİHİ | KANAL | İŞLEM AÇIKLAMASI | TUTAR | BAKİYE | FİŞ NO |
|---|---|---|---|---|---|---|
| | | | DEVREDEN BAKİYE | | 1.014,27 | 201502039004102 |
| 18/02/2015 | 18/02/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HR066634--Ref.li YP Havale | 13.000.000,00 | 13.001.014,27 | 201502041827221 |
| 18/02/2015 | 18/02/2015 | ŞB | Alıcı: PROFIT SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS057432--Ref.li YP Havale | -12.845.000,00 | 156.014,27 | 201502046302822 |
| 18/02/2015 | 18/02/2015 | ŞB | 01024HS057432 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -13,00 | 156.001,27 | 201502047241246 |
| 02/04/2015 | 02/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HR037512--Ref.li YP Havale | 20.500.000,00 | 20.656.001,27 | 201502047720114 |
| 02/04/2015 | 02/04/2015 | ŞB | Alıcı: TARGET SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS057841--Ref.li YP Havale | -20.485.000,00 | 171.001,27 | 201502047790116 |
| 02/04/2015 | 02/04/2015 | ŞB | 01024HS057841 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -20,00 | 170.981,27 | 201502047720203 |
| 03/04/2015 | 03/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HR057853--Ref.li YP Havale | 17.500.000,00 | 17.670.981,27 | 201502047720376 |
| 03/04/2015 | 03/04/2015 | ŞB | Alıcı: TRUE SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS057867--Ref.li YP Havale | -17.500.000,00 | 170.981,27 | 201502047720376 |
| 03/04/2015 | 03/04/2015 | ŞB | 01024HS057867 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -17,50 | 170.963,77 | 201502048724043 |
| 30/04/2015 | 30/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HR058742--Ref.li YP Havale | 50.650.000,00 | 50.820.963,77 | 201502048724045 |
| 30/04/2015 | 30/04/2015 | ŞB | Alıcı: BLANK SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS058814--Ref.li YP Havale | -25.487.755,00 | 25.333.208,77 | 201502048724051 |
| 30/04/2015 | 30/04/2015 | ŞB | 01024HS058814 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -20,00 | 25.333.188,77 | 201502048724079 |
| 30/04/2015 | 30/04/2015 | ŞB | Alıcı: REEF SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta -01024HS059018--Ref.li YP Havale | -10.387.294,00 | 14.945.894,77 | 201502048812405 |
| 30/04/2015 | 30/04/2015 | ŞB | 01024HS059018 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -10,50 | 14.945.884,77 | 201502048812417 |
| 07/05/2015 | 07/05/2015 | ŞB | Alıcı: BLUE SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS059436--Ref.li YP Havale | -14.862.500,00 | 83.384,27 | 201502048812419 |
| 07/05/2015 | 07/05/2015 | ŞB | 01024HS059436 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -15,00 | 83.369,27 | 201502049312524 |
| 08/05/2015 | 08/05/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HR059018--Ref.li YP Havale | 10.300.000,00 | 10.383.369,27 | 201502048812627 |
| 08/05/2015 | 08/05/2015 | ŞB | Alıcı: PINK SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta -01024HS059436--Ref.li YP Havale | -10.297.881,00 | 85.488,27 | 201502048812529 |
| 08/05/2015 | 08/05/2015 | ŞB | 01024HS059436 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -10,50 | 85.477,77 | 201502049914251 |
| 08/06/2015 | 08/06/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024... | 14.750.000,00 | 14.835.477,77 | |

Bu doküman bilgi amaçlı hazırlanmıştır.Doküman üzerinde herhangi bir değişiklik yapılması ve/veya doküman üzerindeki bilgiler ile banka kayıtlarının uyuşmaması halinde banka kayıtları esas alınacaktır.
*ŞB: Şube ÇM: Çağrı Merkezi İNT: İnternet Bankacılığı MB: Mobil Bankacılık



D05212

**Hesap Hareketleri**

| | |
|---|---|
| IBAN: | TR26 0006 2000 1190 0009 0915 29 |
| Hesap Adı: | USD VADESİZ |
| Şube: | MECİDİYEKÖY TİCARİ |
| Tarih Aralığı: | 18/02/2015 - 08/06/2015 |
| Hareket Tipi: | Tümü |

| | |
|---|---|
| Unvan: | ADVANTAGE TANKERS LLC |
| VKN: | 80012175 |
| Adres: | TRUST COMPANY COMPLEX AJELTEKE ROAD MARSHALL ADALARI |
| Döküm: | 001 |

| İŞLEM TARİHİ | VALÖR TARİHİ | KANAL | İŞLEM AÇIKLAMASI | TUTAR | BAKİYE | FİŞ NO |
|---|---|---|---|---|---|---|
| | | | DEVREDEN BAKİYE | | 1.014,27 | |
| 18/02/2015 | 18/02/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HR066634--Ref.li YP Havale | 13.000.000,00 | 13.001.014,27 | 201502030064102 |
| 18/02/2015 | 18/02/2015 | ŞB | Alıcı : PROFIT SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS057432--Ref.li YP Havale | -12.845.000,00 | 156.014,27 | 201502041627221 |
| 18/02/2015 | 18/02/2015 | ŞB | 01024HS057432 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -13,00 | 156.001,27 | 201502046392822 |
| 18/02/2015 | 18/02/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HS057512--Ref.li YP Havale | 20.500.000,00 | 20.656.001,27 | 201502047211245 |
| 02/04/2015 | 02/04/2015 | ŞB | Alıcı : TARGET SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS057841--Ref.li YP Havale | -20.485.000,00 | 171.001,27 | 201502047720114 |
| 02/04/2015 | 02/04/2015 | ŞB | 01024HS057841 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -20,00 | 170.981,27 | 201502047720116 |
| 03/04/2015 | 03/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HS057853--Ref.li YP Havale | 17.500.000,00 | 17.670.981,27 | 201502047720283 |
| 03/04/2015 | 03/04/2015 | ŞB | Alıcı : TRUE SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS057867--Ref.li YP Havale | -17.500.000,00 | 170.981,27 | 201502047720376 |
| 03/04/2015 | 03/04/2015 | ŞB | 01024HS057867 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -17,50 | 170.963,77 | 201502047720379 |
| 30/04/2015 | 30/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HR058742--Ref.li YP Havale | 50.650.000,00 | 50.820.963,77 | 201502048724043 |
| 30/04/2015 | 30/04/2015 | ŞB | Alıcı : BLANK SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS058514--Ref.li YP Havale | -25.487.755,00 | 25.333.208,77 | 201502048724048 |
| 30/04/2015 | 30/04/2015 | ŞB | 01024HS058514 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -20,00 | 25.333.188,77 | 201502048724051 |
| 30/04/2015 | 30/04/2015 | ŞB | Alıcı : REEF SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS059018--Ref.li YP Havale | -10.387.294,00 | 14.945.894,77 | 201502048612405 |
| 30/04/2015 | 30/04/2015 | ŞB | 01024HS059018 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -10,50 | 14.945.884,27 | 201502048612417 |
| 07/05/2015 | 07/05/2015 | ŞB | Alıcı : BLUE SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS059436--Ref.li YP Havale | -14.862.500,00 | 83.384,27 | 201502048612419 |
| 07/05/2015 | 07/05/2015 | ŞB | 01024HS059436 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -15,00 | 83.369,27 | 201502048612524 |
| 08/05/2015 | 08/05/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HR059018--Ref.li Havale | 10.300.000,00 | 10.383.369,27 | 201502048612527 |
| 08/05/2015 | 08/05/2015 | ŞB | Alıcı : PINK SHIPPING LTD. 198 Old Bakery Street, Valletta -01024HS059436--Ref.li YP Havale | -10.297.881,00 | 85.488,27 | 201502048612526 |
| 08/05/2015 | 08/05/2015 | ŞB | 01024HS059436 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -10,50 | 85.477,77 | 201502048614261 |
| 08/05/2015 | 08/05/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HR059066--Ref.li Havale | 14.750.000,00 | 14.835.477,77 | |

Bu doküman bilgi amaçlı hazırlanmıştır. Doküman üzerinde herhangi bir değişiklik yapılması ve/veya doküman üzerindeki bilgiler ile banka kayıtlarının uyuşmaması halinde banka kayıtları esas alınacaktır.

* ŞB: Şube ÇM: Çağrı Merkezi İNT: İnternet Bankacılığı MB: Mobil Bankacılık

(Sokak Unvanı: T. Garanti Bankası A.Ş.) ... Levent Nispetiye Mahallesi ... Beşiktaş 34340 İstanbul
Mersis No: 0879 0017 5590 0378
Web sitesi: www.garanti.com.tr

Garanti

**Garanti**

Hesap Hareketleri

| | |
|---|---|
| IBAN: | TR28 0006 2000 1180 0009 0815 26 |
| Hesap Adr: | USD VADESİZ |
| Şube: | MECİDİYEKÖY TİCARİ |
| Tarih Aralığı: | 18/02/2015 - 08/06/2015 |
| İşlem Tipi: | Tümü |

| | |
|---|---|
| Unvan: | ADVANTAGE TANKERS LLC |
| VKN: | 86912175 |
| Adres: | TRUST COMPANY COMPLEX AJELTEKE ROAD  MARSHALL ADALARI 001 |
| Döküm: | |

| İŞLEM TARİHİ | VALÖR TARİHİ | KANAL | İŞLEM AÇIKLAMASI | TUTAR | BAKİYE | FİŞ NO |
|---|---|---|---|---|---|---|
| | | | DEVREDEN BAKİYE | | 1.014,27 | |
| | | | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HR056634--Refil YP Havale | 13.000.000,00 | 13.001.014,27 | 2015020309064102 |
| 18/02/2015 | 18/02/2015 | ŞB | Alıcı : PROFIT SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS057432--Refil YP Havale | -12.845.000,00 | 156.014,27 | 2015020418372721 |
| 18/02/2015 | 18/02/2015 | ŞB | 01024HS057432 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -13,00 | 156.001,27 | 2015020416392622 |
| 18/02/2015 | 18/02/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--1024HR057612--Refil YP Havale | 20.500.000,00 | 20.656.001,27 | 2015020447211246 |
| 02/04/2015 | 02/04/2015 | ŞB | Alıcı : TARGET SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS057841--Refil YP Havale | -20.485.000,00 | 171.001,27 | 2015020447720114 |
| 02/04/2015 | 02/04/2015 | ŞB | 01024HS057841 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -20,00 | 170.981,27 | 2015020447720293 |
| 02/04/2015 | 02/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HG057863--Refil YP Havale | 17.500.000,00 | 17.670.981,27 | 2015020447720375 |
| 03/04/2015 | 03/04/2015 | ŞB | Alıcı : TRUE SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS057867--Refil YP Havale | -17.500.000,00 | 170.981,27 | 2015020447720376 |
| 03/04/2015 | 03/04/2015 | ŞB | 01024HS057867 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -17,50 | 170.963,77 | 2015020447724043 |
| 03/04/2015 | 03/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HS058742--Refil YP Havale | 50.650.000,00 | 60.820.963,77 | 2015020487224048 |
| 30/04/2015 | 30/04/2015 | ŞB | Alıcı : BLANK SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS058814--Refil YP Havale | 25.487.755,00 | 25.333.208,77 | 2015020487224051 |
| 30/04/2015 | 30/04/2015 | ŞB | 01024HS058814 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -20,00 | 25.333.188,77 | 2015020487224079 |
| 30/04/2015 | 30/04/2015 | ŞB | Alıcı : REEF SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS059018--Refil YP Havale | -10.387.294,00 | 14.945.894,77 | 2015020488124050 |
| 30/04/2015 | 30/04/2015 | ŞB | 01024HS059018 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -10,50 | 14.945.884,27 | 2015020488124417 |
| 07/05/2015 | 07/05/2015 | ŞB | Alıcı : BLUE SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS059436--Refil YP Havale | -14.862.500,00 | 83.384,27 | 2015020488124419 |
| 07/05/2015 | 07/05/2015 | ŞB | 01024HS059436 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -15,00 | 83.369,27 | 2015020488124524 |
| 08/05/2015 | 08/05/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HS059912--Refil YP Havale | 10.300.000,00 | 10.363.369,27 | 2015020488124527 |
| 08/05/2015 | 08/05/2015 | ŞB | Alıcı : PINK SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS059436--Refil YP Havale | -10.267.381,00 | 95.988,27 | 2015020488125529 |
| 08/05/2015 | 08/05/2015 | ŞB | 01024HS059436 - KESİNTİ VE EKLERİ-Para Transferi Hesaptan Hesaba | -10,50 | 85.477,77 | 2015020488914251 |
| 08/06/2015 | 08/06/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO--01024HR058847--Refil YP Havale | 14.760.000,00 | 14.859.477,77 | |

Bu doküman bilgi amaçlı hazırlanmıştır.Doküman üzerinde herhangi bir değişiklik yapılması ve/veya doküman üzerindeki bilgiler ile banka kayıtlarının uyuşmaması halinde banka kayıtları esas alınacaktır.
*ŞB: Şube ÇM: Çağrı Merkezi İNT: İnternet Bankacılığı MB: Mobil Bankacılık

D05224

**Garanti**

Garanti

| | | |
|---|---|---|
| Hesap Hareketleri | Unvan: | ADVANTAGE TANKERS LLC |
| IBAN: TR26 0006 2000 1190 0009 0515 29 | VKN: | 80912175 |
| Hesap Adı: USD VADESİZ | Adres: | TRUST COMPANY COMPLEX AJELTEKE |
| Şube: MECİDİYEKÖY TİCARİ | | ROAD  MARSHALL ADALARI |
| | Doküm: | 001 |
| Tarih Aralığı: 18/02/2015 - 08/06/2015 | | |
| Hareket Tipi: Tümü | | |

| İŞLEM TARİHİ | VALÖR TARİHİ | KANAL | İŞLEM AÇIKLAMASI | TUTAR | BAKİYE | FİŞ NO |
|---|---|---|---|---|---|---|
| | | | DEVREDEN BAKİYE | | 1,014,27 | |
| | | | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO-- 01024HR056034--Ref.li YP Havale | 13.000.000,00 | 13.001.014,27 | 20150203064102 |
| 18/02/2015 | 18/02/2015 | ŞB | Alıcı : PROFIT SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS057432--Ref.il YP Havale | -12.845.000,00 | 156.014,27 | 20150204182722I |
| 18/02/2015 | 18/02/2015 | ŞB | Para Transferi Hesaptan Hesaba 01024HS057432 - KESİNTİ VE EKLERİ- | -13,00 | 156.001,27 | 20150204038282Q |
| 18/02/2015 | 18/02/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO-- 01024HR057612--Ref.li YP Havale | 20.600.000,00 | 20.856.001,27 | 20150204721154S |
| 02/04/2015 | 02/04/2015 | ŞB | Alıcı : TARGET SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS057841--Ref.li YP Havale | -20.485.000,00 | 171.001,27 | 20150204772011I |
| 02/04/2015 | 02/04/2015 | ŞB | Para Transferi Hesaptan Hesaba 01024HS057841 - KESİNTİ VE EKLERİ- | -20,00 | 170.981,27 | 20150204772016I |
| 02/04/2015 | 02/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO-- 01024HR057853--Ref.li YP Havale | 17.500.000,00 | 17.670.981,27 | 2015020477202930 |
| 03/04/2015 | 03/04/2015 | ŞB | Alıcı : TRUE SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS057867--Ref.li YP Havale | -17.500.000,00 | 170.981,27 | 2015020477203757 |
| 03/04/2015 | 03/04/2015 | ŞB | Para Transferi Hesaptan Hesaba 01024HS057867 - KESİNTİ VE EKLERİ- | -17,50 | 170.963,77 | 20150204772037B |
| 03/04/2015 | 03/04/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO-- 01024HR058742--Ref.li YP Havale | 50.660.000,00 | 50.620.963,77 | 20150204872464Q |
| 30/04/2015 | 30/04/2015 | ŞB | Alıcı : BLANK SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS058814--Ref.li YP Havale | -25.467.755,00 | 25.333.208,77 | 20150204872406 |
| 30/04/2015 | 30/04/2015 | ŞB | Para Transferi Hesaptan Hesaba 01024HS058814 - KESİNTİ VE EKLERİ- | -20,00 | 25.333.188,77 | 20150204872407Q |
| 30/04/2015 | 30/04/2015 | ŞB | Alıcı : REEF SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS059018--Ref.li YP Havale | -10.387.294,00 | 14.945.894,77 | 20150204881240B |
| 30/04/2015 | 30/04/2015 | ŞB | Para Transferi Hesaptan Hesaba 01024HS059018 - KESİNTİ VE EKLERİ- | -10,50 | 14.945.884,27 | 20150204881241Z |
| 30/04/2015 | 30/04/2015 | ŞB | Alıcı : BLUE SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS059436--Ref.li YP Havale | -14.862.500,00 | 83.364,27 | 2015020488124I9 |
| 07/05/2015 | 07/05/2015 | ŞB | Para Transferi Hesaptan Hesaba 01024HS059436 - KESİNTİ VE EKLERİ- | -15,00 | 83.369,27 | 20150204881252A |
| 07/05/2015 | 07/05/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO-- 01024HR059018--Ref.li YP Havale | 10.300.000,00 | 10.383.369,27 | 20150204881252Z |
| 08/05/2015 | 08/05/2015 | ŞB | Alıcı : PINK SHIPPING LTD. 198 Old Bakery Street, Malta -01024HS059436-- Ref.li YP Havale | -10.297.881,00 | 85.488,27 | 20150204881262Q |
| 08/05/2015 | 08/05/2015 | ŞB | Para Transferi Hesaptan Hesaba 01024HS059436 - KESİNTİ VE EKLERİ- | -10,50 | 85.477,77 | 2015020489141251 |
| 08/05/2015 | 08/06/2015 | ŞB | Gönderen:ADVANTAGE HOLDINGS LLC AJELTAKE ROAD 96960 MAJURO-- 01024HR059947--Ref.li YP Havale | 14.750.000,00 | 14.835.477,77 | |

Bu doküman bilgi amaçlı hazırlanmıştır.Doküman üzerinde herhangi bir değişiklik yapılması ve/veya doküman üzerindeki bilgiler ile banka kayıtlarının uyuşmaması halinde banka kayıtları esas alınacaktır.
*ŞB: Şube ÇM: Çağrı Merkezi İNT: İnternet Bankacılığı MB: Mobil Bankacılık

D05230

Garanti

**Hesap Hareketleri**

| | |
|---|---|
| IBAN: | TR28 0006 2000 1190 0008 0616 29 |
| Hesap Adı: | USD VADESİZ |
| Şube: | MECİDİYEKÖY TİCARİ |
| Tarih Aralığı: | 18/02/2015 - 08/06/2015 |
| Hareket Tipi: | TümÜ |

| | |
|---|---|
| Ünvan: | ADVANTAGE TANKERS LLC |
| VKN: | 80912175 |
| Adres: | TRUST COMPANY COMPLEX AJELTEKE ROAD  MARSHALL ADALARI |
| Döküm: | 062 |

| İŞLEM TARİHİ | VALOR TARİHİ | KANAL | İŞLEM AÇIKLAMASI | TUTAR | BAKİYE | FIŞ NO |
|---|---|---|---|---|---|---|
| | | | DEVREDEN BAKİYE | | 14,835,477,77 | |
| 08/06/2015 | 08/06/2015 | ŞB | Alıcı : PRIMA SHIPPING LTD. 198 Old Bakery Street, Valletta , Malta - 01024HS059865--Rekli YP Havale | 14,752,250,00 | 83,227,77 | 20150204914254 |
| 08/06/2015 | 08/06/2015 | ŞB | 01024HS060855 - KESİNTİ VE EKLERİ- Para Transferi Hesaptan Hesaba | -15,00 | 83,212,77 | 20150204914258 |

Bu doküman bilgi amaçlı hazırlanmıştır.Doküman üzerinde herhangi bir değişiklik yapılması ve/veya doküman üzerindeki bilgiler ile banka kayıtlarının uyuşmaması halinde banka kayıtları esas alınacaktır.
*ŞB: Şube ÇM: Çağrı Merkezi İNT: İnternet Bankacılığı MB: Mobil Bankacılık

D05231

⬧ Garanti

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ECLIPSE LIQUIDITY, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| AVOR NAVIGATION LTD.; ADVANTAGE ARROW SHIPPING, LLC; GENEL DENIZCILIK NAKLIYATI A.S. A/K/A GEDEN LINES; ADVANTAGE TANKERS, LLC; ADVANTAGE HOLDINGS, LLC; and FORWARD HOLDINGS, LLC | § § § § § § § § | C.A. NO. 4:15-CV-1645 |
| Defendants. | § § § | |
| PSARA ENERGY, LTD., | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| SPACE SHIPPING, LTD.; ADVANTAGE ARROW SHIPPING, LLC; GENEL DENIZCILIK NAKLIYATI A.S. A/K/A GEDEN LINES; ADVANTAGE TANKERS, LLC; ADVANTAGE HOLDINGS, LLC; and FORWARD HOLDINGS, LLC | § § § § § § § § | C.A. NO. 4:15-CV-1673 |
| Defendants. | § § § | |
| TANK PUNK, INC., | § § § | |
| Plaintiff | § § | |
| SPIKE SHIPPING, LTD.; ADVANTAGE ARROW SHIPPING, LLC; GENEL DENIZCILIK NAKLIYATI A.S. A/K/A GEDEN LINES; ADVANTAGE TANKERS, LLC; ADVANTAGE HOLDINGS, LLC; And FORWARD HOLDINGS, LLC | § § § § § § § | C.A. NO. 4:15-CV-01675 |
| Defendants. | § | |

# GEDEN HOLDINGS LIMITED'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

Geden Holdings Limited ("Geden Holdings"), by and through its undersigned attorneys, responds and objects to Plaintiff's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action ("Production Requests" or "Requests") served on or about January 13, 2016 as set forth below.

## GENERAL OBJECTIONS

Geden Holdings' answers and responses to the Production Requests are subject to the following general objections, as applicable. Each answer and response should be read to incorporate these general objections to the extent applicable. Geden Holdings reserves the right to supplement or amend its answers and responses in accordance with applicable Federal Rules of Civil Procedure ("FRCP"). The general objections are:

1. Geden Holdings objects to the Production Requests to the extent they require disclosure of information protected by FRCP 26, FRCP 45, attorney client privilege, client confidentiality, attorney work product, consulting expert, or any other applicable privilege or protection from disclosure (collectively, "Privilege" or "Privileged"). To the extent Geden Holdings or its agents inadvertently produce documents or information that are, in whole or in part, Privileged, the Geden Holdings objects to the review or retention of same by Plaintiffs or its counsel; the attachment of or reference to any of same in any communication with any person other than Geden Holdings; or the attachment or reference to any of the same in any pleading filed in any court, administrative proceeding, arbitration, mediation or any other similar entity, proceeding or discussions, in each case anywhere in the world. Geden Holdings further demand that Plaintiffs and its counsel immediately return any of same to Geden Holdings and

80415560v4

destroy any copies of same, including deletion from any electronic storage and shredding. *See* Federal Rules of Evidence 501 & 502.

2. Geden Holdings objects to the Production Requests to the extent that no time frame is specified. In such instances, Geden Holdings is producing materials between November 19, 2014 and November 30, 2015, inclusive.

3. Geden Holdings objects to any Production Request that requires Geden Holdings to produce documents that are publicly available and/or are already in possession of Plaintiffs.

4. Geden Holdings objects to the Production Requests to the extent they are overly broad, vague, ambiguous, unclear, unintelligible and/or incapable of precise meaning. In such instances, Geden Holdings has provided the meaning it considered to be appropriate.

5. Geden Holdings objects to the Production Requests to the extent that responsive documents would include communications with customers or clients of Geden Holdings, Phelps Dunbar or Watson Farley and Williams LLP other than the Plaintiffs.

6. Additionally, any objections or responses herein are made with the preservation of and without waiver of:

   a. All objections to the competency, relevancy, materiality, or admissibility of any information produced in any proceeding;

   b. All objections to the use of any information or any document or the subject thereof, on any grounds, in any proceeding;

c. The right to object on any ground, at any time, to a demand or request for a further response or supplementation; and

d. The right, at any time, to amend, correct, strike, delete, supplement, or clarify any response given.

7. Any statement by Geden Holdings herein that documents responsive to a request shall be produced should not be interpreted to mean that documents responsive to such request exist.

8. Geden Holdings objects to the Production Requests to the extent they seek to impose requirements over and above Geden Holdings' duties under the Federal Rules of Civil Procedure and any applicable local rules.

9. Geden Holdings objects to the Production Requests because of Plaintiff's failure to follow the requirements for service of a subpoena under Federal Rule of Civil Procedure 45(a)(4) which requires that before a subpoena for production of documents "is served on the person to whom it is directed, a notice and a copy of the subpoena must be served on each party" in the case. Plaintiff's service of the Production Requests upon Geden Holdings without first serving Defendants is a violation of FRCP 45.

80415560v4

SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

Pursuant to Schedule A of the Subpoena to produce for inspection and copying the following documents:

1. For each respective sale, copy of the SWIFT transfer document(s) evidencing the transfer of the sale amounts paid by Advantage Tankers LLC to each respective buyer, over and above any repayment of outstanding debt owed by the respective sellers to their financing banks, as represented in the attached copies of the bank account statements produced by Advantage Tankers LLC hereto attached as Subpoena SCHEDULE B (Bates No's D05199; D05206; D05212; D05218; D05224; D05230; D05231).

   **RESPONSE:**

   **Geden Holdings objects to this Production Request as unduly burdensome to the extent that it seeks documents not within Geden Holdings' possession, custody, or control. Geden Holdings further objects to the extent the requested documents may be in the possession of third parties and beyond their ability to reasonably obtain. Subject to and without waiving the foregoing general objections, Geden Holdings produces non-Privileged documents responsive to this Request attached hereto and bearing Bates stamps G001 through G0022.**

2. For each of the respective amounts paid to the respective sellers as identified in the preceding request, evidence of any further transfers of the said amounts or any portions thereof by the said sellers and/or on their behalf to any other parties as reflected in the banking records in your possession or control evidencing such transfers including the relevant SWIFT transfer documents for the said transfers.

   **RESPONSE:**

   **Geden Holdings objects to this Production Request as beyond the scope of discovery authorized by the Court in the Order dated October 22, 2015, which restricted discovery to "jurisdictional discovery and discovery related to the alter ego theor(ies)." Geden Holdings further objects to this request as vague and overly broad to the extent it seeks information of "any further transfer . . . or any portions thereof . . . to any other parties." Geden Holdings objects to this Production Request as being vague and overly broad as it provides no time period for the requested records. Geden Holdings also objects on the basis that such documents may be privileged and are unlikely to lead to the discovery of relevant information. Geden Holdings further objects to the extent the requested documents may be in the possession of third parties and beyond Geden Holdings' ability to reasonably obtain. Subject to and without waiving the foregoing general objections, Geden Holdings produces non-Privileged documents responsive to this Request attached hereto and bearing Bates stamps G0023 through G0045. Documents bearing Bates stamps G0028 through G0040 confirm wire transfers totaling $4,745,035.95 for hire**

payments of the CV Stealth and CS Stealth from the sale of vessels by Geden Holdings to Forward Holdings' SPVs. Further, documents bearings Bates stamps G0001 through G0022 detail wires transfers for debt payments in excess of $266,789,820 for vessels sold by Geden Holdings to Forward Holdings' SPVs.

3. Copies of the accounts of Geden Holdings, LTD showing receipts and payments – out of proceeds identified in the preceding request No. 1 together with the supporting documents for the said accounts.

**RESPONSE:**

Geden Holdings objects to this Production Request as beyond the scope of discovery authorized by the Court in the Order dated October 22, 2015, which restricted discovery to "jurisdictional discovery and discovery related to the alter ego theor(ies)." Geden Holdings further objects to this Production Request as vague and overly broad to the extent it seeks unidentified "supporting documents for the said accounts." Geden Holdings objects to this Production Request as being vague and overly broad as it provides no time period for the requested records. Geden Holdings further objects to the extent the requested documents may be in the possession of third parties and beyond Geden Holdings' ability to reasonably obtain. Subject to and without waiving the foregoing general objections, Geden Holdings produces non-Privileged documents responsive to this Request attached hereto and bearing Bates stamps G0001 through G0045. Documents bearing Bates stamps G0028 through G0040 confirm wire transfers totaling $4,745,035.95 for hire payments of the CV Stealth and CS Stealth from the sale of vessels by Geden Holdings to Forward Holdings' SPVs. Further, documents bearings Bates stamps G0001 through G0022 detail wires transfers for debt payments in excess of $266,789,820 for vessels sold by Geden Holdings to Forward Holdings' SPVs.

Dated: February 1, 2016

WATSON FARLEY & WILLIAMS LLP

By: _____
Neil Quartaro
John G. Kissane
1133 Avenue of the Americas, 11th Floor
New York, NY 10036
Tel: (212) 922-2200
Fax: (212) 922-1512

# HypoVereinsbank  Member of UniCredit

## CUSTOMER INFORMATION

| Account No. | Bank Code | Date |
|---|---|---|
| 16248021 | 200 300 00 | 15.05.2015 |

| IBAN | BIC |
|---|---|
| DE91 20030000 0016248021 | HYVEDEMM300 |

Account holder:
Advantage Anthem Shi

Branch: Filiale Hamburg Altenwallbrücke

Person in contact: Herr Wunner Peter-Alexand

Telephone: +49 4036924370

Account: Earnings Account

Our reference : AZMKM13051562979
Your reference :

Debit advice

Your foreign payment order was executed
as account to account payment

Instructed currency/Amount/Credit value
USD          20.950,000,00 13.05.2015

Statement :

Amount          USD          20.950,000,00

Ordering customer:
Advantage Anthem Shipping LLC c/o
Trident Corporate Serv.Ltd
One Bay Street, P.O.Box N-3944
Nassau

Beneficiary:
15042879
Barbaros Maritime Ltd.

198 Old Bakery Street
Valetta

Amount posted  USD          20.950,000,00

Value date     13.05.2015

Notes for the ordering customer:

Purpose of remittance:
transfer of payment as per Drawdown
request dd. 07.05.2015

Please observe your liabilities concerning the German foreign trade regulations
This advice bears no signature

# Telefax

**HypoVereinsbank** Member of UniCredit

Datum / Date : 15/05/2015

Seitenanzahl insgesamt :1
Total Number of Pages:

Absender / From :UniCredit Bank Aktiengesellschaft
To :Barbaros Maritime Ltd.

Avisierung eines Zahlungseingangs aus dem Ausland fuer
Barbaros Maritime Ltd.
80311 Muenchen, 15.05.2015
Unsere Referenznummer / our reference number (20)
A2000413051562079
Zahlungsavis an
6090212825011
Barbaros Maritime Ltd.
Wir haben verguetet / We have paid

Betrag / amount + USD              20.950.000,00 +

In Worten / In words **USD**NULL**ZERO**MILI**FUE**ZERO**ZERO**ZERO*
*******************************************************************
Ohne Preise fuer den Beguenstigten / without charges to beneficiary
Valuta / value 18.05.2015
Ausfuehrungsdatum / Day of execution 15.05.2015
Beguenstigter / beneficiary (59)
Barbaros Maritime Ltd.

190 Old Bakery Street
Valetta
Kontonummer / account number
15042079
Auftraggeber / by order of (50)
Advantage Anthem Shipping LLC c/o
Trident Corporate Serv.Ltd
One Bay Street, P.O.Box N-3944
Nassau
Zahlungsgrund / remittance information (70)
transfer of payment as per drawdown
request dd. 07.05.2015

Mit Freundlichen Gruessen / best regards
UniCredit BankAktiengesellschaft
80311 Muenchen

Dieser Beleg traegt keine Unterschrift

G0002

# C U S T O M E R   I N F O R M A T I O N

| Account No. | Bank code | Date | Branch: |
|---|---|---|---|
| 16248049 | 200 300 00 | 27.05.2015 | Filiale Hamburg Altonawallbrücke |
| IBAN | | BIC | Personal contact: |
| DE14 20030000 0016248049 | | HYVEDEMM300 | Herr Wunner Peter-Alexand |
| Accountholder | | | Number: +49 4036924370 |
| Advantage Atom Shipp | | | Earnings Account |

Debit advice

Your foreign payment order was executed
as account to account payment

Instructed currency/Amount/Credit value
USD        20,350,000,00 27.05.2015

Statement

Amount           USD            20,350,000,00

Our reference  : AZBNK027051565454
Your reference :

Ordering customer:
Advantage Atom Shipping LLC c/o
Trident Corporate Services
One Bay Street, P.O.Box N-3944
Nassau

Beneficiary:
15042374
Bravo Shipping Ltd.

198 Old Bakery Street
Valetta

Amount posted   USD            20,350,000,00

Value date      27.05.2015

Notes for the ordering customer:

Purpose of remittance:
purchase price of Advantage Atom (e
x Bravo)

Please observe your liabilities concerning the German foreign trade regulations
This advice bears no signature

G0003

# Telefax    @HypoVereinsbank    Member of @UniCredit

Datum / Date: 27/05/2015

Seitenanzahl Insgesamt: 1
Total Number of Pages:

Absender / From :UniCredit Bank Aktiengesellschaft
To :Bravo Shipping Ltd.

Avisierung eines Zahlungseingangs aus dem Ausland fuer
Bravo Shipping Ltd.
80311 Muenchen, 27.05.2015
Unsere Referenznummer / our reference number (20)
AZHKN27051565454
Zahlungsavis an
08902123255014
Bravo Shipping Ltd.
Wir haben verguetet / we have paid

| Betrag / amount + USD | 20.350.000,00 + |

in Worten / in words **USD***(NO*ZERO*THREE*FIVE*ZERO*ZERO*ZERO)*****
*ZERO*********************************************************
Ohne Preise fuer den Beguenstigten / without charges to beneficiary
Valuta / value 27.05.2015
Ausfuehrungsdatum / day of execution 27.05.2015
Beguenstigter / beneficiary (59)
Bravo Shipping Ltd.

198 Old Bakery Street
Valetta
Kontonummer / account number
15042374
Auftraggeber / by order of (50)
Advantage Atom Shipping LLC c/o
Trident Corporate Services
One Bay Street, P.O.Box N-3944
Nassau
Zahlungsgrund / remittance information (70)
purchase price of Advantage Atom (e
x Bravo)

Mit freundlichen Gruessen / best regards
UniCredit BankAktiengesellschaft
80311 Muenchen

Dieser Beleg traegt keine Unterschrift

The fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

# HypoVereinsbank Member of UniCredit

## CUSTOMER INFORMATION

| Account no. | Bank code | Date |
|---|---|---|
| 16248130 | 200 300 00 | 22.05.2015 |

| IBAN | | BIC |
|---|---|---|
| DE58 20030000 0016248130 | | HYVEDEBB300 |

| Account holder |
|---|
| Advantage Award Ship |

| Branch |
|---|
| Filiale Hamburg Altenwallbrücke |

| Person to contact | Telephone |
|---|---|
| Herr Wunner Peter-Alexand | +49 4036924370 |

| Remark |
|---|
| Earnings Account |

---

Debit advice

Our reference : AZMKMZ1051564684
Your reference :

Your foreign payment order was executed
as account to account payment.

Instructed currency/Amount/Credit value
USD         20,350,000,00 21.05.2015

Statement

Amount         USD                    20,350,000,00

Ordering customer:
Advantage Award Shipping LLC c/o
Trident Corporate Serv.Ltd
One Bay Street, P.O.Box N-3944
Nassau

Beneficiary:
15042895
Value Shipping Ltd.

198 Old Bakery Street
Valletta

Amount posted  USD            20,350,000,00

Value date    21.05.2015

Notes for the ordering customer:

Purpose of remittance:
purchase price of Advantage Award
(ex Value)

Please observe your liabilities concerning the German foreign trade regulations
This advice bears no signature

# Telefax     HypoVereinsbank     Member of UniCredit

Datum / Date: 22/05/2015

Seitenanzahl insgesamt: 1
Total Number of Pages:

Absender / From : UniCredit Bank Aktiengesellschaft
To : Value Shipping Ltd.

---

Avisierung eines Zahlungseingangs aus dem Ausland fuer
Value Shipping Ltd.
80311 Muenchen, 22.05.2015
Unsere Referenznummer / our reference number (20)
A2NK02105454564
Zahlungsavis an
00902123255814
Value Shipping Ltd.
Wir haben verguetet / we have paid

+-------------------------------------------------------------------+
Betrag / amount + USD                    20.350.000,00 +
+-------------------------------------------------------------------+
in Worten / in words  *USD*TWO*ZERO*THREE*FIVE*ZERO*ZERO*ZERO***
*ZERO***********************************************
Ohne Preise fuer den Beguenstigten / without charges to beneficiary
Valuta / value 21.05.2015
Ausfuehrungsdatum / day of execution 22.05.2015
Beguenstigter / beneficiary (59)
Value Shipping Ltd.

190 Old Bakery Street
Valletta
Kontonummer / account number
15042095
Auftraggeber / by order of (50)
Advantage Award Shipping LLC c/o
Trident Corporate Serv.Ltd
One Bay Street, P.O.Box N-3944
Nassau
Zahlungsgrund / remittance information (70)
purchase price of Advantage Award
(ex Value)

Mit freundlichen Gruessen / best regards
UniCredit Bank Aktiengesellschaft
80311 Muenchen

Dieser Beleg traegt keine Unterschrift

※ Garanti   Dekont

T. GARANTI BANKASI A.Ş.
*(faded stamp text, illegible)*

HAVALE

| | |
|---|---|
| ŞUBE ADI | : MECİDİYEKÖY TİCARİ |
| MÜŞTERİ NUMARASI | : 80912175 |
| HESAP NUMARASI | : 119/9091529 |
| İŞLEM TARİHİ | : 18/02/2015 -HRP1/ 169 |
| VERGİ DAİRESİ | : MECİDİYEKÖY |
| VERGİ NO | : 0090834634 |
| İŞLEM YERİ | : HESAP İŞLEMLERİ |
| DÜZENLENME TARİHİ | : 18.02.2015 |
| IBAN: | TR28 0006 2000 1190 0009 0915 29 |

SAYIN
ADVANTAGE TANKERS LLC
TRUST COMPANY COMPLEX AJELTKEE ROAD

MARSHALL ADALARI

| PARA TRANSFERİ HESAPTAN HESABA | |
|---|---|
| ALACAKLI ŞUBE | : MECİDİYEKÖY TİCARİ |
| ALACAKLI HESAP | : 00119 / 9090157 PROFIT SHIPPING LTD |
| ALACAKLI IBAN | : TR18 0006 2000 1190 0009 0901 57 |
| KOMİSYON TUTARI | : 13,00 USD |

YALNIZ OnİkiMilyonSekizYüzKırkBeşBinOnüçUSD,%00

| | |
|---|---|
| SIRA NO : 2015-02-18-13.15.41.827221 | TUTAR : - 12,845,013,00 USD |

G0007

T. GARANTİ BANKASI A.Ş.
[faded address text]
www.garanti.com.tr

**%Garanti** Dekont

HAVALE

ŞUBE ADI : MECİDİYEKÖY TİCARİ
MÜŞTERİ NUMARASI : 12704221
HESAP NUMARASI : 119/9090157
İŞLEM TARİHİ : 18/02/2015 -MBPi/ 169
VERGİ DAİRESİ : ULAŞTIRMA
VERGİ NO : 7330343936
İŞLEM YERİ : HESAP İŞLEMLERİ
DÜZENLEME TARİHİ: 18.02.2015
IBAN:TR18 0006 2000 1190 0009 0901 57

SAYIN
PROFIT SHIPPING LTD.
BÜYÜKDERE CAD.YAPI KREDİ PLAZA
A BLOK KAT:12

34330    BEŞİKTAŞ/İSTANBUL

EFTA TRANSFERİ HESAPTAN HESABA
BORÇLU ŞUBE : MECİDİYEKÖY TİCARİ
BORÇLU HESAP : 00119 / 9091629 ADVANTAGE TANKERS LLC
BORÇLU IBAN : TR28 0006 2000 1190 0009 0915 29

YALNIZ OnİkiMilyonSekizYüzKırkBeşbinUSD.%00

SIRA NO : 2015-02-18-13.15.41.827221

TUTAR : $ 12.845.000,00 USD

**Garantİ** **Dekont**

T. GARANTİ BANKASI A.Ş.
...

HAVALE

| | |
|---|---|
| ŞUBE ADI | : MECİDİYEKÖY TİCARİ |
| MÜŞTERİ NUMARASI | : 80912175 |
| HESAP NUMARASI | : 119/9091629 |
| İŞLEM TARİHİ | : 02/04/2015 -İBRA/ 145 |
| VERGİ DAİRESİ | : MECİDİYEKÖY |
| VERGİ NO | : 0080634634 |
| İŞLEM YERİ | : HESAP İŞLEMLERİ |
| DÜZENLENME TARİHİ | : 02.04.2015 |
| IBAN: TR28 0006 2000 1190 0009 0915 29 | |

SAYIN
ADVANTAGE TANKERS LLC
TRUST COMPANY COMPLEX AJELTEKE ROAD

MARSHALL ADALARI

PARA TRANSFERİ HESAPTAN HESABA
ALACAKLI ŞUBE          : MECİDİYEKÖY TİCARİ
ALACAKLI HESAP         : 00119 / 9090023 TARGET SHIPPING LTD
ALACAKLI IBAN          : TR17 0006 2000 1190 0009 0900 23
KOMİSYON TUTARI        : 20,00 USD

YALNIZ YİrmiMİlyonDörtYüzSeksenBeşBinYirmiUSD.#00

SIRA NO : 2015-04-02-13.48.47.720134

TUTAR :          20,485,020,00 USD

G0009

**Garanti** Dekont

HAVALE

T.GARANTİ BANKASI A.Ş.
...
www.garanti.com.tr

ŞUBE ADI            : MECIDIYEKÖY TICAR.
MÜŞTERI NUMARASI    : 16342210
HESAP NUMARASI      : 119/9090023
İŞLEM TARİHİ        : 02/04/2015 -IBRA/ 145
VERGİ DAİRESİ       : ULASTIRMA
VERGİ NO            : 0230325630
İŞLEM YERİ          : HESAP İŞLEMLERI
DÜZENLENME TARİHİ: 02.04.2015
IBAN:TR47 0006 2000 1190 0009 0900 23

SAYIN
TARGET SHIPPING LTD.
BÜYÜKDERE CAD.YAPI KREDİ PLAZA
A BLOK KAT:12

34330    BEŞİKTAŞ/İSTANBUL

PARA TRANSFERI HESAPTAN HESABA
BORÇLU ŞUBE     : MECIDIYEKÖY TICARI
BORÇLU HESAP    : 00319 / 9091529 ADVANTAGE TANKERS LLC
BORÇLU IBAN     : TR29 0006 2000 1190 0009 0915 29

YALNIZ YirmiMilyonDörtYüzSekizBinUSD,%00

SIRA NO : 2015-04-02-13,46.47.720118

TUTAR :        + 20,408,000,00 USD

**🦋 Garanti** dekont

HAVALE

| | |
|---|---|
| ŞUBE ADI : MECİDİYEKÖY TİCARİ | SAYIN |
| MÜŞTERİ NUMARASI : 80912175 | ADVANTAGE TANKERS LLC |
| HESAP NUMARASI : 119/9093529 | TRUST COMPANY COMPLEX AJELTEKE ROAD |
| İŞLEM TARİHİ : 03/04/2015 -KBYT/ 203 | |
| VERGİ DAİRESİ : MECİDİYEKÖY | MARSHALL ADALARI |
| VERGİ NO : 0060034634 | |
| İŞLEM YERİ : HESAP İŞLEMLERİ | |
| DÜZENLEME TARİHİ: 03.04.2015 | |
| IBAN: TR38 0006 2000 1190 0009 0935 29 | |

PARA TRANSFERİ HESAPTAN HESABA
ALACAKLI ŞUBE : MECİDİYEKÖY TİCARİ
ALACAKLI HESAP : 00119 / 9093277 TRUE SHIPPING LTD
ALACAKLI IBAN : TR13 0006 2000 1190 0009 0093 77
KOMİSYON TUTARI : 17,50 USD

YALNIZ OnYediMilyonBeşYüzBinOnYediUSD.¥50

| SIRA NO : 2015-04-03-10.48.47.720375 | TUTAR : - 17.500.017,50 USD |
|---|---|

G0011



T. GARANTİ BANKASI A.Ş.
...
www.garanti.com.tr

## Garanti Dekont

HAVALE

ŞUBE ADI            : MECİDİYEKÖY TİCARİ
MÜŞTERİ NUMARASI    : 20840869
HESAP NUMARASI      : 119/9009277
İŞLEM TARİHİ        : 03/04/2015 -KPTT/ 205
VERGİ DAİRESİ       : OLASTIRMA
VERGİ NO            : 0590544026
İŞLEM YERİ          : HESAP İŞLEMLERİ
DÜZENLEME TARİHİ    : 03.04.2015
IBAN:TR13 0006 2000 1190 0009 0092 77

SAYIN
TRUE SHIPPING LTD.
BÜYÜKDERE CAD. YAPI KREDİ PLAZA
A BLOK KAT:12

34330   BEŞİKTAŞ/İSTANBUL

PARA TRANSFERİ HESAPTAN HESABA
BORÇLU ŞUBE         : MECİDİYEKÖY TİCARİ
BORÇLU HESAP        : 00119 / 9009152% ADVANTAGE TANKERS LLC
BORÇLU IBAN         : TR38 0006 2000 1190 0009 0915 29

YALNIZ OnYediMilyonBeşyüzbinUSD. 200

SIRA NO : 2015-04-03-10.48.47.730375

TUTAR :                    : 17.500.000,00 USD

**%Garanti** Dekont

T. GARANTİ BANKASI A.Ş.
...Meclidiye...Levent, İstanbul
...www.garanti.com.tr

HAVALE

| | |
|---|---|
| ŞUBE ADI | : MECİDİYEKÖY TİCARİ |
| MÜŞTERİ NUMARASI | : 80912176 |
| HESAP NUMARASI | : 119/9091539 |
| İŞLEM TARİHİ | : 30/04/2015 -OYTB/ 215 |
| VERGİ DAİRESİ | : MECİDİYEKÖY |
| VERGİ NO | : 0080034634 |
| İŞLEM YERİ | : HESAP İŞLEMLERİ |
| DÜZENLENME TARİHİ: 30.04.2015 |
| IBAN: TR26 0006 2000 1190 0009 0915 29 |

SAYIN
ADVANTAGE TANKERS LLC
TRUST COMPANY COMPLEX AJELTAKE ROAD

MARSHALL ADALARI

PARA TRANSFERİ HESAPTAN HESABA
ALACAKLI ŞUBE     : MECİDİYEKÖY TİCARİ
ALACAKLI HESAP    : 00119 / 9083306 BLANK SHIPPING LTD.
ALACAKLI IBAN     : TR06 0006 2000 1190 0009 0893 06
KOMİSYON TUTARI   : 20,00 USD

YALNIZ YirmiBeşMilyonDörtYüzSeksenYediBinYediYüzYetmişBeşUSD,%00

| | |
|---|---|
| SIRA NO : 2015-04-30-12.45.48.724040 | TUTAR : 25.487.775,00 USD |

G0013

✻ Garanti    Dekont

T. GARANTİ BANKASI A.Ş.
[illegible watermark text]

HAVALE

| | |
|---|---|
| ŞUBE ADI | : MECİDİYEKÖY TİCARİ |
| MÜŞTERİ NUMARASI | : 20733358 |
| HESAP NUMARASI | : 119/9089306 |
| İŞLEM TARİHİ | : 30/04/2015 -OYIB/ 215 |
| VERGİ DAİRESİ | : ULAŞTIRMA |
| VERGİ NO | : 1700714347 |
| İŞLEM YERİ | : HESAP İŞLEMLERİ |
| DÜZENLENME TARİHİ | : 30.04.2015 |
| IBAN | :TR06 0006 2000 1190 0009 0893 06 |

SAYIN
BLANK SHIPPING LTD.
BÜYÜKDERE CAD.YAPI KREDİ PLAZA
A BLOK KAT:12

34330    BEŞİKTAŞ/İSTANBUL

PARA TRANSFERİ HESAPTAN HESABA
BORÇLU ŞUBE         : MECİDİYEKÖY TİCARİ
BORÇLU HESAP        : 00119 / 9091529 ADVANTAGE TANKERS LLC
BORÇLU IBAN         : TR26 0006 2000 1190 0009 0915 29

YALNIZ YirmiBeşMilyonDörtYüzSeksenYediBinYediYüzElliBeşUSD.#00

| | |
|---|---|
| SIRA NO : 2015-04-30-12.45.48.724048 | TUTAR :        # 25,487,755,00 USD |

G0014

 Garanti 

HAVALE

ŞUBE ADI : MECİDİYEKÖY TİCARİ
MÜŞTERİ NUMARASI : 80912175
HESAP NUMARASI : 119/9091529
İŞLEM TARİHİ : 30/04/2015 -DEKL./ 182
VERGİ DAİRESİ : MECİDİYEKÖY
VERGİ NO : 0000834634
İŞLEM YERİ : HESAP İŞLEMLERİ
DÜZENLENME TARİHİ: 30.04.2015
IBAN: TR20 0006 2000 1190 0009 0915 29

SAYIN
ADVANTAGE TANKERS LLC
TRUST COMPANY COMPLEX AJELTEKE ROAD

MARSHALL ADALARI

PARA TRANSFERİ HESAPTAN HESABA
ALACAKLI ŞUBE : MECİDİYEKÖY TİCARİ
ALACAKLI HESAP : 00119 / 9009497 REEF SHIPPING LTD
ALACAKLI IBAN : TR07 0006 2000 1190 0009 0894 97
KOMİSYON TUTARI : 10,50 USD

YALNIZ OnMilyonÜçyÜzSeksenYediBinÜçyÜzDÖrtUSD.%50

SIRA NO : 2015-04-30-11.19.48.724079          TUTAR : 10.387.304,50 USD

GARANTİ BANKASI A.Ş.
...
www.garanti.com.tr

# ❊ Garanti   Dekont

HAVALE

| | |
|---|---|
| ŞUBE ADI | : MECİDİYEKÖY TİCARİ |
| MÜŞTERİ NUMARASI | : 19056757 |
| HESAP NUMARASI | : 119/9009497 |
| İŞLEM TARİHİ | : 30/04/2015 -DEHL/ 182 |
| VERGİ DAİRESİ | : ULAŞTIRMA |
| VERGİ NO | : 7340639025 |
| İŞLEM YERİ | : HESAP İŞLEMLERİ |
| DÜZENLEME TARİHİ: 30.04.2015 |
| IBAN: TR87 0006 2000 1190 0009 0094 97 |

SAYIN
REEF SHIPPING LTD.
BÜYÜKDERE CAD.YAPI KREDİ PLAZA
A BLOK KAT:12

34330    BEŞİKTAŞ/İSTANBUL

PARA TRANSFERİ HESAPTAN HESABA
BORÇLU ŞUBE      : MECİDİYEKÖY TİCARİ
BORÇLU HESAP     : 00119 / 9051529 ADVANTAGE TANKERS LLC
BORÇLU IBAN      : TR28 0006 2000 1190 0009 0915 29

YALNIZ OnMilyonÜçYüzSeksenYediBinİkiYüzDoksanDörtUSD.У00

| | |
|---|---|
| SIRA NO : 2015-04-30-11.19.40.724079 | TUTAR :        ₺ 10.387.294,00 USD |

**❀ Garanti** **Dekont**

T GARANTI BANKASI A.Ş
Büyükdere Cad. No.63 Maslak İstanbul
Ticaret Sicil No: 99501/43252 Büyük Mükellefler V.D. 3840033593
www.garanti.com.tr

HAVALE

| | |
|---|---|
| ŞUBE ADI | : MECİDİYEKÖY TİCARİ |
| MÜŞTERİ NUMARASI | : 00312175 |
| HESAP NUMARASI | : 119/9091539 |
| İŞLEM TARİHİ | : 07/05/2015 -FSBA/ 263 |
| VERGİ DAİRESİ | : MECİDİYEKÖY |
| VERGİ NO | : 0080034634 |
| İŞLEM YERİ | : HESAP İŞLEMLERİ |
| DÜZENLENME TARİHİ: 07.05.2015 |
| IBAN: TR28 0006 2000 1190 0009 0915 39 |

SAYIN
ADVANTAGE TANKERS LLC
TRUST COMPANY COMPLEX AJELTEKE ROAD

MARSHALL ADALARI

PARA TRANSFERİ HESAPTAN HESABA
ALACAKLI ŞUBE      : MECİDİYEKÖY TİCARİ
ALACAKLI HESAP     : 00119 / 9009862 BLUA SHIPPING LTD
ALACAKLI IBAN      : TR29 0006 2000 1190 0009 0898 62
KOMİSYON TUTARI    : 15,00 USD

YALNIZ OnDörtMilyonSekizYüzAltmışİkiBinBeşYüzOnBeşUSD,%00

| | | |
|---|---|---|
| SIRA NO : 3015-05-07-13,22,49,012417 | TUTAR : | - 14.862.515,00 USD |

G0017

✹ Garanti  Dekont

T. GARANTİ BANKASI A.Ş.

HAVALE

ŞUBE ADI           : MECİDİYEKÖY TİCARİ
MÜŞTERİ NUMARASI   : 18043940
HESAP NUMARASI     : 119/9069862
İŞLEM TARİHİ        : 07/05/2015 -ESBA/ 263
VERGİ DAİRESİ      : ULAŞTIRMA
VERGİ NO           : 1700705170
İŞLEM YERİ         : HESAP İŞLEMLERİ
DÜZENLEME TARİHİ: 07.05.2015
IBAN: TR29 0006 2000 1190 0009 0890 62

SAYIN
BLUE SHIPPING LTD.
BÜYÜKDERE CAD.YAPI KREDİ PLAZA
A BLOK KAT:12

34330    BEŞİKTAŞ/İSTANBUL.


PARA TRANSFERİ HESAPTAN HESABA
BORÇLU ŞUBE        : MECİDİYEKÖY TİCARİ
BORÇLU HESAP       : 00119 / 9091529 ADVANTAGE TANKERS LLC
BORÇLU IBAN        : TR28 0006 2000 1190 0009 0915 29


YALNIZ OnDörtMilyonSekizYüzAltmışİkiBinBeşYüzUSD,₺00


BİRA NO : 2015-05-07-13.22.48.812417          TUTAR :        : 14.862.500,00 USD

G0018

**T.GARANTİ BANKASI A.Ş.**
Genel Müdürlük: Nispetiye Mah. Aytar Cad. No:2 Levent 34340 Levent/İstanbul
Ticaret Sicil Müdürlüğü: İstanbul Ticaret Sicil No:167498/111020
MERSİS NO: 0879 0017 5400 1041
www.garantibank.com.tr

 **Garanti** Dekont

HAVALE

| | |
|---|---|
| **ŞUBE ADI** | : MECİDİYEKÖY TİCARİ |
| **MÜŞTERİ NUMARASI** | : 609312175 |
| **HESAP NUMARASI** | : 119/9091639 |
| **İŞLEM TARİHİ** | : 08/05/2015 -BTICI/ 291 |
| **VERGİ DAİRESİ** | : MECİDİYEKÖY |
| **VERGİ NO** | : 0080634634 |
| **İŞLEM YERİ** | : HESAP İŞLEMLERİ |
| **DÜZENLEME TARİHİ:** 08.05.2015 |
| **IBAN:** TR28 0006 2000 1190 0009 0915 29 |

SAYIN
ADVANTAGE TANKERS LLC
TRUST COMPANY COMPLEX AJELTAKE ROAD

MARSHALL ADALARI

PARA TRANSFERİ HESAPTAN HESABA
| | |
|---|---|
| **ALACAKLI ŞUBE** | : MECİDİYEKÖY TİCARİ |
| **ALACAKLI HESAP** | : 00119 / 9092361 PINK SHIPPING LTD |
| **ALACAKLI IBAN** | : TR02 0006 2000 1190 0009 0892 01 |
| **KOMİSYON TUTARI** | : 10,50 USD |

YALNIZ OnMilyonİkiYüzDoksanYediBinSekizYüzDoksanBirUSD,%50

| SIRA NO : 2015-05-08-13.47.48.012537 | TUTAR : 10,297,891,50 USD |
|---|---|

G0019

🔷Garanti  Dekont

HAVALE

| | | |
|---|---|---|
| ŞUBE ADI | : MECİDİYEKÖY TİCARİ | |
| MÜŞTERİ NUMARASI | : 20636000 | |
| HESAP NUMARASI | : 119/ 9063261 | |
| İŞLEM TARİHİ | : 08/05/2015 -NTEN/ 291 | |
| VERGİ DAİRESİ | : OLASTINNA | |
| VERGİ NO | : 7300356523 | |
| İŞLEM YERİ | : HESAP İŞLEMLERİ | |
| DÜZENLEME TARİHİ | : 08.05.2015 | |
| IBAN: TR03 0006 2000 1190 0009 0892 81 | | |

SAYIN
PINK SHIPPING LTD,
BÜYÜKDERE CAD,YAPI KREDİ PLAZA
A BLOK KAT:12

34330    BEŞİKTAŞ/İSTANBUL

PARA TRANSFERİ HESAPTAN HESABA
BORÇLU ŞUBE       : MECİDİYEKÖY TİCARİ
BORÇLU HESAP      : 00119 / 9091529 ADVANTAGE TANKERS LLC
BORÇLU IBAN       : TR28 0006 2000 1190 0009 0915 29

YALNIZ OnMilyonİkiYüzDoksanYediBinDokizYüzSeksenBirUSD.%00

| | |
|---|---|
| SIRA NO : 2015-05-08-13,47,46,812627 | TUTAR :        + 10,297,881,00 USD |

**≋ Garanti  Dekont**

HAVALE

| | |
|---|---|
| ŞUBE ADI | : MECİDİYEKÖY TİCARİ |
| MÜŞTERİ NUMARASI | : 00912175 |
| HESAP NUMARASI | : 119/9091529 |
| İŞLEM TARİHİ | : 08/06/2015 -MTDV/ 327 |
| VERGİ DAİRESİ | : MECİDİYEKÖY |
| VERGİ NO | : 0080034634 |
| İŞLEM YERİ | : HESAP İŞLEMLERİ |
| DÜZENLENME TARİHİ: 08.06.2015 | |
| IBAN: TR30 0006 2000 1190 0009 0919 29 | |

SAYIN
ADVANTAGE TANKERS LLC
TRUST COMPANY COMPLEX AJELTEKE ROAD

MARSHALL ADALARI

| | |
|---|---|
| PARA TRANSFERİ HESAPTAN HESABA | |
| ALACAKLI ŞUBE | : MECİDİYEKÖY TİCARİ |
| ALACAKLI HESAP | : 00119 / 9089304 PRIMA SHIPPING LTD |
| ALACAKLI IBAN | : TR60 0006 2000 1190 0009 6893 04 |
| KOMİSYON TUTARI | : 15,00 USD |

YALNIZ OnDörtMilyonYediYüzElliİkiBinİkiYüzAltmışBeşUSD.tt0

| | |
|---|---|
| SIRA NO : 2015-06-08-13.50.48.914264 | TUTAR :      14.752.265,00 USD |

G0021

T. GARANTI BANKASI A.Ş.

## Garanti Dekont

HAVALE

| | | |
|---|---|---|
| ŞUBE ADI | : MECİDİYEKÖY TİCARİ | |
| MÜŞTERİ NUMARASI | : 20733052 | |
| HESAP NUMARASI | : 119/ 9089504 | |
| İŞLEM TARİHİ | : 08/06/2015 -WTDV/ 12 / | |
| VERGİ DAİRESİ | : ULAŞTIRMA | |
| VERGİ NO | : 73303767706 | |
| İŞLEM YERİ | : HESAP İŞLEMLERİ | |
| DÜZELTME TARİHİ: 08.06.2015 | | |
| IBAN: TR60 0006 2000 1190 0009 0893 04 | | |

SAYIN
PRIMA SHIPPING LTD.
BÜYÜKDERE CAD.YAPI KREDİ PLAZA
A BLOK KAT:12

34330    BEŞİKTAŞ/İSTANBUL

PARA TRANSFERİ HESAPTAN HESABA
BORÇLU ŞUBE         : MECİDİYEKÖY TİCARİ
BORÇLU HESAP        : 00119 / 9091529 ADVANTAGE TANKERS LLC
BORÇLU IBAN         : TR28 0006 2000 1190 0009 0915 29

YALNIZ OnDörtMilyonYediYüzElliİkiBinİkiYüzElliUSD,100

| SIRA NO : 2015-06-08-13.50.46.914254 | TUTAR : | + 14.752.250,00 USD |
|---|---|---|

# Payment2245001832054516 Details

| | |
|---|---|
| Preformat Code | GEDEN ECLIPSE LIQUIDITY |
| Debit Account Number | 11963767 |
| Account Currency | USD |
| Account Name | GEDEN HOLDINGS LTD |
| Payment Currency | USD |
| Payment Amount | 430,370.22 |
| Payment Method | Cross Border Funds Transfer |
| Payment Type | |
| Transaction Reference Number | 2245001832054516 |
| Confidential | No |
| Related Reference Number | |
| Intra-Company | No |
| Ordering Party Name / Address | GEDEN HOLDINGS LTD<br>85 St.John's Street<br>Valletta Malta |
| Ordering Party Account Number | 11963767 |
| Value Date | 12/08/2015 |
| Beneficiary Account or Other ID Type | /ACCT/ |
| Beneficiary Account or Other ID | 89006471400227 |
| Beneficiary is | Not a Bank |
| Beneficiary Name / Address | NIBC Bank NV., All Branches /<br>Greece |
| Beneficiary Country Code | |
| Beneficiary Country Name | |
| Beneficiary Bank Routing Method | FEDWIRE ROUTING NUMBER |
| Beneficiary Bank Routing Code | 021000018 |
| Beneficiary Bank Name / Address | THE BANK OF NEW YORK MELLON<br>NEW YORK<br>NY<br>UNITED STATES |
| Beneficiary Bank Country Code | US |
| Beneficiary Country Name | UNITED STATES |
| Intermediary Bank Routing Method | |
| Intermediary Bank Routing Code | |
| Beneficiary Bank Account held at Intermediary Bank | |
| Intermediary Bank Name / Address | |
| Intermediary Bank Country Code | |
| Intermediary Bank Country Name | |
| Bank Details | |
| Instruction Code | |
| Regulatory Reporting | |
| Payment Details | ECLIPSE LIQUIDITY INC.-AVOR |
| Charges Indicator | Our |
| Priority Flag | No |
| MBTI Confirmation | No |
| Submitted By | SUREYYA AKOL |
| Submission Date/Time | 12/08/2015 17:15:24 |
| Status | Released |
| Sub-Status | |

12/08/2015 at 17:24:06 EEST

G0023

# Payment2785001873740978 Details  AVOR

| | |
|---|---|
| | GEDEN ECLIPSE LIQUIDITY |
| Proformat Code | 11963767 |
| Debit Account Number | USD |
| Account Currency | GEDEN HOLDINGS LTD |
| Account Name | USD |
| Payment Currency | 439,890.00 |
| Payment Amount | Cross Border Funds Transfer |
| Payment Method | |
| Payment Type | 2785001873740978 |
| Transaction Reference Number | No |
| Confidential | |
| Related Reference Number | No |
| Intra-Company | GEDEN HOLDINGS LTD |
| Ordering Party Name / Address | 85 St. John's Street |
| | Valletta Malta |
| | |
| | 11963767 |
| Ordering Party Account Number | 05/10/2015 |
| Value Date | /ACCT/ |
| Beneficiary Account or Other ID Type | 9900647140022 |
| Beneficiary Account or Other ID | Not a Bank |
| Beneficiary Is | NIBC Bank NV., All Branches / |
| Beneficiary Name / Address | Greece |
| | |
| | |
| Beneficiary Country Code | |
| Beneficiary Country Name | FEDWIRE ROUTING NUMBER |
| Beneficiary Bank Routing Method | 021000018 |
| Beneficiary Bank Routing Code | THE BANK OF NEW YORK MELLON |
| Beneficiary Bank Name / Address | NEW YORK |
| | NY |
| | UNITED STATES |
| | US |
| Beneficiary Bank Country Code | UNITED STATES |
| Beneficiary Country Name | |
| Intermediary Bank Routing Method | |
| Intermediary Bank Routing Code | |
| Beneficiary Bank Account held at Intermediary Bank | |
| Intermediary Bank Name / Address | |
| | |
| | |
| Intermediary Bank Country Code | |
| Intermediary Bank Country Name | |
| Bank Details | |
| Instruction Code | |
| Regulatory Reporting | ECLIPSE LIQUIDITY INC.- AVOR |
| Payment Details | Our |
| Charges Indicator | No |
| Priority Flag | No |
| MBTI Confirmation | SUREYYA AKOL |
| Submitted By | 05/10/2015 12:59:07 |
| Submission Date/Time | Released |
| Status | |
| Sub-Status | |

05/10/2015 at 13:04:57 EEST

G002

TRN :5501196010782
Msg Type :103 SINGLE CUSTOMER CREDIT TRANSFER
Receiver :IRVTUS3NXXX THE BANK OF NEW YORK MELLON NEW YORK,NY
:20: TRANSACTION REFERENCE NUMBER
5501196010782
:23B: BANK OPERATION CODE
CRED
:32A: VALUE DATE,CURRENCY CODE,AMOUNT
150313USD469960,
:50K: ORDERING CUSTOMER ADDRESS
/TR630006200011900009091481
GEDEN HOLDINGS LTD
BUYUKDERE CAD. YAPI KREDI PLAZA A B
LOK KAT:12 BESIKTAS ISTANBUL TURKIY
59:/09006471400227
NIBC BANK N.V
:70: DETAILS OF PAYMENT
/RFB/ECLIPSE LIQUIDITY INC AVOR
:71A: DETAILS OF CHARGES
OUR

# Payment1355001761859842 Details

| | |
|---|---|
| Proforma Code | GEDEN ECLIPSE LIQUIDITY |
| Debit Account Number | 11963767 |
| Account Currency | USD |
| Account Name | GEDEN HOLDINGS LTD |
| Payment Currency | USD |
| Payment Amount | 469,960.00 |
| Payment Method | Cross Border Funds Transfer |
| Payment Type | |
| Transaction Reference Number | 1355001761859842 |
| Confidential | No |
| Related Reference Number | |
| Intra-Company | No |
| Ordering Party Name / Address | GEDEN HOLDINGS LTD 85 St.John's Street Valletta Malta |
| Ordering Party Account Number | 11963767 |
| Value Date | 15/05/2015 |
| Beneficiary Account or Other ID Type | /ACCT/ |
| Beneficiary Account or Other ID | 89006471400227 |
| Beneficiary Is | Not a Bank |
| Beneficiary Name / Address | NIBC Bank NV., All Branches / Greece |
| Beneficiary Country Code | |
| Beneficiary Country Name | |
| Beneficiary Bank Routing Method | FEDWIRE ROUTING NUMBER |
| Beneficiary Bank Routing Code | 021000018 |
| Beneficiary Bank Name / Address | THE BANK OF NEW YORK 1290 AVENUE OF AMERICAS NEW YORK NY 10104 |
| Beneficiary Bank Country Code | US |
| Beneficiary Country Name | UNITED STATES |
| Intermediary Bank Routing Method | |
| Intermediary Bank Routing Code | |
| Intermediary Bank Name / Address | |
| Intermediary Bank Country Code | |
| Intermediary Bank Country Name | |
| Bank Details | |
| Instruction Code | |
| Regulatory Reporting | |
| Payment Details | ECLIPSE LIQUIDITY INC - AVOR |
| Charges Indicator | Our |
| Priority Flag | No |
| MBTI Confirmation | No |
| Submitted By | SUREYYA AKOL |
| Submission Date/Time | 15/05/2015 11:19:50 |
| Status | Released |
| Sub-Status | |

15/05/2015 at 11:26:59 EEST

G0026

# Payment2615001860561939 Details

| | |
|---|---|
| | GEDEN ECLIPSE LIQUIDITY |
| Proformat Code | 11963767 |
| Debit Account Number | USD |
| Account Currency | GEDEN HOLDINGS LTD |
| Account Name | USD |
| Payment Currency | 403,407,19 |
| Payment Amount | Cross Border Funds Transfer |
| Payment Method | |
| Payment Type | 2615001860561939 |
| Transaction Reference Number | No |
| Confidential | |
| Related Reference Number | No |
| Intra-Company | GEDEN HOLDINGS LTD |
| Ordering Party Name / Address | 85 St.John's Street |
| | Valletta Malta |
| | |
| | 11963767 |
| Ordering Party Account Number | 18/09/2015 |
| Value Date | /ACCT/ |
| Beneficiary Account or Other ID Type | 05006471400227 |
| Beneficiary Account or Other ID | Not a Bank |
| Beneficiary Is | NIBC Bank NV., All Branches / |
| Beneficiary Name / Address | Greece |
| | |
| | |
| | |
| Beneficiary Country Code | |
| Beneficiary Country Name | FEDWIRE ROUTING NUMBER |
| Beneficiary Bank Routing Method | 021000018 |
| Beneficiary Bank Routing Code | THE BANK OF NEW YORK MELLON |
| Beneficiary Bank Name / Address | NEW YORK |
| | NY |
| | UNITED STATES |
| | |
| | US |
| Beneficiary Bank Country Code | UNITED STATES |
| Beneficiary Country Name | |
| Intermediary Bank Routing Method | |
| Intermediary Bank Routing Code | |
| Beneficiary Bank Account hold at Intermediary Bank | |
| Intermediary Bank Name / Address | |
| | |
| | |
| Intermediary Bank Country Code | |
| Intermediary Bank Country Name | |
| Bank Details | |
| Instruction Code | |
| Regulatory Reporting | |
| Payment Details | Our |
| Charges Indicator | No |
| Priority Flag | No |
| MBTI Confirmation | KADIR YORUSAK |
| Submitted By | 18/09/2015 14:22:46 |
| Submission Date/Time | CB Accepted |
| Status | |
| Sub-Status | |

18/09/2015 at 14:36:5) EEST

G00

TRN :5501196055868
Msg Type :103 SINGLE CUSTOMER CREDIT TRANSFER
Receiver :PNBPUS3NNYC WELLS FARGO BANK, N.A. NEW YORK,NY (NEW YORK INTERNAT
:20: TRANSACTION REFERENCE NUMBER
5501196055868
:23B: BANK OPERATION CODE
CRED
:32A: VALUE DATE,CURRENCY CODE,AMOUNT
151210USD372527,
:50K: ORDERING CUSTOMER ADDRESS
/TR630006200011900009091481
GEDEN HOLDINGS LTD
BUYUKDERE CAD. YAPI KREDI PLAZA A B
LOK KAT;12 BESIKTAS ISTANBUL TURKIY
56A:BNPAUS3NXXX
:57A: BIC
BPPBCHGGXXXBNP PARIBAS (SUISSE) SA GENEVA
:59: BENEFICIARY
/CH720868600108964001
A! GIORGIS OIL TRADING LIMITED
:71A: DETAILS OF CHARGES
OUR

G0028

TRN :5501196050181
Msg Type :103 SINGLE CUSTOMER CREDIT TRANSFER
Receiver :IRVTUS3NXXX THE BANK OF NEW YORK MELLON NEW YORK,NY
:20: TRANSACTION REFERENCE NUMBER
5501196050181
:23B: BANK OPERATION CODE
CRED
:32A: VALUE DATE,CURRENCY CODE,AMOUNT
151109USD360510,
:50K: ORDERING CUSTOMER ADDRESS
/TR630006200011900009091481
GEDEN HOLDINGS LTD
BUYUKDERE CAD. YAPI KREDI PLAZA A B
LOK KAT:12 BESIKTAS ISTANBUL TURKIY
56A:BNPAUS3NXXX
:57A: BIC
BPPBCHGGXXXBNP PARIBAS (SUISSE) SA GENEVA
:59: BENEFICIARY
/CH7208686001089643001
AI GIORGIS OIL TRADING LIMITED
:71A: DETAILS OF CHARGES
OUR

G0029

# Payment 2605001859464794 Details

| | |
|---|---|
| Proforma Code | GEDEN AI GIORGIS OIL TRADING LTD |
| Debit Account Number | 11963767 |
| Account Currency | USD |
| Account Name | GEDEN HOLDINGS LTD |
| Payment Currency | USD |
| Payment Amount | 360,510.00 |
| Payment Method | Cross Border Funds Transfer |
| Payment Type | |
| Transaction Reference Number | 2605001859464794 |
| Confidential | No |
| Related Reference Number | |
| Intra-Company | No |
| Ordering Party Name / Address | GEDEN HOLDINGS LTD<br>85 St. John's Street<br>Valletta Malta |
| Ordering Party Account Number | 11963767 |
| Value Date | 17/09/2015 |
| Beneficiary Account or Other ID Type | /ACCT/ |
| Beneficiary Account or Other ID | CH7208060601009643001 |
| Beneficiary Is | Not a bank |
| Beneficiary Name / Address | AI GIORGIS OIL TRADING LIMITED /<br>GREECE |
| Beneficiary Country Code | |
| Beneficiary Country Name | |
| Beneficiary Bank Routing Method | SWIFT |
| Beneficiary Bank Routing Code | BPPBCHGG |
| Beneficiary Bank Name / Address | BNP PARIBAS (SUISSE) SA<br>2, PLACE DE HOLLANDE<br>GENEVA, SWITZERLAND<br>1211 |
| Beneficiary Bank Country Code | CH |
| Beneficiary Country Name | SWITZERLAND |
| Intermediary Bank Routing Method | SWIFT |
| Intermediary Bank Routing Code | BNPAUS3N |
| Beneficiary Bank Account held at Intermediary Bank | |
| Intermediary Bank Name / Address | BNP PARIBAS U.S.A-NEW YORK BRANCH<br>787, SEVENTH AVENUE<br>NEW YORK, NEW YORK, UNITED STATES<br>10019 |
| Intermediary Bank Country Code | US |
| Intermediary Bank Country Name | UNITED STATES |
| Bank Details | |
| Instruction Code | |
| Regulatory Reporting | |
| Payment Details | |
| Charges Indicator | Our |
| Priority Flag | No |
| MBTI Confirmation | No |
| Submitted By | KADIR YUMUSAK |
| Submission Date/Time | 17/09/2015 13:26:45 |
| Status | CB Accepted |
| Sub-Status | |

TRN :5501196007767
Msg Type :103 SINGLE CUSTOMER CREDIT TRANSFER
Receiver :IRVTUS3NXXX THE BANK OF NEW YORK MELLON NEW YORK,NY
:20: TRANSACTION REFERENCE NUMBER
5501196007767
:23B: BANK OPERATION CODE
CRED
:32A: VALUE DATE,CURRENCY CODE,AMOUNT
150223USD336476,
:50K: ORDERING CUSTOMER ADDRESS
/TR630006200011900009091481
GEDEN HOLDINGS LTD
BUYUKDERE CAD. YAPI KREDI PLAZA A B
LOK KAT:12 BESIKTAS ISTANBUL TURKIY
56A:BNPAUS3NXXX
:57A: BIC
BPPBCHGGXXXBNP PARIBAS (SUISSE) SA GENEVA
:59: BENEFICIARY
/CH7200686001089643001
AI GIORGIS OIL TRADING LIMITED
:71A: DETAILS OF CHARGES
OUR

TRN :5501196017149
Msg Type :103 SINGLE CUSTOMER CREDIT TRANSFER
Receiver :BOFAUS3NXXX BANK OF AMERICA, N.A. NEW YORK,NY
:20: TRANSACTION REFERENCE NUMBER
5501196017149
:23B: BANK OPERATION CODE
CRED
:32A: VALUE DATE,CURRENCY CODE,AMOUNT
150422USD370725,95
:50K: ORDERING CUSTOMER ADDRESS
/TR630006200011900009091481
GEDEN HOLDINGS LTD
BUYUKDERE CAD. YAPI KREDI PLAZA A B
LOK KAT:12 BESIKTAS ISTANBUL TURKIY
56A:BNPAUS3NXXX
BPPBCHGGXXXBNP PARIBAS (SUISSE) SA GENEVA
:57A: BIC
:59: BENEFICIARY
/CH7208686001089643001
AI GIORGIS OIL TRADING LIMITED
:71A: DETAILS OF CHARGES
OUR

G0032

TRN :5501196029462
Msg Type :103 SINGLE CUSTOMER CREDIT TRANSFER
Receiver :IRVTUS3NXXX THE BANK OF NEW YORK MELLON NEW YORK,NY
:20: TRANSACTION REFERENCE NUMBER
5501196029462
:23B: BANK OPERATION CODE
CRED
:32A: VALUE DATE,CURRENCY CODE,AMOUNT
150708USD372527,
:50K: ORDERING CUSTOMER ADDRESS
/TRG3000620001190000909148I
GEDEN HOLDINGS LTD
BUYUKDERE CAD. YAPI KREDI PLAZA A B
LOK KAT:12 BESIKTAS ISTANBUL TURKIY
56A:BNPAUS3NXXX
:57A: BIC
BPPBCHGGXXXBNP PARIBAS (SUISSE) SA GENEVA
:59: BENEFICIARY
/CH7208686001089643001
AI GIORGIS OIL TRADING LIMITED
:71A: DETAILS OF CHARGES
OUR

TRN :5501196023696
Msg Type :103 SINGLE CUSTOMER CREDIT TRANSFER
Receiver :IRVTUS3NXXX THE BANK OF NEW YORK MELLON NEW YORK,NY
:20: TRANSACTION REFERENCE NUMBER
5501196023696
:23B: BANK OPERATION CODE
CRED
:32A: VALUE DATE,CURRENCY CODE,AMOUNT
150604USD360510,
:50K: ORDERING CUSTOMER ADDRESS
/TR630006200011900009091481
GEDEN HOLDINGS LTD
BUYUKDERE CAD, YAPI KREDI PLAZA A B
LOK KAT:12 BESIKTAS ISTANBUL TURKIY
56A:BNPAUS3NXXX
:57A: BIC
BPPBCHGGXXXBNP PARIBAS (SUISSE) SA GENEVA
:59: BENEFICIARY
/CH7208606001089643001
AL GIORGIS OIL TRADING LIMITED
:71A: DETAILS OF CHARGES
OUR

TRN :5501196019749
Msg Type :103 SINGLE CUSTOMER CREDIT TRANSFER
Receiver :CHASUS33XXX JPMORGAN CHASE BANK, N.A. NEW YORK,NY
:20: TRANSACTION REFERENCE NUMBER
5501196019749
:23B: BANK OPERATION CODE
CRED
:32A: VALUE DATE,CURRENCY CODE,AMOUNT
150508USD372527,
:50K: ORDERING CUSTOMER ADDRESS
/TR630006200011900009091481
GEDEN HOLDINGS LTD
BUYUKDERE CAD. YAPI KREDI PLAZA A B
LOK KAT:12 BESIKTAS ISTANBUL TURKIY
56A:BNPAUS3NXXX
:57A: BIC
BPPBCHGGXXXBNP PARIBAS (SUISSE) SA GENEVA
:59: BENEFICIARY
/CH7208686001089643001
AI GIORGIS OIL TRADING LIMITED
:71A: DETAILS OF CHARGES
OUR

G0035

TRN :5501196012430
Msg Type :103 SINGLE CUSTOMER CREDIT TRANSFER
Receiver :CHASUS33XXX JPMORGAN CHASE BANK, N.A. NEW YORK,NY
:20: TRANSACTION REFERENCE NUMBER
5501196012430
:23B: BANK OPERATION CODE
CRED
:32A: VALUE DATE,CURRENCY CODE,AMOUNT
150324USD372527,
:50K: ORDERING CUSTOMER ADDRESS
/TR630006200011900009091481
GEDEN HOLDINGS LTD
BUYUKDERE CAD. YAPI KREDI PLAZA A B
LOK KAT:12 BESIKTAS ISTANBUL TURKIY
56A:BNPAUS3NXXX
:57A: BIC
BPPBCHGGXXXBNP PARIBAS (SUISSE) SA GENEVA
:59: BENEFICIARY
/CH7208686001089643001
AI GIORGIS OIL TRADING LIMITED
:71A: DETAILS OF CHARGES
OUR

Dosya   İşlem

YURT DIŞI TRANSFER SWIFT MESAJI

Tarih: 02.10.2016

Sayın SUPER SHIPPING LTD

Şubemiz nezdindeki hesabınızdan, talimatınıza istinaden gerçekleştirilen
transfere ait swift mesajı aşağıda yer almaktadır.

Saygılarımızla,

Türkiye Garanti Bankası A.Ş.
MECİDİYEKÖY TİCARİ Şubesi

------------------------------------------------------------

TRN        :5501196043520
Msg Type   :103 SINGLE CUSTOMER CREDIT TRANSFER
Receiver   :PNBTUS3NNYC WELLS FARGO BANK, N.A. NEW YORK,NY (NEW YORK INTERNAT
:20:  TRANSACTION REFERENCE NUMBER
5501196043520
:23B: BANK OPERATION CODE
CRED
:32A: VALUE DATE, CURRENCY CODE, AMOUNT
151002USD372527,
:50K: ORDERING CUSTOMER ADDRESS
/TR9500062000115000090B9339
SUPER SHIPPING LTD
138, OLD BAKERY STREET,  VALLETTA M
ALTA VALLETTA MALTA
:56A: INTERMEDIARY BANK BIC
BNPAUS3NXXXBNP PARIBAS U.S.A - NEW YORK BRANCH NEW YORK,NY
:57A: BIC
BPPBCHGGXXXBNP PARIBAS (SUISSE) SA GENEVA
:59:  BENEFICIARY
/CH7208686001085643001
AI GIORGIS OIL TRADING LIMITED
:71A: DETAILS OF CHARGES
OUR

# Payment2245001832054509 Details

| | |
|---|---|
| Preformat Code | GEDEN AI GIORGIS OIL TRADING LTD |
| Debit Account Number | 11963767 |
| Account Currency | USD |
| Account Name | GEDEN HOLDINGS LTD |
| Payment Currency | USD |
| Payment Amount | 372,527,00 |
| Payment Method | Cross Border Funds Transfer |
| Payment Type | |
| Transaction Reference Number | 2245001832054509 |
| Confidential | No |
| Related Reference Number | |
| Intra-Company | No |
| Ordering Party Name / Address | GEDEN HOLDINGS LTD 85 St.John's Street Valletta Malta |
| Ordering Party Account Number | 11963767 |
| Value Date | 12/08/2015 |
| Beneficiary Account or Other ID Type | /ACCT/ |
| Beneficiary Account or Other ID | CH7200686001089643001 |
| Beneficiary Is | Not a Bank |
| Beneficiary Name / Address | AI GIORGIS OIL TRADING LIMITED / GREECE |
| Beneficiary Country Code | |
| Beneficiary Country Name | |
| Beneficiary Bank Routing Method | SWIFT |
| Beneficiary Bank Routing Code | BPPBCHGG |
| Beneficiary Bank Name / Address | BNP PARIBAS (SUISSE) SA 2, PLACE DE HOLLANDE GENEVA, SWITZERLAND 1211 |
| Beneficiary Bank Country Code | CH |
| Beneficiary Country Name | SWITZERLAND |
| Intermediary Bank Routing Method | SWIFT |
| Intermediary Bank Routing Code | BNPAUS3N |
| Beneficiary Bank Account held at Intermediary Bank | |
| Intermediary Bank Name / Address | BNP PARIBAS U.S.A-NEW YORK BRANCH 787, SEVENTH AVENUE NEW YORK, NEW YORK, UNITED STATES 10019 |
| Intermediary Bank Country Code | US |
| Intermediary Bank Country Name | UNITED STATES |
| Bank Details | |
| Instruction Code | |
| Regulatory Reporting | |
| Payment Details | Our |
| Charges Indicator | No |
| Priority Flag | No |
| MBTI Confirmation | |
| Submitted By | SUREYYA AKOL |
| Submission Date/Time | 12/08/2015 17:13:10 |
| Status | Released |
| Sub-Status | |

12/08/2015 at 17:23:46 EEST

G0038

TRN :5501196018322
Msg Type :103 SINGLE CUSTOMER CREDIT TRANSFER
Receiver :IRVTUS3NXXX THE BANK OF NEW YORK MELLON NEW YORK,NY
:20: TRANSACTION REFERENCE NUMBER
5501196018322
:23B: BANK OPERATION CODE
CRED
:32A: VALUE DATE,CURRENCY CODE,AMOUNT
150430USD354660,
:50K: ORDERING CUSTOMER ADDRESS
/TR630006200011900009091481
GEDEN HOLDINGS LTD
BUYUKDERE CAD. YAPI KREDI PLAZA A B
LOK KAT:12 BESIKTAS ISTANBUL TURKIY
57A:DNBAGB2LXXX
:59: BENEFICIARY
/GB82DNBA40511463078001
STEALTH MARITIME CORPORATION SA
:71A: DETAILS OF CHARGES
OUR

TRN :5501196013574
Msg Type :103 SINGLE CUSTOMER CREDIT TRANSFER
Receiver :CHASUS33XXX JPMORGAN CHASE BANK, N.A. NEW YORK,NY
:20: TRANSACTION REFERENCE NUMBER
5501196013574
:23B: BANK OPERATION CODE
CRED
:32A: VALUE DATE,CURRENCY CODE,AMOUNT
150331USD366482,
:50K: ORDERING CUSTOMER ADDRESS
/TR630006200011900009091481
GEDEN HOLDINGS LTD
BUYUKDERE CAD. YAPI KREDI PLAZA A B
LOK KAT;12 BESIKTAS ISTANBUL TURKIY
57A:CRBAGRAAXXX
:59: BENEFICIARY
/GR5301409600960015006001618
STEALTH MARITIME CORPORATION SA
:71A: DETAILS OF CHARGES
OUR

G0040

# STEALTH MARITIME LTD

| Bareboat Charterer | Date | Vessel | Remitter | USD |
|---|---|---|---|---|
| SPACE SHIPPING LTD. | 3/31/2015 | CV STEALTH | GEDEN HOLDINGS LTD. | 366,482.00 |
| SPACE SHIPPING LTD. | 4/30/2015 | CV STEALTH | GEDEN HOLDINGS LTD. | 354,660.00 |
| | | | | **721,142.00** |
| | | | | |
| SUPER SHIPPING LTD. | 2/23/2015 | CS STEALTH | GEDEN HOLDINGS LTD. | 336,476.00 |
| SUPER SHIPPING LTD. | 3/24/2015 | CS STEALTH | GEDEN HOLDINGS LTD. | 372,527.00 |
| SUPER SHIPPING LTD. | 4/22/2015 | CS STEALTH | GEDEN HOLDINGS LTD. | 360,510.00 |
| SUPER SHIPPING LTD. | 5/8/2015 | CS STEALTH | GEDEN HOLDINGS LTD. | 372,527.00 |
| SUPER SHIPPING LTD. | 6/4/2015 | CS STEALTH | GEDEN HOLDINGS LTD. | 360,510.00 |
| SUPER SHIPPING LTD. | 7/8/2015 | CS STEALTH | GEDEN HOLDINGS LTD. | 372,527.00 |
| SUPER SHIPPING LTD. | 8/12/2015 | CS STEALTH | GEDEN HOLDINGS LTD. | 372,527.00 |
| SUPER SHIPPING LTD. | 9/17/2015 | CS STEALTH | GEDEN HOLDINGS LTD. | 360,510.00 |
| SUPER SHIPPING LTD. | 10/2/2015 | CS STEALTH | SUPER SHIPPING LTD. | 372,527.00 |
| SUPER SHIPPING LTD. | 11/9/2015 | CS STEALTH | GEDEN HOLDINGS LTD. | 360,510.00 |
| SUPER SHIPPING LTD. | 12/10/2015 | CS STEALTH | GEDEN HOLDINGS LTD. | 372,527.00 |
| | | | | **4,013,678.00** |
| | | | | |
| AVOR NAVIGATION LTD. | 3/13/2015 | MT AVOR | GEDEN HOLDINGS LTD. | 469,960.00 |
| AVOR NAVIGATION LTD. | 4/10/2015 | MT AVOR | GEDEN HOLDINGS LTD. | 454,800.00 |
| AVOR NAVIGATION LTD. | 5/15/2015 | MT AVOR | GEDEN HOLDINGS LTD. | 469,960.00 |
| AVOR NAVIGATION LTD. | 8/12/2015 | MT AVOR | GEDEN HOLDINGS LTD. | 438,370.22 |
| AVOR NAVIGATION LTD. | 9/18/2015 | MT AVOR | GEDEN HOLDINGS LTD. | 403,407.19 |
| AVOR NAVIGATION LTD. | 10/5/2015 | MT AVOR | GEDEN HOLDINGS LTD. | 439,890.00 |
| | | | | **2,676,387.41** |
| | | | | |
| SPIKE SHIPPING LTD. | 3/4/2015 | MT SPIKE | GEDEN HOLDINGS LTD. | 426,888.00 |
| SPIKE SHIPPING LTD. | 3/17/2015 | MT SPIKE | GEDEN HOLDINGS LTD. | 472,626.00 |
| SPIKE SHIPPING LTD. | 4/16/2015 | MT SPIKE | GEDEN HOLDINGS LTD. | 457,380.00 |
| SPIKE SHIPPING LTD. | 5/22/2015 | MT SPIKE | GEDEN HOLDINGS LTD. | 472,626.00 |
| | | | | **1,829,520.00** |
| | | | | |
| | | **TOTAL** | | **9,240,727.41** |

TRN :5501196011282
Msg Type :103 SINGLE CUSTOMER CREDIT TRANSFER
Receiver :IRVTUS3NXXX THE BANK OF NEW YORK MELLON NEW YORK,NY
:20: TRANSACTION REFERENCE NUMBER
5501196011282
:23B: BANK OPERATION CODE
CRED
:32A: VALUE DATE,CURRENCY CODE,AMOUNT
150317USD472626,
:50K: ORDERING CUSTOMER ADDRESS
/TR630006200011900009091481
GEDEN HOLDINGS LTD
BUYUKDERE CAD. YAPI KREDI PLAZA A B
LOK KAT:12 BESIKTAS ISTANBUL TURKIY
57A:DNBAGB2LXXX
:59: BENEFICIARY
/GB12DNBA40511464090001
TANKPUNK INC
:71A: DETAILS OF CHARGES
OUR

TRN :5501196016183
Msg Type :103 SINGLE CUSTOMER CREDIT TRANSFER
Receiver :IRVTUS3NXXX THE BANK OF NEW YORK MELLON NEW YORK,NY
:20: TRANSACTION REFERENCE NUMBER
5501196016183
:23B: BANK OPERATION CODE
CRED
:32A: VALUE DATE,CURRENCY CODE,AMOUNT
150416USD457380,
:50K: ORDERING CUSTOMER ADDRESS
/TR630006200011900009091481
GEDEN HOLDINGS LTD
BUYUKDERE CAD, YAPI KREDI PLAZA A B
LOK KAT:12 BESIKTAS ISTANBUL TURKIY
57A:DNBAGB2LXXX
:59: BENEFICIARY
/GB12DNBA40511464090001
TANKPUNK INC
:71A: DETAILS OF CHARGES
OUR

TRN :5501196021684
Msg Type :103 SINGLE CUSTOMER CREDIT TRANSFER
Receiver :IRVTUS3NXXX THE BANK OF NEW YORK MELLON NEW YORK,NY
:20: TRANSACTION REFERENCE NUMBER
5501196021684
:23B: BANK OPERATION CODE
CRED
:32A: VALUE DATE,CURRENCY CODE,AMOUNT
150522USD472626,
:50K: ORDERING CUSTOMER ADDRESS
/TR630006200019000091481
GEDEN HOLDINGS LTD
BUYUKDERE CAD, YAPI KREDI PLAZA A B
LOK KAT:12 BESIKTAS ISTANBUL TURKIY
57A:DNBAGB2LXXX
:59: BENEFICIARY
/GB12DNBA40511464090001
TANKPUNK INC
:71A: DETAILS OF CHARGES
OUR

TRN :5501196009285
Msg Type : 103 SINGLE CUSTOMER CREDIT TRANSFER
Receiver :IRVTUS3NXXX THE BANK OF NEW YORK MELLON NEW YORK,NY
:20: TRANSACTION REFERENCE NUMBER
5501196009285
:23B: BANK OPERATION CODE
CRED
:32A: VALUE DATE,CURRENCY CODE,AMOUNT
150304USD426888,
:50K: ORDERING CUSTOMER ADDRESS
/TR630006200011900009091481
GEDEN HOLDINGS LTD
BUYUKDERE CAD. YAPI KREDI PLAZA A B
LOK KAT:12 BESIKTAS ISTANBUL TURKIY
57A:DNBAGB2LXXX
:59: BENEFICIARY
/GB12DNBA40511464090001
TANKPUNK INC
:71A: DETAILS OF CHARGES
OUR

G0045